1  David E. Rogers (#19274)
   David G. Barker (#024657)
2  Jacob C. Jones (#029971)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren, Suite 1900
4  Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
5  Facsimile: 602.382.6070
   E-Mail: drogers@swlaw.com
6          dbarker@swlaw.com
           jcjones@swlaw.com
7
   Attorneys for Defendant
8  Mitel Networks Corporation

10  IN THE UNITED STATES DISTRICT COURT

11  FOR THE DISTRICT OF ARIZONA

13  Colocation America, Inc.,

14          Plaintiff,                       Case No.

15      v.                                   (Formerly Arizona Superior Court
                                             Maricopa County
16  Mitel Networks Corporation,              Case No. CV2017-000025)

17          Defendant.                       **Notice of Removal**

19      Defendant, Mitel Networks Corporation ("MNC"), accepted service of Plaintiff's

20  Complaint on January 19, 2017 (Ex. 2 ¶ 24) and gives notice of removal of the civil action

21  captioned *Colocation America, Inc. v. Mitel Networks Corp.*, Case No. CV2017-000025

22  (the "Superior Court Action") from the Superior Court, Maricopa County, State of

23  Arizona, to the United States District Court for the District of Arizona. A copy of the

24  Complaint, as well as a complete copy of the filings in the Superior Court, is attached

25  hereto as collective Exhibit 1. A supporting declaration is attached as Exhibit 2.

26      MNC files this notice pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6. The

27  United States District Court has jurisdiction over this case under 28 U.S.C. § 1332.

28      MNC asserts the following in support of removal:

25651128.1

1.      On January 6, 2017, Plaintiff ("Colocation") filed a Complaint against MNC in the Superior Court of the State of Arizona, in the County of Maricopa.  Ex. 1; Ex. 2 ¶ 23.  MNC was served on January 19, 2017.  Ex. 2 ¶ 24.

2.      MNC is a Canadian corporation with its principal place of business in Ontario, Canada.  Ex. 2 ¶¶ 4, 6.  Colocation is a Nevada Corporation with offices in Nevada, and apparently California as well.  Ex. 1; Ex. 2 ¶ 6.

3.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that (a) there is complete diversity of citizenship, and (b) the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.  Ex. 2 ¶¶ 12, 14-16.  Plaintiff does not specify in the Complaint the precise amount in controversy, other than that they are in excess of $10,000.  Ex. 1 ¶ 15.  The crux of the dispute, however, is whether the Contract at issue mandates MNC to assign 64,000 IPv4 addresses, worth over $500,000, to Plaintiff.  Ex. 1; Ex. 2 ¶¶ 12-17.  Plaintiff requests a temporary restraining order, preliminary and permanent injunctions, and "an order of Specific Performance of the Contract ordering Defendant to transfer and assign the intellectual property and/or rights, including the Domain Name and IPv4 Block to Plaintiff."  Ex. 1 (Prayer for Relief, ¶¶ (a)-(b)).  Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction.  Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441, et seq.  *Hunt v. Washington State Apple Advert. Comm'n*, 432 U.S. 333, 347 (1977) ("In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation.")

4.      Venue lies in the Phoenix Division of this Court under 28 U.S.C. § 1391.  This action was originally brought in the Maricopa County Superior Court in the State of Arizona, and to the extent jurisdiction and venue is proper in Arizona, the Complaint alleges that some of the events occurred at least in part in Maricopa County, Arizona.  By filing this notice of removal, MNC makes a special appearance and does not waive the right to object to personal jurisdiction.  *See Wabash W. Ry. v. Brow*, 164 U.S. 271, 279

(1896); *Fields v. Sedgwick Associated Risks, Ltd.*, 796 F.2d 299, 301 (9th Cir. 1986).

5. This Notice of Removal is filed within thirty (30) days after service of the Complaint on January 19, 2017 (Ex. 2 ¶ 24) and is therefore timely filed under 28 U.S.C. § 1446(d).

6. Notice of this filing will be provided to all adverse parties, and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa. A copy of the notice to be filed in Superior Court (without exhibits) is attached as Exhibit 3.

WHEREFORE, Defendant respectfully notices that the Superior Court has been removed to this Court.

DATED this 9th day of February, 2017.

    SNELL & WILMER L.L.P.

By: *s/ Jacob C. Jones*
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Mitel Networks Corporation

25651128.1

- 3 -

**Certificate of Service**

I hereby certify that on this 9th day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and mailed a copy to the last known address of Plaintiff's counsel of record by U.S. Mail, postage prepaid, as follows:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com
Attorney for Plaintiff

*s/ Kathy Sprinkle*

25651128.1

- 4 -