# EXHIBIT 3

1   David E. Rogers (ASB #19274)
    David G. Barker (ASB #024657)
2   Jacob C. Jones (ASB #029971)
    SNELL & WILMER L.L.P.
3   One Arizona Center
    400 E. Van Buren, Suite 1900
4   Phoenix, Arizona  85004-2202
    Telephone:  602.382.6000
5   E-Mail: drogers@swlaw.com
            dbarker@swlaw.com
6           jcjones@swlaw.com
    Attorneys for Defendant Mitel Networks
7   Corporation

8

9           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10             IN AND FOR THE COUNTY OF MARICOPA

11

12   COLOCATION AMERICA, INC.,            No. CV2017-000025

13               Plaintiff,              **NOTICE OF REMOVAL**

14        v.                            **(Assigned to the Honorable Daniel
                                         Martin)**
15   MITEL NETWORKS CORPORATION,

16               Defendant.

17

18          Pursuant to 28 U.S.C. § 1446, Defendant Mitel Networks Corporation ("MNC")

19   gives notice that a Notice of Removal has been filed with the United States District Court

20   for the District of Arizona, Phoenix Division.

21          Under 28 U.S.C. § 1446(d), the filing of this Notice of Removal with the Clerk of

22   the Maricopa County Superior Court effects removal of this action from the state court to

23   the United States District Court, "and the State court shall proceed no further unless and

24   until the case is remanded."  *Id.*

25          A copy of the Notice of Removal (without exhibits) is attached and incorporated by

26   reference for filing.

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

25711303.1

DATED this 9th day of February, 2017.

SNELL & WILMER L.L.P.


By:*/s/ Jacob C. Jones*
    David E. Rogers
    David G. Barker
    Jacob C. Jones
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202
    Attorneys for Defendant Mitel
    Networks Corporation

25711303.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the Civil E-Filing System for filing which electronically sends a copy to the Honorable Daniel Martin and mailed via first class to the following:

Teresa H. Foster, Of Counsel
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
Attorney for Plaintiff


*/s/ Kathy Sprinkle*

25711303.1

- 3 -