# EXHIBIT A



David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
| Plaintiff, | **Jacob C. Jones Declaration In Support Of Defendant's Reply In Support of Motion to Stay Proceedings** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |

I, Jacob C. Jones, declare as follows:

1. I am one of the counsel of record for Defendant Mitel Networks Corporation in this action. I make this declaration on my own personal knowledge. If called upon to testify to the matters stated herein, I could and would do so competently.

2. In the California Action, the California court granted a motion for sanctions against Colocation by MNC, indicating it would award approximately $40,657 to MNC in connection with costs that MNC and its affiliates were forced to incur in challenging "various subpoenas issued and served [by Colocation] in bad faith and without substantial justification." The California court requested that MNC prepare a form of order, which it has done, and the parties are currently awaiting its entry.

3. Attached as Exhibit B to Defendant's Reply in Support of Motion to Stay Proceedings is a true and correct copy of an email chain forwarded from Defendant's

4836-5921-4148.1

Canadian counsel regarding (in part) Colocation's delay of the Canadian Action. McCague Borlack LLP is Colocation's Canadian counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2017, in Phoenix, Arizona.

                                        /s/Jacob C. Jones
                                        Jacob C. Jones

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000