# EXHIBIT B

| | |
|---|---|
| **From:** | Noah J. Shapiro <NShapiro@mccagueborlack.com> |
| **Sent:** | Thursday, January 12, 2017 7:08 AM |
| **To:** | Burke, Todd; DeLong, Zachary |
| **Cc:** | Christy Penfold |
| **Subject:** | RE: Colocation America ats Mitel Networks |

Hi Todd,

I'll attend on that date to request an adjournment in that event.  Again, if we receive the retainer by tomorrow, I am certainly ok to use up my weekend to prepare responding materials if you will consent to late service on Monday or Tuesday (as the case may be).  If not, then an adjournment would certainly be necessary.

Please advise of your position in that regard.

**Noah J. Shapiro**  |  Associate
**McCague Borlack LLP**
99 Bank St., Suite 1450| Ottawa, ON | K1P 1H4

T: 613 566-5982  |  F: 613 569-3882
nshapiro@mccagueborlack.com

---

**From:** Burke, Todd [mailto:Todd.Burke@gowlingwlg.com]
**Sent:** January-12-17 8:50 AM
**To:** Noah J. Shapiro; DeLong, Zachary
**Cc:** Christy Penfold
**Subject:** RE: Colocation America ats Mitel Networks

Noah

Having not heard from you I am assuming that you have not yet been retained. We are instructed to proceed on January 19, 2017.

Regards,

Todd

Todd Burke
*Partner*
**T** +1 613 786 0226
todd.burke@gowlingwlg.com



**From:** Noah J. Shapiro [mailto:NShapiro@mccagueborlack.com]
**Sent:** Tuesday, January 10, 2017 12:08 PM

**To:** Burke, Todd <Todd.Burke@gowlingwlg.com>; DeLong, Zachary <Zac.DeLong@gowlingwlg.com>
**Cc:** Christy Penfold <CPenfold@mccagueborlack.com>
**Subject:** RE: Colocation America ats Mitel Networks

Absolutely – I would rather it not be pushed off, either.  If you are agreeable to potentially (again, dependent on when the retainer is received) short service of responding materials, then I am agreeable to attempting to keep the January 19, 2017 date.

Let's revisit this matter tomorrow, or sooner if I receive the retainer today.

**Noah J. Shapiro**  |  Associate
**McCague Borlack LLP**
99 Bank St., Suite 1450| Ottawa, ON | K1P 1H4

T: 613 566-5982  |  F: 613 569-3882
nshapiro@mccagueborlack.com


**From:** Burke, Todd [mailto:Todd.Burke@gowlingwlg.com]
**Sent:** January-10-17 12:06 PM
**To:** Noah J. Shapiro; DeLong, Zachary
**Cc:** Christy Penfold
**Subject:** RE: Colocation America ats Mitel Networks

Noah

As you can appreciate I am loathe to see this adjourned. Let's see if you get your retainer in the next day or so and we can determine how we proceed from there.

Regards,

Todd

Todd Burke
*Partner*
**T** +1 613 786 0226
todd.burke@gowlingwlg.com



**From:** Noah J. Shapiro [mailto:NShapiro@mccagueborlack.com]
**Sent:** Tuesday, January 10, 2017 12:03 PM
**To:** Burke, Todd <Todd.Burke@gowlingwlg.com>; DeLong, Zachary <Zac.DeLong@gowlingwlg.com>
**Cc:** Christy Penfold <CPenfold@mccagueborlack.com>
**Subject:** RE: Colocation America ats Mitel Networks

Hi Todd,

I have a notice of appearance drafted and ready to go; that said, we're still awaiting the signed retainer (said to be in the mail…).

As soon as we are in receipt of same, we will be filing the notice of appearance. If we do not receive it shortly, we will attend in person and request a brief adjournment as set out in our letter.

**Noah J. Shapiro**  |  Associate
**McCague Borlack LLP**
99 Bank St., Suite 1450| Ottawa, ON | K1P 1H4

T: 613 566-5982  |  F: 613 569-3882
nshapiro@mccagueborlack.com

---

**From:** Burke, Todd [mailto:Todd.Burke@gowlingwlg.com]
**Sent:** January-10-17 11:27 AM
**To:** Noah J. Shapiro; DeLong, Zachary
**Cc:** Christy Penfold
**Subject:** RE: Colocation America ats Mitel Networks

Noah

I acknowledge receipt of your letter. Can you advise whether you will be filing a Notice of Appearance? Once that is done I can furnish for you an electronic version of the materials filed with the Court. Please advise.

Regards,

Todd

Todd Burke
*Partner*
**T** +1 613 786 0226
todd.burke@gowlingwlg.com



---

**From:** Noah J. Shapiro [mailto:NShapiro@mccagueborlack.com]
**Sent:** Tuesday, January 10, 2017 11:02 AM
**To:** DeLong, Zachary <Zac.DeLong@gowlingwlg.com>; Burke, Todd <Todd.Burke@gowlingwlg.com>
**Cc:** Christy Penfold <CPenfold@mccagueborlack.com>
**Subject:** Colocation America ats Mitel Networks

Good morning, counsel,

My assistant tells me she's been having some difficulty faxing a letter to you, so I enclose same via e-mail. I ask that you kindly confirm receipt.

Thanks,

**Noah J. Shapiro**  |  Associate

**McCague Borlack LLP**
99 Bank St., Suite 1450| Ottawa, ON | K1P 1H4

T: 613 566-5982  |  F: 613 569-3882
[nshapiro@mccagueborlack.com](mailto:nshapiro@mccagueborlack.com)

---

McCague Borlack LLP
Barristers and Solicitors
Phone (416) 860-0001 Fax (416) 860-0003

COMPUTER VIRUS: While we make reasonable efforts to ensure that all communications sent do not contain computer viruses, you are responsible to take the appropriate precautions to scan for computer viruses and to ensure that you have a complete and current back up of the applicable items.

Caution: This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately (collect if necessary) and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

The information in this email is intended only for the named recipient and may be privileged or confidential. If you are not the intended recipient please notify us immediately and do not copy, distribute or take action based on this email. If this email is marked 'personal' Gowling WLG is not liable in any way for its content. E-mails are susceptible to alteration. Gowling WLG shall not be liable for the message if altered, changed or falsified.

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at [www.gowlingwlg.com/legal](http://www.gowlingwlg.com/legal).

References to 'Gowling WLG' mean one or more members of Gowling WLG International Limited and/or any of their affiliated businesses as the context requires. Gowling WLG (Canada) LLP has offices in Montréal, Ottawa, Toronto, Hamilton, Waterloo Region, Calgary and Vancouver.

---

McCague Borlack LLP
Barristers and Solicitors
Phone (416) 860-0001 Fax (416) 860-0003

COMPUTER VIRUS: While we make reasonable efforts to ensure that all communications sent do not contain computer viruses, you are responsible to take the appropriate precautions to scan for computer viruses and to ensure that you have a complete and current back up of the applicable items.

Caution: This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately (collect if necessary) and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

McCague Borlack LLP
Barristers and Solicitors
Phone (416) 860-0001 Fax (416) 860-0003

COMPUTER VIRUS: While we make reasonable efforts to ensure that all communications sent do not contain computer viruses, you are responsible to take the appropriate precautions to scan for computer viruses and to ensure that you have a complete and current back up of the applicable items.

Caution: This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately (collect if necessary) and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.

McCague Borlack LLP
Barristers and Solicitors
Phone (416) 860-0001 Fax (416) 860-0003

COMPUTER VIRUS: While we make reasonable efforts to ensure that all communications sent do not contain computer viruses, you are responsible to take the appropriate precautions to scan for computer viruses and to ensure that you have a complete and current back up of the applicable items.

Caution: This e-mail is confidential and is intended only for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you have received this e-mail in error, please call us immediately (collect if necessary) and destroy the entire e-mail. If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited.