David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
  dbarker@swlaw.com
  jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. | No. CV-17-00421-PHX-NVW <br><br> **Defendant Mitel Networks Corporation's Notice of Service of its Rule 26(a)(1) Initial Disclosures** |

In accordance with Local Rule of Civil Procedure 5.2 and Federal Rule of Civil Procedure 5(d), Defendant Mitel Networks Corporation gives Notice that it has served upon all counsel on May 15, 2017, via US Mail, its Rule 26(a)(1) Initial Disclosures.

DATED this 15th day of May, 2017.

SNELL & WILMER L.L.P.

By: *s/ Jacob C. Jones*
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Mitel Networks Corporation

4851-7760-4680.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com
Attorney for Plaintiff

*s/Kathy Sprinkle*