David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail:  drogers@swlaw.com
         dbarker@swlaw.com
         jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation


Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
E-Mail: ctfilings@thfosterlaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
|---|---|
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF DEADLINES** |
| v. | |
| Mitel Networks Corporation, | **(First Request)** |
| Defendant. | |

Plaintiff Colocation America, Inc. ("Colocation") and Defendant Mitel Networks Corporation ("MNC") stipulate to, and jointly move the Court to modify the Scheduling Order and extend the deadline for fact discovery and the deadline for dispositive motions, for good cause under Fed. R. Civ. P. 16(b)(4). The parties attach a proposed form of order.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

## **Memorandum of Points and Authorities**

This action was filed on January 6, 2017, in Maricopa County Superior Court. MNC removed the action to this Court on February 9, 2017, and answered the Complaint on February 16, 2017, asserting counterclaims against Colocation. Colocation replied to the counterclaims on February 27, 2017. The Court entered a Scheduling Order (Doc. 20) on June 7, 2017, setting August 31, 2017, as the close of fact discovery (the parties had originally requested December 22, 2017, as the date for close of fact discovery).

The parties have worked diligently to meet the short time frame for discovery, but coordinating and finalizing depositions and complications with third-party discovery have led to more time being required than anticipated at the scheduling conference.

The parties are coordinating third-party discovery and several depositions, including depositions in Arizona, California, and Canada. MNC has subpoenaed seven third parties, including the agent, Corey Allen, who negotiated the agreement at issue in this litigation on behalf of Colocation, and the agent's company, Dividend Advisors, LLC. Paul Sigelman, Colocation's California counsel, accepted service of the subpoenas to Mr. Allen and Dividend Advisors. Colocation listed Mr. Allen and Dividend Advisors in its Rule 26 disclosures as having knowledge of the events in this action, and Colocation listed Mr. Allen in its interrogatory responses as a person Colocation plans to call at trial. Mr. Allen and Dividend Advisors have not set a date to comply with the subpoenas.

Also, the scope of discovery has expanded beyond what MNC originally anticipated and discussed at the Rule 16 conference. As discussed in more detail below, MNC now believes that another individual, Corey Kotler, has a relationship to Corey Allen, Dividend Advisors, and Colocation, and has relevant information regarding this lawsuit. Mr. Kotler has been subpoenaed for document production and a deposition. Service on Mr. Kotler took over a week because he had apparently been out of town.

After he was served, Colocation's California attorney, Mr. Sigelman, contacted MNC's counsel about the schedule for Mr. Kotler to comply with the subpoenas.  Mr. Sigelman then left on vacation.  No date for Mr. Kotler's compliance with the subpoenas has been set.

The need to identify, locate, and serve Corey Kotler took significant time, was unexpected by MNC at the time of the scheduling conference, and was caused by an unusual chain of events during discovery.  On June 15, 2017, MNC served notice on Colocation's counsel that it would be serving subpoenas on Mr. Allen and Dividend Advisors, both located at 433 North Camden Drive, Suite 970, Beverly Hills, California 90210, which is the address for these entities provided in Plaintiff's Amended and Restated Initial Disclosure (May 18, 2017).[1]  On June 15, 2017, these subpoenas were taken to Suite 970 of the 433 North Camden Drive building to be served, and service was accepted by Paul Sigelman—Colocation's California attorney who has not appeared in this action.  The process server noticed that Corey Allen and Dividend Advisors were not listed on the door to Suite 970 as having an office there.

MNC then sequentially subpoenaed three entities who manage leases for the building (a commercial building can have numerous property managers), until it found the entity that manages the ninth floor[2] of the 433 North Camden Drive building: MGM Management Company ("MGM").  MNC served MGM with a document subpoena on July 19, 2017.  MGM indicated it had never heard of Corey Allen or Dividend Advisors and confirmed that, according to its leasing records, Corey Allen and Dividend Advisors

_____

[1] Plaintiff's Initial Disclosure (May 15, 2017) indicated Mr. Allen and Dividend Advisors could be contacted through Colocation's Arizona counsel of record in this action, but Plaintiff's Amended and Restated Initial Disclosure removed that indication and provided the Beverly Hills address because Plaintiff was unable to locate Mr. Allen and that was Mr. Allen's last known address.
[2] The ninth floor includes Suite 970, which Colocation disclosed as Corey Allen's and Dividend Advisor's business address.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

have never been tenants at the location disclosed by Colocation.  But Colocation's California attorney is a tenant in Suite 970.

MNC also researched Dividend Advisors, LLC, and discovered that no such entity exists in California or is registered to conduct business in California.  Based on its investigation, MNC has located no such entity in the United States, which was also unknown at the time of the scheduling conference.  At that time, MNC assumed Dividend Advisors was a legal business entity with a process agent who could be served.

During its investigation, MNC identified another person, Corey Kotler, listed as the registrant of the dividendadvisors.com domain name used by Dividend Advisors.  The domain registration also listed an email address coreykotler18k@aol.com and an address for Corey Kotler of 2385 Roscomore Road, Unit E11, Los Angeles, California 90077. That same email address is associated with the registration for a different domain name, coreyallenkotler.com (which also lists the same Roscomore Road address).  On July 25, 2017, MNC served Mr. Kotler at the Roscomore Road address with subpoenas for document production and a deposition.  Several days later, Paul Sigelman, Colocation's California attorney, contacted MNC about the schedule for Mr. Kotler to comply with the subpoenas.

There is presently no date for any of Corey Allen, Corey Kotler, or Dividend Advisors to provide responsive documents or appear for depositions.  Each of them appears to be somehow connected to Corey Allen, Dividend Advisors, Colocation's California attorney, and the agreement at issue in this litigation. Colocation's Arizona counsel returned from vacation and learned of this issue on August 9, 2017 and after investigation learned from Colocation's principal that Corey Allen and Corey Kotler are the same person (apparently he is an actor that has a stage name).  Mr. Allen (possibly aka Kotler) was the broker that negotiated the Agreement and both parties believe his

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

testimony is crucial.

Further, on August 7, 2017, MNC located numerous documents from 2001, some of which relate to the chain of ownership of certain assets from Gandalf Technologies to MNC.  MNC and its lawyers are working diligently to review and produce these documents, which should be completed by the end of this week.

The parties hope to resolve the scheduling issues without involving the Court and believe the requested extension will accommodate the parties' schedules and permit discovery to be completed in an orderly fashion.

The parties submit that good cause exists for a short extension to the discovery period in light of their diligent efforts, vacations, the complications with third-party discovery, and the documents from 2001 recently located by MNC. The parties request additional time to complete depositions and finish fact discovery.  *See* Fed. R. Civ. P. 16(b)(4); *Pac. Sci. Energetic Materials Co. (Arizona) LLC v. Ensign-Bickford Aerospace & Def. Co.*, 281 F.R.D. 358, 360 (D. Ariz. 2012) (Rule 16(b)(4)'s "good cause" standard "primarily considers the diligence of the party seeking the amendment").

The parties request the following extensions:

|  | **Existing Deadline** | **Requested Extension** |
|---|---|---|
| *Close of Fact Discovery* | August 31, 2017 | October 31, 2017 |
| *Dispositive Motions* | September 29, 2017 | November 29, 2017 |

These two extensions do not affect any other deadlines in the case.[3]  This is the parties' first request for extension of these deadlines.

With the extension, the close of fact discovery will still be less than 11 months

---

[3] The parties are not requesting an extension of the deadline to engage in good faith settlement discussions, which remains set for September 15, 2017.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

from the date the action was filed in Maricopa County Superior Court, and it is several weeks shorter than the deadline the parties proposed (December 22, 2017) in their Proposed Joint Discovery Plan (Doc. 18).  The parties are not planning to engage in expert discovery at this time, so this extension will not materially affect other aspects of the case. The parties submit that there is good cause for this short extension.

     For these reasons, the parties jointly move the Court enter an order modifying the Scheduling Order to extend the deadlines for fact discovery and dispositive motions, as set forth in the attached proposed form of order.

     DATED this 10th day of August, 2017.

SNELL & WILMER L.L.P.

By: *s/* David G. Barker
    David E. Rogers
    David G. Barker
    Jacob C. Jones
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202

    Attorneys for Mitel Networks Corporation

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

By: *s/*Teresa H. Foster   *(with permission)*
    Teresa H. Foster, Esq.
    Brier, Irish, Hubbard & Erhart, P.L.C.
    2400 East Arizona Biltmore Circle
    Suite 1300
    Phoenix, AZ 85016

    Attorneys for Plaintiff
    Colocation America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfilings@thfosterlaw.com

Attorney for Plaintiff


s/David G. Barker

4826-1339-4252

- 7 -