1  David E. Rogers (#019274)
   David G. Barker (#024657)
2  Jacob C. Jones (#029971)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren, Suite 1900
4  Phoenix, Arizona  85004-2202
   Telephone: 602.382.6000
5  Facsimile: 602.382.6070
   E-Mail: drogers@swlaw.com
6          dbarker@swlaw.com
           jcjones@swlaw.com
7
   Attorneys for Defendant
8  Mitel Networks Corporation

9

10 Teresa H. Foster, Esq.
   Brier, Irish, Hubbard & Erhart, P.L.C.
   2400 East Arizona Biltmore Circle
11 Suite 1300
   Phoenix, AZ 85016
12 E-Mail: ctfilings@thfosterlaw.com

13 Attorney for Plaintiff

14

15                 IN THE UNITED STATES DISTRICT COURT

16                       FOR THE DISTRICT OF ARIZONA

17

18 | Colocation America, Inc.,
19 |         Plaintiff,                    No. CV-17-00421-PHX-NVW
20 |    v.                                 **JOINT REPORT ON SETTLEMENT TALKS**
21 | Mitel Networks Corporation,
22 |         Defendant.

23       Pursuant to the Scheduling Order (Doc. 20), Plaintiff Colocation America, Inc.

24 ("Colocation") and Defendant Mitel Networks Corporation ("MNC") notify the Court that

25 counsel for the parties met in person on September 15, 2017, and engaged in good faith

26 settlement talks.  Before the meeting, MNC sent a written settlement offer to Colocation

27 on September 13, 2017.  Following the meeting, Colocation responded with a counteroffer

28 on September 15, 2017, and MNC followed up with a further counteroffer on September

18, 2017. The parties disagree on significant issues regarding settlement and do not believe a settlement conference with a magistrate judge is worthwhile at this point, but the parties will continue to heed the Court's encouragement and discuss settlement options during the litigation.

DATED this 22nd day of September, 2017.

SNELL & WILMER L.L.P.

By: *s/ David G. Barker*
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Mitel Networks Corporation

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

By: *s/ Teresa H. Foster*   *(with permission)*

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016

Attorneys for Plaintiff
Colocation America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfilings@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com

Attorneys for Plaintiff


s/ David G. Barker

4816-7232-3408

- 3 -