*Colocation America, Inc.*
*v.*
*Mitel Networks Corporation*

## <u>INDEX OF ATTACHED EXHIBITS</u>

**DESCRIPTION OF EXHIBIT**                                    **EXHIBIT**

Excerpts from Deposition of Corey Allen Kotler          EXHIBIT 11

Excerpts from Rule 30(b)(6) Deposition of Colocation    EXHIBIT 12

Order in California Superior Court, Case No. BC619569   EXHIBIT 13