# EXHIBIT 11

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ARIZONA

3

4

5
                                    )
6    COLOCATION AMERICA, INC.,       )
                                    )
7                      Plaintiff,    )
                                    )
8       vs.                         )   Case No.
                                    )   CV-17-00421-PHX-
9    MITEL NETWORKS CORPORATION,     )   NVW
                                    )
10                     Defendant.    )
     _____)
11

12

13

14

15        VIDEOTAPED DEPOSITION OF COREY ALLEN KOTLER

16                  Los Angeles, California

17                Thursday, September 7, 2017

18

19

20

21

22

23   Reported by:

24   Claudia Badano, CSR No. 8974

25   Job No. 2629

1    what do you mean?

2        A.   When I was getting my mail over at his

3    office.

4        Q.   Do you still get it there?

5        A.   No.

6        Q.   When did you stop getting it there?

7        A.   When I stopped dealing with Albert.

8        Q.   And did you start getting it there when you

9    were dealing with Albert?

10       A.   Before when I had the other endeavor.

11       Q.   Refresh my memory.  What was the other

12   endeavor?

13       A.   We never discussed it.

14            So there was this company for about a very

15   short time selling overages.  It's whatever it was,

16   it was like a course that you would take and --

17       Q.   You mean like a tax credit or something?

18       A.   No, no.  You know what, man, Mr. Rogers, I

19   -- the name of the company -- Hooked On Overages was

20   the name of the company.  Jack Keller, our mutual

21   friend, denied -- we took this course.  We tried to

22   do it, but there was no money to be made so we

23   stopped.

24       Q.   And so you had communications to that

25   company also sent to Mr. Sigelman's address?

1      A.   Yeah.   It's cheaper than a P.O. Box.

2           Am I on your -- you are cool, Mike?

3      Q.   Are you planning to attend the trial in this

4  matter in Phoenix, Arizona?

5      A.   I have no plans, but if you guys want to fly

6  me out, put me up, per diem.   I love Arizona.   I love

7  Arizona.   It's a beautiful place.   It's a great

8  place.   But I was not invited, so I don't know.

9      Q.   Are you aware that Colocation has listed you

10 as a trial witness?

11     A.   No.

12     Q.   So Colocation did not ask your permission

13 before adding you to its trial witness list?

14     A.   No.   This is the first time I'm hearing of

15 it.

16     Q.   Are you aware that you don't have to attend

17 a trial?

18     A.   This is all news to me.   Oh, so I don't have

19 to attend it?

20     Q.   I'm just asking you if you are aware you

21 don't have to attend.

22     A.   This is all news.   I don't know any of this.

23 I have so many other things going on in my world,

24 this is just a -- it is what -- like I said, my

25 3,000ths focal point.

1    of my legal name, it's part of my -- it's on my birth

2    certificate.   Then they just -- that's just going

3    with it.

4         Q.   But you are just surmising?

5         A.   I'm surmising, yeah.

6         Q.   Okay.   You've never seen those documents,

7    have you?

8         A.   No.

9         Q.   When you were communicating with MNC, were

10   you sending e-mails from your house -- from your

11   home?

12        A.   Yeah, usually.

13        Q.   Have you ever leased space at Paul

14   Sigelman's office?

15        A.   No.

16        Q.   Has Dividend Advisors ever leased space at

17   Paul Sigelman's office?

18        A.   No.   Paul is a nice man, an honest man, a

19   truthful man and honorable man.   He's a good guy.

20        Q.   Were you ever an employee of Colocation?

21        A.   No.

22        Q.   Are you aware that there could be hundreds

23   of thousands of dollars in damages in this case?

24        A.   I still don't believe it.

25        Q.   But I guess the answer is you don't know