# EXHIBIT 12

```
 1

 2            IN THE UNITED STATES DISTRICT COURT

 3                FOR THE DISTRICT OF ARIZONA

 4

 5   COLOCATION AMERICA, INC.,       )
                                     )
 6                  Plaintiff,       )
                                     )
 7        vs.                        )   No. CV-17-00421-
                                     )       PHX-NVW
 8   MITEL NETWORKS CORPORATION,     )
                                     )
 9                  Defendant.       )
     _____)
10

11

12        DEPOSITION OF ALBERT ARASH AHDOOT, a witness

13        herein, noticed by Snell & Wilmer L.L.P.,

14        taken at 350 South Grand, Los Angeles,

15        California, at 10:02 a.m., on Tuesday,

16        August 22, 2017, before Diane M. Lytle,

17        CSR 8606.

18

19

20

21

22

23

24

25
```

Case 2:17-cv-00421-NVW   Document 39-3   Filed 10/17/17   Page 3 of 7
COLOCATION AMERICA vs MITEL NETWORKS                    Deposition of Albert Ahdoot
129

1        A.   No.

2        Q.   Did Teri Foster help at all?

3        A.   Yes, as stated.

4        Q.   Did Samantha "Wathers" participate at
5   all?

6        A.   I asked her for the paperwork, so I was
7   the one who provided all the answers for this.

8        Q.   Did Corey Allen Kotler provide any
9   information?

10       A.   Again, it says Albert, Teresa, and
11  Deborah, so we're the ones who provided the
12  information.

13       Q.   Okay.

14       Did you talk to Corey Allen Kotler before you
15  responded to these?

16       A.   No.  We haven't talked since he was let
17  go.

18       Q.   Okay.

19       Look on Interrogatory Number 2.

20       A.   Sure.

21       Q.   It states, "Identify each person you
22  anticipate calling at the trial in this lawsuit
23  and the nature of the person's testimony";
24  correct?

25       A.   Sure.

```
 1        Q.  And the third person is Corey Allen;
 2   right?
 3        A.  I see that.
 4        Q.  Yeah.  That's false, though, isn't it?
 5        A.  You keep saying his name is Corey Allen,
 6   but he has a -- Corey Allen -- what was his -- I'm
 7   sorry -- last name?  I forgot already.  Well,
 8   that's the name that he provided, so --
 9        Q.  So he did provide that to you to respond
10   to these?
11        A.  No.  That's the name that he provided to
12   be on the interrogatory.
13        Q.  But you knew that wasn't his real name.
14        A.  No.  He -- We've been going through this
15   over and over.
16        Q.  Right.
17            But you knew his real name was Corey Allen
18   Kotler, you've already said that right back from
19   the very beginning.
20        A.  Sure.  His name is Corey Allen Kotler.
21        Q.  Yeah.
22        A.  Here, it's referenced --
23        Q.  So why in the document produced -- Why in
24   litigation document, produced according to the
25   court's rules, would you not list the full,
```

1  accurate, truthful legal name of a person that you
2  plan to call at trial as a witness?
3          MR. SIGELMAN:  Let me make an objection to
4  that because I'm not sure that he knows the court
5  rules or that you're actually correctly citing the
6  court rules.
7          MR. ROGERS:
8      Q.  Why in this document, which is -- Well,
9  I'll tell you -- No, you don't cite the rule in
10 here.
11         Why didn't you list his full legal name?
12     A.  That's what it was provided to us, so
13 Corey Allen, Dividend Advisors.
14     Q.  But you knew it wasn't his full legal
15 name.
16         Why didn't you give us his full legal name?
17     A.  Same reason, I guess, there's no
18 Albert A. Ahdoot.  Sometimes you put the A.,
19 sometimes you don't.
20     Q.  You gave us your last name.
21     A.  Again, I'm not Corey, so you're more than
22 welcome to ask him, so --
23     Q.  Did you put that there intentionally so
24 we would be unable to contact Corey Kotler?
25     A.  First thing first, I never produced this

1   ==document.  My legal has done so.  And, again,==
2   ==that's what they put down.==
3        Q.   So who is responsible for putting the
4   name Corey Allen on this document instead of Corey
5   Allen Kotler?
6        A.   I don't know.
7        Q.   It wasn't you, though?
8        A.   I'm not the one who typed this document,
9   I'm not an attorney.
10       Q.   Did you -- Okay.  Let me ask you again.
11       Who is responsible for Corey Allen being on
12  this document instead of his full legal name,
13  Corey Allen Kotler?  Was that your decision?
14       A.   I think that's Corey -- that's a question
15  for Corey Allen.  I'm not Corey Allen.
16       Q.   You just told me that Corey Allen wasn't
17  involved with answering these.
18       A.   Right, and I still say the same thing.
19       Q.   So I'm going to ask you again.
20       A.   Sure.
21       Q.   Three people were involved in this,
22  responding to this.
23       A.   Sure.
24       Q.   What person made the decision to put down
25  "Corey Allen" instead of "Corey Allen Kotler"?

1       MR. SIGELMAN:  If you know.

2       THE WITNESS:  I don't.  I have no idea who

3   put this paper together.

4       MR. ROGERS:

5       Q.  So you didn't make that decision?

6       A.  I didn't put this paper together.

7       Q.  I'm asking you, did you make that

8   decision to list just "Corey Allen" instead of

9   "Corey Allen Kotler"?

10      A.  I did not make that decision, to answer

11  your question.

12      And, again, I'm not Corey Allen.  That's a

13  question for him, how he presents himself.

14      Q.  Well, how you legally represent yourself

15  in legal documents isn't a question for him.  That

16  will -- that will be a question for the judge.

17      A.  Okay.

18      Q.  Did you tell -- Never mind.

19      Let's go to Interrogatory Number 3.

20      A.  I'm there.

21      Q.  It says, "Explain all factual basis for

22  Your belief that MNC," that's Mitel Networks

23  Corporation --

24      A.  Uh-huh.

25      Q.  -- "owns any of the IPv4 addresses in the