# EXHIBIT 13

David E. Rogers (admitted *pro hac vice*)
dorgers@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Lyndsey A. Torp (#261734)
ltorp@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Mitel Networks Corporation and Third Parties Mitel Technologies, Inc. and Mitel Networks, Inc.

RECEIVED MAR 06 2017 DEPT. 73

FILED Superior Court of California County of Los Angeles APR 03 2017 Sherri R. Carter, Executive Officer/Clerk By M.Y. Carino, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| COLOCATION AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITEL NETWORKS CORPORATION, and DOES 1-10, inclusive, <br><br> Defendant. | Case No. BC619569 <br><br> [~~Proposed~~] Order: <br><br> (1) Denying Plaintiff's Motion to Tax Costs; and <br><br> (2) Granting in Part and Denying in Part the Joint Motion of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. for Attorneys' Fees and/or Monetary Sanctions <br><br> Date: February 23, 2017 <br> Time: 8:30 a.m. <br> Dept.: 73 <br> Reservation Nos.: 161118175381 and 161219192067 <br><br> Complaint Filed: May 5, 2016 |

Order on Motion to Tax Costs and Joint Motion for Attorneys' Fees and/or Monetary Sanctions

25838611

1   On February 23, 2017, the following motions were heard by the Court:

2   1.   Plaintiff Colocation America, Inc.'s Motion to Tax Costs, filed on or about November 18, 2016 (the "Motion to Tax"); and

3   2.   The joint motion of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. for Attorneys' Fees and/or Monetary Sanctions, filed on or about December 19, 2016 (the "Motion for Attorneys' Fees").

Deborah Perlman and Paul Sigelman appeared on behalf of plaintiff Colocation America, Inc.

David Rogers and Lyndsey Torp appeared via court call on behalf of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc.

After considering the supporting and opposing papers filed by the parties in connection with the Motion to Tax and the Motion for Attorneys' Fees, the pleadings on file in this action, and the arguments of counsel at the hearing on the Motion to Tax and the Motion for Attorneys' Fees, it is HEREBY ORDERED that:

**MOTION TO TAX**

1.   The Motion to Tax is DENIED.

2.   Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation $1,555.00 for Mitel Networks Corporations' costs incurred in this lawsuit, as requested in the Memorandum of Costs (Summary), filed November 7, 2016.

**MOTION FOR ATTORNEYS' FEES**

3.   The Motion for Attorneys' Fees is GRANTED IN PART, and DENIED IN PART.

4.   ==Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. $32,242.00 for fees incurred in challenging the various subpoenas issued and served in bad faith and without substantial justification.==

5.   Plaintiff Colocation America, Inc. shall pay Mitel Networks, Inc. and Mitel Technologies, Inc. $870.00 for their first appearance fees incurred in this action.

Order on Motion to Tax Costs and Joint Motion for Attorneys' Fees and/or Monetary Sanctions
25838611

6. Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. $5,980.00 for fees incurred in relation to preparing the Motion for Attorneys' Fees.

IT IS SO ORDERED

Dated: APR 0-3 2017

Honorable Rafael Ongkeko
Superior Court Judge

- 3 -

Order on Motion to Tax Costs and Joint Motion for Attorneys' Fees and/or Monetary Sanctions

25838611