# EXHIBIT 1

# Jones, Jacob

| | |
|---|---|
| **From:** | Teri Foster <tfoster@bihlaw.com> |
| **Sent:** | Thursday, October 19, 2017 3:03 PM |
| **To:** | Barker, David; Harry Stanford; Paul Sigelman (paul@sigelmanlaw.com) |
| **Cc:** | Rogers, David; Jones, Jacob; Zachow, Maureen |
| **Subject:** | Re: Colocation/Mitel: Meet and Confer and Call Today with Judge Wake |

David, this will confirm that we will make Albert and Pedro available for a deposition prior to the Discovery deadline. Hopefully that will work with everyone's schedules on Monday or Tuesday of next week. I will try to reach them within the next hour and get back to you. Pedro is not an officer or employee of the corporation but I am told that he will appear at a mutually agreeable time voluntarily. This will also confirm that Albert is the only officer and director of Colocation. There have never been any other officers or directors. The Secretary of State information is being updated and I will forward that corrected information to you.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Barker, David" <dbarker@swlaw.com>
Date: 10/19/17 12:49 PM (GMT-07:00)
To: Teri Foster <tfoster@bihlaw.com>, Harry Stanford <hstanford@bihlaw.com>, "Paul Sigelman (paul@sigelmanlaw.com)" <paul@sigelmanlaw.com>
Cc: "Rogers, David" <drogers@swlaw.com>, "Jones, Jacob" <jcjones@swlaw.com>, "Zachow, Maureen" <mzachow@swlaw.com>
Subject: Colocation/Mitel: Meet and Confer and Call Today with Judge Wake

Teri –

I received Harry's message today to contact you about the depositions scheduled for tomorrow starting at 9 am. We served the deposition notices a month ago on September 19, 2017. Today, the day before the noticed depositions, we received your discovery responses stating that four of the five noticed deponents "do not exist." But, you imply with a declaration from a "Michael Shugarman" (who is not a lawyer and does not support his statements with any statutes or law), that the names in Colocation's Nevada corporation documents are "fictitious."

We contacted the Nevada Secretary of State a few minutes ago. **Intentionally using false names in corporate filings is a felony in Nevada**, which Albert acknowledged with each corporate document he signed for Colocation, including the one on March 7, 2017 (MITEL002168):

> I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

I've appended NRS 239.330 below.

We now have your and Colocation's admissions that Colocation and Adhoot knowingly submitted false information to Nevada, and that it did it numerous times.

1

Although you've had Shugarman's declaration since October 13, you did not notify us that the deponents were "fictitious" people at that time—and you know that discovery is scheduled to close on October 31. You could have notified us long ago that Colocation's listed officers and director were "ficitious" and provided us with their real names, if they exist.

To avoid raising these issues with Judge Wake today and seeking sanctions, Colocation must agree to either: (1) provide for deposition tomorrow the real people that go by ficitious names in Colocation's corporate filings, or (2) produce Albert Adhoot tomorrow at our LA office to answer questions about Colocation's officers, director, and their true identities, physical locations, contact information, and their knowledge of the issues in this case. This will be a personal deposition of Adhoot and not a 30(b)(6) deposition. **If you will not agree, we must jointly call Judge Wake's chambers no later than 3 pm today.** We must know who the actual people (if any) are behind the "fictitious" names. If there are none, please tell us truthfully now.

The relevance is obvious. The officers and director of Colocation would have information relevant to this dispute, such as the value of IPv4 addresses, dealings with Kotler, knowledge of this dispute or of MNC, and the use of IPv4 addresses in Colocation's business. Plus, the further misrepresentations of people's names and existence, in corporate documents filed with the Nevada Secretary of State, which is a felony, goes squarely to Colocation's credibility.

Adhoot's verified responses to our requests for admission and interrogatories continue to expose Colocation's deception. Adhoot is appears to have done everything possible to evade personal liability, but his actions will help pierce the corporate veil to hold him personally responsible for "Colocation's" actions.

We will meet and confer with you about your other responses early next week, including your failure to provide bank information. But, before that, please commit to at least Adhoot appearing tomorrow in place of the four "fictitious" deponents we learned of today.

Please confirm immediately that Adhoot will be available for a deposition tomorrow starting at 10 am in our LA office and we will send a notice by email to you. Otherwise, we need to call Judge Wake by 3 pm.

Thanks,
David

NRS 239.330 Offering false instrument for filing or record. A person who knowingly procures or offers any false or forged instrument to be filed, registered or recorded in any public office, which instrument, if genuine, might be filed, registered or recorded in a public office under any law of this State or of the United States, is guilty of a category C felony and shall be punished as provided in NRS 193.130.

David G. Barker
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Office: 602.382.6376
dbarker@swlaw.com   www.swlaw.com

**Snell & Wilmer**

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

**From:** Harry Stanford [mailto:hstanford@bihlaw.com]
**Sent:** Thursday, October 19, 2017 10:47 AM
**To:** Barker, David
**Cc:** Teri Foster
**Subject:** Discovery Responses

David:  Attached are the discovery responses that were mailed on Monday.  Please note that none of the people deposed for tomorrow are employees of Colocation.  Please call Teri Foster to discuss the depositions.

Harry Stanford, Legal Assistant
Brier Irish Hubbard & Erhart PLC

---

**From:** scanner@bihlaw.com <scanner@bihlaw.com>
**Sent:** Thursday, October 19, 2017 7:25 AM
**To:** Harry Stanford
**Subject:** Attached Image