BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| COLOCATION AMERICA, INC., | Case No. 2:17-cv-00421-NVW |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST PURSUANT TO RULES 17 & 25** |
| MITEL NETWORKS CORPORATION, | |
| Defendant. | (Honorable Neil V. Wake) |

Plaintiff Colocation America, Inc. ("Colocation") requests that this Court substitute Colocation America Corporation as the plaintiff in this action pursuant to FRCP Rule 17(a)(3) and Rule 25(c). The Contract issue identified the parties as Colocation America, Inc. and Mitel Networks Corporation. Through discovery and disclosure, Plaintiff reviewed corporate records and realized that its true corporate name is actually "Colocation America Corporation." See Nevada corporate records attached as Exhibit A and California corporate records attached as Exhibit B. This action should be prosecuted by the real party in interest, Colocation America Corporation, and therefore Plaintiff requests that the Court substitute Colocation America Corporation in place of Colocation America, Inc.

DATED: October 26, 2017.

                                  BRIER, IRISH, HUBBARD & ERHART, P.L.C.

                                  /s/ Teresa H. Foster
                                Teresa H. Foster, Of Counsel
                                2400 E. Arizona Biltmore Circle, Ste 1300
                                Phoenix, AZ 85016
                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and emailed a copy same date to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
drogers@swlaw.com
dbarker@swlaw.com
jcjones@swlaw.com


    /s/ Harry Stanford

# ARTICLES OF INCORPORATION OF

# COLOCATION AMERICA CORPORATION

### ARTICLE I. NAME

The name of the Corporation shall be:

### COLOCATION AMERICA CORPORATION

### ARTICLE II. RESIDENT AGENT:

The resident agent of business of the Corporation shall be located in the State of Nevada, County of Clark, at the following address:

> David Shugarman
> 3582 Coventry Gardens Drive
> Las Vegas Nevada 89135

### ARTICLE III. NATURE OF BUSINESS:

The nature of the business shall be to engage in any lawful activities under the laws of the State of Nevada.

### ARTICLE IV. DURATION:

The duration of the Corporation's life shall be perpetual.

### ARTICLE V. STOCK:

The total authorized capital stock of the Corporation shall be Twenty-four million, (24,000,000) shares of COMMON STOCK with $ 0.001 par value, and One Million (1,000,000) shares of PREFERRED STOCK with $ 0.001 par value.

17-626211

**Secretary of State**
**Statement of Information**
(California Stock, Agricultural Cooperative and Foreign Corporations)

SI-550

118

FILED
Secretary of State
State of California

MAY 10 2017

IMPORTANT — Read Instructions before completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

37/25/ccx2
This Space For Office Use Only

1. Corporation Name (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

COLOCATION AMERICA CORPORATION

2. 7-Digit Secretary of State File Number

C3232070

3. Business Addresses

| | | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>9360 W FLAMINGO RD STE 178 | City (no abbreviations)<br>LAS VEGAS | NV | 89147 |
| b. Mailing Address of Corporation, if different than Item 3a<br>16134 NORDHOFF STREET SUITE D | City (no abbreviations)<br>NORTH HILLS | CA | 91343 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>16134 NORDHOFF STREET SUITE D | City (no abbreviations)<br>NORTH HILLS | CA | 91343 |

4. Officers  The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/<br>MIHCAEL | | | TRUNKETT | | | |
| Address<br>9360 W FLAMINGO RD STE 178 | | | City (no abbreviations)<br>LAS VEGAS | State<br>NV | Zip Code<br>89147 | |
| b. Secretary<br>BRIAN | First Name | Middle Name | Last Name<br>GREENSPAN | | | Suffix |
| Address<br>9360 W FLAMINGO RD STE 178 | | | City (no abbreviations)<br>LAS VEGAS | State<br>NV | Zip Code<br>89147 | |
| c. Chief Financial Officer/<br>AMY | First Name | Middle Name | Last Name<br>GOLDSTEIN | | | Suffix |
| Address<br>9360 W FLAMINGO RD STE 178 | | | City (no abbreviations)<br>LAS VEGAS | State<br>NV | Zip Code<br>89147 | |

5. Director(s)  California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and address(es) on Form SI-550A (see Instructions).

| a. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| DAVID | | STEIN | | | |
| Address<br>9360 W FLAMINGO RD STE | | City (no abbreviations)<br>LAS VEGAS | State<br>NV | Zip Code<br>89147 | |

b. Number of Vacancies on the Board of Directors, if any

6. Service of Process (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| PEDRO | C | CRUZ | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box<br>16134 NORDHOFF STREET SUITE D | | City (no abbreviations)<br>NORTH HILLS | State<br>CA | Zip Code<br>91343 | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

7. Type of Business
Describe the type of business or services of the Corporation
COLOCATOIN SERVER HOSTING

8. The Information contained herein, including in any attachments, is true and correct.

MICHAEL TRUNKETT       PRESIDENT    [signature]
Date   Type or Print Name of Person Completing the Form    Title   Signature

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

MITEL002145

Exhibit B