**From:** Corey Allen
**To:** Michelle Whittington
**Sent:** 2/26/2016 6:40:34 PM
**Subject:** Attn: Michelle Whittington Re: Revised domain assignment
**Attachments:** DOMAIN NAME ASSIGNMENT AGREEMENT.pdf

Dear Ms. Whittington,

Here is the revised domain assignment, which the purchaser, Colocation America, will sign and open escrow (which it is advised to use for internet transactions) and at the same time make the $10,000 deposit. The company recognizes that you may or may not have rights as a result of the old bankruptcy proceedings but is willing to go forward on quit claim basis.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

COLOCATION AMERICA, INC.,

Plaintiff,

v.

MITEL NETWORKS CORPORATION,

Defendant.

Case No. 2:17-cv-00421-NVW

DEPOSITION OF MICHELLE WHITTINGTON

30(b)(6) Mitel Networks Corporation

Phoenix, Arizona
Friday, August 18, 2017
10:10 a.m.

CERTIFIED TRANSCRIPT

KATE E. ROUNDY, RPR
Certified Reporter
Certificate Number 50582

EXHIBIT B

Corporation.

Q. What did he do to discover that it was in the name of Mitel?

A. That the WHOIS database showed that it was.

Q. And that would have been -- would that have been before the draft of the Domain Name Assignment Agreement of April 24th?

A. It would have been, uh-huh. It would have been necessary to draft the agreement.

Q. So if Paulo would have done investigation to verify that Mitel owned the domain name, why was it going to be on a quitclaim basis?

A. I didn't put it there.

Q. Oh, the quitclaim language?

A. Uh-huh.

Q. And you don't recall discussions with Corey about that?

A. No.

Q. Take a minute and look at the document that is attached to this page that starts with 550. It was Bates stamped by Mitel as 551, 52 and 53 and 54. So I'm assuming that it actually was what Corey sent to you.

Do you recognize this document at all?

A. Yes. It's similar to the others with a few changes.

Q. At about this time frame on February 26th, did you review the changes that Corey was requesting?

A. I believe so.

Q. And, again, without asking for any legal advice, do you recall reviewing Corey's changes with the IOC (sic) or the general counsel?

A. I did review internally.

Q. Who would you have reviewed with?

A. That would have been with the -- another business person.

Q. Like what type of business person?

A. Business strategy, vice president of business strategy.

Q. What about intellectual property?

A. I'm the only IP counsel there.

Q. What does the IOS (sic) person do? I'm sorry. I don't have any background on this.

A. IOS?

Q. Yes. Isn't that what you said?

MR. ROGERS: CIO.

THE WITNESS: CIO, chief information officer.

So my understanding is his responsibilities involved information systems, which would be data privacy, internal infrastructure, which would also include websiting, touches into the marketing, includes the domain

are just a bit difficult. It's called receivership.

And Gandalf Technologies was also in the telecommunications business, and they had a product that Mitel was very much interested in. And so there was a -- in the agreement you will see that Deloitte & Touche was the appointed guardian over the transaction, over the receivership transaction.

So Mitel Corp. purchased the business assets of Gandalf Technology instead of purchasing the company. Had they purchased the company, they would have been responsible for the liability and the debt, which would not have been beneficial post transaction.

Q. Do you know if Mitel Corp. purchased all the assets of Gandalf or just some?

A. The business assets. And they are defined in the agreement.

Q. And does that agreement include the domain name?

A. It does.

Q. Does that agreement make any reference to the IP addresses that we were discussing earlier?

A. It does not.

Q. Now, you testified earlier that someone, I think it might have been Paulo, had checked to see if Mitel Networks owned that domain name before the agreement with Colocation.





Whois-RWS
whois.arin.net/ui/
Apps
BIHE email
Google
Arizona Registrar of
http--mkconsultants
Civil Law
Civil Suits
yahoo people search
Accessors Interactive
Other bookmarks
ARIN
SEARCH WhoisRWS
advanced search
NUMBER RESOURCES
PARTICIPATE
POLICIES
FEES & INVOICES
KNOWLEDGE
ABOUT US
ARIN Online
WHOIS-RWS
QUICK START
Enter a query into the "Search WHOISRWS" box in the upper right corner of this page. By using this service, you are agreeing to the Whois Terms of Use
SUMMARY
This is a RESTful web service for Whois data contained within ARIN's registration database. Documentation on the API can be downloaded as either a PDF or word document in the box to your right.
RELEVANT LINKS
> ARIN Whois/Whois-RWS Terms of Service
> Report Whois Inaccuracy
> Whois-RWS API Documentation
> ARIN Technical Discussion Mailing List
> Sample stylesheet (xsl)
Contact Us
Terms of Service
Media
Site Map
Search ARIN
Privacy Statement
Accessibility
Network Abuse
By using the ARIN Whois service, you are agreeing to the Whois Terms of Use
© Copyright 1997 - 2015, American Registry for Internet Numbers

EXHIBIT C

## ARIN AT A GLANCE

**Established in December 1997, the American Registry for Internet Numbers (ARIN) is a nonprofit, member-based organization that supports the operation and growth of the Internet.**

ARIN accomplishes this by carrying out its core service, which is the management and distribution of Internet number resources such as Internet Protocol (IP) addresses and Autonomous System Numbers (ASNs). ARIN manages these resources within its service region, which is comprised of Canada, the United States, and many Caribbean and North Atlantic islands. ARIN also coordinates policy development by the community and advances the Internet through informational outreach.

## ARIN and the Regional Internet Registry System

ARIN is a Regional Internet Registry (RIR) incorporated in the Commonwealth of Virginia, USA. There are five RIRs covering the globe, and each RIR:

- Provides services related to the technical coordination and management of Internet number resources in its respective service region;
- Participates in the global Internet community;
- Facilitates the development of policy decisions made by its members and any other interested Internet citizens;
- Is a nonprofit, membership organization;
- Is governed by an executive board elected by its membership.

## Mission Statement and Services

The ARIN Mission Statement highlights the main service areas that ARIN covers:

> ARIN, a nonprofit member-based organization, supports the operation of the Internet through the management of Internet number resources throughout its service region; coordinates the development of policies by the community for the management of Internet Protocol number resources; and advances the Internet through informational outreach.

ARIN's services are grouped in four areas: Registration, Organization, Policy Development, and Technical.

### Registration Services

Registration Services refer to the technical coordination and management of Internet number resources, and they include:

- Internet number resource management
  - IP address space allocation, transfer, and record maintenance
  - ASN allocation, transfer, and record maintenance
- Directories
  - Registration transaction information (Whois)
  - Routing information (Internet Routing Registry)
- DNS (Reverse)
- WhoWas

- Elections
- Members Meetings
- Information publication and dissemination
- Education and training

## Policy Development Services

Policy Development Services facilitate the development of policy for the technical coordination and management of Internet number resources in the ARIN region. They include:

- Maintaining discussion email lists
- Conducting Public Policy Meetings
- Publishing policy documents

## Technical Services

ARIN also develops technical services to support the evolving needs of the Internet community. They include:

- Whois and Registration Data Access Protocol (RDAP) directory services
- Reverse Domain Name System (DNS) services
- Cryptographic Authentication
- Internet Routing Registry (IRR)
- Community software repository
- Resource Public Key Infrastructure (RPKI) repository
- DNS Security (DNSSEC)
- Operational Test and Evaluation environment (OT&E)

## More Information

- The ARIN @ a Glance Fact Sheet (PDF) includes an overview of ARIN's services, organizational structure, membership, and resources.
- View ARIN's organizational structure and staff list.

*By using the ARIN Whois service, you are agreeing to the Whois Terms of Use*

*© Copyright 1997 - 2017, American Registry for Internet Numbers, Ltd.*

# DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 7th day of March, 2016 ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

EXHIBIT D

B. Payment. The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights. Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

C. Mitel's Obligations. Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

D. Warranty. Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

E. INTELLECTUAL PROPERY PURCHASER Obligations. INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

F. Entire Agreement. This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein. No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

MITEL NETWORKS CORPORATION

_______________

Name: Greg Hiscock

Position: General Counsel, Corporate Secretary

Date: March 15/16

COLOCATION AMERICA, INC.

_______________

Name: Albert A Ahdoot / Business

Date: 3/10/16

## SCHEDULE A TO DOMAIN NAME ASSIGNMENT AGREEMENT

## INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**

| | |
|---|---|
| Name: | BANK OF NOVA SCOTIA |
| Branch: | Toronto BSC (Servicing Transit) |
| Address: | 20 Queen St W 4th Floor<br>Toronto, Ontario<br>M5H 3R3<br>CANADA |
| SWIFT BIC: | NOSCCATT |
| ABA Routing #: | 26002532 |

**BENEFICIARY**

| | |
|---|---|
| Name: | MITEL NETWORKS CORPORATION |
| Address: | 350 Legget Drive<br>Ottawa, Ontario<br>K2K 2W7<br>CANADA |
| Branch Transit: | 47386 |
| Inst. number: | 002 |
| Account number | 01295 18 |
| Currency code: | CAD |

Global Treasury & Risk Management Operations

| | | |
|---|---|---|
| Tel: | (613) 592-2122 | x: 71823 or 74433 |
| Fax: | | (613) 592-4784 |
| @ | | treasury@mitel.com |

ESCROW.COM | My Transactions | Start Transaction | Buttons | Help | Contact Us | A

**Status**
Select any status for help

1 BUYER AND SELLER AGREE TO TERMS
2 BUYER SENDS PAYMENT TO ESCROW.COM
3 SELLER SHIPS MERCHANDISE TO BUYER
4 BUYER RECEIVES MERCHANDISE
5 ESCROW.COM PAYS SELLER

# The Milestone Transaction is opened

- Actions will be available based on milestone statuses.
- If available please select Action for every milestone

**Payment details**

If you have not sent your payment yet, here are our wire transfer details:

Bank Name: Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
ABA Routing #: 121000248
Swift Code: WFBIUS6S
Credit Account Name: Internet Escrow Services Inc
Credit Account #: 7101167844
Wire Beneficiary Address: 180 Montgomery St
Suite 650
San Francisco, CA 94104
USA
Additional Instructions: Reference Escrow Transaction # 847266

**History**

Mar 28 2016 3:44PM PDT
Escrow.com approves payment

Mar 25 2016 2:04PM PDT
Both parties have accepted the offer awaiting buyer payment

Mar 25 2016 12:26PM PDT
Buyer initiates the transaction

**Merchandise**

| Actions | Milestone No | Status | Item Description | Inspection Period (calendar days) | Delivery Type | Unit Price/Installment |
|---|---|---|---|---|---|---|
| N/A | 1 | Buyer funds secured by Escrow.com | Gandalf.ca When Seller notifies Escrow.com that gandalf.ca and the IPv4 134.22.0.0/16 netblocks have been transferred, Escrow.com will verify that the Buyer is the registrant on both 'WHOIS' No content, software, adsense or income generating accounts incl | 30 | No Shipping Needed | $10,000.00 |
| | | | | | Subtotal | $10,000.00 |
| | | | | | Escrow Fee | $175.50 |
| | | | | | Total Transaction ID: 847266 Escrow ID: 561965 | $10,175.50 |

**Terms**

Transaction #: 847266
Escrow #: 561965
Transaction Title: Modified - Gandalf.ca Domain Name Transfer

EXHIBIT E

Transaction 847266 (Escrow 561965)

| Description | Modified - Gandalf.ca Domain Name Transfer |
|---|---|
| Status | Milestone transaction open |
| Created | 2016-03-25 12:26:30 |
| Total Value | 10000.00 USD |
| Buyer | 984834 (albert@colocationamerica.com) |
| Seller | 984847 (Michelle.Whittington@mitel.com) |

Transaction History

| Date | Status | Message | Cust ID | IP |
|---|---|---|---|---|
| 2016-03-25 12:26:30 | BuyerInitiate | Buyer initiates the transaction | 984834 | 104.173.192.95 |
| 2016-03-25 14:04:44 | BothAccept | Both parties have accepted the offer, awaiting buyer payment. | 984847 | 75.172.228.73 |
| 2016-03-25 14:05:07 | sellersettlemen | seller selected WT as a settlement method to BANK OF NOVA SCOTIA, Account Number *******9518. | 984847 | 75.172.228.73 |
| 2016-03-28 15:44:16 | PaymentApproved | Escrow.com approves payment. | | |

| | |
|---|---|
| **From:** | Samantha Walters |
| **To:** | Michelle Whittington |
| **CC:** | 'Corey Allen' |
| **Sent:** | 3/29/2016 9:58:55 AM |
| **Subject:** | RE: Gandalf.ca Transfer - Next Steps |

Michelle,

Thank you for the heads up.
Please let me know if I can be of any assistance at this time.

Best,

Samantha Walters
VP of Online Strategies

Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

**From:** Michelle Whittington [mailto:Michelle.Whittington@mitel.com]
**Sent:** Monday, March 28, 2016 4:24 PM
**To:** Samantha Walters <Samantha@ColocationAmerica.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Gandalf.ca Transfer - Next Steps

Dear Samantha, there appears to be a miscommunication that needs to be worked out first.

Michelle

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Monday, March 28, 2016 3:05 PM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** Gandalf.ca Transfer - Next Steps

Michelle,

I hope all is well and that you had a great holiday weekend.

The Bills Payable Department just reached out and confirmed that the wire transfer to Escrow.com has been completed. Here is the Reference Escrow Transaction #847266,561965 for your records.

As per our conversation last week, our next step is to transfer the IP range from Mitel to Colocation America. After that, we will do the domain transfer. If everything goes smoothly, it should take around 2 weeks to finalize and confirm Colocation America as the registrant on the WHOIS database. Once confirmed, Escrow.com will release the funds.

With that said, can you please connect me with a member of your IP team so we may continue to the next step?

Thank you,

**EXHIBIT F**

Samantha Walters
VP of Online Strategies

Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

---

This email has been checked for viruses by Avast antivirus software.
www.avast.com

---

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

This email has been checked for viruses by Avast antivirus software.
www.avast.com

STATE OF NEVADA

*BARBARA K. CEGAVSKE*
*Secretary of State*

*KIMBERLEY PERONDI*
*Deputy Secretary*
*for Commercial Recordings*

OFFICE OF THE
SECRETARY OF STATE

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

## Copy Request

September 18, 2017

**Job Number:** C20170918-0813
**Reference Number:** 00010750456-18
**Expedite:**
**Through Date:**

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20050091175-30 | Articles of Incorporation | 6 Pages/1 Copies |
| 20050215346-48 | Initial List | 1 Pages/1 Copies |
| 20060189614-47 | Annual List | 1 Pages/1 Copies |
| 20060793070-74 | Amended List | 1 Pages/1 Copies |
| 20070094670-35 | Annual List | 1 Pages/1 Copies |
| 20080107318-70 | Annual List | 1 Pages/1 Copies |
| 20090120738-52 | Annual List | 1 Pages/1 Copies |
| 20100109457-49 | Annual List | 1 Pages/1 Copies |
| 20110160375-56 | Annual List | 1 Pages/1 Copies |
| 20120116106-90 | Annual List | 1 Pages/1 Copies |
| 20130154683-93 | Annual List | 1 Pages/1 Copies |
| 20140127538-83 | Annual List | 1 Pages/1 Copies |
| 20150097250-81 | Annual List | 1 Pages/1 Copies |
| 20160095011-75 | Annual List | 1 Pages/1 Copies |
| 20170110106-79 | Annual List | 1 Pages/1 Copies |

Respectfully,

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

MITEL002147

EXHIBIT G

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
dbarker@swlaw.com
jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br>Plaintiff,<br>v.<br>Mitel Networks Corporation,<br>Defendant. | No. CV-17-00421-PHX-NVW<br>**Mitel Networks Corporation's First Set of Requests for Admission to Colocation America, Inc. (Nos. 1–35 )**<br>AND COLOCATION'S ANSWERS THERETO |

**TO: COLOCATION AMERICA, INC. AND ITS ATTORNEYS OF RECORD:**

Pursuant to Rules 26, and 36, Federal Rules of Civil Procedure, Defendant Mitel Networks Corporation requests that Plaintiff Colocation America, Inc., serve written responses to the requests for admission below, and admit or deny the truth of the matters asked, within thirty days of service. Any request for admission not admitted or denied within thirty days of service may be deemed admitted.

## INSTRUCTIONS FOR USE

1. A denial shall fairly meet the substance of the request, and when good faith requires that an answer to a requested admission be qualified or denied only in part, the answer shall specify so much as is true and qualify or deny the remainder. You may not give lack of information or knowledge as a reason for failure to admit or deny unless you have made a reasonable inquiry and the information is unknown or not readily obtainable.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

2. If an objection is made, the reasons therefore shall be stated. The answer shall specifically admit or deny the matter or set forth in detail the reasons why the request cannot be truthfully admitted or denied. If you consider that a matter as to which an admission has been requested presents a genuine issue for trial, you may not, on that ground alone, object to the request.

3. If you fail to admit the truth of any matter requested herein and that matter is thereafter proved upon the trial of this action or otherwise, you may be required to pay Mitel Networks Corporation the reasonable expenses, including attorneys' fees, incurred in proving the truth of such matter.

4. If you need more space to answer one or more requests for admission, supply the answers on a separate sheet of paper setting forth the request followed by you answer.

5. These requests are intended to be continuing, which requires that you supplement your answers as additional information becomes available.

6. "Kotler" means Corey Allen Kotler.

7. "Colocation" means the Plaintiff in this action including under its names Colocation America, Inc., Colocation America Corporation, Inc. and/or Colocation America Corporation.

8. "MNC" means Mitel Networks Corporation.

9. "IPv4" means Internet Protocol version 4.

10. "Contract" means the Domain Name Assignment Agreement between Colocation and MNC.

11. "Any," "each" and "all" shall be read to be all inclusive, and to require the production of each and every document (as hereinafter defined) responsive to the particular request for production in which such term appears.

12. "And," "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively so as to require the production of all documents (as hereinafter defined) responsive to all or any part of each particular request for

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

production in which any conjunction or disjunction appears.

13. "Person" means an individual, firm, corporation, association, organization or any other entity. All references to persons or entities also include all persons and entities acting on his, her, their or its behalf.

14. The term "including" is not limiting and means "including, without limitation."

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

With reference to MITEL001687, admit that the "Net Range" 74.114.116.0 – 74.114.119.255 includes 1,024 individual IPv4 addresses.

**ANSWER:**

__X__ Admit                ______ Deny

**REQUEST FOR ADMISSION NO. 2:**

With reference to MITEL001688, admit that the "Net Range" 67.219.16.0 – 67.219.31.255 includes 4,096 individual IPv4 addresses.

**ANSWER:**

__X__ Admit                ______ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 3:**

With reference to MITEL001671 and MITEL001687-MITEL001688, admit that Colocation paid $25,000 in connection with Escrow.com "Transaction 1065206 (Escrow 577160)."

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 4:**

With reference to MITEL000021, admit that the IPv4 block designated by 134.22.0.0/16 includes 65,536 individual IPv4 addresses.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 5:**

Admit that "Corey Allen" is not Kotler's full legal name.

**ANSWER:**

______ Admit __X__ Deny

**REQUEST FOR ADMISSION NO. 6:**

Admit that Colocation knew, before Kotler contacted MNC, that "Corey Allen" was not Kotler's full legal name.

**ANSWER:**

______ Admit __X__ Deny

**REQUEST FOR ADMISSION NO. 7:**

Admit that Colocation knew, before the Contract was signed, that Kotler was communicating with MNC using the name "Corey Allen."

**ANSWER:**

_______ Admit ___X___ Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that Colocation knew, before Kotler contacted MNC, that Kotler was an actor.

**ANSWER:**

_______ Admit ___X___ Deny

**REQUEST FOR ADMISSION NO. 9:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler's full legal name was "Corey Allen Kotler."

**ANSWER:**

___X___ Admit _______ Deny

**REQUEST FOR ADMISSION NO. 10:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler was an actor.

**ANSWER:**

___X___ Admit _______ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

**REQUEST FOR ADMISSION NO. 11:**

Admit that Colocation knew about the IPv4 addresses designated by 134.22.0.0/16 before Kotler contacted MNC.

**ANSWER:**

________ Admit      ___X___ Deny

**REQUEST FOR ADMISSION NO. 12:**

Admit that Colocation agreed with Kotler that Kotler would contact MNC and attempt to negotiate a transfer to Colocation of the IPv4 addresses designated by 134.22.0.0/16.

**ANSWER:**

________ Admit      ___X___ Deny

**REQUEST FOR ADMISSION NO. 13:**

Admit that Colocation exchanged emails with Kotler while Kotler was negotiating the Contract with MNC.

**ANSWER:**

________ Admit      ___X___ Deny

**REQUEST FOR ADMISSION NO. 14:**

Admit that Colocation never told MNC while negotiating the Contract that Colocation wanted to acquire the IPv4 addresses designated by 134.22.0.0/16.

**ANSWER:**

________ Admit      ___X___ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

**REQUEST FOR ADMISSION NO. 15:**

Admit that Colocation America Corporation is a Nevada corporation, and is the legal same legal entity as Colocation America, Inc., which is the plaintiff in this action.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 16:**

Admit that Michael Trunkett is not employed by Colocation.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that Michael Trunkett has never been employed by Colocation.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 18:**

Admit that Michael Trunkett is neither Colocation's CEO nor its President.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 19:**

Admit that Michael Trunkett has never been Colocation's CEO or President.

**ANSWER:**

__X__ Admit ______ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

**REQUEST FOR ADMISSION NO. 20:**

Admit that Brian Greenspan is not employed by Colocation.

**ANSWER:**

X Admit ______ Deny

**REQUEST FOR ADMISSION NO. 21:**

Admit that Brian Greenspan has never been employed by Colocation.

**ANSWER:**

X Admit ______ Deny

**REQUEST FOR ADMISSION NO. 22:**

Admit that Brian Greenspan is not Colocation's Secretary.

**ANSWER:**

X Admit ______ Deny

**REQUEST FOR ADMISSION NO. 23:**

Admit that Brian Greenspan has never been Colocation's Secretary.

**ANSWER:**

X Admit ______ Deny

**REQUEST FOR ADMISSION NO. 24:**

Admit that Amy Goldstein is not employed by Colocation.

**ANSWER:**

X Admit ______ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

**REQUEST FOR ADMISSION NO. 25:**

Admit that Amy Goldstein has never been employed by Colocation.

**ANSWER:**

X Admit ________ Deny

**REQUEST FOR ADMISSION NO. 26:**

Admit that Amy Goldstein is neither Colocation's Chief Financial Officer nor Colocation's Treasurer.

**ANSWER:**

X Admit ________ Deny

**REQUEST FOR ADMISSION NO. 27:**

Admit that Amy Goldstein has never been Colocation's Chief Financial Officer or Treasurer.

**ANSWER:**

X Admit ________ Deny

**REQUEST FOR ADMISSION NO. 28:**

Admit that David Stein is not employed by Colocation.

**ANSWER:**

X Admit ________ Deny

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 29:**

Admit that David Stein has never been employed by Colocation.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 30:**

Admit that David Stein is not Colocation's Director.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 31:**

Admit that David Stein has never been Colocation's Director.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 32:**

Admit that Pedro Cruz does not have an address at 16134 Nordhoff St. Suite D, North Hills, CA 91343.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 33:**

Admit that Pedro Cruz is not an employee of Colocation.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 34:**

Admit that Pedro Cruz has not been an employee of Colocation in 2017.

**ANSWER:**

__X__ Admit ______ Deny

**REQUEST FOR ADMISSION NO. 35:**

Admit that Colocation does not maintain a place of business at 16134 Nordhoff St. Suite D, North Hills, CA 91343.

**ANSWER:**

__X__ Admit ______ Deny

DATED this 15th day of September, 2017.

SNELL & WILMER L.L.P.

By: [signature]

David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Mitel Networks Corporation*

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**Certificate of Service**

I hereby certify that on September 15, 2017, I caused a true and correct copy of the foregoing document to be served on Colocation America, Inc., by United States Express Mail, postage prepaid, to the last known address of the counsel of record for Colocation America, Inc., as follows:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com
Attorney for Plaintiff

Kim Hayes

COLOCATION'S ANSWERS TO REQUESTS FOR ADMISSIONS

(Nos. 1 – 35)

DATED: October 16, 2017.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

ORIGINAL mailed this 16th day of October, 2017, to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

VERIFICATION

Albert Ahdoot, upon oath states:

I am the President of Plaintiff in this matter and have reviewed Plaintiff's Responses to Second Request for Production of Documents, First Set of Request for Admissions, and Second Set of Interrogatories. I declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: October 16, 2017.

Albert Ahdoot

**From:** Teri Foster
**Sent:** Thursday, October 19, 2017 3:21 PM
**To:** Barker, David; Harry Stanford; Paul Sigelman (paul@sigelmanlaw.com)
**Cc:** Rogers, David; Jones, Jacob; Zachow, Maureen
**Subject:** Re: Colocation/Mitel: Meet and Confer and Call Today with Judge Wake

Albert Adhoot can be available Tues 10/24/17 in the afternoon at your LA office to answer questions about Colocation's officers, director, and their true identities, physical locations, contact information, and their knowledge of the issues in this case. Pedro recently had a triple bybass and is not up to traveling. He can, however, be available phone OR we can stipulate to extend the deadline for that limited purpose.

*Teresa H. Foster, Esq., Of Counsel*
*Brier, Irish, Hubbard & Erhart, P.L.C.*
*2400 East Arizona Biltmore Circle*
*Suite 1300*
*Phoenix, Arizona 85016-2115*
*Telephone: 602-515-0181*
*Direct: 602-515-0154*
*Fax: 602-522-3945*
*E-Mail: tfoster@bihlaw.com*

---

**From:** Barker, David <dbarker@swlaw.com>
**Sent:** Thursday, October 19, 2017 3:05 PM
**To:** Teri Foster; Harry Stanford; Paul Sigelman (paul@sigelmanlaw.com)
**Cc:** Rogers, David; Jones, Jacob; Zachow, Maureen
**Subject:** RE: Colocation/Mitel: Meet and Confer and Call Today with Judge Wake

Thanks Teri. The deadline for depositions in the scheduling order is October 24, so the depositions need to happen by that date. We are available October 23 and 24 for the depositions.

**From:** Teri Foster [mailto:tfoster@bihlaw.com]
**Sent:** Thursday, October 19, 2017 3:03 PM
**To:** Barker, David; Harry Stanford; Paul Sigelman (paul@sigelmanlaw.com)
**Cc:** Rogers, David; Jones, Jacob; Zachow, Maureen
**Subject:** Re: Colocation/Mitel: Meet and Confer and Call Today with Judge Wake

David, this will confirm that we will make Albert and Pedro available for a deposition prior to the Discovery deadline. Hopefully that will work with everyone's schedules on Monday or Tuesday of next week. I will try to reach them within the next hour and get back to you. Pedro is not an officer or employee of the corporation but I am told that he will appear at a mutually agreeable time voluntarily. This will also confirm that Albert is the only officer and director of Colocation. There have never been any other officers or directors. The Secretary of State information is being updated and I will forward that corrected information to you.

Sent from my T-Mobile 4G LTE Device

**EXHIBIT I**