David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
   dbarker@swlaw.com
   jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | Case No. CV-17-00421-PHX-NVW |
| Plaintiff, | **JOINT WRITTEN SUMMARY OF DISCOVERY DISPUTE** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |

The parties, having conferred by email and telephone, summarize their dispute:

MNC has requested, and Colocation refuses to produce, **(1)** records of payments from Colocation to Albert Adhoot (Colocation's owner and only officer/director[1]); and **(2)** Colocation's unredacted monthly bank statements and unredacted federal and state tax returns for years 2014-2016 (RFPs 1-2). There is a protective order and MNC believes it adequately safeguards any confidential information.

MNC asserts that **(1)** and **(2)** are relevant given the recent discovery that Adhoot is the sole person controlling Colocation, despite corporate records falsely stating that there are four corporate officers (who do not exist) and that do not list Adhoot. In view of this and other deceptions by Colocation (which were recently discovered by MNC), MNC

---

[1] Colocation agreed to produce records of payments from Colocation to Kotler and Cruz. If they fail to do so, however, MNC requests leave to move to compel such production.

believes that Colocation is the alter ego of Adhoot and that Adhoot is personally liable to MNC in this action. The requested discovery is relevant to this issue.

In addition, on October 26, 2017, MNC has requested that Colocation supplement prior discovery responses with **(3)** non-privileged correspondence involving MNC, Kotler, Dividend Advisors, or the IPv4 addresses, to or from Sigelman, Adhoot and/or Kotler (RFPs 1, 2, 16). Colocation believes that all correspondence has been produced but agreed yesterday (October 30) to search email folders again and produce documents responsive to category **(3)**. However, MNC requests leave to file a supplemental motion to compel production if Colocation's production is inadequate. MNC requests that production of **(3)** be completed no later than November 3.

Colocation has objected to providing items **(1)** and **(2)**, asserting that these items are not the subject of any discovery request,[2] the information requested is not likely to lead to the discovery of admissible evidence and this information is irrelevant to any issues in this litigation. Colocation has agreed to provide redacted copies of bank statements (to show they are maintained) and redacted copies of tax returns (to show they were filed). The payments to Corey Allen Kotler were in fact made from the Colocation bank account. Colocation asserts that payments that Colocation made to its owner are irrelevant to any existing claims in this proceeding.

DATED this 31st day of October, 2017.

---

[2] The Requests are attached as Exhibits 1 and 2.

- 2 -

SNELL & WILMER L.L.P.

By: s/ *Jacob C. Jones*
Jacob C. Jones (#029971)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Attorneys for Defendant
Mitel Networks Corporation

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

By: s/ *Teresa H. Foster (with permission)*
Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
Attorneys for Plaintiff Colocation America Corporation

**Certification Under LRCiv 7.2(j)**

Pursuant to LRCiv 7.2(j) and the Court's Scheduling Order (Doc. 20), I hereby certify that I have met and conferred by email and telephonically with Colocation's counsel Teresa Foster concerning the discovery matters addressed herein.

s/ *David G. Barker*

**Certificate of Service**

I hereby certify that on October 31, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record to:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA  90210
paul@sigelmanlaw.com

Attorneys for Plaintiff

 s/ *Jacob C. Jones*

- 4 -