# EXHIBIT 3

**To:** albert@colocationamerica.com; Paul Sigelman
**Subject:** Fwd: Domain

[Quoted text hidden]

---

**Corey Allen Kotler** <coreyallenkotler@gmail.com>  Fri, Feb 19, 2016 at 2:44 PM
To: "Albert (Colocation America)" <Albert@colocationamerica.com>, "paul@sigelmanlaw.com" <paul@sigelmanlaw.com>

Is there a way to slip it in nebulously? i.e "...and should any potential intellectually properties or scenarios that may be associated at a future point in time"

[Quoted text hidden]

---

**Corey Allen Kotler** <coreyallenkotler@gmail.com>  Thu, Aug 17, 2017 at 12:14 AM
To: "paul@sigelmanlaw.com" <paul@sigelmanlaw.com>

**I FOUND A COPY OF THIS ONE THAT U REQUESTED**

[Quoted text hidden]