# EXHIBIT 4

BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| COLOCATION AMERICA, INC., | Case No. 2:17-cv-00421-NVW |
| Plaintiff, | (Honorable Neil V. Wake) |
| v. | **PLAINTIFF'S ANSWERS TO DEFENDANT MITEL NETWORKS CORPORATION'S SECOND SET OF INTERROGATORIES TO COLOCATION AMERICA, INC. (Nos. 6–13)** |
| MITEL NETWORKS CORPORATION, | |
| Defendant. | |

Plaintiff Colocation America, Inc. responds to Defendant Mitel Networks Corporation's

("MNC") Second Set of Interrogatories as follows:

**Interrogatory No. 6 Answer:**

Plaintiff intends to offer the testimony of Albert Ahdoot to support its contention that

IPv4 addresses are "intellectual property." Plaintiff's contention is based on its experience in this

industry for over a decade. These addresses are property rights that can be transferred. Like other

forms of intellectual property, these addresses are valuable because they represent ownership of

an exclusive right to use this intangible property.

**Interrogatory No. 7 Answer:**

Plaintiff does not contend that IPv4 addresses are "goodwill."

**Interrogatory No. 8 Answer:**

Plaintiff intends to introduce testimony from Albert Ahdoot concerning both the express language of the Contract and the express language in the escrow.com instructions, both of which provide for the transfer of the IPv4 addresses.

**Interrogatory No. 9 Answer:**

67.219.16.0 through 67.219.31.254

**Interrogatory No. 10 Answer:**

74.117.116.0 through 74.117.119.254

**Interrogatory No. 11 Answer:**

Objection. The financial information is not likely to lead to the discovery of admissible evidence and is irrelevant to all issues in this case.

**Interrogatory No. 12 Answer:**

Pedro Cruz, CAA, SRTP
Cruz Financial Services Inc.
15451 Superior Street
North Hills, CA 91343
818-895-7671

The other individuals identified as "Colocation Individuals" do not exist.

**Interrogatory No. 13 Answer:**

RFA #5.    When Plaintiff was originally introduced to Corey Allen Kotler, Plaintiff believed his name was Corey Allen. It was not until after the MNC transaction (at about the time that Plaintiff entered into the subsequent agreement with Dividend Advisors) that Plaintiff learned that Corey Allen also used the name Corey Kotler. Plaintiff does not have any personal knowledge concerning his true legal name, although Plaintiff does admit that he testified that his full legal name is Corey Allen Kotler.

RFA #6.      See response to RFA #5 above.

RFA #7.      Plaintiff knew, before the Contract was signed, that Corey Allen was communicating with MNC. At this time, Plaintiff did not know that Corey Allen also used the name Corey Kotler.

RFA #8.      Plaintiff knew, before Corey Allen contacted MNC, that he was an actor. At this time, Plaintiff was not aware that Corey Allen also used the name Corey Kotler.

RFA #9.      Plaintiff admits this allegation but it did not know that Corey Allen went by another name before the Contract was signed and Plaintiff never had any communications with MNC before the Contract was signed. Furthermore, Plaintiff does not have personal knowledge concerning what Corey Allen aka Corey Kotler's full legal name is.

RFA #10.     Plaintiff admits this allegation, but Plaintiff never had any communications with MNC before the Contract was signed. Furthermore, Plaintiff did not know that Corey Allen also used the name Corey Kotler before the Contract was signed.

RFA #11.     Plaintiff admits this allegation. Plaintiff knew about the IPv4 addresses before Corey Allen contacted MNC. Prior to the initial contact with MNC, Plaintiff did not know that Corey Allen also used the name Corey Kotler.

RFA #12.     Plaintiff admits that it agreed with Corey Allen that Allen would contact MNC and attempt to negotiate a transfer to Plaintiff of the IPv4 addresses. At the time, Plaintiff did not know that Corey Allen also used the name Corey Kotler.

RFA #13.     Plaintiff admits that it was also a party to email communications between Corey Allen and MNC during the negotiation of the Contract. During that timeframe, Plaintiff did not know that Corey Allen also used the name Corey Kotler. Furthermore, Plaintiff has been unable to locate any email exchanges between Plaintiff and Corey Allen (aka Corey Kotler) that

did not also include a representative of MNC.

RFA #14.    The Contract itself expressly mentioned the IPv4 addresses. Furthermore, the escrow.com instructions agreed to by all parties also expressly references the transfer of the IPv4 addresses. Plaintiff never had direct communications with MNC while the Contract was being negotiated.

RFA #15-31.   Plaintiff admits these RFAs, but the individuals identified in these requests are the fictitious names used to identify the officers and directors for Plaintiff. See attached Declaration.

RFA #32.    Plaintiff admits this allegation but has provided the current address for Pedro Cruz in response to Interrogatory No. 12.

RFA #35.    Plaintiff admits this RFA, but the address identified is both the mailing address for Plaintiff and the address for its statutory agent.

DATED: October 16, 2017.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

ORIGINAL mailed this _16_ day of October, 2017, to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

## VERIFICATION

Albert Ahdoot, upon oath states:

      I am the President of Plaintiff in this matter and have reviewed Plaintiff's Responses to Second Request for Production of Documents, First Set of Request for Admissions, and Second Set of Interrogatories. I declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: October _16_, 2017.

                                Albert Ahdoot

BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| COLOCATION AMERICA, INC., | Case No. 2:17-cv-00421-NVW |
| Plaintiff, | |
| v. | **RESPONSES TO MITEL NETWORKS CORPORATION'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO COLOCATION AMERICA, INC.** (Nos. 12–19) |
| MITEL NETWORKS CORPORATION, | |
| Defendant. | |

Plaintiff Colocation America, Inc. responds to Defendant's Second Request for

Production of Documents as follows:

NO 12: No communications related to the lawsuit ever exchanged and no minutes ever

created.

NO 13: No communications related to MNC ever exchanged and no minutes ever created.

NO 14: No communications related to the IPv4 addresses ever exchanged and no minutes

ever created.

NO 15: No communications related to the Contract ever exchanged and no minutes ever

created.

NO 16: No communications related to Corey Allen, Corey Kotler, or Corey Allen Kotler

==ever exchanged and no minutes ever created.==

NO 17: No agreements ever created.

NO 18: No payroll ever made.

NO 19: Plaintiff objects to producing "records of payments" as this information is not likely to lead to the discovery of admissible evidence and is irrelevant to any issues in this litigation. Notwithstanding the foregoing, Colocation made three payments to Corey Allen (aka Corey Kotler) in the amount of $5,000 each. Furthermore, Colocation made quarterly payments and annual payments to its accountant, Pedro Cruz.

DATED: October 16, 2017.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2017, I mailed the original document to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

## VERIFICATION

Albert Ahdoot, upon oath states:

I am the President of Plaintiff in this matter and have reviewed Plaintiff's Responses to Second Request for Production of Documents, First Set of Request for Admissions, and Second Set of Interrogatories. I declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: October _16_, 2017.

Albert Ahdoot

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
| Plaintiff, | **Mitel Networks Corporation's First Set of Requests for Admission to Colocation America, Inc. (Nos. 1–35 )** |
| v. | |
| Mitel Networks Corporation, | AND COLOCATION'S ANSWERS THERETO |
| Defendant. | |

**TO:   COLOCATION AMERICA, INC. AND ITS ATTORNEYS OF RECORD:**

Pursuant to Rules 26, and 36, Federal Rules of Civil Procedure, Defendant Mitel Networks Corporation requests that Plaintiff Colocation America, Inc., serve written responses to the requests for admission below, and admit or deny the truth of the matters asked, within thirty days of service. Any request for admission not admitted or denied within thirty days of service may be deemed admitted.

### INSTRUCTIONS FOR USE

1.     A denial shall fairly meet the substance of the request, and when good faith requires that an answer to a requested admission be qualified or denied only in part, the answer shall specify so much as is true and qualify or deny the remainder. You may not give lack of information or knowledge as a reason for failure to admit or deny unless you have made a reasonable inquiry and the information is unknown or not readily obtainable.

4838-2108-0143

2.     If an objection is made, the reasons therefore shall be stated.  The answer shall specifically admit or deny the matter or set forth in detail the reasons why the request cannot be truthfully admitted or denied.  If you consider that a matter as to which an admission has been requested presents a genuine issue for trial, you may not, on that ground alone, object to the request.

3.     If you fail to admit the truth of any matter requested herein and that matter is thereafter proved upon the trial of this action or otherwise, you may be required to pay Mitel Networks Corporation the reasonable expenses, including attorneys' fees, incurred in proving the truth of such matter.

4.     If you need more space to answer one or more requests for admission, supply the answers on a separate sheet of paper setting forth the request followed by you answer.

5.     These requests are intended to be continuing, which requires that you supplement your answers as additional information becomes available.

6.     "Kotler" means Corey Allen Kotler.

7.     "Colocation" means the Plaintiff in this action including under its names Colocation America, Inc., Colocation America Corporation, Inc. and/or Colocation America Corporation.

8.     "MNC" means Mitel Networks Corporation.

9.     "IPv4" means Internet Protocol version 4.

10.     "Contract" means the Domain Name Assignment Agreement between Colocation and MNC.

11.     "Any," "each" and "all" shall be read to be all inclusive, and to require the production of each and every document (as hereinafter defined) responsive to the particular request for production in which such term appears.

12.     "And," "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively so as to require the production of all documents (as hereinafter defined) responsive to all or any part of each particular request for

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

production in which any conjunction or disjunction appears.

13.   "Person" means an individual, firm, corporation, association, organization or any other entity.   All references to persons or entities also include all persons and entities acting on his, her, their or its behalf.

14.   The term "including" is not limiting and means "including, without limitation."

## REQUESTS FOR ADMISSION

## REQUEST FOR ADMISSION NO. 1:

With reference to MITEL001687, admit that the "Net Range" 74.114.116.0 – 74.114.119.255 includes 1,024 individual IPv4 addresses.

## ANSWER:

_____X_____ Admit                    _____ Deny

## REQUEST FOR ADMISSION NO. 2:

With reference to MITEL001688, admit that the "Net Range" 67.219.16.0 – 67.219.31.255 includes 4,096 individual IPv4 addresses.

## ANSWER:

_____X_____ Admit                    _____ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 3:**

      With reference to MITEL001671 and MITEL001687-MITEL001688, admit that Colocation paid $25,000 in connection with Escrow.com "Transaction 1065206 (Escrow 577160)."

**ANSWER:**

    _____X_____ Admit            _____ Deny

**REQUEST FOR ADMISSION NO. 4:**

      With reference to MITEL000021, admit that the IPv4 block designated by 134.22.0.0/16 includes 65,536 individual IPv4 addresses.

**ANSWER:**

    _____X_____ Admit            _____ Deny

**REQUEST FOR ADMISSION NO. 5:**

      Admit that "Corey Allen" is not Kotler's full legal name.

**ANSWER:**

    _____ Admit          _____X_____ Deny

**REQUEST FOR ADMISSION NO. 6:**

      Admit that Colocation knew, before Kotler contacted MNC, that "Corey Allen" was not Kotler's full legal name.

**ANSWER:**

    _____ Admit          _____X_____ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 7:**

Admit that Colocation knew, before the Contract was signed, that Kotler was communicating with MNC using the name "Corey Allen."

**ANSWER:**

_____ Admit          ___X___ Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that Colocation knew, before Kotler contacted MNC, that Kotler was an actor.

**ANSWER:**

_____ Admit          ___X___ Deny

**REQUEST FOR ADMISSION NO. 9:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler's full legal name was "Corey Allen Kotler."

**ANSWER:**

___X___ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 10:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler was an actor.

**ANSWER:**

___X___ Admit          _____ Deny

4838-2108-0143

- 5 -

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 11:**

Admit that Colocation knew about the IPv4 addresses designated by 134.22.0.0/16 before Kotler contacted MNC.

**ANSWER:**

_____ Admit                   ____X____ Deny

**REQUEST FOR ADMISSION NO. 12:**

Admit that Colocation agreed with Kotler that Kotler would contact MNC and attempt to negotiate a transfer to Colocation of the IPv4 addresses designated by 134.22.0.0/16.

**ANSWER:**

_____ Admit                   ____X____ Deny

**REQUEST FOR ADMISSION NO. 13:**

Admit that Colocation exchanged emails with Kotler while Kotler was negotiating the Contract with MNC.

**ANSWER:**

_____ Admit                   ____X____ Deny

**REQUEST FOR ADMISSION NO. 14:**

Admit that Colocation never told MNC while negotiating the Contract that Colocation wanted to acquire the IPv4 addresses designated by 134.22.0.0/16.

**ANSWER:**

_____ Admit                   ____X____ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 15:**

Admit that Colocation America Corporation is a Nevada corporation, and is the legal same legal entity as Colocation America, Inc., which is the plaintiff in this action.

**ANSWER:**

    X     Admit           Deny

**REQUEST FOR ADMISSION NO. 16:**

Admit that Michael Trunkett is not employed by Colocation.

**ANSWER:**

    X     Admit           Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that Michael Trunkett has never been employed by Colocation.

**ANSWER:**

    X     Admit           Deny

**REQUEST FOR ADMISSION NO. 18:**

Admit that Michael Trunkett is neither Colocation's CEO nor its President.

**ANSWER:**

    X     Admit           Deny

**REQUEST FOR ADMISSION NO. 19:**

Admit that Michael Trunkett has never been Colocation's CEO or President.

**ANSWER:**

    X     Admit           Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 20:**

Admit that Brian Greenspan is not employed by Colocation.

**ANSWER:**

_____X_____ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 21:**

Admit that Brian Greenspan has never been employed by Colocation.

**ANSWER:**

_____X_____ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 22:**

Admit that Brian Greenspan is not Colocation's Secretary.

**ANSWER:**

_____X_____ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 23:**

Admit that Brian Greenspan has never been Colocation's Secretary.

**ANSWER:**

_____X_____ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 24:**

Admit that Amy Goldstein is not employed by Colocation.

**ANSWER:**

_____X_____ Admit          _____ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  **REQUEST FOR ADMISSION NO. 25:**

2      Admit that Amy Goldstein has never been employed by Colocation.

3  **ANSWER:**

4      ___X___ Admit                    _____ Deny

5

6

7  **REQUEST FOR ADMISSION NO. 26:**

8      Admit that Amy Goldstein is neither Colocation's Chief Financial Officer nor

9  Colocation's Treasurer.

10  **ANSWER:**

11      ___X___ Admit                    _____ Deny

12

13

14  **REQUEST FOR ADMISSION NO. 27:**

15      Admit that Amy Goldstein has never been Colocation's Chief Financial Officer or

16  Treasurer.

17  **ANSWER:**

18      ___X___ Admit                    _____ Deny

19

20

21  **REQUEST FOR ADMISSION NO. 28:**

22      Admit that David Stein is not employed by Colocation.

23  **ANSWER:**

24      ___X___ Admit                    _____ Deny

25

26

27

28

4838-2108-0143                    - 9 -

**REQUEST FOR ADMISSION NO. 29:**

Admit that David Stein has never been employed by Colocation.

**ANSWER:**

___X___ Admit                    _____ Deny

**REQUEST FOR ADMISSION NO. 30:**

Admit that David Stein is not Colocation's Director.

**ANSWER:**

___X___ Admit                    _____ Deny

**REQUEST FOR ADMISSION NO. 31:**

Admit that David Stein has never been Colocation's Director.

**ANSWER:**

___X___ Admit                    _____ Deny

**REQUEST FOR ADMISSION NO. 32:**

Admit that Pedro Cruz does not have an address at 16134 Nordhoff St. Suite D, North Hills, CA 91343.

**ANSWER:**

___X___ Admit                    _____ Deny

4838-2108-0143

- 10 -

**REQUEST FOR ADMISSION NO. 33:**

Admit that Pedro Cruz is not an employee of Colocation.

**ANSWER:**

_____X_____ Admit                    _____ Deny


**REQUEST FOR ADMISSION NO. 34:**

Admit that Pedro Cruz has not been an employee of Colocation in 2017.

**ANSWER:**

_____X_____ Admit                    _____ Deny


**REQUEST FOR ADMISSION NO. 35:**

Admit that Colocation does not maintain a place of business at 16134 Nordhoff St.

Suite D, North Hills, CA 91343.

**ANSWER:**

_____X_____ Admit                    _____ Deny


DATED this 15th day of September, 2017.

                                        SNELL & WILMER L.L.P.


                                        By: _____
                                              David E. Rogers
                                              David G. Barker
                                              Jacob C. Jones
                                              One Arizona Center
                                              400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona  85004-2202
                                              *Attorneys for Mitel Networks*
                                              *Corporation*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4838-2108-0143

1

## Certificate of Service

2       I hereby certify that on September 15, 2017, I caused a true and correct copy of

3   the foregoing document to be served on Colocation America, Inc., by United States

4   Express Mail, postage prepaid, to the last known address of the counsel of record for

5   Colocation America, Inc., as follows:

6

7                                  Teresa H. Foster
                            Brier, Irish, Hubbard & Erhart, P.L.C.
8                            2400 East Arizona Biltmore Circle
                                        Suite 1300
9                                  Phoenix, AZ 85016
                                 ctfiling@thfosterlaw.com
10                                 Attorney for Plaintiff

11

12      *Kim Hays*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

4838-2108-0143                              - 12 -

COLOCATION'S ANSWERS TO REQUESTS FOR ADMISSIONS

(Nos. 1 – 35)

DATED:  October 16, 2017.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

ORIGINAL mailed this 16th day of October, 2017, to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

## VERIFICATION

Albert Ahdoot, upon oath states:

I am the President of Plaintiff in this matter and have reviewed Plaintiff's Responses to Second Request for Production of Documents, First Set of Request for Admissions, and Second Set of Interrogatories. I declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: October _16_, 2017.

Albert Ahdoot