# EXHIBIT 5

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6000
E-Mail: drogers@swlaw.com
         dbarker@swlaw.com
         jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
| Plaintiff, | **Mitel Networks Corporation's First Request for Production of Documents to Colocation America, Inc.** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |

**TO:   COLOCATION AMERICA, INC. AND ITS ATTORNEYS OF RECORD:**

Pursuant to Rules 26 and 34, Federal Rules of Civil Procedure, Defendant Mitel Networks Corporation hereby requests that Plaintiff Colocation America, Inc. produce for inspection and copying, at the offices of Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren Street, Phoenix, Arizona 85004, within thirty (30) days from the date hereof, the documents listed below.

**<u>INSTRUCTIONS FOR USE</u>**

1.   In producing the documents designated below, you are requested to furnish all documents known or available to you regardless of whether a document is currently in your possession, custody, or control, or that of your parent, subsidiary or affiliated corporations, attorneys, employees, agents, investigators, or other representatives, or is otherwise available to you.

1    of the document, in full or in part.

2        5.     In the event you seek to withhold or do withhold any document, in whole or

3 in part, on the basis that it is not subject to discovery, produce a list of all such documents

4 and, as to each such document, state:

5              a.     The name of each author, writer, sender or initiator of each such

6 document;

7              b.     The name of each recipient, addressee or party to whom such

8 document was sent or intended to be sent;

9              c.     The name of each and every person who received a copy of the

10 document;

11              d.     The date of the document or, if no date appears on the document, the

12 date the document was prepared;

13              e.     The title of the document or, if it has no title, then such other

14 description of the document and its subject matter as shall be sufficient to identify the

15 document; and

16              f.     The grounds claimed for withholding the document from discovery

17 (*e.g.*, attorney-client privilege, work product, or any other grounds), and the factual basis

18 for such a claim.

19       6.     In accordance with Rule 34, Fed. R. Civ. P., as to each document produced,

20 you are requested to designate the paragraph and subparagraph of this request to which

21 each such document is responsive.

22       7.     This Request is a continuing one, and requires that you produce all

23 responsive documents and tangible objects whenever you obtain or become aware of

24 them, even if they are not in your possession or available to you on the date you first

25 produce documents pursuant to this Request.

26                                  **DEFINITIONS**

27       1.     Unless indicated otherwise, "Colocation America, Inc.," "Plaintiff," "You,"

28 or "Your," refers to the named Plaintiff Colocation America, Inc. as set forth in the

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

caption of the complaint, any predecessors or successors, and also including Plaintiff's agents, representatives, or attorneys.

2.      "MNC" means Mitel Networks Corporation, which is the named Defendant as set forth in the Caption of the Complaint.

3.      "Contract" means the Domain Name Assignment Agreement between Colocation and MNC.

4.      "Dividend Advisors" means Dividend Advisors, LLC, 433 North Camden Drive Suite 970, Beverly Hills, California 90210, and includes all individuals and entities acting on its behalf.

5.      "Corey Allen" or "Mr. Allen" means Corey Allen, who is (or was at least in March, 2016), a Principal Advisor for Dividend Advisors.

6.      The term "document" includes electronically stored information, and is used in the broadest sense to be equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document.

7.      The term "communication" means any exchange or transfer of information between two or more persons, whether written, oral, electronic, or in any other form, and also includes any documents, notes, memoranda or other writings reflecting the substance of the communication.

8.      "Any," "each" and "all" shall be read to be all inclusive, and to require the production of each and every document (as hereinafter defined) responsive to the particular request for production in which such term appears.

9.      "And," "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively so as to require the production of all documents (as hereinafter defined) responsive to all or any part of each particular request for production in which any conjunction or disjunction appears.

10.     "Person" means an individual, firm, corporation, association, organization or any other entity. All references to persons or entities also include all persons and entities acting on his, her, their or its behalf.

11.    The term "including" is not limiting and means "including, without limitation".

## DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 1:**

All communications falling with the scope of Rule 26 of the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 2:**

All communications between Corey Allen and/or Dividend Advisors and Colocation America, Inc. ("Colocation") regarding the Contract or the subject matter of the Contract.

**REQUEST FOR PRODUCTION NO. 3:**

All communications showing any legal connection between: (a) Corey Allen and Colocation, or (b) Dividend Advisors and Colocation.

**REQUEST FOR PRODUCTION NO. 4:**

All documents showing any ownership interest by Dividend Advisors or Corey Allen in Colocation, or any ownership interest in Dividend Advisors by Colocation.

**REQUEST FOR PRODUCTION NO. 5:**

All documents showing any ownership interest by Paul Siegelman in Colocation.

**REQUEST FOR PRODUCTION NO. 6:**

All documents related to any IPv4 addresses owned by Colocation.

**REQUEST FOR PRODUCTION NO. 7:**

All documents related to MNC or this lawsuit.

**REQUEST FOR PRODUCTION NO. 8:**

All documents related to the value of the IPv4 addresses in the range 134.22.0.0 to 134.22.255.255.

**REQUEST FOR PRODUCTION NO. 9:**

All documents related to the valuation of the domain name gandolf.ca.

1  **REQUEST FOR PRODUCTION NO. 10:**

2      All documents identified or referred to by you in responding to MNC's First Set of

3  Interrogatories to Colocation.

4  **REQUEST FOR PRODUCTION NO. 11:**

5      All documents related to any IPv4 addresses owned by MNC.

6

7      DATED this 24th day of May, 2017.

8                                         SNELL & WILMER L.L.P.

9

10                          By: _____
                                David E. Rogers
11                              David G. Barker
                                Jacob C. Jones
12                              One Arizona Center
                                400 E. Van Buren, Suite 1900
13                              Phoenix, Arizona  85004-2202
                                *Attorneys for Mitel Networks*
14                              *Corporation*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Certificate of Service

I hereby certify that on May 24, 2017, I caused a true and correct copy of Mitel Networks Corporation's First Request for Production of Documents to Colocation America, Inc. to be served on Colocation America, Inc., by United States Express Mail, postage prepaid, to the last known address of the counsel of record for Colocation America, Inc., with a courtesy copy by email, as follows:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com

Attorney for Plaintiff

4846-2329-1976.3

1  David E. Rogers (#019274)
   David G. Barker (#024657)
2  Jacob C. Jones (#029971)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren, Suite 1900
4  Phoenix, Arizona  85004-2202
   Telephone:  602.382.6000
5  Facsimile:  602.382.6070
   E-Mail: drogers@swlaw.com
6          dbarker@swlaw.com
           jcjones@swlaw.com
7
   *Attorneys for Defendant*
8  *Mitel Networks Corporation*

9              IN THE UNITED STATES DISTRICT COURT

10                  FOR THE DISTRICT OF ARIZONA

11  Colocation America, Inc.,

12                Plaintiff,                    No. CV-17-00421-PHX-NVW

13       v.                                     **Mitel Networks Corporation's Second**
                                                **Request for Production of Documents**
14  Mitel Networks Corporation,                 **to Colocation America, Inc.**
                                                **(Nos. 12-19)**
15                Defendant.

16

17  **TO:   COLOCATION AMERICA, INC. AND ITS ATTORNEYS OF RECORD:**

18          Pursuant to Rules 26 and 34, Federal Rules of Civil Procedure, Defendant Mitel

19  Networks Corporation hereby requests that Plaintiff Colocation America, Inc. produce for

20  inspection and copying, at the offices of Snell & Wilmer L.L.P., One Arizona Center, 400

21  E. Van Buren Street, Phoenix, Arizona 85004, within thirty (30) days from the date hereof,

22  the documents listed below.

23                       **INSTRUCTIONS FOR USE**

24          1.      In producing the documents designated below, you are requested to furnish

25  all documents known or available to you regardless of whether a document is currently in

26  your possession, custody, or control, or that of your parent, subsidiary or affiliated

27  corporations, attorneys, employees, agents, investigators, or other representatives, or is

28  otherwise available to you.

4821-1039-9311

1    of the document, in full or in part.

2         5.      In the event you seek to withhold or do withhold any document, in whole or

3    in part, on the basis that it is not subject to discovery, produce a list of all such documents

4    and, as to each such document, state:

5              a.      The name of each author, writer, sender or initiator of each such

6    document;

7              b.      The name of each recipient, addressee or party to whom such

8    document was sent or intended to be sent;

9              c.      The name of each and every person who received a copy of the

10   document;

11             d.      The date of the document or, if no date appears on the document, the

12   date the document was prepared;

13             e.      The title of the document or, if it has no title, then such other

14   description of the document and its subject matter as shall be sufficient to identify the

15   document; and

16             f.      The grounds claimed for withholding the document from discovery

17   (*e.g.*, attorney-client privilege, work product, or any other grounds), and the factual basis

18   for such a claim.

19        6.      In accordance with Rule 34, Fed. R. Civ. P., as to each document produced,

20   you are requested to designate the paragraph and subparagraph of this request to which

21   each such document is responsive.

22        7.      This Request is a continuing one, and requires that you produce all

23   responsive documents and tangible objects whenever you obtain or become aware of

24   them, even if they are not in your possession or available to you on the date you first

25   produce documents pursuant to this Request.

26                              **DEFINITIONS**

27        1.      Unless indicated otherwise, "Colocation," "Plaintiff," "You," or "Your,"

28   refers to the named Plaintiff Colocation America, Inc. as set forth in the caption of the

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1    complaint, any predecessors or successors, and also including Plaintiff's agents,

2    representatives, or attorneys.

3         2.    "Colocation Individuals" means Pedro Cruz, identified by Colocation in its

4    filings with the California Secretary of State as an agent for service of process, and the

5    individuals identified by Colocation in its filings with the Nevada Secretary of State:

6    Michael Trunkett (President or CEO), David Stein (Director), Amy Goldstein (Treasurer

7    or CFO), and Brian Greenspan (Secretary).

8         3.    "MNC" means Mitel Networks Corporation, which is the named Defendant

9    as set forth in the Caption of the Complaint.

10        4.    "Contract" means the Domain Name Assignment Agreement between

11   Colocation and MNC.

12        5.    "Dividend Advisors" means Dividend Advisors, LLC, and includes all

13   individuals and entities acting on its behalf.

14        6.    "Kotler" means Corey Allen Kotler.

15        7.    "IPv4" means Internet Protocol version 4.

16        8.    The term "document" includes electronically stored information, and is used

17   in the broadest sense to be equal in scope to the usage of this term in Federal Rule of Civil

18   Procedure 34(a).  A draft or non-identical copy is a separate document.

19        9.    The term "communication" means any exchange or transfer of information

20   between two or more persons, whether written, oral, electronic, or in any other form, and

21   also includes any documents, notes, memoranda or other writings reflecting the substance

22   of the communication.

23        10.   "Any," "each" and "all" shall be read to be all inclusive, and to require the

24   production of each and every document (as hereinafter defined) responsive to the

25   particular request for production in which such term appears.

26        11.   "And," "or" and any other conjunctions or disjunctions used herein shall be

27   read both conjunctively and disjunctively so as to require the production of all documents

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1   (as hereinafter defined) responsive to all or any part of each particular request for

2   production in which any conjunction or disjunction appears.

3       12.     "Person" means an individual, firm, corporation, association, organization

4   or any other entity.  All references to persons or entities also include all persons and

5   entities acting on his, her, their or its behalf.

6       13.     The term "including" is not limiting and means "including, without

7   limitation."

8

9                        **DOCUMENTS TO BE PRODUCED**

10  **REQUEST FOR PRODUCTION NO. 12:**

11      All communications related to this lawsuit, including corporate meeting minutes,

12  created by or on behalf of Colocation, or exchanged between Colocation and any of the

13  Colocation Individuals.

14  **REQUEST FOR PRODUCTION NO. 13:**

15      All communications related to MNC, including corporate meeting minutes, created

16  by or on behalf of Colocation, or exchanged between Colocation and any of the

17  Colocation Individuals.

18  **REQUEST FOR PRODUCTION NO. 14:**

19      All communications related to the IPv4 addresses at issue in this lawsuit, including

20  corporate meeting minutes, created by or on behalf of Colocation, or exchanged between

21  Colocation and any of the Colocation Individuals.

22  **REQUEST FOR PRODUCTION NO. 15:**

23      All communications related to the Contract, including corporate meeting minutes,

24  created by or on behalf of Colocation, or exchanged between Colocation and any of the

25  Colocation Individuals.

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR PRODUCTION NO. 16:**

All communications related to Corey Allen, Corey Kotler, or Corey Allen Kotler, including corporate meeting minutes, created by or on behalf of Colocation, or exchanged between Colocation and any of the Colocation Individuals.

**REQUEST FOR PRODUCTION NO. 17:**

All agreements, including employment agreements, nondisclosure agreements, and confidentiality agreements, between Colocation and any of the Colocation Individuals.

**REQUEST FOR PRODUCTION NO. 18:**

All payroll records related to the Colocation Individuals.

**REQUEST FOR PRODUCTION NO. 19:**

All records of payments made from Colocation to any of the Colocation Individuals or to Kotler.

DATED this 15th day of September, 2017.

SNELL & WILMER L.L.P.

By: _____
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
*Attorneys for Mitel Networks Corporation*

1

**Certificate of Service**

2    I hereby certify that on September 15, 2017, I caused a true and correct copy of

3 the foregoing document to be served on Colocation America, Inc., by United States

4 Express Mail, postage prepaid, to the last known address of the counsel of record for

5 Colocation America, Inc., as follows:

6

7                Teresa H. Foster
           Brier, Irish, Hubbard & Erhart, P.L.C.
8            2400 East Arizona Biltmore Circle
                      Suite 1300
9                 Phoenix, AZ 85016
                ctfiling@thfosterlaw.com
10
                  Attorney for Plaintiff
11

12    *Kim Hays*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4821-1039-9311                          - 7 -