IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-17-00421-PHX-NVW**         DATE:  11/1/2017

  Colocation America Incorporated
        Plaintiffs/Counter Defendants
vs.
  Mitel Networks Corporation
        Defendants/Counter Plaintiffs
================================================================================

HON: Senior Judge Neil V. Wake

    Rebekka Walder            Laurie Adams
      Deputy Clerk             Court Reporter

**APPEARANCES:**

Teresa Hughes Foster on behalf of Plaintiffs/Counter Defendants; David Barker and Jacob Jones on behalf of Defendants/Counter Plaintiffs
================================================================================
**PROCEEDINGS:**    X   Open Court        Chambers         Other

Matter comes before the Court for Oral Argument.

Discussion held regarding the Second Motion for Extension of Time to complete Discovery and Extend the Dispositve Motion Deadline, (Doc. 40). Counsel for Mitel Networks Corporation advises the Court that they will be filing a response to the Motion to Substitute Party, (Doc. 42), prior to the pending deadline.

Counsel for Mitel Networks Corporation argues their Motion to (1) Amend Scheduling Order and (2) For Leave to File Amended Pleading and Join New Counterdefendant, (Doc. 35). Further discussion held.

Counsel for Mitel Networks Corporation requests permission from the Court to file a motion for fees regarding discovery. The Court notes that it would hold such a motion in abeyance to be decided at the end of the case regardless of who is adjudicated to be the prevailing party, and advises counsel to submit a motion at that time.

**IT IS ORDERED** that Defendants'/Counter Plaintiffs' Motion to (1) Amend Scheduling Order and (2) For Leave to File Amended Pleading and Join New Counterdefendant, (Doc. 35), is GRANTED.

**IT IS FURTHER ORDERED** that Defendants'/Counter Plaintiffs' Second Motion for Extension of Time to complete Discovery and Extend the Dispositve Motion Deadline, (Doc. 40), is DENIED without prejudice as moot because extensions will be granted as necessary in light of the granting of Document 35.

**IT IS FURTHER ORDERED** that Defendants/Counter Plaintiffs draft and submit to the Plaintiffs/Counter Defendants the proposed amended counterclaim and any amended claims that relate to it concerning counterclaim(s)

against Albert Ahdoot, by **November 14 2017**. Plaintiffs/Counter Defendants shall advise Defendants/Counter Plaintiffs by **November 22, 2017**, whether they will oppose the proposed amended pleading. If they do oppose it, Plaintiffs/Counter Defendants must file a further motion to amend with respect to their opposition.

**IT IS FURTHER ORDERED** that the Plaintiffs/Counter Defendants need not reply to either the first amended counterclaim or the potential additional counterclaim until both have been resolved as to whether they are before the Court.

**IT IS FURTHER ORDERED** that the Defendants'/Counter Plaintiffs' time to serve the additional counterclaim against Mr. Kotler is accelerated to **November 30, 2017**.

Discussion held regarding the Joint Written Summary of Discovery Dispute, (Doc. 45). With respect to the pleading,

**IT IS ORDERED** that Plaintiffs/Counter Defendants produce the records of payments from Colocation to Albert Ahdoot and unredacted monthly bank statements. **IT IS FURTHER ORDERED** that Colocation produce only the redacted cover sheets of federal and state income tax returns showing that such returns were filed.

The Court notes that an amended schedule will be necessary in light of the forthcoming new allegations and discovery needed, and advises that a scheduling conference will be set once all replies to the counterclaims have been filed.

Further discussion held regarding process of service.

Hearing adjourned.

OA: 57 minutes  
Start: 10:40 AM  
Stop: 11:37 AM