# **Exhibit A**

## WORKING AGREEMENT BETWEEN Dividend Advisors AND CoLocation America

The following agreement is being entered into between Colocation America (9360 W. Flamingo Rd. Suite 110-178 Las Vegas, NV 89147 and Dividend Advisors LLC (433 N. Camden Dr. Suite #970 Beverly Hills CA 90210) on this the 21st day of April, 2016 in Los Angeles, California.

Article 1 The Agreement:

This agreement states that Corey Kotler promises to make best faith efforts to facilitate the sale and transfers of IPV4 blocks to CoLocation America.

Article 1 A. Length of Contractual Terms:

The length of this agreement commences on May 1st 2016 and will span over a trial period of three months. Upon the conclusion of the three month trial period the agreement shall continue on a month to month basis.

Article 2. Compensation Terms

Colocation America agrees to compensate Dividend Advisors as follows:

2A. Corey Kotler is to receive a monthly retainer of $5,000 to be paid in full on the 1st of every month and no later than the 5th of every month. The payment schedule is as follows:

-May 1st 2016

-June 1st 2016

-July 1st 2016

2B. Upon the close of escrow of the transfer of any IPV4 block, Dividend Advisors LLC is to receive a ten thousand dollar ($10,000) commission from Colocation America. This commission is to be paid by Colocation America to Dividend Advisors LLC within 72 hours of the closing of escrow.

2C. Upon Colocation America selling an IPV4 block that Corey Kotler assisted in the facilitation of acquiring, Corey Kotler is to receive an additional $10,000 commission. This additional $10,000 commission is to be payable within 72 hours after Albert Ahdoot or Colocation America or any of Albert Ahdoot' or CoLocationAmerica's associates or employees facilitate a sale of the said IPV block.

2D. Termination

The terms of this trial agreement are binding for a period of three (3) months, commencing on May 1, 2016. Should a pending transaction close after the termination of the 'month to month agreement', a transaction that Corey Kotler initiated, Corey Kotler is still owed his full commission for initiating the initial transaction. Initiating the transaction will be defined as Corey Kotler furnishing initial email

correspondence with a representative, representing the sellers company. A written notice of termination notice of the month agreement is required upon Corey Kotler receiving payment for the coming month. Example: the terms of this contact terminate July Friday July 1th 2016. Should Albert Ahdoot decide to terminate the ongoing month to month agreement in August, Albert Ahdoot agrees to inform Corey Kotler in writing of the of the month to month termination no later than July 3th 2016. Or it is to be mutually agreed and understood by both parties that the month to month agreement shall continue under all of the same terms for the following month.

Exclusivity

Mutually agreed upon on this the 18th day of April, 2016.

Corey Allen Kotler
Dividend Advisors LLC.
5/03/16

Albert Ahdoot
Colocation America
5/3/16