AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-17-00421-PHX-RVW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Corey Allen Kotler**
was received by me on *(date)* **11/03/2017**.

☑ I personally served the summons on the individual at *(place)* **2385 Rocomare Road, Unit E11 Los Angeles, California 90077** on *(date)* **11/04/2017**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **930.55** for travel and $ **45.60** for services, for a total of $ **976.15**.

I declare under penalty of perjury that this information is true.

Date: **11/06/2017**

*Server's signature*

**Antonio Villanueva**
*Printed name and title*

TransWest Investigations, Inc.
3255 Wilshire Boulevard, Suite 800
Los Angeles, California 90010
*Server's address*

Additional information regarding attempted service, etc: