AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-17-00421-PHX-RVW

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  Mojgan Tabibnia

was received by me on (date)  11/03/2017  .

☑ I personally served the summons on the individual at (place)  2385 Rocomare Road, Unit E11 Los Angeles, California 90077  on (date)  11/04/2017  ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 930.50 for travel and $ 45.60 for services, for a total of $ 976.10 .

I declare under penalty of perjury that this information is true.

Date: 11/06/2017

_____ *Server's signature*

Antonio Villanueva
*Printed name and title*

TransWest Investigations, Inc.
3255 Wilshire Boulevard, Suite 800
Los Angeles, California 90010
*Server's address*

Additional information regarding attempted service, etc: