David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail:  drogers@swlaw.com
          dbarker@swlaw.com
          jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>Mitel Networks Corporation,<br><br>        Defendant. | Case No. CV-17-00421-PHX-NVW<br><br>**RESPONSE TO COLOCATION'S MOTION TO SUBSTITUTE** |

Colocation states that it only learned of its own real name "Colocation America Corporation" "through discovery and disclosure."  Doc. 42 at 1.  What actually happened is that Defendant MNC had to conduct the discovery that disclosed Colocation's real name and that showed "Colocation America, Inc." is actually a fictitious name.  Only after MNC questioned Albert Ahdoot ("Ahdoot") during his October 24, 2017 deposition, about the fictitious business name filing for "Colocation America, Inc." – which MNC located through its own discovery efforts – did Plaintiff file its Motion to Substitute.

The corporate filings for "Colocation America Corporation" list three non-existent people as officers and a non-existent person as a director.  *See, e.g.*, Ex. B to Doc. 42.  The sole owner and only employee or officer of "Colocation America Corporation," Ahdoot, is not listed.  Further, the fictitious business name filing for "Colocation America, Inc." was signed by a non-existent "Michael Trunkett."

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

4822-7402-2228

1   MNC does not oppose Colocation's Motion to Substitute because MNC presently

2   lacks sufficient information as to whether (1) "Colocation America Corporation" is a valid

3   legal entity under Nevada law; (2) assuming it is a valid legal entity, it is being operated

4   as a sham and is really the alter ego of its owner, Ahdoot, or one of his other companies;

5   and (3) Ahdoot intentionally (a) entered into the Domain Name Assignment Agreement,

6   or (b) filed this lawsuit, using the fictitious name "Colocation America, Inc." to shield

7   himself and/or one or more of his other companies from potential liability.

8

9

10   DATED this 9th day of November, 2017.

11                                         SNELL & WILMER L.L.P.

12

13                               By: s/ Jacob C. Jones
                                     David E. Rogers (#19274)
14                                   David G. Barker (#024657)
                                     Jacob C. Jones (#029971)
15                                   One Arizona Center
                                     400 E. Van Buren, Suite 1900
16                                   Phoenix, Arizona  85004-2202
                                     Telephone: 602.382.6000
17                                   Facsimile: 602.382.6070

18                                   Attorneys for Defendant
                                     Mitel Networks Corporation
19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

**<u>Certificate of Service</u>**

I hereby certify that on November 9, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record to:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com

Attorneys for Plaintiff


*s/ Jacob C. Jones*