IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>　　　　　　Defendant. | No. CV-17-00421-PHX-NVW<br><br>**ORDER** |
| Mitel Networks Corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>　　　　　　Counterdefendants. | |

　　　Before the Court is Plaintiff's Motion to Substitute Real Party in Interest Pursuant to Rules 17 & 25 and Defendant's Response (Doc. 42, 53).  Good cause appearing,

　　　IT IS HEREBY ORDERED granting Plaintiff's Motion (Doc. 42).

　　　IT IS FURTHER ORDERED that Colocation America Corporation shall be substituted in as the plaintiff and counterdefendant in this action.

/ / /

/ / /

/ / /

1    IT IS FURTHER ORDERED directing the Clerk of the Court to correct the docket
2 to reflect these substitutions.
3    Dated this 16th day of November, 2017.

_____
Neil V. Wake
Senior United States District Judge