# EXHIBIT 2

**BRIER, IRISH, HUBBARD & ERHART**, P.L.C.
2400 EAST ARIZONA BILTMORE CIRCLE, SUITE 1300
PHOENIX, ARIZONA 85016
PHONE: (602) 522-3940
FAX: (602) 522-3945

**Teresa H. Foster**
**Of Counsel**
Direct Phone: (602) 515-0154
E-Mail: tfoster@bihlaw.com

November 20, 2017

**VIA EMAIL**
David Barker (dbarker@swlaw.com)
Dave Rogers (drogers@swlaw.com)

   Re: 2nd Amended Counterclaim

Dear David & Dave:

  I cannot stipulate to the proposed 2nd Amended Counterclaim as is currently drafted. First, any claims against Albert and his spouse would be a third-party complaint (as opposed to a counterclaim). Likewise, the claims against Corey Allen Kotler and his spouse should have been a third-party complaint. Second, I do not see any legal or factual basis for Count I (a breach of contract claim against Ahdoot individually). The Contract was entered into by Colocation America, Inc. a d/b/a of Colocation America Corporation.

  With regards to Counts III & IV (fraud and conspiracy), taking the facts alleged as true (which obviously we dispute), I do believe that the Court would grant a Motion to Amend to add those 2 counts as a third-party complaint (and therefore I am willing to stipulate to that).

  Do you want to send me a revised draft, or do you want to ask the Court's approval to file the 2nd Amended Counterclaim as currently drafted?

        Sincerely,

        *Teresa Foster*

        Teresa H. Foster
        Of Counsel

THF:ss

F:\WORD\200 BIHE\20010 Erhart\Colocation America Inc 08\cors\Barker Rogers ltr 11 20 17.doc