IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Mitel Networks Corporation,<br><br>　　　　　　Defendant.<br><br>And related Counterclaim | Case No. CV-17-00421-PHX-NVW<br><br>**[PROPOSED] ORDER AMENDING SCHEDULING ORDER, GRANTING DEFENDANT LEAVE TO FILE SECOND AMENDED COUNTERCLAIM, AND JOINING NEW COUNTERDEFENDANT** |

　　　　The Court has reviewed Defendant Mitel Networks Corporation's Motion for Leave to File Second Amended Counterclaim and to Add New Counterdefendant (Doc. 56), and the Court has considered any opposition brief papers and oral argument relating to Defendant's motion.

　　　　Pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b)(4), the Court **FINDS** good cause to grant Defendant's motion, and that justice so requires. **ACCORDINGLY:**

　　　　1.　　The Court **ORDERS** that Defendant's motion is **GRANTED**.

　　　　2.　　Defendant shall file the amended pleading within seven (7) days of the entry of this Order.

　　　　3.　　Defendant shall serve a summons and the amended pleading upon Albert Ahdoot, or obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d), within thirty (30) days of filing the amended pleading.