David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
          dbarker@swlaw.com
          jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Colocation America Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>    Defendant. | No. CV-17-00421-PHX-NVW<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST COUNTERDEFENDANTS COREY ALLEN KOTLER AND MOJGAN TABIBNIA** |
|---|---|
| Mitel Networks Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>    Counterdefendants. | |

**TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Pursuant to Federal Rule of Civil Procedure 55(a), Counterclaimant Mitel Networks Corporation ("MNC") requests that the Clerk of the above-entitled Court enter default in this matter against Counterdefendants Corey Allen Kotler ("Kotler") and his

wife Mojgan Tabibnia ("Tabibnia", collectively "Counterdefendants") on the ground that Counterdefendants have failed to appear or otherwise respond to Counterclaimant's First Amended Counterclaim within the time prescribed by the Federal Rules of Civil Procedure.

MNC filed its First Amended Counterclaim on November 2, 2017. Doc. 49. Summonses to Kotler and Tabibnia issued on November 3, 2017. Doc. 50. A process server personally served the Summonses and First Amended Counterclaim on November 4, 2017, at their residence at 2385 Roscomare Road, Unit E11, Los Angeles, California 90077. Docs. 51 (Kotler) and 52 (Tabinia).

Under Federal Rule of Civil Procedure 12(a)(1), Counterdefendants were required to serve a response on or before November 27, 2017. Counterdefendants have not served a response or otherwise defended this action within the allotted time.

Counterdefendants are neither minors nor incompetent persons.

The Servicemembers Civil Relief Act does not apply.

Accordingly, MNC respectfully requests that the Clerk enter default in this matter against Counterdefendants.

The above stated facts are set forth in the attached declaration of Jacob C. Jones.

For the Clerk's convenience, and pursuant to LRCiv 7.1(b)(2), a proposed form of Entry of Default is submitted herewith.

DATED this 12th day of December, 2017.

SNELL & WILMER L.L.P.

By: *s/ Jacob C. Jones*
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Mitel Networks Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfilings@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com
Attorneys for Colocation

I further certify that on December 12, 2017, I caused the same to be mailed, by U.S. Mail, postage prepaid, to the last known address of Counterdefendants, as follows:

Corey Allen Kotler and Mojgan Tabibnia
2385 Roscomare Road, Unit E11
Los Angeles, California 90077

s/ *Jacob C. Jones*

4835-5230-7032