David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail:  drogers@swlaw.com
         dbarker@swlaw.com
         jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>Mitel Networks Corporation,<br><br>             Defendant. | No. CV-17-00421-PHX-NVW<br><br>**DECLARATION OF JACOB C. JONES IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST COUNTERDEFENDANTS COREY ALLEN KOTLER AND MOJGAN TABIBNIA** |
| Mitel Networks Corporation,<br><br>             Counterclaimant,<br><br>   v.<br><br>Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>             Counterdefendants. | |

   I, Jacob C. Jones, hereby declare and state as follows:

   1.   I am an attorney for Mitel Networks Corporation ("MNC") in the above-captioned matter. I am over 18 years of age, and I make this declaration in connection with the above-captioned case. I make this declaration based upon my personal knowledge and in support of MNC's Application for Entry of Default.

2.     The First Amended Counterclaim was filed in this action on November 2, 2017 (near midnight, such that the ECF notice was entered on November 3, 2017). *See* Doc. 49.

3.     Summonses to Corey Allen Kotler and Mojgan Tabibnia were filed in this action on November 3, 2017. *See* Doc. 50.

4.     On November 3, 2017, I dispatched TransWest Investigations, Inc. to personally serve Corey Allen Kotler and Mojgan Tabibnia with the Summonses and copies of the First Amended Counterclaim.

5.     Based on the proofs of service filed at Doc. 51 and Doc. 52, and my review of the process server's detailed report, I am informed and believe that Antonio Villanueva of TransWest Investigations, Inc. personally served Corey Allen Kotler and Mojgan Tabibnia each with a copy of the First Amended Counterclaim and respective Summons in accordance with Rule 4(e)(2)(A), Federal Rules of Civil Procedure, on November 4, at their residence located at 2385 Roscomare Road, Unit E11, Los Angeles, California, 90077.

6.     The Counterdefendants' answer or other responsive pleading was due on or before November 27, 2017.

7.     As of the date of this Declaration, Counterdefendants have not answered or otherwise responded, as required by Rule 12, Federal Rules of Civil Procedure, and the time within which Counterdefendants may answer or otherwise respond to the First Amended Counterclaim has expired.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2017.

By: _____
Jacob C. Jones

4817-5747-2600