1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Colocation America Corporation,

Plaintiff,

v.

Mitel Networks Corporation,

Defendant.

Mitel Networks Corporation,

Counterclaimant,

v.

Colocation America Corporation;
Colocation America, Inc.; Corey Allen
Kotler and Mojgan Tabibnia, husband and
wife,

Counterdefendants.

Case No. CV-17-00421-PHX-NVW

**[PROPOSED] CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Counterclaimant Mitel Networks Corporation, default is hereby entered against Counterdefendants Corey Allen Kotler and Mojgan Tabibnia.