BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| COLOCATION AMERICA, INC., | Case No. 2:17-cv-00421-NVW |
| Plaintiff, | (Honorable Neil V. Wake) |
| v. | **DECLARATION OF DAVID SHUGARMAN** |
| MITEL NETWORKS CORPORATION, | |
| Defendant. | |

David Shugarman declares under penalty of perjury as follows:

1. I am the registered agent for Colocation America Corporation (aka Colocation America, Inc.) ("Colocation") and I make this declaration based upon my own personal knowledge, information and belief.

2. I have been the registered agent for Colocation since 2009. Originally I was the registered agent under my individual name but am currently the registered agent under an entity known as AKOJ, LLC.

3. I have been a registered agent for Nevada entities (corporations and LLCs) since 1991 and over the years I have acted as registered agent for over 1,000 entities.

4. In Nevada, it is a common practice to use fictitious names for officers and

**EXHIBIT A**

directors, since this information is publicly available. The registered agent, however, must be a real person or entity.

5.   A number of the corporations that I act as registered agent for, including Colocation, use the fictitious names of officers and directors on their corporate filings to avoid having their information publicly available. This is standard practice in Nevada for corporations, and the Nevada Secretary of State is aware of this practice.

DATED: 10/13/17

*David Shugarman*