# EXHIBIT C

**Harry Stanford**

| | |
|---|---|
| **From:** | Corey Allen <Corey.Allen@dividendadvisors.com> |
| **Sent:** | Thursday, March 24, 2016 3:43 PM |
| **To:** | samantha@colocationamerica.com |
| **Cc:** | Paul Sigelman; albert@colocationamerica.com |
| **Subject:** | Re: For your review as we need to send this out today |
| **Attachments:** | MASPAR INTERNET PROTOCOL ASSIGNMENT AGREEMENT.docx |

Dear Samantha:
　　　　After weeks of trying to get through, I finally got off the phone with JDA Software Inc. and they are expecting to review the agreement today. The details of the deal are:

-JDA bought out Maspar

- /16

- Last updated in 2002

-Maspar.com is a furniture store

-I was forthright with them and explained that we want to purchase the "Internet Protocol /16

-I intentionally did NOT include the full 144.40.0.0


Per Alberts request he would like you to give it the once over before I send it out. They leave in an hour (4:30)

Thank you for your immediate attention.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com

## MASPAR INTERNET PROTOCOL ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 24th day of March, 2016 ("the Agreement"), by and between JDA SOFWARE COMPANY, INC., on behalf of itself and its subsidiaries, and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTERNET PROTOCOL NUMBERS PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTERNET PROTOCOL NUMBERS PURCHASER to JDA SOFWARE COMPANY, INC for the purpose of purchasing intangible rights which may be claimed as a result of a prior acquisition of **MASPAR COMPUTER CORPERATION.**

**WHEREAS**, JDA SOFWARE COMPANY, INC hereby agrees to quit claim, transfer and assign, and COLOCATION AMERICA, INC. hereby agrees to purchase the property known as a /16 internet protocol block, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein, JDA SOFWARE COMPANY, INC hereby agrees to quit claim the /16 and the registration thereof, together with the goodwill of the business connected with and symbolized by such and the associated IP (INTERNET PROTOCOL) /16 . The quit claim transfer and assignment shall take effect as set forth herein upon COLOCATION AMERICA, INC. making the payment as provided for herein.

**B. Payment.** The consideration (the "Consideration") to be paid by COLOCATION AMERICA, INC., shall be in the amount of **ten thousand American dollars ($10,000.00)** and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the

1

090

parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received, JDA SOFWARE COMPANY, INC shall change the registered ownership to COLOCATION AMERICA, INC or agent of its choosing, and agrees to transfer and further execute any instrument of transfer that may be required to effectuate the purchase of any of the /16 internet protocol numbers. Upon notice to Escrow.com of all related intellectual property transfer, the consideration funds are to be released to JDA SOFWARE COMPANY, INC by wire transfer as JDA SOFWARE COMPANY, INC provides in the escrow instruction.

**C. JDA Software Company Inc. Obligations.** JDA SOFWARE COMPANY, INC agrees to cooperate with COLOCATION AMERICA, INC and to follow COLOCATION AMERICA, INC's reasonable instructions in order to effectuate any transfer of the /16 IP (INTERNET PROTOCOL) block in a timely manner. Specifically, upon receipt of the consideration, JDA SOFWARE COMPANY, INC further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.** JDA SOFWARE COMPANY, INC warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the ip block.

**E. INTERNET PROTOCOL ADDRESS PURCHASER Obligations.** COLOCATION AMERICA, INC agrees not to: use the internet protocol numbers or anything related: (i) to disparage JDA SOFWARE COMPANY, INC or their affiliates in any way; (ii) and disclose the material terms of this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the

2

091

subject matter hereof other than as expressly provided herein. No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

JDA Software Company, INC

_____

Name: _____

Position: _____

Date: _____

**COLOCATION AMERICA, INC.**

_____

Name: _____

Date: _____

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of JDA Software Company, INC as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:
Branch:
Address:

SWIFT BIC:

ABA Routing #:

**BENEFICIARY**
Name:
Address:

Branch Transit:
Inst. number:
Account number
Currency code:

**Tel:**

**Fax:**

093