# EXHIBIT D

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
      dbarker@swlaw.com
      jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. | No. CV-17-00421-PHX-NVW <br><br> **Mitel Networks Corporation's First Set of Requests for Admission to Colocation America, Inc. (Nos. 1–35)** <br><br> AND COLOCATION'S ANSWERS THERETO |

TO: COLOCATION AMERICA, INC. AND ITS ATTORNEYS OF RECORD:

Pursuant to Rules 26, and 36, Federal Rules of Civil Procedure, Defendant Mitel Networks Corporation requests that Plaintiff Colocation America, Inc., serve written responses to the requests for admission below, and admit or deny the truth of the matters asked, within thirty days of service. Any request for admission not admitted or denied within thirty days of service may be deemed admitted.

### INSTRUCTIONS FOR USE

1. A denial shall fairly meet the substance of the request, and when good faith requires that an answer to a requested admission be qualified or denied only in part, the answer shall specify so much as is true and qualify or deny the remainder. You may not give lack of information or knowledge as a reason for failure to admit or deny unless you have made a reasonable inquiry and the information is unknown or not readily obtainable.

4838-2108-0143

2. If an objection is made, the reasons therefore shall be stated. The answer shall specifically admit or deny the matter or set forth in detail the reasons why the request cannot be truthfully admitted or denied. If you consider that a matter as to which an admission has been requested presents a genuine issue for trial, you may not, on that ground alone, object to the request.

3. If you fail to admit the truth of any matter requested herein and that matter is thereafter proved upon the trial of this action or otherwise, you may be required to pay Mitel Networks Corporation the reasonable expenses, including attorneys' fees, incurred in proving the truth of such matter.

4. If you need more space to answer one or more requests for admission, supply the answers on a separate sheet of paper setting forth the request followed by you answer.

5. These requests are intended to be continuing, which requires that you supplement your answers as additional information becomes available.

6. "Kotler" means Corey Allen Kotler.

7. "Colocation" means the Plaintiff in this action including under its names Colocation America, Inc., Colocation America Corporation, Inc. and/or Colocation America Corporation.

8. "MNC" means Mitel Networks Corporation.

9. "IPv4" means Internet Protocol version 4.

10. "Contract" means the Domain Name Assignment Agreement between Colocation and MNC.

11. "Any," "each" and "all" shall be read to be all inclusive, and to require the production of each and every document (as hereinafter defined) responsive to the particular request for production in which such term appears.

12. "And," "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively so as to require the production of all documents (as hereinafter defined) responsive to all or any part of each particular request for

1 production in which any conjunction or disjunction appears.

2     13. "Person" means an individual, firm, corporation, association, organization or any other entity. All references to persons or entities also include all persons and entities acting on his, her, their or its behalf.

    14. The term "including" is not limiting and means "including, without limitation."

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

With reference to MITEL001687, admit that the "Net Range" 74.114.116.0 – 74.114.119.255 includes 1,024 individual IPv4 addresses.

**ANSWER:**

    __X__ Admit          ____ Deny

**REQUEST FOR ADMISSION NO. 2:**

With reference to MITEL001688, admit that the "Net Range" 67.219.16.0 – 67.219.31.255 includes 4,096 individual IPv4 addresses.

**ANSWER:**

    __X__ Admit          ____ Deny

**REQUEST FOR ADMISSION NO. 3:**

With reference to MITEL001671 and MITEL001687-MITEL001688, admit that Colocation paid $25,000 in connection with Escrow.com "Transaction 1065206 (Escrow 577160)."

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 4:**

With reference to MITEL000021, admit that the IPv4 block designated by 134.22.0.0/16 includes 65,536 individual IPv4 addresses.

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 5:**

Admit that "Corey Allen" is not Kotler's full legal name.

**ANSWER:**

    _____ Admit          __X__ Deny

**REQUEST FOR ADMISSION NO. 6:**

Admit that Colocation knew, before Kotler contacted MNC, that "Corey Allen" was not Kotler's full legal name.

**ANSWER:**

    _____ Admit          __X__ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 7:**

Admit that Colocation knew, before the Contract was signed, that Kotler was communicating with MNC using the name "Corey Allen."

**ANSWER:**

_____ Admit          **X** Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that Colocation knew, before Kotler contacted MNC, that Kotler was an actor.

**ANSWER:**

_____ Admit          **X** Deny

**REQUEST FOR ADMISSION NO. 9:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler's full legal name was "Corey Allen Kotler."

**ANSWER:**

**X** Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 10:**

Admit that Colocation never disclosed to MNC before the Contract was signed that Kotler was an actor.

**ANSWER:**

**X** Admit          _____ Deny

1  **REQUEST FOR ADMISSION NO. 11:**
2  Admit that Colocation knew about the IPv4 addresses designated by 134.22.0.0/16
3  before Kotler contacted MNC.
4  **ANSWER:**
5  _____ Admit     __X__ Deny

8  **REQUEST FOR ADMISSION NO. 12:**
9  Admit that Colocation agreed with Kotler that Kotler would contact MNC and
10 attempt to negotiate a transfer to Colocation of the IPv4 addresses designated by
11 134.22.0.0/16.
12 **ANSWER:**
13 _____ Admit     __X__ Deny

16 **REQUEST FOR ADMISSION NO. 13:**
17 Admit that Colocation exchanged emails with Kotler while Kotler was negotiating
18 the Contract with MNC.
19 **ANSWER:**
20 _____ Admit     __X__ Deny

23 **REQUEST FOR ADMISSION NO. 14:**
24 Admit that Colocation never told MNC while negotiating the Contract that
25 Colocation wanted to acquire the IPv4 addresses designated by 134.22.0.0/16.
26 **ANSWER:**
27 _____ Admit     __X__ Deny

4838-2108-0143

- 6 -

**REQUEST FOR ADMISSION NO. 15:**

Admit that Colocation America Corporation is a Nevada corporation, and is the legal same legal entity as Colocation America, Inc., which is the plaintiff in this action.

**ANSWER:**

   __X__ Admit                            _____ Deny

**REQUEST FOR ADMISSION NO. 16:**

Admit that Michael Trunkett is not employed by Colocation.

**ANSWER:**

   __X__ Admit                            _____ Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that Michael Trunkett has never been employed by Colocation.

**ANSWER:**

   __X__ Admit                            _____ Deny

**REQUEST FOR ADMISSION NO. 18:**

Admit that Michael Trunkett is neither Colocation's CEO nor its President.

**ANSWER:**

   __X__ Admit                            _____ Deny

**REQUEST FOR ADMISSION NO. 19:**

Admit that Michael Trunkett has never been Colocation's CEO or President.

**ANSWER:**

   __X__ Admit                            _____ Deny

**REQUEST FOR ADMISSION NO. 20:**

Admit that Brian Greenspan is not employed by Colocation.

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 21:**

Admit that Brian Greenspan has never been employed by Colocation.

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 22:**

Admit that Brian Greenspan is not Colocation's Secretary.

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 23:**

Admit that Brian Greenspan has never been Colocation's Secretary.

**ANSWER:**

    __X__ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 24:**

Admit that Amy Goldstein is not employed by Colocation.

**ANSWER:**

    __X__ Admit          _____ Deny

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**REQUEST FOR ADMISSION NO. 25:**

Admit that Amy Goldstein has never been employed by Colocation.

**ANSWER:**

\_\_X\_\_ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 26:**

Admit that Amy Goldstein is neither Colocation's Chief Financial Officer nor Colocation's Treasurer.

**ANSWER:**

\_\_X\_\_ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 27:**

Admit that Amy Goldstein has never been Colocation's Chief Financial Officer or Treasurer.

**ANSWER:**

\_\_X\_\_ Admit          _____ Deny

**REQUEST FOR ADMISSION NO. 28:**

Admit that David Stein is not employed by Colocation.

**ANSWER:**

\_\_X\_\_ Admit          _____ Deny

1  **REQUEST FOR ADMISSION NO. 29:**
2     Admit that David Stein has never been employed by Colocation.
3  **ANSWER:**
4     __X__ Admit                    ____ Deny

7  **REQUEST FOR ADMISSION NO. 30:**
8     Admit that David Stein is not Colocation's Director.
9  **ANSWER:**
10    __X__ Admit                    ____ Deny

13 **REQUEST FOR ADMISSION NO. 31:**
14    Admit that David Stein has never been Colocation's Director.
15 **ANSWER:**
16    __X__ Admit                    ____ Deny

19 **REQUEST FOR ADMISSION NO. 32:**
20    Admit that Pedro Cruz does not have an address at 16134 Nordhoff St. Suite D,
21 North Hills, CA 91343.
22 **ANSWER:**
23    __X__ Admit                    ____ Deny

**REQUEST FOR ADMISSION NO. 33:**

Admit that Pedro Cruz is not an employee of Colocation.

**ANSWER:**

    __X__ Admit             _____ Deny

**REQUEST FOR ADMISSION NO. 34:**

Admit that Pedro Cruz has not been an employee of Colocation in 2017.

**ANSWER:**

    __X__ Admit             _____ Deny

**REQUEST FOR ADMISSION NO. 35:**

Admit that Colocation does not maintain a place of business at 16134 Nordhoff St. Suite D, North Hills, CA 91343.

**ANSWER:**

    __X__ Admit             _____ Deny

DATED this 15th day of September, 2017.

SNELL & WILMER L.L.P.

By: /s/ David E. Rogers
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Mitel Networks Corporation*

4838-2108-0143

- 11 -

**Certificate of Service**

I hereby certify that on September 15, 2017, I caused a true and correct copy of the foregoing document to be served on Colocation America, Inc., by United States Express Mail, postage prepaid, to the last known address of the counsel of record for Colocation America, Inc., as follows:

> Teresa H. Foster
> Brier, Irish, Hubbard & Erhart, P.L.C.
> 2400 East Arizona Biltmore Circle
> Suite 1300
> Phoenix, AZ 85016
> ctfiling@thfosterlaw.com
> Attorney for Plaintiff

*/s/ Kim Hayes*

COLOCATION'S ANSWERS TO REQUESTS FOR ADMISSIONS

(Nos. 1 – 35)

DATED: October 16, 2017.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

*[signature]*

Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

ORIGINAL mailed this 16th day of October, 2017, to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

*[signature]*

## VERIFICATION

Albert Ahdoot, upon oath states:

I am the President of Plaintiff in this matter and have reviewed Plaintiff's Responses to Second Request for Production of Documents, First Set of Request for Admissions, and Second Set of Interrogatories. I declare under penalty of perjury that the information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: October 16, 2017.

Albert Ahdoot