# EXHIBIT 3

↩ Reply | ⌄   🗑 Delete   Junk | ⌄   •••                                                                    ✕

## Re: Domain

Corey Allen Kotler <coreyallenkotler@gmail.com>                                    ↩ Reply | ⌄
Fri 2/19/2016 4:46 PM
paul@sigelmanlaw.com; Albert (Colocation America) <Albert@colocationamerica.c ⌄

Is there a way to slip it in nebulously? i.e **"...and should any potential intellectually properties or scenarios that may be associated at a future point in time"**

On Fri, Feb 19, 2016 at 2:13 PM, Albert (Colocation America) <Albert@colocationamerica.com> wrote:

> Dear Paul & Corey,
>
> I would write it up for the domain and somehow slip in the IPV4.
>
> Best,
>
> A
>
> **From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
> **Sent:** Friday, February 19, 2016 1:38 PM
> **To:** albert@colocationamerica.com; Paul Sigelman
> **Subject:** Fwd: Domain
>
> From Buckingham Palace
>
> Begin forwarded message:
>
>> **From:** Michelle Whittington <Michelle.Whittington@mitel.com>
>> **Date:** February 19, 2016 at 12:56:31 PM PST
>> **To:** "Corey.Allen@dividendadvisors.com" <Corey.Allen@dividendadvisors.com>
>> **Subject: Domain**

277

As Intellectual Property Counsel for Mitel, I have been asked to respond to your email request regarding the 《gandalf.ca》 domain name. Can we set a time to discuss your offer?

I look forward to hearing back from you.

Michelle Whittington

Intellectual Property Counsel

Mitel Networks Corporation

480-961-9000 x21352

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

278