IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Mitel Networks Corporation,<br><br>　　　　　Defendant. | Case No. CV-17-00421-PHX-NVW<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION (DOC. 69)** |

　　　　The Court has reviewed Defendant Mitel Networks Corporation's ("MNC") Motion for Reconsideration of Court's Order (Doc. 67), filed at Doc. 69, pursuant to LRCiv. 7.2(g).  Good cause appearing:

　　　　IT IS ORDERED that MNC's Motion for Reconsideration (Doc. 67) is **GRANTED**.

　　　　IT IS FURTHER ORDERED that the Court's Order at Doc. 67 is **VACATED** and the Minute Entry at Doc. 48 is **REINSTATED**.  For clarity, this means, *inter alia*, that Corey Allen Kotler and Mojgan Tabibnia (who were previously terminated by the Order at Doc. 67) are **REINSTATED** as Counter-defendants.

　　　　IT IS FURTHER ORDERED that MNC's Amended Counterclaim portion of Doc. 49 is **REINSTATED**.

　　　　IT IS FURTHER ORDERED that Mr. Kotler's and Ms. Tabibnia's Reply to Counterclaim (Doc. 59) is **REINSTATED**.

1     IT IS FURTHER ORDERED that MNC's Motion for Leave to File Second

2 Amended Counterclaim (Doc. 56) is **GRANTED**.  MNC is ordered to file the Second

3 Amended Counterclaim within **three days** of this Order.

4     IT IS FURTHER ORDERED that lines 15-22 of page 6 of the Order at Doc. 67

5 **REMAIN IN EFFECT**, to wit:

6     IT IS FURTHER ORDERED (1) that the time to complete discovery is extended to April 6, 2018, to take or complete the three depositions counsel agreed to on the record and (2) that any party wishing to file a motion for summary judgment submit a letter to the other side by April 20, 2018, stating the basis for the motion, not to exceed three pages, with a copy to the judge. The opposing party may submit an opposing letter by April 27, 2018, with a copy to the judge. A telephone conference to discuss the proposed motion will then be scheduled.

    IT IS FURTHER ORDERED setting a final trial to a jury on August 6, 2018.

13     IT IS FURTHER ORDERED that the Clerk of the Court is **DIRECTED** to mail a

14 copy of this Order to Mr. Kotler and Ms. Tabibnia at their address on file:

    2385 Roscomare Rd., Unit E11
    Los Angeles, CA 90077