*Colocation America, Inc. v. Mitel Networks Corporation*
No. CV-17-00421-PHX-NVW
United States District Court for the District of Arizona

**Mitel Networks Corporation's Motion Under Fed. R. Civ. P. 56
for Summary Judgment on Contract Interpretation**

# EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | March 21, 2018 Correspondence from Colocation's Counsel |
| 2 | Executed Domain Name Assignment Agreement ("Contract") |
| 3 | WHOIS Record for <gandalf.ca> (Canadian Internet Registration Authority) |
| 4A | Cambridge Dictionary Article – *Punctuation from English Grammar Today* |
| 4B | *Garner's Dictionary of Legal Usage* (3d Ed.) |
| 5 | Colocation's Responses to RFA Nos. 1-3 |
| 6 | Excerpts of August 22, 2017, 30(b)(6) Deposition of Colocation by Albert Ahdoot |
| 7 | WHOIS Record for 134.22.0.0/16 IPv4 Addresses (ARIN) |
| 8 | Declaration of Michelle R. Whittington |
| 9 | February 26, 2016 Correspondence, attaching draft agreement |
| 10 | March 3, 2016 Correspondence, attaching draft agreement |
| 11 | March 7, 2016 Correspondence, attaching draft agreement |
| 12 | March 10, 2016 Correspondence, attaching partially executed agreement |
| 13 | February 18, 2016 Correspondence |
| 14 | February 24, 2018 Correspondence, attaching draft agreement |
| 15 | March 3, 2016 Correspondence, attaching draft agreement |
| 16 | February 19, 2016 Internal Colocation Correspondence |
| 17 | March 23, 2016 Correspondence |
| 18 | March 23-25, 2016 Correspondence |
| 19 | Escrow.com Records |
| 20 | March 28-29, 2016 Correspondence |
| 21 | March 30-31, 2016 Correspondence |
| 22 | April 6-18, 2016 Correspondence |
| 23 | April 12, 2016 Correspondence |
| 24 | March 24, 2016 Colocation Record attaching Draft JDA IPv4 Agreement |
| 25 | Escrow.com Records – May 14, 2017 Correspondence |
| 26 | Escrow.com Records – June 16, 2017 Correspondence |
| 27 | Escrow.com Records – June 16, 2017 Correspondence |
| 28 | Subpoena Duces Tecum to Escrow.com |
| 29 | Escrow.com Declaration of Custodian of Records |
| 30 | Escrow.com Records |
| 31 | Document Produced by Colocation on August 24, 2017 |
| 32 | Dictionary References |
| 33 | Declaration of Jacob C. Jones |