EXHIBIT 11

| | |
|---|---|
| **From:** | Corey Allen |
| **To:** | Michelle Whittington |
| **Sent:** | 3/7/2016 11:21:37 AM |
| **Subject:** | Attn: Michelle Whittington |
| **Attachments:** | DOMAIN NAME ASSIGNMENT AGREEMENT (1) Word (1).docx |

Dear Ms. Whittington,

        Here is the signed agreement attached. The standard online escrow instruction have been forwarded to you and the internet protocol transfer form will be forwarded. Upon signature and submission of the escrow instructions, the $10,000 will be immediately funded. Upon the change in registration and transfer, the funds are immediately released.

Sincerely,


Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000221

# DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 7th day of March, 2016 ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist.  The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

MITEL000222

**B. Payment.**    The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to   the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.   Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**   Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

MITEL000223

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**COLOCATION AMERICA, INC.**

_____

Name: _____

Date: _____

3

MITEL000224

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**

| | |
|---|---|
| Name: | **BANK OF NOVA SCOTIA** |
| Branch: | **Toronto BSC (Servicing Transit)** |
| Address: | **20 Queen St W 4th Floor** |
| | **Toronto, Ontario** |
| | **M5H 3R3** |
| | **CANADA** |

SWIFT BIC:

ABA Routing #:

**BENEFICIARY**

| | |
|---|---|
| Name: | **MITEL NETWORKS CORPORATION** |
| Address: | **350 Legget Drive** |
| | **Ottawa, Ontario** |
| | **K2K 2W7** |
| | **CANADA** |

Branch Transit:
Inst. number:
Account number
Currency code:

Global Treasury & Risk Management Operations
**Tel:**          (613) 592-2122          x: 71823 or 74433

**Fax:**          (613) 592-4784
**@**          treasury@mitel.com

4

MITEL000225

EXHIBIT 12

**From:** Corey Allen
**To:** Michelle Whittington
**Sent:** 3/10/2016 3:13:28 PM
**Subject:** Att: Michelle Whittington Re: Signed domain name assignment
**Attachments:** SIGNED DOMAIN NAME ASSIGNMENT AGREEMENT_Colocation_America (1) (1).pdf


Dear Ms. Whittington,
                    Please see the attached signed agreement.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000535

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 7th day of March, 2016 ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist.  The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

1



**B. Payment.** The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights. Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.** Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

2



MITEL000537

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

Name: _____

Position: _____

Date: _____

**COLOCATION AMERICA, INC.**

Name: _Albert A Ahdoot / Busines_

Date: _3/10/16_

MITEL000538

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:                                      **BANK OF NOVA SCOTIA**
Branch:                                   **Toronto BSC (Servicing Transit)**
Address:                                 **20 Queen St W 4th Floor**
                                                   **Toronto, Ontario**
                                                   **M5H 3R3**
                                                     **CANADA**

SWIFT BIC:                               █████████

ABA Routing #:                         █████

**BENEFICIARY**
Name:                                        **MITEL NETWORKS CORPORATION**
Address:                                 **350 Legget Drive**
                                                     **Ottawa, Ontario**
                                                   **K2K 2W7**
                                                     **CANADA**

Branch Transit:
Inst. number:
Account number
Currency code:                          █████

Global Treasury & Risk Management Operations
**Tel:**                     (613) 592-2122           x: 71823 or 74433

**Fax:**                                     (613) 592-4784
@                                      treasury@mitel.com

4

MITEL000539

EXHIBIT 13

| | |
|---|---|
| **From:** | Corey Allen |
| **To:** | Jamshid Rezaei |
| **Sent:** | 2/18/2016 2:34:03 PM |
| **Subject:** | Attn: Jamshid Rezaei Re: a follow up to my voicemail message |

Dear Mr Rezaei:

I am writing to you as I have been unsuccessfully trying to reach your colleague, Paulo Ferreira. In 1997 Mitel had acquired Gandalf Technologies and we would like to purchase the domain Gandalf.ca. Mr. Ferreira is the admin of this domain which is not in use. Since Gandalf Technologies has long been bankrupt and dissolved, we would like to issue you and/or your company immediate payment for a letter of authorization of sale for the purchase of this domain. Please let me know when we can schedule a phone conversation or how you would like to proceed in efforts to facilitate this purchase.


Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000648

EXHIBIT 14

| | |
|---|---|
| **From:** | Michelle Whittington |
| **To:** | Corey Allen |
| **Sent:** | 2/24/2016 8:53:22 PM |
| **Subject:** | RE: Attn: Michelle Whittington Re: Gandalf.ca |
| **Attachments:** | (GANDALF.CA) DOMAIN NAME ASSIGNMENT AGREEMENT.doc |

Dear Corey, Mitel accepts the offer and provides a draft Domain Name Assignment Agreement for your review.

Please insert the purchasers information where indicated in the attached draft and return to me. If you have any further edits, please redline and return to me.

Thank you,
Michelle

**From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
**Sent:** Wednesday, February 24, 2016 1:04 PM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Subject:** Attn: Michelle Whittington Re: Gandalf.ca

Dear Ms. Whittington,
I am sorry for the delay in responding to you. I was out of the office for the better part of the week as the result of the flu. As a follow up to my request, our company would like to purchase the domain Gandalf.ca as well as any potential intellectually properties or scenarios that may be associated at a future point in time with the name Gandalf.ca. My company is in position to offer Mitel the sum of ten thousand American dollars ($10,000) for all rights. If you are in position to accept our offer, please draw up an agreement and upon my review and acceptance, I will place the funds in an escrow account of your choosing.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000635

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this [Date] ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and

_____,

[an individual] [a company] ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Mitel hereby agrees to sell, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to transfer and assign to INTELLECTUAL PROPERTY PURCHASER all of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and any intellectual property rights relating thereto, to the extent any such rights exist.  The transfer and the assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment provided for herein.

**B. Payment.**   The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER for the transfer of the Domain Name shall be $10,000 USD (one ten thousand United States dollars). The Consideration shall be a single wire transfer pursuant to the instructions on

MITEL000636

Schedule   A.     Consideration   shall   be   completed   on   or   before   -
_____[date]_____ unless the parties agree otherwise.

**C.  Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL
PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY
PURCHASER'S reasonable instructions in order to effectuate the transfer of the
Domain Name registration in a timely manner. Specifically, upon confirmation of
the Consideration, Mitel agrees to prepare and transmit the necessary Registrant
Name Change Agreement (RNCA) and or to correspond with the Registrar to
authorize transfer of the Domain Name.

**D. Warranty.**  Mitel warrants and represents that: (i) it has the full power and
lawful authority to enter into this assignment and transfer the Domain Name, and
(ii) it is the lawful owner of the Domain Name.

**E.  INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL
PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting
website: (i) to disparage Mitel in any way; (ii) and (iii) disclose the material terms
of this Agreement, such as the Consideration, however either party may disclose
the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the
parties with respect to the subject matter hereof, and merges all prior discussions
between them, and neither of the parties shall be bound by any conditions,
definitions, warranties, understandings, or representations with respect to the
subject matter hereof other than as expressly provided herein.  No oral
explanation or oral information by either party hereto shall alter the meaning or
interpretation of this Agreement.

MITEL000637

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

(SCHEDULE A TO FOLLOW)

MITEL000638

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:                              **BANK OF NOVA SCOTIA**
Branch:                            **Toronto BSC (Servicing Transit)**
Address:                           **20 Queen St W 4th Floor**
                                   **Toronto, Ontario**
                                   **M5H 3R3**
                                   **CANADA**

SWIFT BIC:                         ███████

ABA Routing #:                     ███████

**BENEFICIARY**
Name:                              **MITEL NETWORKS CORPORATION**
Address:                           **350 Legget Drive**
                                   **Ottawa, Ontario**
                                   **K2K 2W7**
                                   **CANADA**

Branch Transit:                    ████
Inst. number:                      ███
Account number                     █████
Currency code:                     ███

Global Treasury & Risk Management Operations
**Tel:**              (613) 592-2122        x: 71823 or 74433

**Fax:**                                    (613) 592-4784
**@**                                       treasury@mitel.com

4

EXHIBIT 15

**From:** Michelle Whittington
**Sent:** Thursday, March 03, 2016 1:09 PM
**To:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: Domain name assignment agreement in Word

Hi Corey, a few edits and questions. All changes are tracked. Also, do you have the escrow instruction/agreement to include as well?

Michelle

---

**From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
**Sent:** Tuesday, March 01, 2016 2:56 PM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Subject:** Attn: Michelle Whittington Re: Domain name assignment agreement in Word

Dear Ms. Whittington,
                        Per your request, here is the domain name assignment agreement in Word.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

---

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

1

MITEL000035

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this [Date]_____ ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist.  The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

1

MITEL000036

**B. Payment.**    The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this ~~Aa~~greement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the ~~dD~~omain ~~Nn~~ame with a third-party registrar so that the "WHOIS" information will be registered to ~~Buyer~~ the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the ~~dD~~omain ~~nN~~ame to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER~~Buyer~~ and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.  Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer~~,~~ the CONSIDERATION~~purchase~~ funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**  Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) ~~to the extent~~ it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and ~~(iii)~~ disclose the material terms

MITEL000037

of this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

MITEL000038

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**

| | |
|---|---|
| Name: | **BANK OF NOVA SCOTIA** |
| Branch: | **Toronto BSC (Servicing Transit)** |
| Address: | **20 Queen St W 4th Floor** |
| | **Toronto, Ontario** |
| | **M5H 3R3** |
| | **CANADA** |

SWIFT BIC:  ▮▮▮▮▮▮

ABA Routing #:  ▮▮▮▮▮▮

**BENEFICIARY**

| | |
|---|---|
| Name: | **MITEL NETWORKS CORPORATION** |
| Address: | **350 Legget Drive** |
| | **Ottawa, Ontario** |
| | **K2K 2W7** |
| | **CANADA** |

Branch Transit:
Inst. number:
▮▮▮▮▮
Currency code:

Global Treasury & Risk Management Operations
**Tel:**          (613) 592-2122          x: 71823 or 74433

**Fax:**          (613) 592-4784
**@**             treasury@mitel.com

5

MITEL000039

EXHIBIT 16

↩ Reply | ∨      🗑 Delete    Junk | ∨    •••                                    ✕

## Re: Domain

Corey Allen Kotler<coreyallenkotler@gmail.com>                    ↩ Reply | ∨
Fri 2/19/2016 3:46 PM
To: paul@sigelmanlaw.com; Albert (Colocation America) <Albert@colocationamerica.com>  ⌃

Is there a way to slip it in nebulously? i.e "...and should any potential intellectually properties
or scenarios that may be associated at a future point in time"

On Fri, Feb 19, 2016 at 2:13 PM, Albert (Colocation America) <Albert@colocationamerica.com> wrote:

Dear Paul & Corey,


I would write it up for the domain and somehow slip in the IPV4.


Best,

A


**From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
**Sent:** Friday, February 19, 2016 1:38 PM
**To:** albert@colocationamerica.com; Paul Sigelman
**Subject:** Fwd: Domain




From Buckingham Palace


Begin forwarded message:

> **From:** Michelle Whittington <Michelle.Whittington@mitel.com>
> **Date:** February 19, 2016 at 12:56:31 PM PST
> **To:** "Corey.Allen@dividendadvisors.com" <Corey.Allen@dividendadvisors.com>
> **Subject:** Domain

As Intellectual Property Counsel for Mitel, I have been asked to respond to your email request regarding the 《gandalf.ca》 domain name. Can we set a time to discuss your offer?


I look forward to hearing back from you.

Michelle Whittington

Intellectual Property Counsel

Mitel Networks Corporation

480-961-9000 x21352

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

EXHIBIT 17

| From: | Samantha Walters |
| To: | Michelle Whittington |
| CC: | 'Corey Allen' |
| Sent: | 3/23/2016 11:55:45 AM |
| Subject: | RE: Attn: Michelle Whittington Re: The Transfer Process |

Corey,

Thank you for the introduction.

Michelle,

It is a pleasure to *e*-meet you. Do you have a moment sometime this week to discuss next steps? If so, please propose a date and time.

Looking forward to it,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

‑

**From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
**Sent:** Wednesday, March 23, 2016 10:50 AM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** samantha@colocationamerica.com
**Subject:** Attn: Michelle Whittington Re: The Transfer Process

Dear Michelle,
        I would like to introduce you to Samantha Walters at Colocation America, Inc. Samantha will be further assisting you in the domain transfer process. Samantha's phone number is (310) 709-0133 and her email is samantha@colocationamerica.com.

In closing, it has been a pleasure working with you.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: 🔲🔲🔲 (310) 962-5602
www.DividendAdvisors.com

This email has been checked for viruses by Avast antivirus software.
www.avast.com

MITEL000229

EXHIBIT 18

| | |
|---|---|
| **From:** | Samantha Walters |
| **To:** | Michelle Whittington |
| **CC:** | 'Corey Allen' |
| **Sent:** | 3/25/2016 10:25:13 AM |
| **Subject:** | RE: Attn: Michelle Whittington Re: The Transfer Process |

Michelle,

I hope all is well.

Just checking in - were you able to locate the new Escrow.com information? If so, please confirm. Ideally, I would like to make sure this first step in the process is taken care of by the end of today.

I look forward to discussing next steps.

Best,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Thursday, March 24, 2016 2:51 PM
**To:** 'Michelle Whittington' <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: The Transfer Process

Michelle,

Yes, there was a mistake in the first one we did. We cancelled and created a new one. The new one is No. 846769. Please let me know if you did not receive this one.

Thank you for your patience,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

-

**From:** Michelle Whittington [mailto:Michelle.Whittington@mitel.com]
**Sent:** Thursday, March 24, 2016 2:44 PM
**To:** Samantha Walters <Samantha@ColocationAmerica.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: The Transfer Process

MITEL000212

Samantha, I received an email from escrow.com that the transaction has been cancelled by the buyer?

Michelle

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Thursday, March 24, 2016 2:38 PM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: The Transfer Process

Michelle,

Thank you so much.

We have set up the escrow and you should be receiving an email from Escrow.com shortly.  Once received, please let me know. I will call you tomorrow to discuss the next steps to finalizing this purchase.

Looking forward to talking tomorrow,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

**From:** Michelle Whittington [mailto:Michelle.Whittington@mitel.com]
**Sent:** Wednesday, March 23, 2016 11:31 PM
**To:** Samantha Walters <Samantha@ColocationAmerica.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: The Transfer Process

Samantha, I am available Thursday or Friday most of the day. You can reach me at 4800-961-9000 x21352.

Michelle

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Wednesday, March 23, 2016 11:56 AM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Attn: Michelle Whittington Re: The Transfer Process

Corey,

Thank you for the introduction.

Michelle,

It is a pleasure to e-meet you. Do you have a moment sometime this week to discuss next steps? If so, please propose a date and time.

Looking forward to it,

MITEL000213

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

-

**From:** Corey Allen [mailto:Corey.Allen@dividendadvisors.com]
**Sent:** Wednesday, March 23, 2016 10:50 AM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** samantha@colocationamerica.com
**Subject:** Attn: Michelle Whittington Re: The Transfer Process

Dear Michelle,

      I would like to introduce you to Samantha Walters at Colocation America, Inc. Samantha will be further assisting you in the domain transfer process. Samantha's phone number is (310) 709-0133 and her email is samantha@colocationamerica.com.

In closing, it has been a pleasure working with you.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com

---

   This email has been checked for viruses by Avast antivirus software.
www.avast.com

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

---

   This email has been checked for viruses by Avast antivirus software.
www.avast.com

   This email has been checked for viruses by Avast antivirus software.
www.avast.com

MITEL000214

EXHIBIT 19

# Customer 984834

## Customer Information

| | |
|---|---|
| **Date Registered** | 2016-03-24 13:50:33 |
| **First Name** | Albert |
| **Middle Name** | |
| **Last Name** | Ahdoot |
| **DOB** | |
| **Address** | 9360 W Flamingo Rd<br>Suite 110-178<br>Las Vegas 89147<br>NV, United States |
| **Company** | |
| **Email** | albert@colocationamerica.com |
| **Phone Number** | +13107179137 |
| **Fax Number** | |

## Transaction Summary

**Transactions with 984834 as the buyer:**

| Trans ID | Escrow ID | Description | Seller Email | Value | Status |
|---|---|---|---|---|---|
| 846756 | None | Domain Name Assignment - gandalf.ca | Michelle.Whittington@mitel.com | 10000.00 USD | cancel |
| 846769 | None | Domain Name Assignment - gandalf.ca | Michelle.Whittington@mitel.com | 10000.00 USD | cancel |
| 847234 | None | gandalf.ca Domain Name Transfer | Michelle.Whittington@mitel.com | 10000.00 USD | cancel |
| 847266 | 561965 | Modified - Gandalf.ca Domain Name Transfer | Michelle.Whittington@mitel.com | 10000.00 USD | serviceTransOpen |
| 847277 | None | gandalf.ca Domain Name Transfer | Michelle.Whittington@mitel.com | 10000.00 USD | cancel |
| 847284 | None | gandalf.ca Domain Name Transfer | Michelle.Whittington@mitel.com | 10000.00 USD | cancel |
| 1065206 | 577160 | Sale of /20, /22 & 2 x ASNs | vincent@dp5.com | 25000.00 USD | BuyerClosed |

CONFIDENTIAL

MITEL001664

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **Dividend Advisors, LLC, et al.**

SS# **UNKNOWN**

DOB or other ID# *10ᵗʰ FEB 1988*        Our File # **71723-01**

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

**Escrow.com, Inc. c/o Corporation Services Company dba CSC Lawyers
2710 Gateway Oaks Drive, Ste. 150N
Sacramento, CA**

---

**CERTIFICATION OF RECORDS COPIED** (Custodian's initials ___*JE*___ )

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control: and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because _____

_____

_____

---

**CERTIFICATION OF NO RECORDS** (Custodian's initials _____)

A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):

___ Patient was never treated at this facility
___ Records were destroyed
___ Records were lost/misplaced
___ Records purged/nothing found
___ Storage facilities were searched and no records found
___ Radiological Film/Images were: __ lost __ destroyed __ not taken at this facility __ patient has them
___ Billing records were: __ purged __ not kept because this is a prepaid health plan
___ This person was never employed at this facility
___ Other comments:

_____

_____

_____

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

---

**CUSTODIAN SIGNATURE**

I DECLARE under penalty of perjury the foregoing is true and correct.

Executed on *3ᴿᴰ August 2017*        at *SYDNEY*        *NSW*
                                                                                    State to be filled
                                                                                    in by Custodian

Print Name *JACKSON ELSEGOOD*        Signed _____

Phone # *0414 787 007*

Order#: 71723-01/CPROOF59

MITEL002205

EXHIBIT 20

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Tuesday, March 29, 2016 9:59 AM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Gandalf.ca Transfer - Next Steps

Michelle,

Thank you for the heads up.
Please let me know if I can be of any assistance at this time.

Best,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

**From:** Michelle Whittington [mailto:Michelle.Whittington@mitel.com]
**Sent:** Monday, March 28, 2016 4:24 PM
**To:** Samantha Walters <Samantha@ColocationAmerica.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** RE: Gandalf.ca Transfer - Next Steps

Dear Samantha, there appears to be a miscommunication that needs to be worked out first.

Michelle

**From:** Samantha Walters [mailto:Samantha@ColocationAmerica.com]
**Sent:** Monday, March 28, 2016 3:05 PM
**To:** Michelle Whittington <Michelle.Whittington@mitel.com>
**Cc:** 'Corey Allen' <Corey.Allen@dividendadvisors.com>
**Subject:** Gandalf.ca Transfer - Next Steps

Michelle,

I hope all is well and that you had a great holiday weekend.

1

MITEL000063

The Bills Payable Department just reached out and confirmed that the wire transfer to Escrow.com has been completed. Here is the Reference Escrow Transaction #847266,561965 for your records.

As per our conversation last week, our next step is to transfer the IP range from Mitel to Colocation America. After that, we will do the domain transfer. If everything goes smoothly, it should take around 2 weeks to finalize and confirm Colocation America as the registrant on the WHOIS database. Once confirmed, Escrow.com will release the funds.

With that said, can you please connect me with a member of your IP team so we may continue to the next step?

Thank you,

Samantha Walters
VP of Online Strategies



Colocation | Dedicated Server | About Us
Office: 818-914-4128 | Cell: 310-709-0133

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

---

NOTE: This e-mail (including any attachments) is for the sole use of the intended recipient(s) and may contain information that is confidential and/or protected by legal privilege. Any unauthorized review, use, copy, disclosure or distribution of this e-mail is strictly prohibited. If you are not the intended recipient, please notify Mitel immediately and destroy all copies of this e-mail. Mitel does not accept any liability for breach of security, error or virus that may result from the transmission of this message.

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

MITEL000064