# EXHIBIT 33

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>　　　　Defendant.<br><br>Mitel Networks Corporation,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>　　　　Counterdefendants. | No. CV-17-00421-PHX-NVW<br><br>**DECLARATION OF JACOB C. JONES IN SUPPORT OF MITEL NETWORKS CORPORATION'S MOTION UNDER FED. R. CIV. P. 56 FOR SUMMARY JUDGMENT ON CONTRACT INTERPRETATION** |

　　　　I, Jacob C. Jones, hereby declare and state as follows:

　　　　1.　　I am an attorney for Mitel Networks Corporation ("MNC") in the above-captioned matter. I am over 18 years of age, and I make this declaration based on my personal knowledge, in connection with the above-captioned case.

　　　　///

4824-0481-8275

    2.    Submitted herewith as Exhibit 3 is a true and correct copy of the WHOIS record obtained from the Canadian Internet Registry Authority website on September 20, 2017, in respect to the domain name <gandalf.ca>, showing that domain name's association with the IPv4 addresses 54.236.82.34 and 54.200.36.149.

    3.    Submitted herewith as Exhibit 4A is a true and correct copy of an article entitled "Punctuation from English Grammar Today," by Cambridge Dictionary, obtained from <dictionary.cambridge.org> on April 5, 2018.

    4.    Submitted herewith as Exhibit 4B is a true and correct copy of excerpts from Garner's Dictionary of Legal Usage, Third Edition.

    5.    Submitted herewith as Exhibit 7 is a true and correct copy of a document produced by Colocation in this litigation that, on its face, is a record from the Arin Registry of Internet Numbers (ARIN), showing that the IPv4 block 134.22.0.0/16 (the range from 134.22.0.0 to 134.22.255.255) is registered to the "Organization" called "Gandalf Technologies, Inc."

    6.    Submitted herewith as Exhibit 19 is a true and correct copy of excerpts of records produced by escrow.com in this case, together with a declaration of the custodian of such records.

    7.    Submitted herewith as Exhibit 28 and 29 are a true and correct copy of the subpoena served upon escrow.com in this case and the declaration of custodian of records provided by escrow.com in response to that subpoena.

    8.    Submitted herewith as Exhibit 30 is a true and correct copy of excerpts of records produced by escrow.com in this case.

    9.    Submitted herewith as Exhibit 32 is a true and correct copy of excerpts of (1) excerpts from *The Oxford Desk Dictionary and Thesaurus* (1997), and (2) online dictionary references for the term "nebulous," obtained from the URLs shown in the bottom left on the dates shown in the bottom right of the pages.

/ / /

/ / /

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4824-0481-8275

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2018.

By: _____
Jacob C. Jones

4824-0481-8275