IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>Defendant. | No. CV-17-00421-PHX-NVW<br><br>**ORDER** |
| Mitel Networks Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>Counterdefendants. | |

Before the Court is Plaintiff's Response to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment on Contract Interpretation (Doc. 82). The Plaintiff's Response violates the District Court of Arizona's Rules of Practice ("Local Rules" or "LRCiv") because the footnotes are typed in a fixed-pitch type size less than 13 point font per LRCiv 7.1(b)(1). The Court will strike Plaintiff's Response with leave to re-file.

On the Court's own motion and because the Clerk of Court is not authorized to strike a non-conforming filing, see Rule 5(d)(4), Fed.R.Civ.P.,

IT IS HEREBY ORDERED that Plaintiff's Response (Doc. 82) is stricken with leave to refile no later than May 18, 2018.

IT IS FURTHER ORDERED that all counsel must comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2017, in this and all other cases in United States District Court for the District of Arizona. The District Court's Local Rules may be found on the District Court's internet web page at www.azd.uscourts.gov/.

Dated this 16th day of May, 2018.

Neil V. Wake
Senior United States District Judge