EXHIBIT 6

From: Michelle Whittington <Michelle.Whittington@mitel.com>
Sent: Wednesday, February 24, 2016 7:53 PM
To: Corey Allen
Subject: RE: Attn: Michelle Whittington Re: Gandalf.ca

Dear Corey, Mitel accepts the offer and provides a draft Domain Name Assignment Agreement for your review.

Please insert the purchasers information where indicated in the attached draft and return to me. If you have any further edits, please redline and return to me.

Thank you,
Michelle

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this [Date] ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and _____, [an individual] [a company] ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Mitel hereby agrees to sell, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name.** For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to transfer and assign to INTELLECTUAL PROPERTY PURCHASER all of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and any intellectual property rights relating thereto, to the extent any such rights exist. The transfer and the assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment provided for herein.

**B. Payment.** The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER for the transfer of the Domain Name shall be $10,000 USD (one ten thousand United States dollars). The Consideration shall be a single wire transfer pursuant to the instructions on Schedule A.  Consideration shall be completed on or before _____[date]_____ unless the parties agree otherwise.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate the transfer of the Domain Name registration in a

timely manner. Specifically, upon confirmation of the Consideration, Mitel agrees to prepare and transmit the necessary Registrant Name Change Agreement (RNCA) and or to correspond with the Registrar to authorize transfer of the Domain Name.

**D. Warranty.** Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and (iii) disclose the material terms of this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein. No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

(SCHEDULE A TO FOLLOW)

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

## INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:
Branch:
Address:

**BANK OF NOVA SCOTIA**
**Toronto BSC (Servicing Transit)**
**20 Queen St W 4th Floor**
**Toronto, Ontario**
**M5H 3R3**
**CANADA**

SWIFT BIC:

ABA Routing #:

**BENEFICIARY**
Name:
Address:

**MITEL NETWORKS CORPORATION**
**350 Legget Drive**
**Ottawa, Ontario**
**K2K 2W7**
**CANADA**

Branch Transit:
Inst. number:
Account number
Currency code:                    **CAD**

Global Treasury & Risk Management Operations
**Tel:**              (613) 592-2122        x: 71823 or 74433

**Fax:**                              (613) 592-4784
@                                    treasury@mitel.com

# EXHIBIT 7

| | |
|---|---|
| **From:** | Corey Allen |
| **To:** | Michelle Whittington |
| **Sent:** | 2/26/2016 6:40:34 PM |
| **Subject:** | Attn: Michelle Whittington Re: Revised domain assignment |
| **Attachments:** | DOMAIN NAME ASSIGNMENT AGREEMENT.pdf |

Dear Ms. Whittington,

    Here is the revised domain assignment, which the purchaser, Colocation America, will sign and open escrow (which it is advised to use for internet transactions) and at the same time make the $10,000 deposit. The company recognizes that you may or may not have rights as a result of the old bankruptcy proceedings but is willing to go forward on quit claim basis.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this [Date] ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist.  The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

1

MITEL000551

**B.  Payment**.    The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER Mitel shall change the registered ownership of the domain name with a third-party registrar so that the "WHOIS" information will be registered to Buyer, and transfer the domain name to a hosting service designated by Buyer and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.  Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer  the purchase funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C.  Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D.  Warranty.**  Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) to the extent it is the lawful owner of the Domain Name and intellectual property.

**E.  INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and (iii) disclose the material terms of this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

3

MITEL000553

**SCHEDULE A TO
DOMAIN NAME ASSIGNMENT AGREEMENT**

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:                              **BANK OF NOVA SCOTIA**
Branch:                            **Toronto BSC (Servicing Transit)**
Address:                           **20 Queen St W 4th Floor**
                                   **Toronto, Ontario**
                                   **M5H 3R3**
                                   **CANADA**

SWIFT BIC:                         **NOSCCATT**

ABA Routing #:                     **26002532**

**BENEFICIARY**
Name:                              **MITEL NETWORKS CORPORATION**
Address:                           **350 Legget Drive**
                                   **Ottawa, Ontario**
                                   **K2K 2W7**
                                   **CANADA**

Branch Transit:                    **47886**
Inst. number:                      **002**
Account number                     **01295 18**
Currency code:                     **CAD**

Global Treasury & Risk Management Operations
**Tel:**            (613) 592-2122        x: 71823 or 74433

**Fax:**                                  (613) 592-4784
**@**                                     treasury@mitel.com

4

MITEL000554

EXHIBIT 7A

**DOMAIN NAME ASSIGNMENT AGREEMENT**

> Formatted: Left: 1.25", Right: 1.25", Different first page header

THIS AGREEMENT is made this [Date] ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

> Deleted: _____
>
> Deleted: [an individual] [a company]

**WHEREAS,** Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS,** Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights subject to the terms and conditions of this Agreement.

> Deleted: sell

**NOW, THEREFORE,** in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name.** For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment provided for herein.

> Deleted: transfer and assign
>
> Deleted: all
>
> Deleted: any
>
> Deleted: the

Redline comparison between draft
No 1 & No 2                               I

**B.  Payment**.    The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER Mitel shall change the registered ownership of the domain name with a third-party registrar so that the "WHOIS" information will be registered to Buyer, and transfer the domain name to a hosting service designated by Buyer and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights. Upon notice to Escrow.com of visible 'Whois" registration and all related intellectual property transfer  the purchase funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C.  Mitel's Obligations.**  Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**  Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) to the extent it is the lawful owner of the Domain Name and intellectual property.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.**  INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and (iii) disclose the material terms of this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

---

**Deleted:** for the transfer of the Domain Name shall be $10,000 USD (one ten thousand United States dollars)

**Deleted:** The Consideration shall be a single wire transfer pursuant to the instructions on Schedule A.  Consideration shall be completed on or before _____ [date] _____ unless the parties agree otherwise.

**Deleted:** the

**Deleted:** registration

**Deleted:** confirmation

**Deleted:** C

**Deleted:** the

**Deleted:** Registrant Name Change A

**Deleted:** (RNCA) and

**Deleted:** to correspond with the Registrar

**Deleted:** of the Domain Name

2

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

—————————————————————

Name: ————————————————

Position: ——————————————

Date: ——————————————

**INTELLECTUAL PROPERTY PURCHASER**

—————————————————————

Name: ——————————————————

Date: ——————————————————

Deleted: (SCHEDULE A TO FOLLOW)¶

3

<u>**SCHEDULE A TO**</u>
<u>**DOMAIN NAME ASSIGNMENT AGREEMENT**</u>

<u>**INCOMING WIRE TRANSFER**</u>

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:                                    **BANK OF NOVA SCOTIA**
Branch:                                  **Toronto BSC (Servicing Transit)**
Address:                                 **20 Queen St W 4th Floor**
                                         **Toronto, Ontario**
                                         **M5H 3R3**
                                         **CANADA**

SWIFT BIC:                               **NOSCCATT**

ABA Routing #:                           **26002532**

**BENEFICIARY**
Name:                                    **MITEL NETWORKS CORPORATION**
Address:                                 **350 Legget Drive**
                                         **Ottawa, Ontario**
                                         **K2K 2W7**
                                         **CANADA**

Branch Transit:                          **47886**
Inst. number:                            **002**
Account number                           **01295 18**
Currency code:                           **CAD**

Global Treasury & Risk Management Operations
**Tel:**              (613) 592-2122      x: 71823 or 74433

**Fax:**                                  (613) 592-4784
**@**                                     treasury@mitel.com

4

# EXHIBIT 8

| | |
|---|---|
| From: | Corey Allen |
| To: | Michelle Whittington |
| Sent: | 3/1/2016 2:56:07 PM |
| Subject: | Attn: Michelle Whittington Re: Domain name assignment agreement in Word |
| Attachments: | DOMAIN NAME ASSIGNMENT AGREEMENT (1) Word.docx |

Dear Ms. Whittington,

Per your request, here is the domain name assignment agreement in Word.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000445

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this _____ ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist.  The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

1

**B. Payment.**   The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.  Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.** Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein. No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

4

<u>SCHEDULE A TO</u>
<u>DOMAIN NAME ASSIGNMENT AGREEMENT</u>

## <u>INCOMING WIRE TRANSFER</u>

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:
Branch:
Address:

**BANK OF NOVA SCOTIA**
**Toronto BSC (Servicing Transit)**
**20 Queen St W 4th Floor**
**Toronto, Ontario**
**M5H 3R3**
**CANADA**

SWIFT BIC:

ABA Routing #:

**BENEFICIARY**
Name:
Address:

**MITEL NETWORKS CORPORATION**
**350 Legget Drive**
**Ottawa, Ontario**
**K2K 2W7**
**CANADA**

Branch Transit:
Inst. number:
Account number
Currency code:



**CAD**

Global Treasury & Risk Management Operations
**Tel:**          (613) 592-2122          x: 71823 or 74433

**Fax:**          (613) 592-4784
**@**             treasury@mitel.com

5

EXHIBIT 9

From: Michelle Whittington
Sent: Thursday, March 03, 2016 2:09 PM
To: 'Corey Allen' <Corey.Allen@dividendadvisors.com>
Subject: RE: Attn: Michelle Whittington Re: Domain name assignment agreement in Word

Hi Corey, a few edits and questions. All changes are tracked. Also, do you have the escrow
instruction/agreement to include as well?

Michelle

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this _____ ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Assignment of Domain Name.** For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name, and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

Deleted: [Date]

Commented [WM1]: What is this?

Formatted: Highlight

**B. Payment.**   The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.  Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.**  Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner.  Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**  Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.**  INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

| Deleted: a |
| Deleted: d |
| Deleted: n |
| Deleted: Buyer |
| Deleted: d |
| Deleted: n |
| Deleted: Buyer |
| Deleted: |
| Deleted: purchase |
| Deleted: to the extent |
| Deleted: (iii) |

2

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein. No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**INTELLECTUAL PROPERTY PURCHASER**

_____

Name: _____

Date: _____

3

4

4

5

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

## INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:
Branch:                         BANK OF NOVA SCOTIA
Address:                        Toronto BSC (Servicing Transit)
                                20 Queen St W 4th Floor
                                Toronto, Ontario
                                M5H 3R3
                                CANADA

SWIFT BIC:                      NOSCCATT

ABA Routing #:                  26002532

**BENEFICIARY**
Name:                           MITEL NETWORKS CORPORATION
Address:                        350 Legget Drive
                                Ottawa, Ontario
                                K2K 2W7
                                CANADA

Branch Transit:                 47886
Insl. number:                   002
Account number                  01295 18
Currency code:                  CAD

Global Treasury & Risk Management Operations
Tel:              (613) 592-2122        x: 71823 or 74433

Fax:                                    (613) 592-4784
@                                       treasury@mitel.com

5

6

EXHIBIT 10

| From: | Corey Allen |
|---|---|
| To: | Michelle Whittington |
| Sent: | 3/7/2016 11:21:37 AM |
| Subject: | Attn: Michelle Whittington |
| Attachments: | DOMAIN NAME ASSIGNMENT AGREEMENT (1) Word (1).docx |

Dear Ms. Whittington,

Here is the signed agreement attached. The standard online escrow instruction have been forwarded to you and the internet protocol transfer form will be forwarded. Upon signature and submission of the escrow instructions, the $10,000 will be immediately funded. Upon the change in registration and transfer, the funds are immediately released.

Sincerely,


Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000221

## DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 7th day of March, 2016 ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein; Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

MITEL000222

**B. Payment.**   The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to   the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.   Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**   Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

MITEL000223

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

_____

Name: _____

Position: _____

Date: _____

**COLOCATION AMERICA, INC.**

_____

Name: _____

Date: _____

MITEL000224

## SCHEDULE A TO
## DOMAIN NAME ASSIGNMENT AGREEMENT

# INCOMING WIRE TRANSFER

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**

| | |
|---|---|
| Name: | **BANK OF NOVA SCOTIA** |
| Branch: | **Toronto BSC (Servicing Transit)** |
| Address: | **20 Queen St W 4th Floor** |
| | **Toronto, Ontario** |
| | **M5H 3R3** |
| | **CANADA** |
| SWIFT BIC: | **NOSCCATT** |
| ABA Routing #: | **26002532** |

**BENEFICIARY**

| | |
|---|---|
| Name: | **MITEL NETWORKS CORPORATION** |
| Address: | **350 Legget Drive** |
| | **Ottawa, Ontario** |
| | **K2K 2W7** |
| | **CANADA** |
| Branch Transit: | **47886** |
| Inst. number: | **002** |
| Account number | **01295 18** |
| Currency code: | **CAD** |

Global Treasury & Risk Management Operations

| | | |
|---|---|---|
| Tel: | (613) 592-2122 | x: 71823 or 74433 |
| Fax: | | (613) 592-4784 |
| @ | | treasury@mitel.com |

4

MITEL000225

# EXHIBIT 11

| | |
|---|---|
| :rom: | Corey Allen |
| To: | Michelle Whittington |
| Sent: | 3/10/2016 3:13:28 PM |
| Subject: | Att: Michelle Whittington Re: Signed domain name assignment |
| Attachments: | SIGNED DOMAIN NAME ASSIGNMENT AGREEMENT_Colocation_America (1) (1).pdf |

Dear Ms. Whittington,

Please see the attached signed agreement.

Sincerely,

Corey Allen
Principal Advisor
Dividend Advisors, LLC.
433 North Camden Drive Suite 970
Beverly Hills, California 90210
Phone: (310) 962-5602
www.DividendAdvisors.com
email: Corey.Allen@DividendAdvisors.com

MITEL000535

# DOMAIN NAME ASSIGNMENT AGREEMENT

THIS AGREEMENT is made this 7th day of March, 2016 ("the Agreement"), by and between MITEL NETWORKS CORPORATION, on behalf of itself and its subsidiaries, a Canadian corporation with offices at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7 ("Mitel") and Colocation America, Inc., a Nevada Corporation with offices at 9360 W Flamingo Rd, Suite 110-178, Las Vegas, NV 89147 ("INTELLECTUAL PROPERTY PURCHASER").

**WHEREAS**, Dividend Advisors LLC has introduced the INTELLECTUAL PROPERTY PURCHASER to intangible rights which may be claimed as a result of a prior bankruptcy proceeding, including domain name and related intellectual property.

**WHEREAS**, Mitel hereby agrees to quit claim, transfer and assign, and INTELLECTUAL PROPERTY PURCHASER hereby agrees to purchase the domain name <gandalf.ca> (the "Domain Name") and related rights, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows:

**A. Quit Claim**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name <gandalf.ca> and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

1



MITEL000536

**B. Payment.**  The consideration (the "Consideration") to be paid by INTELLECTUAL PROPERTY PURCHASER shall be in the amount and through escrow as set forth in the standard Escrow.com instructions, to be entered concurrent with this Agreement by the parties and for the amount therein to be deposited by purchaser upon opening the escrow along with the escrow fees. Within 1 business day after notification from Escrow.com that the purchase funds have been received from the INTELLECTUAL PROPERTY PURCHASER, Mitel shall change the registered ownership of the Domain Name with a third-party registrar so that the "WHOIS" information will be registered to    the INTELLECTUAL PROPERTY PURCHASER, or agent of its choosing, and transfer the Domain Name to a hosting service designated by the INTELLECTUAL PROPERTY PURCHASER and further execute any instrument of transfer may be required to effectuate the purchase of any of the quit intellectual property rights.   Upon notice to Escrow.com of visible "Whois" registration and all related intellectual property transfer, the CONSIDERATION funds are to be released to Mitel by wire transfer as Mitel provides in the escrow instruction.

**C. Mitel's Obligations.** Mitel agrees to cooperate with INTELLECTUAL PROPERTY PURCHASER and to follow INTELLECTUAL PROPERTY PURCHASER'S reasonable instructions in order to effectuate any transfer of the Domain Name or any intellectual property in a timely manner. Specifically, upon receipt of the consideration, Mitel further agrees to prepare and transmit any necessary registration agreement or correspondence to authorize the transfers.

**D. Warranty.**  Mitel warrants and represents that: (i) it has the full power and lawful authority to enter into this quit claim assignment and transfer the Domain Name, and (ii) it is the lawful owner of the Domain Name and any associated intellectual property rights.

**E. INTELLECTUAL PROPERY PURCHASER Obligations.** INTELLECTUAL PROPERTY PURCHASER agrees not to: use the Domain Name or any resulting website: (i) to disparage Mitel in any way; (ii) and disclose the material terms of

2



MITEL000537

this Agreement, such as the Consideration, however either party may disclose the existence of the Agreement.

**F. Entire Agreement.** This Agreement embodies the entire understanding of the parties with respect to the subject matter hereof, and merges all prior discussions between them, and neither of the parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.   No oral explanation or oral information by either party hereto shall alter the meaning or interpretation of this Agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be made and executed on the date signed by Mitel below ("Effective Date").

**MITEL NETWORKS CORPORATION**

Name: _____

Position: _____

Date: _____

**COLOCATION AMERICA, INC?**

Name:  *Albert A Ahdrof / Busines*

Date:  *3/10/16*

3

MITEL000538

<u>SCHEDULE A TO</u>
<u>DOMAIN NAME ASSIGNMENT AGREEMENT</u>

## <u>INCOMING WIRE TRANSFER</u>

Please ensure all funds in are paid in favor of **Mitel Networks Corporation** as per instructions below:

**RECEIVING BANK / INSTITUTION**
Name:                                      **BANK OF NOVA SCOTIA**
Branch:                                    **Toronto BSC (Servicing Transit)**
Address:                                   **20 Queen St W 4th Floor**
                                           **Toronto, Ontario**
                                           **M5H 3R3**
                                           **CANADA**

SWIFT BIC:                                 **NOSCCATT**

ABA Routing #:                             **26002532**

**BENEFICIARY**
Name:                                      **MITEL NETWORKS CORPORATION**
Address:                                   **350 Legget Drive**
                                           **Ottawa, Ontario**
                                           **K2K 2W7**
                                           **CANADA**

Branch Transit:                            **47886**
Inst. number:                              **002**
Account number                             **01295 18**
Currency code:                             **CAD**

Global Treasury & Risk Management Operations
**Tel:**          (613) 592-2122          x: 71823 or 74433

**Fax:**                                   (613) 592-4784
**@**                                      treasury@mitel.com

4

MITEL000539