EXHIBIT 34

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
 dbarker@swlaw.com
 jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
| Plaintiff, | **NON-RETAINED EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |

Defendant Mitel Networks Corporation ("MNC") submits this Fed. R. Civ. P. 26(a)(2)(C) disclosure of an expert who does not provide a written report. MNC does so reserving the position that any or all of the subjects of this disclosure do not require expert testimony, and could be supported by testimony from competent fact witnesses. This disclosure supplements MNC's Fed. R. Civ. P. 26(a)(1) disclosures.

This disclosure provides a summary of the facts and opinions to which Ms. Michelle R. Whittington is expected to testify, based on discovery that has been provided to date. MNC reserves the right to modify and/or supplement this disclosure, consistent with the Federal Rules of Civil Procedure, if additional subject matter is discovered.

==Ms. Whittington is the in-house Intellectual Property Counsel of MNC, a position she has held since March of 2003. Ms. Whittington holds an Electrical Engineering degree from the University of Utah, and a J.D. and MIP (Master in Intellectual property)==

4838-6976-9822

1  degree from the University of New Hampshire.

2  Ms. Whittington is knowledgeable about intellectual property including domain names and contracts transferring or otherwise affecting intellectual property rights. Ms. Whittington will offer her opinion: that internet protocol addresses are not intellectual property, and on the meaning of the Contract (the Domain Name Assignment Agreement) between Colocation and MNC.

Ms. Whittington's testimony may also rebut any expert witness testimony presented by Colocation.

DATED this 20th day of March, 2018.

SNELL & WILMER L.L.P.

By: /s/ David E. Rogers
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Attorneys for Mitel Networks Corporation

**Certificate of Service**

I hereby certify that on March 20, 2018, a true and correct copy of the foregoing document was emailed to Plaintiff's counsel, per the parties' written agreement, as follows:

Teresa H. Foster
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfiling@thfosterlaw.com

Paul Stephen Sigelman (email only)
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA  90210
paul@sigelmanlaw.com

Attorneys for Plaintiff


  *Jacob C. Jones*

4838-6976-9822