EXHIBIT 35

1  David E. Rogers (admitted *pro hac vice*)
   dorgers@swlaw.com
   SNELL & WILMER L.L.P.
2  One Arizona Center
3  400 E. Van Buren
   Phoenix, AZ 85004-2202
4  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
5
   Lyndsey A. Torp (#261734)
6  ltorp@swlaw.com
   SNELL & WILMER L.L.P.
7  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
8  Telephone: (714) 427-7000
   Facsimile: (714) 427-7799
9
   Attorneys for Mitel Networks Corporation and
10 Third Parties Mitel Technologies, Inc. and Mitel
   Networks, Inc.
11



## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| COLOCATION AMERICA, INC., | Case No. BC619569 |
|---|---|
| Plaintiff, | [~~Proposed~~] Order: |
| v. | (1) Denying Plaintiff's Motion to Tax Costs; and |
| MITEL NETWORKS CORPORATION, and DOES 1-10, inclusive, | (2) Granting in Part and Denying in Part the Joint Motion of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. for Attorneys' Fees and/or Monetary Sanctions |
| Defendant. | Date: February 23, 2017<br>Time: 8:30 a.m.<br>Dept.: 73<br>Reservation Nos.: 161118175381 and 161219192067<br><br>Complaint Filed: May 5, 2016 |

Order on Motion to Tax Costs and Joint Motion for Attorneys' Fees and/or Monetary Sanctions
25838611

On February 23, 2017, the following motions were heard by the Court:

1. Plaintiff Colocation America, Inc.'s Motion to Tax Costs, filed on or about November 18, 2016 (the "Motion to Tax"); and

2. The joint motion of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. for Attorneys' Fees and/or Monetary Sanctions, filed on or about December 19, 2016 (the "Motion for Attorneys' Fees").

Deborah Perlman and Paul Sigelman appeared on behalf of plaintiff Colocation America, Inc.

David Rogers and Lyndsey Torp appeared via court call on behalf of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc.

After considering the supporting and opposing papers filed by the parties in connection with the Motion to Tax and the Motion for Attorneys' Fees, the pleadings on file in this action, and the arguments of counsel at the hearing on the Motion to Tax and the Motion for Attorneys' Fees, it is HEREBY ORDERED that:

**MOTION TO TAX**

1. The Motion to Tax is DENIED.

2. Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation $1,555.00 for Mitel Networks Corporations' costs incurred in this lawsuit, as requested in the Memorandum of Costs (Summary), filed November 7, 2016.

**MOTION FOR ATTORNEYS' FEES**

3. The Motion for Attorneys' Fees is GRANTED IN PART, and DENIED IN PART.

4. Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. $32,242.00 for fees incurred in challenging the various subpoenas issued and served in bad faith and without substantial justification.

5. Plaintiff Colocation America, Inc. shall pay Mitel Networks, Inc. and Mitel Technologies, Inc. $870.00 for their first appearance fees incurred in this action.

6. Plaintiff Colocation America, Inc. shall pay Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc. $5,980.00 for fees incurred in relation to preparing the Motion for Attorneys' Fees.

IT IS SO ORDERED

Dated: APR 0.3 2017

_____
Honorable Rafael Ongkeko
Superior Court Judge

Colocation v Mitel 55928-00004
DER, DGB, LYT, JCJ, LAH,
DHD, KIH, SM, KES, JW, DRComLit
OCMail ☑ SM

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Deborah Perlman SBN 177991 <br> Perlman Law, Inc. <br> 26040 Acero Ste. 215 <br> Mission Viejo, CA 92691 <br> TELEPHONE NO.: 310-551-0155   FAX NO. (Optional): 949-264-8356 <br> E-MAIL ADDRESS (Optional): deborah@perlmanlawoffices.com <br> ATTORNEY FOR (Name): Colocation America Inc. | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 111 N. Hill St. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, CA <br> BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Colocation America, Inc. <br> DEFENDANT/RESPONDENT: Mitel Networks Corporation | |
| **DECLARATION** | CASE NUMBER: <br> BC619569 |

DECLARATION OF JUDGMENT DEBTOR REGARDING SATISFACTION OF JUDGMENT

I, Deborah Perlman, declare,

1. I am an attorney licensed and in good standing in the State of California, and attorney of record for Plaintiff Colocation America, Inc., herein.

2. On November 6, 2017, I sent via overnight delivery a check in the amount of $50,046.96 in good funds in full satisfaction of outstanding sanctions order, including interest and attorneys fees demanded by the Defendant, to the address as directed by Defendant, and made out to "Mitel Networks Corporation".

3. Attached hereto is a true and correct copy of the check #1263 which I sent to Mitel Networks Corporation, and which evidences that Mitel Networks Corporation did cash the check.

Received
DEC 11 2017
Snell & Wilmer

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 1, 2017

Deborah Perlman
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☑ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1





## PROOF OF SERVICE

I am a resident of California, over the age of eighteen years, and not a party to the within action; my business address is 26040 Acero Ste. 215, Mission Viejo, and on the date set forth below, I served the within document by the means described below:

### DOCUMENT

### DECLARATION OF JUDGMENT DEBTOR RE SATISFACTION OF JUDGMENT

### MEANS OF SERVICE

**MAIL** [X] Placing the document(s) in a sealed envelope, postage prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

**PERSONAL DELIVERY** ☐ Causing the document(s) to be personally delivered by same day *courier* delivery to the appropriate parties addressed as set forth below.

**OVERNIGHT DELIVERY** ☐ Placing the document(s) in a sealed envelope designated for overnight delivery, with the delivery fees paid or provided for, for delivery the next business day delivery, addressed as set forth below, and depositing the envelope in the box or other facility regularly maintained by such overnight delivery company.

**EXPRESS MAIL** ☐ Placing the document(s) in a sealed envelope, with *Express Mail* postage fully prepaid, addressed as set forth below, and depositing the envelope for collection today with United States Postal Service as an Express Mail item in a facility regularly maintained therefor.

**EMAIL** ☐ I caused the documents to be delivered pursuant to electronic service.

### ADDRESSED

David E. Rogers
Snell & Wilmer
400 East Van Buren St.
Suite 1900
Phoenix, AZ 85004

Lyndsey A. Torp
Snell & Wilmer
600 Anton Blvd, Ste. 1400
Costa Mesa, CA 92676-7689

I declare under penalty of perjury under the laws of California and the United States of America that the above is true and correct.
Executed on December 1, 2017 at Mission Viejo, California.

Deborah Perlman