# EXHIBIT 37

BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| COLOCATION AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITEL NETWORKS CORPORATION, <br><br> Defendant. | Case No. 2:17-cv-00421-NVW <br><br> (Honorable Neil V. Wake) <br><br> **PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION** |

Plaintiff Colocation America, Inc. ("Colocation") responds to Defendant's discovery requests as follows:

### FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all persons that participated in providing responses to these Interrogatories.

**ANSWER:**

Albert Ahdoot, Teresa Foster and Deborah Perlman.

**ANSWER:**

Information concerning the IPv4 addresses identified in Response to Interrogatory No. 5 can be obtained at www.ARIN.net.

**REQUEST FOR PRODUCTION NO. 7:**

All documents related to MNC or this lawsuit.

**ANSWER:**

See documents produced in response to No. 1. In addition, see documents bate-stamped Nos. 068-069.

**REQUEST FOR PRODUCTION NO. 8:**

All documents related to the value of the IPv4 addresses in the range 134.22.0.0 to 134.22.255.255.

**ANSWER:**

See Contract, IPv4 addresses included within $10,000 purchase price. Current value uncertain. At the time that the offer was made in 2016, it was unknown whether Defendant actually owned the domain name, the IPv4 addresses, or the other properties previously owned by Gandalf. These properties had not been used for almost 20 years. Plaintiff was willing to pay $10,000 for the possibility that Defendant owned the properties and that Plaintiff would be able to utilize them. Defendant, on the other hand, was willing to sell properties that it may (or may not) own and that it had not used for almost 20 years in return for $10,000.

**REQUEST FOR PRODUCTION NO. 9:**

All documents related to the valuation of the domain name gandolf.ca.

**ANSWER:**

See response to No. 8 above.

**REQUEST FOR PRODUCTION NO. 10:**

All documents identified or referred to by you in responding to MNC's First Set of Interrogatories to Colocation.

**ANSWER:**

See documents produced in response to No. 1 and No. 7.

**REQUEST FOR PRODUCTION NO. 11:**

All documents related to any IPv4 addresses owned by MNC.

**ANSWER:**

www.ARIN.net identifies Mitel as the owner of the following addresses:

134.199.0.0/16
134.22.0.0/16

DATED: June 26, 2017.

                                      BRIER, IRISH, HUBBARD & ERHART, P.L.C.

                                      /s/  Teresa H. Foster
                                      Teresa H. Foster, Of Counsel
                                      2400 E. Arizona Biltmore Circle, Ste 1300
                                      Phoenix, AZ 85016
                                      Attorneys for Plaintiff

CERTIFICATE OF SERVICE

ORIGINAL emailed this 26th day of June, 2017, to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
drogers@swlaw.com
dbarker@swlaw.com
jcjones@swlaw.com


    /s/ Harry Stanford