# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>   Defendant. | No. CV-17-00421-PHX-NVW<br><br>**JUDGMENT IN A CIVIL CASE** |
| Mitel Networks Corporation<br><br>   Counter-Claimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>   Counter-Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed on June 15, 2018, judgment is hereby entered in favor of Defendant Mitel Networks Corporation, and against Plaintiff Colocation America Corporation. Plaintiff to take

1  nothing by way of its complaint and this action is hereby terminated.

                                    Brian D. Karth
                                    District Court Executive/Clerk of Court

June 15, 2018

                                    s/ L. Figueroa
                          By   Deputy Clerk