IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>          Defendant.<br><br>Mitel Networks Corporation<br><br>          Counter-Claimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>          Counter-Defendants. | No. CV-17-00421-PHX-NVW<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed on June 15, 2018, judgment is hereby entered in favor of Counter-Claimant Mitel Networks Corporation on its counterclaim, and against Counter-Defendant Colocation America

1  Corporation wherein the Domain Name Assignment Agreement is rescinded and
2  terminated based on Colocation's material breach of the Agreement.

                                      Brian D. Karth
                                      District Court Executive/Clerk of Court

June 15, 2018

                                      s/ L. Figueroa
                          By   Deputy Clerk