# EXHIBIT 1

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
         dbarker@swlaw.com
         jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. <br> ——————————————— <br> Mitel Networks Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife, <br><br> Counterdefendants. | No. CV-17-00421-PHX-NVW <br><br> **Separate Statement of David E. Rogers in Support of Defendants' Motion for Fees** |

I, David E. Rogers, declare as follows:

1. I am the lead counsel for Defendants Mitel Networks Corporation ("MNC") in this action. I make this declaration based on my personal knowledge.

2. <u>Statement of Consultation</u>. After personal consultation between myself and Teri Foster, attorney for Plaintiff, by email on June 19, 2018 and by telephone on June 25, 2018, and using good faith efforts to do so, the parties have been unable to satisfactorily resolve all disputed issues relating to attorneys' fees and costs. No agreement was reached.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2018.

David E. Rogers

4825-9142-2059

- 1 -