BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Colocation America Corporation, | Case No. 2:17-cv-00421-NVW |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL** |
| Mitel Networks Corporation, | |
| Defendant. | |
| Mitel Networks Corporation, | |
| Counterclaimant, | |
| v. | |
| Colocation America Corporation, and Corey Allen Kotler and Mojgan Tabibnia, husband and wife, | |
| Counter-defendants. | |

Notice is hereby given pursuant to FRAP Rule 3, that Plaintiff Colocation America Corporation hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order entered June 15, 2018 [Document 95] and subsequent Judgments [Document 96 and Document 97] entered June 15, 2018 in this action.

DATED: July 16, 2018.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

/s/ Teresa H. Foster
Teresa H. Foster, Of Counsel
2400 E. Arizona Biltmore Circle, Ste 1300
Phoenix, AZ 85016
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and emailed a copy same date to:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
drogers@swlaw.com
dbarker@swlaw.com
jcjones@swlaw.com


/s/ Harry Stanford