**Defendant's Costs**

| Description | Amount | Objection |
|---|---|---|
| Filing fees | $572.75 | 1 |
| Meals | $182.00 | 1 |
| Transcripts | $6,231.19 | 1 |
| Fedex/UPS | $175.62 | 3,4 |
| Postage | $24.45 | 3,4 |
| Messenger - Outside Service | $70.41 | 3,4 |
| Outside Copies | $68.50 | 3,4 |
| Service of Process | $1,355.42 | 1 |
| Misc Travel | $151.43 | |
| Witness Fee | $200.00 | 1 |
| Hotels | $1,562.20 | 1 |
| Business Meals | $31.24 | 1 |
| Research | $305.32 | 2,3 |
| Transcripts of Proceedings | $617.80 | 1 |
| Deposition Fees | $67.50 | 1 |
| Litigation Support | $400.00 | 3,4 |
| Investigations | $5,975.25 | 2,3,4,5 |
| Video Transcript | $888.30 | 1 |
| Courier Services | $536.52 | 2,3,4 |
| Airfare | $1,423.81 | 1 |
| Delivery Charges | $13.89 | 2,3,4 |
| Pacer Service | $28.40 | 1,5 |
| WestLaw Research | $11,645.00 | 2 |
| Color Copies | $491.90 | 4 |
| Courtcalls | $374.00 | 2,3,4 |
| Faxes | $43.50 | 4 |
| Online Research | $9.50 | 2 |
| Parking | $148.00 | 1 |
| Ground Transportation | $411.00 | 2 |
| Imaging | $3,002.46 | 1 |
| **TOTAL** | **$37,007.36** | |

**Description of Objection**
1=violation of LRCiv Rule 54.1(a) for failure to file Bill of Costs with supporting documentation
2=violation of LRCiv Rule 54.2( e) (2) for failure to include description or explanation
3=violation of LRCiv Rule 54.2( e)(3) for failure to attach supporting invoices and receipts
4=no legal authority for such non-taxable costs
5=related to claims against the individuals

# Exhibit F-2

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 44 of 163

| Fees and Costs for Arizona Case | | | | | |
|---|---|---|---|---|---|
| Croley, Danielle | Assist in preparation of supplemental documents for production. | 3/23/2018 | 1.5 | $120 | $180.00 |
| Croley, Danielle | Assist in preparation of documents for production to opposition. | 4/5/2018 | 1.5 | $120 | $180.00 |
| | **Total Paraprofessional Hours and Fees** | | 46.7 | | **$9,426.00** |
| | | | | | |
| | **COSTS** | | | | |
| 9010 | **Filing Fee** | | | | |
| | Jacob Jones; INVOICE#: 020917; DATE: 2/9/2017 | 2/9/2017 | | | $406.70 |
| | One Legal, Inc.; INVOICE#: 10839987; DATE: 2/16/2017 | 2/16/2017 | | | $49.95 |
| | One Legal, Inc.; INVOICE#: 10848438; DATE: 2/27/2017 | 2/27/2017 | | | $49.95 |
| | One Legal, Inc.; INVOICE#: 10877166; DATE: 3/24/2017 | 3/24/2017 | | | $66.15 |
| | **Total Filing Fees** | | | | **$572.75** |
| | | | | | |
| 9013 | **Meals** | | | | |
| | David E. Rogers; INVOICE#: 082217; DATE: 8/22/2017: Meal - Depositioin of A. Ahdoot | 8/24/2017 | | | $30.62 |
| | David E. Rogers; INVOICE#: 091917; DATE: 9/19/2017 -Reimb. Travel - MEALS - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continued 30(b)(6) deposition of Colocation | 9/19/2017 | | | $75.70 |
| | David G. Barker; INVOICE#: 102517; DATE: 10/25/2017 -Reimb. Travel - MEALS - From: Phoenix To: LA 10/24/17 re: attending depo of A. Adhoot | 10/25/2017 | | | $33.16 |
| | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Dinner, 03/20/18, Deposition of A. Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles, David Rogers | 3/20/2018 | | | $42.52 |
| | **Total Meals** | | | | **$182.00** |
| | | | | | |
| 9110 | **Transcripts** | | | | |
| | Alliance Reporting Solutions; INVOICE#: 1711139; DATE: 8/28/2017; Depositioin of A. Ahdoot | 8/28/2017 | | | $578.20 |
| | Gillespie's Reporting Services & Arbitration; INVOICE#: 2171094; DATE: 9/5/2017 | 9/5/2017 | | | $39.02 |

| | Fees and Costs for Arizona Case | | | |
|---|---|---|---|---|
| | Depo Technologies, LLC DBA DepoTech; INVOICE#: 2635; DATE: 9/19/2017 - Original transcript deposition with video of A.Ahdoot | 9/19/2017 | | $2,183.40 |
| | Depo Technologies, LLC DBA DepoTech; INVOICE#: 2649; DATE: 9/21/2017. Transcript of C.Kotler | 9/21/2017 | | $1,510.12 |
| | Depo Technologies, LLC DBA DepoTech; INVOICE#: 2684; DATE: 11/6/2017 - Deposition transcript of Albert Ahdoot | 11/6/2017 | | $1,920.45 |
| | **Total Transcripts** | | | **$6,231.19** |
| | | | | |
| 9125 | **FedEx/UPS** | | | |
| | | 2/15/2017 | | $10.38 |
| | | 2/15/2017 | | $10.38 |
| | | 6/14/2017 | | $15.66 |
| | | 7/17/2017 | | $15.62 |
| | | 8/9/2017 | | $10.36 |
| | | 8/17/2017 | | $10.41 |
| | | 9/8/2017 | | $22.46 |
| | | 9/28/2017 | | $56.44 |
| | | 12/12/2017 | | $23.91 |
| | **Total FedEx/UPS** | | | **$175.62** |
| | | | | |
| 9145 | **Postage** | | | |
| | | 9/15/2017 | | $24.45 |
| | **Total Postage** | | | **$24.45** |
| | | | | |
| 9151 | **Messenger - Outside Service** | | | |
| | Intelliquick Delivery; INVOICE#: 639940; DATE: 2/18/2017 | 2/18/2017 | | $18.53 |
| | Intelliquick Delivery; INVOICE#: 641585; DATE: 3/11/2017 | 3/11/2017 | | $18.53 |
| | Intelliquick Delivery; INVOICE#: 649769; DATE: 6/30/2017 | 6/30/2017 | | $33.35 |
| | **Total Outside Messenger** | | | **$70.41** |
| | | | | |
| 9161 | **Outside Copy Expense** | | | |
| | Secretary of State, Nevada; INVOICE#: IN000253613; DATE: 9/25/2017 | 9/25/2017 | | $40.00 |
| | Capitol Services Inc.; INVOICE#: 6047874; DATE: 10/19/2017 | 10/19/2017 | | $26.50 |

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 46 of 163

| | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|
| | Nevada Secretary of State Acct 75085; INVOICE#: INV000253999; DATE: 10/23/2017 | 10/23/2017 | | | $2.00 |
| | **Total Outside Copy Expense** | | | | **$68.50** |
| | | | | | |
| 9180 | **Service of Process** | | | | |
| | Transwest Investigations Inc.; INVOICE#: 71125; DATE: 6/21/2017 | | | | $825.95 |
| | First Legal Network, LLC; INVOICE#: 10099662; DATE: 7/15/2017 | | | | $243.87 |
| | First Legal Network, LLC; INVOICE#: 10099662; DATE: 7/15/2017 7/15/2017 | | | | $218.10 |
| | Lasr, LLC - First Records; INVOICE#: 71723-01-01; DATE: 8/3/2017 8/3/2017 | | | | $67.50 |
| | **Total Service of Process** | | | | **$1,355.42** |
| | | | | | |
| 9190 | **Misc Travel** | | | | |
| | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Taxi, 03/20/18, Deposition of A. Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles | 3/20/2018 | | 1 | $74.82 |
| | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Uber, 03/20/18, Deposition of A. Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles | 3/20/2018 | | 1 | $8.95 |
| | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Uber, 03/21/18, Deposition of A. Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles | 3/21/2018 | | 1 | $12.01 |
| | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Uber, 03/21/18, Deposition of A. Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles | 3/21/2018 | | 1 | $55.65 |
| | **Total Misc Travel** | | | 4 | **$151.43** |
| | | | | | |
| 9210 | **Witness Fee** | | | | |
| | Dividend Advisors, LLC; REQUEST#: 579548; DATE: 6/14/2017. - 55928.00004 | 6/14/2017 | | | $66.00 |
| | Corey Allen; REQUEST#: 579549; DATE: 6/14/2017. -55928.00004 | 6/14/2017 | | | $66.00 |
| | Corey A. Kotler; REQUEST#: 581734; DATE: 7/17/2017. - 55928.00004 | 7/17/2017 | | | $68.00 |

| | | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|---|
| | | **Total Witness Fee** | | | | $200.00 |
| | | | | | | |
| 9232 | | **Hotel Accommodations** | | | | |
| | | David E. Rogers; INVOICE#: 101416A; DATE: 10/14/2016 10/14/2016 Hotel accomodations for Travel from San Jose to Los Angeles 10/13-14/2016 | | | | $467.40 |
| | | David E. Rogers; INVOICE#: 082417; DATE: 8/24/2017: Hotel | 8/24/2017 | | | $419.11 |
| | | David E. Rogers; INVOICE#: 091917; DATE: 9/19/2017 - Reimb. Travel - HOTEL - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continued 30(b)(6) deposition of Colocation | 9/19/2017 | | | $363.97 |
| | | David E. Rogers INVOICE#: 2383848003281003 DATE: 3/28/2018 David Rogers - Hotel - Lodging, Receipt date: 03/20/18, Check-in Date: 03/20/2018, Check-out Date: 03/21/2018 | 3/20/2018 | | | $311.72 |
| | | **Total Hotel Accommodations** | | | | $1,562.20 |
| | | | | | | |
| | | **Business Meal Paid** | | | | |
| | | Chase Purchasing Cards INVOICE#: 092517_PHX DATE: 092517 SQU - SQ *CRAVE SANDWICH | 8/21/2017 | | | $31.24 |
| | | **Total Business Meal Paid** | | | | $31.24 |
| | | | | | | |
| 9265 | | **Research Services Paid** | | | | |
| | | Clarivate Analytics (Compumark) Inc.; INVOICE#: 11/28/2017 2017057211; DATE: 11/28/2017 | | | | $239.00 |
| | | David E. Rogers INVOICE#: 2392614304021004 DATE: 3/30/2018 David Rogers - Research, 03/30/18, Publications regarding English grammar rules. | 1 | | | $66.32 |
| | | **Total Research Services Paid** | 1 | | | $305.32 |
| | | | | | | |
| 9268 | | **Transcript of Proceedings** | | | | |
| | | Linda Schroeder, RDR, CRR; INVOICE#: 00002442; 3/15/2017 DATE: 3/15/2017 | | | | $278.30 |

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 48 of 163

| | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|
| | L and D Reporting Inc.; INVOICE#: 20170090; DATE: 11/8/2017 11/8/2017 | | | | $194.00 |
| | Laurie Adams DBA L and D Reporting Inc.; INVOICE#: 4/11/2018 20170147; DATE: 4/11/2018 | | | | $145.50 |
| | **Total Transcript of Proceedings** | | | | **$617.80** |
| 9272 | **Deposition Fee Paid** | | | | |
| | Lasr, LLC - First Records; INVOICE#: 71814-01-01; DATE: 7/31/2017 7/31/2017 | | | | $67.50 |
| | **Total Deposition Fee Paid** | | | | **$67.50** |
| 9285 | **Litigation Support** | | | | |
| | Brandon W. Abbey; INVOICE#: 092217; DATE: 9/22/2017 9/22/2017 - Consulting regarding escrow.com procedures | | | | $400.00 |
| | **Total Litigation Support** | | | | **$400.00** |
| 9294 | **Professional Services Rendered** | | | | |
| | Transwest Investigations Inc.; INVOICE#: 71174; DATE: 7/27/2017 7/27/2017 | | | | $4,023.00 |
| | Transwest Investigations Inc.; INVOICE#: 71329; DATE: 11/6/2017 11/6/2017 | | | | $1,952.25 |
| | **Total Professional Services Rendered** | | | | **$5,975.25** |
| 9306 | **Video Deposition Transcript** | | | | |
| | Depo Technologies, LLC DBA DepoTech; INVOICE#: 2813 and 2825; DATE: 4/3/2018 - Transcript of Albert Ahdoot deposition on 3/21/18. | | | | $888.30 |
| | **Total Video Deposition Transcript** | | | | **$888.30** |
| 9313 | **Courier Service** | | | | |
| | First Legal Network, LLC; INVOICE#: 10102034; DATE: 7/31/2017 7/31/2017 | | | | $227.58 |
| | First Legal Network, LLC; INVOICE#: 10102034; DATE: 7/31/2017 7/31/2017 | | | | $259.53 |

| | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|
| | IntelliQuick Delivery; INVOICE#: 654601; DATE: 9/23/2017 9/23/2017 | | | | $12.35 |
| | Intelliquick Delivery; INVOICE#: 656348; DATE: 10/21/2017 10/21/2017 | | | | $18.53 |
| | Intelliquick Delivery; INVOICE#: 666923; DATE: 3/17/2018 3/17/2018 | | | | $18.53 |
| | **Total Courier Service** | | | | **$536.52** |
| 9345 | **Airfare** | | | | |
| | David E. Rogers; INVOICE#: 082417; DATE: 8/24/2017: 8/24/2017 Air fare | | | | $458.05 |
| | David E. Rogers; INVOICE#: 091917; DATE: 9/19/2017 - 9/19/2017 Reimb. Travel - AIRFARE - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continued 30(b)(6) deposition of Colocation | | | | $163.20 |
| | David G. Barker; INVOICE#: 102517; DATE: 10/25/2017 - 10/25/2017 Reimb. Travel - AIRFARE - From: Phoenix To: LA 10/24/17 re: attending depo of A. Adhoot | | | | $493.96 |
| | David E. Rogers INVOICE#: 2362985903271000 DATE: 3/16/2018 3/27/2018 David Rogers - Airfare, 03/16/18, Deposition of Albert Ahdoot, 03/20/2018 - 03/21/2018, Phoenix - Los Angeles | | | | $308.60 |
| | **Total Airfare** | | | | **$1,423.81** |
| 9352 | **Delivery Charges** | | | | |
| | Intelliquick Delivery; INVOICE#: 670749; DATE: 5/5/2018 5/5/2018 | | | | $13.89 |
| | **Total Delivery Charges** | | | | **$13.89** |
| 9354 | **Pacer Service** | | | | |
| | Pacer Service Center Nevada #4398876; INVOICE#: 4398876-Q42016; DATE: 1/9/2017  - Usage for 10/1/16 - 12/31/16 | 1/9/2017 | | | $0.20 |
| | Pacer Service Center Nevada #4398876; INVOICE#: 4398876-Q12017; DATE: 5/31/2017 | 5/31/2017 | | | $12.60 |

| | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|
| | Pacer Service Center Arizona #4413927; INVOICE#: 4413927-Q32017; DATE: 10/6/2017 - QUARTERLY. Pacer usage July 1, 2017-September 30,2017. | 10/6/2017 | | | $0.70 |
| | Pacer Service Center Arizona #4413927; INVOICE#: 4413927-Q32017; DATE: 10/6/2017 - QUARTERLY. Pacer usage July 1, 2017-September 30,2017. | 10/6/2017 | | | $0.50 |
| | Pacer Service Center Arizona #4413927; INVOICE#: 4413927-Q32017; DATE: 10/6/2017 - QUARTERLY. Pacer usage July 1, 2017-September 30,2017. | 10/6/2017 | | | $2.50 |
| | Pacer Service Center Nevada #4398876; INVOICE#: 4398876-Q42017; DATE: 1/8/2018 | 1/8/2018 | | | $0.60 |
| | Pacer Service Center Acct #4413927; REQUEST#: 595673; DATE: 1/22/2018. | 1/22/2018 | | | $9.20 |
| | Pacer Service Center Nevada #4398876; INVOICE#: 4398876-Q12018; DATE: 3/31/2018 | 3/31/2018 | | | $2.10 |
| | Total Pacer Service | | | | $28.40 |
| | | | | | |
| 9400 | **WestLaw Research** | | | | |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/27/2016 | | -22.0 | -$110.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/27/2016 | | 22.0 | $110.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/27/2016 | | 22.0 | $110.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/28/2016 | | 20.0 | $100.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/28/2016 | | 20.0 | $100.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/28/2016 | | -20.0 | -$100.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/29/2016 | | 58.0 | $290.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/29/2016 | | -58.0 | -$290.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/29/2016 | | 58.0 | $290.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/30/2016 | | 3.0 | $15.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/30/2016 | | 3.0 | $15.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 6/30/2016 | | -3.0 | -$15.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 7/1/2016 | | -50.0 | -$250.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 7/1/2016 | | 50.0 | $250.00 |
| | TADLOCK, LYNDSEY Westlaw Legal Research | 7/1/2016 | | 50.0 | $250.00 |
| | JONES, JACOB Westlaw Legal Research | 7/8/2016 | | -75.0 | -$375.00 |

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 51 of 163

| Fees and Costs for Arizona Case | | | |
|---|---|---|---|
| JONES, JACOB Westlaw Legal Research | 7/8/2016 | 75.0 | $375.00 |
| JONES, JACOB Westlaw Legal Research | 7/8/2016 | 75.0 | $375.00 |
| JONES, JACOB Westlaw Legal Research | 7/11/2016 | 22.0 | $110.00 |
| JONES, JACOB Westlaw Legal Research | 7/11/2016 | 22.0 | $110.00 |
| JONES, JACOB Westlaw Legal Research | 7/11/2016 | -22.0 | -$110.00 |
| JONES, JACOB Westlaw Legal Research | 7/26/2016 | 41.0 | $205.00 |
| JONES, JACOB Westlaw Legal Research | 8/24/2016 | 27.0 | $135.00 |
| JONES, JACOB Westlaw Legal Research | 8/25/2016 | 103.0 | $515.00 |
| JONES, JACOB Westlaw Legal Research | 8/26/2016 | 23.0 | $115.00 |
| PALMER, STACY Westlaw Legal Research | 8/30/2016 | 35.0 | $175.00 |
| JONES, JACOB Westlaw Legal Research | 8/31/2016 | 15 | $75.00 |
| JONES, JACOB Westlaw Legal Research | 9/1/2016 | 10 | $50.00 |
| JONES, JACOB Westlaw Legal Research | 9/7/2016 | 1 | $5.00 |
| HELWIG, ZHANNA Westlaw Legal Research | 9/14/2016 | 13 | $65.00 |
| HELWIG, ZHANNA Westlaw Legal Research | 9/14/2016 | 4 | $20.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/20/2016 | 43 | $215.00 |
| JONES, JACOB Westlaw Legal Research | 9/21/2016 | 240 | $1,200.00 |
| JONES, JACOB Westlaw Legal Research | 9/22/2016 | 118 | $590.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/27/2016 | 4 | $20.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/28/2016 | 2 | $10.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/28/2016 | 9 | $45.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/29/2016 | 69 | $345.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/29/2016 | 9 | $45.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 9/30/2016 | 2 | $10.00 |
| HUA, JENNY Westlaw Legal Research | 10/8/2016 | 54 | $270.00 |
| JONES, JACOB Westlaw Legal Research | 10/11/2016 | 23 | $115.00 |
| HUA, JENNY Westlaw Legal Research | 10/13/2016 | 10 | $50.00 |
| HUA, JENNY Westlaw Legal Research | 10/27/2016 | 8 | $40.00 |
| HUA, JENNY Westlaw Legal Research | 10/28/2016 | 75 | $375.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 10/31/2016 | 13 | $65.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 11/1/2016 | 16 | $80.00 |
| HUA, JENNY Westlaw Legal Research | 11/7/2016 | 24 | $120.00 |
| HUA, JENNY Westlaw Legal Research | 11/10/2016 | 1 | $5.00 |

| Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|
| TADLOCK, LYNDSEY Westlaw Legal Research | 12/7/2016 | | 15 | $75.00 |
| KOWING, KAREN Westlaw Legal Research | 1/26/2017 | | 5 | $25.00 |
| JONES, JACOB Westlaw Legal Research | 2/2/2017 | | 27 | $135.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 2/12/2017 | | 72 | $360.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 2/13/2017 | | 1 | $5.00 |
| JONES, JACOB Westlaw Legal Research | 2/14/2017 | | 64 | $320.00 |
| JONES, JACOB Westlaw Legal Research | 2/15/2017 | | 20 | $100.00 |
| TADLOCK, LYNDSEY Westlaw Legal Research | 2/23/2017 | | 6 | $30.00 |
| JONES, JACOB Westlaw Legal Research | 2/27/2017 | | 65 | $325.00 |
| JONES, JACOB Westlaw Legal Research | 3/2/2017 | | 85 | $425.00 |
| JONES, JACOB Westlaw Legal Research | 3/6/2017 | | 4 | $20.00 |
| HAWKINS, LORI Westlaw Legal Research | 4/11/2017 | | 1 | $5.00 |
| JONES, JACOB Westlaw Legal Research | 9/6/2017 | | 25 | $125.00 |
| JONES, JACOB Westlaw Legal Research | 10/13/2017 | | 66 | $330.00 |
| JONES, JACOB Westlaw Legal Research | 10/17/2017 | | 83 | $415.00 |
| JONES, JACOB Westlaw Legal Research | 10/20/2017 | | 72 | $360.00 |
| JONES, JACOB Westlaw Legal Research | 10/23/2017 | | 29 | $145.00 |
| JONES, JACOB Westlaw Legal Research | 10/31/2017 | | 23 | $115.00 |
| JONES, JACOB Westlaw Legal Research | 11/3/2017 | | 15 | $75.00 |
| JONES, JACOB Westlaw Legal Research | 11/9/2017 | | 38 | $190.00 |
| JONES, JACOB Westlaw Legal Research | 11/27/2017 | | 29 | $145.00 |
| JONES, JACOB Westlaw Legal Research | 11/29/2017 | | 31 | $155.00 |
| JONES, JACOB Westlaw Legal Research | 12/1/2017 | | 22 | $110.00 |
| JONES, JACOB Westlaw Legal Research | 12/6/2017 | | 2 | $10.00 |
| JONES, JACOB Westlaw Legal Research | 12/7/2017 | | 25 | $125.00 |
| JONES, JACOB Westlaw Legal Research | 2/28/2018 | | 25 | $125.00 |
| BARKER, DAVID Westlaw Legal Research | 4/18/2018 | | 9 | $45.00 |
| JONES, JACOB Westlaw Legal Research | 4/25/2018 | | 25 | $125.00 |
| JONES, JACOB Westlaw Legal Research | 4/27/2018 | | 26 | $130.00 |
| JONES, JACOB Westlaw Legal Research | 5/1/2018 | | 20 | $100.00 |
| JONES, JACOB Westlaw Legal Research | 5/24/2018 | | 157 | $785.00 |
| **Total WestLaw Research** | | | 2,329 | $11,645.00 |

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 53 of 163

| Fees and Costs for Arizona Case | | | | | |
|---|---|---|---|---|---|
| 9421 | Color Copies | | | | |
| | | 8/26/2016 | | 2 | $1.00 |
| | | 8/26/2016 | | 2 | $1.00 |
| | | 11/1/2017 | | 44 | $22.00 |
| | | 11/1/2017 | | 1 | $0.50 |
| | Copy Expense | 4/20/2018 | | 917 | $456.40 |
| | Jones Jacob Color Copies | 5/30/2018 | | 22 | $11.00 |
| | **Total Color Copies** | | | **988** | **$491.90** |
| | | | | | |
| 9443 | **Courtcall Services Rendered** | | | | |
| | VENDOR: Courtcall, LLC; INVOICE#: 072216; DATE: 7/22/2016 7/22/2016 | | | | $86.00 |
| | VENDOR: Courtcall, LLC; INVOICE#: 08242016; DATE: 8/24/2016 8/24/2016 | | | | $116.00 |
| | VENDOR: Courtcall, LLC; INVOICE#: 012517; DATE: 1/28/2017 1/28/2017 | | | | $86.00 |
| | VENDOR: Courtcall, LLC; INVOICE#: 01/26-03/16/17; DATE: 3/22/2017 3/22/2017 | | | | $86.00 |
| | **Total Courtcall Services Rendered** | | | | **$374.00** |
| | | | | | |
| 9500 | **Fax Charges** | | | | |
| | | 7/1/2016 | | 29 | $43.50 |
| | **Total Fax Charges** | | | **29** | **$43.50** |
| | | | | | |
| 9663 | **On-Line Research/Services** | | | | |
| | Milt Policzer; INVOICE#: 916; DATE: 10/4/2016 10/4/2016 | | | | $9.50 |
| | **On-Line Research/Services** | | | | **$9.50** |
| | | | | | |
| 9670 | **Parking** | | | | |
| | Lyndsey Torp; INVOICE#: 102116; DATE: 10/21/2016 - 10/21/2016 Parking for Travel from Costa Mesa to Los Angeles 10/15/16 | | | | $25.00 |

| | Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|---|
| | David E. Rogers; INVOICE#: 091917; DATE: 9/19/2017 - 9/19/2017 Reimb. Travel - PARKING - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continued 30(b)(6) deposition of Colocation | | | | $98.00 |
| | VENDOR: David G. Barker; INVOICE#: 102517; DATE: 10/25/2017 - 10/25/2017 Reimb. Travel - PARKING -From: Phoenix To: LA 10/24/17 re: attending depo of A. Adhoot | | | | $25.00 OK |
| | **Total Parking** | | | | **$148.00** |
| 9671 | **Ground Transportation** | | | | |
| | David E. Rogers; INVOICE#: 111116; DATE: 11/11/2016 - 11/11/2016 Ground Transportation for Travel to Los Angeles 10/13/16-10/14/16 | | | | $65.00 |
| | David E. Rogers; INVOICE#: 082417; DATE: 8/24/2017: 8/24/2017 Ground Transportation | | | | $140.69 |
| | David E. Rogers; INVOICE#: 091317A; DATE: 9/13/2017 9/13/2017 - Reimb. Travel - GROUND TRANSPORATION - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continues 30(b)(6) deposition of Colocation | | | | $12.75 |
| | David E. Rogers; INVOICE#: 091917; DATE: 9/19/2017 - 9/19/2017 Reimb. Travel - GROUND TRANSPORTATION - From: Phoenix To: LA 9/6/17 re: attending deposition of C.Kotler and continued 30(b)(6) deposition of Colocation | | | | $97.17 |
| | David G. Barker; INVOICE#: 102517; DATE: 10/25/2017 - 10/25/2017 Reimb. Travel - GROUND TRANSPORTATION - From: Phoenix To: LA 10/24/17 re: attending depo of A. Adhoot | | | | $95.39 |
| | **Total Ground Transportation** | | | | **$411.00** |
| 9701 | **Imaging** | | | | |
| | | 6/15/2017 | | | $2,447.75 |
| | | 6/21/2017 | | | $207.50 |
| | | 6/29/2017 | | | $25.15 |
| | | 6/29/2017 | | | $33.60 |
| | | 7/17/2017 | | | $50.33 |
| | | 9/5/2017 | | | $100.98 |

Case 2:17-cv-00421-NVW   Document 100-4   Filed 06/29/18   Page 55 of 163

| Fees and Costs for Arizona Case | | | | |
|---|---|---|---|---|
| NOVITEX DIGITAL SERVICES-PHX Imaging | 4/20/2018 | | | $137.15 |
| Total Imaging | | | | $3,002.46 |
| | | | | |
| Costs Total | | | | $37,007.36 |
| Grand Total | | 904.6 | 3,350 | $481,438.36 |