# EXHIBIT B

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>Defendant. | No. CV-17-00421-PHX-NVW<br><br>**Declaration of Jacob C. Jones in Support of Defendant's Reply in Support of Defendant's Motion for Fees** |
| Mitel Networks Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>Counterdefendants. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1    I, Jacob C. Jones, declare as follows:

2         1.    I am an employee of Snell & Wilmer and am one of the attorneys for

3    Defendants Mitel Networks Corporation ("MNC") in this action.  I make this declaration

4    based on my personal knowledge.

5         2.    Attached as Exhibits B-1 through B-86 (except that there is no Exhibit B-

6    36) are true and correct copies of expense-supporting documentation maintained at Snell

7    & Wilmer in the ordinary course of its business for the purpose of supporting cost

8    disbursements.  The above-captioned litigation is referenced internally as matter

9    55928.00004.

10        3.    Attached hereto as Exhibit RF1 is a spread sheet showing the fees and costs

11   for the Arizona Action that were included in Doc. 100, Ex. 2C, but adds columns with

12   Colocation's objections and MNC's reply to those objections.

13        4.    Pages 28 through 37 of Exhibit RF1 also has an additional column to the

14   right indicating which of the attached Exhibits B-1 through B-86 supports each particular

15   cost.  For example, the first cost item in Exhibit B-1 indicates it is supported by Exhibit B-

16   1, meaning that Exhibit B-1 attached hereto supports that item of cost.[1]  Exhibit RF1 also

17   includes, at the end, a similar explanation of MNC's costs for the California Action that

18   were included in Doc. 100, Ex. 2D (Colocation did not make line-item objections for the

19   California fees and costs, so there was nothing to respond to on a line-by-line basis).

20        5.    Attached as Exhibit RF2 is a summary of MNC's costs for the Arizona

21   Action that were included in Doc. 100, Ex. 2C.  It includes Colocation's objections to the

22   costs and MNC's reply to those objections.

23        I declare under penalty of perjury that the foregoing is true and correct.

24

25   [1] For clarity, as discussed in MNC's Reply, MNC has withdrawn its request for costs
     associated with Exhibit B-1 (federal and state filing fees totalling $406.70).  MNC has
26   also withdrawn its request for the costs associated with Exhibits B-29, B-30, and B-31
     (corresponding to witness fees/mileage for subpoenas to Corey Allen, Dividend Advisors,
27   and Corey Kotler), in the amounts of $66, $66, and $68, totaling $200.  Finally, MNC has
     withdrawn its request for the costs associated with Exhibit B-45, or $1,562.20
28   (corresponding to the costs in serving Corey Kotler and his wife personally with the
     amended pleading and related summonses).

Executed on July 26, 2018.

_____
Jacob C. Jones

4852-5091-4670

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

# EXHIBIT B-1



Q390971

# Snell & Wilmer
### L.L.P.

## TRAVEL & EXPENSE REPORT

Mark "X"
| | |
|---|---|
| Partner | ☐ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☒ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other | ☐ |

Describe

Date: **February 9, 2017**

Name: **Jacob C. Jones**     Timekeeper #: **5215**     Office: **Phoenix**

Client Name: **Mitel**     Matter Name: **Colocation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**     To (City): **Phoenix, AZ**

Start Date: **February 9, 2017**     End Date: **February 9, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ........................................... @ .535   MILE _____ | **$0.00** |
| PARKING .................................................................................................. | _____ |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) .............. | _____ |
| HOTEL (Original entire hotel bill must be attached) ............................................. | _____ |
| MEALS (All meals including hotel meals) .......................................................... | _____ |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ............................................ | _____ |
| OTHER     **Federal and State Court Filing Fees** | **$406.70** |
| OTHER | _____ |

### TOTAL EXPENSES INCURRED     **$406.70**

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

I certify my expenses are valid and reimbursable     Signature (no facsimiles)

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

**Sprinkle, Kathy**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, February 09, 2017 3:38 PM |
| **To:** | Sprinkle, Kathy; Jones, Jacob |
| **Subject:** | Pay.gov Payment Confirmation: AZD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 260JELVK
Agency Tracking ID: 0970-13903908
Transaction Type: Sale
Transaction Date: Feb 9, 2017 5:37:40 PM

Account Holder Name: Jacob Jones
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************7800

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



**TurboCourt**                Timeout in 30 min User: **jacobjones**   you are working with form set # 2089666   🏠 Home  👤 Your Profile  ✖ Quit  🛈 Support

## Filing Details          🔍 List My Forms

| | | | |
|---|---|---|---|
| **Filing Details** | Form Set # 🛈 | 2089666 | **Case #** 🛈 | CV2017-000025 |

**Filing Details**

Form Set # 🛈        2089666                    **Case #** 🛈        CV2017-000025
**Messages**    Keyword/Matter # 🛈   55928.00004              **Status** 🛈        Delivered
             Filing Type       General Civil - Superior Court   **Location**       Maricopa – Superior Court
**Your**        Customer Name     Jacob Jones                **Customer Email**  jcjones@swlaw.com
**Payments**    Delivery Date & Time  02/09/2017 3:47 PM MST   **Filing Date & Time**

**E-Service**   **Your Payments**

| *Transaction Date* | *Transaction #* | *Payment Status* | *Amount $* | *Payment Details* |
|---|---|---|---|---|
| 02/09/2017 3:47 PM MST | 7Y646309DB1521638 | Paid | 6.70 | Payment Details |

ver 10.16 2-s19                                    Copyright © 2017 Intresys, Inc

# EXHIBIT B-2

Q408393



# Snell & Wilmer
L.L.P.

Accounting Received

MAR 0 8 2017

Snell & Wilmer

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | 3-6-2017 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 49.95 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐   **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Reply

**Special Instructions:**
**3 lines maximum**

**Return To:**   **Office:** Select....

**Mail To:**
**5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

26-0259046

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi Martinez | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships | Director of Client Services |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Practice Group Expenses | Director of Practice Group Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

# EXHIBIT B-3



Q404789

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | 3-3-2017 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 49.95 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐  **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Notice of Ruling

**Special Instructions:**
**3 lines maximum**

**Accounting Received**

**Return To:** Office: Select MAR 06 2017

**Mail To:**
**5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**Snell & Wilmer**

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

26-0259046

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi Martinez | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses.................................................... | Director of Attorney Development & Resources |
| Bar Exams .................................................................................................... | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events ........................................................... | Per the CLE form |
| Client development and business memberships............................................ | Director of Client Services |
| Contributions ............................................................................................... | Executive Director |
| Legal publications and research .................................................................. | Director of Attorney Development & Resources |
| Office expenses............................................................................................ | Director of Administration |
| Practice Group Expenses.............................................................................. | Director of Practice Group Administration |
| Technology ................................................................................................... | Director of Information Technology |
| All other expenses ....................................................................................... | Executive Director |



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/27/2017 |
|------|-----------|
| Acct. No. | 0001218 |
| Invoice # | 10848438 |
| Due Date | 4/13/2017 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:   10887172

Firm Contact:   Lyndsey Torp

Filer Name:   Sandi Martinez

Billing Code:   55928.00004

Case Number: BC619569

Plaintiff:   COLOCATION AMERICA, INC.

Defendant:   MITEL NETWORKS CORPORATION, et al,

Documents:   Notice of Ruling on: 1. Plaintiff's Motion to Tax Costs; and 2. Joint
Motion of Mitel Networks Corporation, Mitel Networks, Inc., and Mitel Technologies, Inc.
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|------|--------|
| **Court Filing Service Fees** | **49.95** |

| | **Total** | **$49.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.5% convenience fee for processing and collecting
those disbursements. The convenience fee is waived if you elect the
ACH payment service.

| | **Balance Due** | **$49.95** |

# EXHIBIT B-4



## Snell & Wilmer
L.L.P.

### REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | 3-31-2017 |
| **Check Payable To:** | One Legal |
| **Amount:** | 66.15 |
| **Client Name:** | Mitel |
| **C/M # or GL Code** | 55928.00004 |

**Check Needed By:**

**Matter Name:** Colocation

**Timekeeper #:** 4226

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Filing of Proof of Service

**Special Instructions:**
**3 lines maximum**

Accounting Received

APR 0 3 2017

**Return To:**     **Office:** Select...

Snell & Wilmer

**Mail To:**
**5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

26-0259046

| | | | |
|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** 4226 | **Office:** Orange County |
| **Prepared By:** | Sandi Martinez | | |
| **Approved By:** | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................................... | Director of Attorney Development & Resources |
| Bar Exams.............................................................................................. | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events .......................................................... | Per the CLE form |
| Client development and business memberships ...................................... | Director of Client Services |
| Contributions ......................................................................................... | Executive Director |
| Legal publications and research............................................................. | Director of Attorney Development & Resources |
| Office expenses...................................................................................... | Director of Administration |
| Practice Group Expenses........................................................................ | Director of Practice Group Administration |
| Technology ............................................................................................ | Director of Information Technology |
| All other expenses ................................................................................. | Executive Director |

Q418829



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 3/24/2017 |
|------|-----------|
| Acct. No. | 0001218 |
| Invoice # | 10877166 |
| Due Date | 5/8/2017 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:   10951684

Firm Contact:   Lyndsey Torp

Filer Name:   Sandi Martinez

Billing Code:   55928.00004

Case Number:   BC619569

Plaintiff:   COLOCATION AMERICA, INC.

Defendant:   MITEL NETWORKS CORPORATION, et al,

Documents:   Proof of Service of Proposed Order

Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|------|--------|
| **Court Filing Copy Charge** | 1.25 |
| **Courtesy Copy with Filing Service** | 14.95 |
| **Court Filing Service Fees** | 49.95 |
| | |
| **Total** | **$66.15** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**   **$66.15**

EXHIBIT B-5

# Snell & Wilmer
—— L.L.P. ——

**TRAVEL & EXPENSE REPORT**

Q451866

| | "Mark X" |
|---|---|
| Partner | ☐ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| | Describe |

Date: August 24, 2017

Name: David E. Rogers     Timekeeper Initials: DER     Office: PHX

Client Name: Mitel Networks     Matter Name: Colocation Litigation

Client and Matter #: 55928.00004

From (City): Phoenix, AZ     To (City): Los Angeles, CA

Start Date: August 21, 2017     End Date: August 22, 2017

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ........................................... @ $.51 MILE | 0.00 |
| PARKING ............................................................................................................... | 0.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | 383.05 |
| HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .......... | 419.11 |
| MEALS (Other than hotel meals) ................................................................................. | 30.62 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ................................................................................. | 140.69 |
| OTHER _____ | 0.00 |
| OTHER _____ | 0.00 |
| **TOTAL EXPENSES INCURRED** | 973.47 |

*Accounting Received*
*AUG 2 5 2017*
*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

> Attend 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable     Signature (no facsimiles)

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

4813-4722-8228 2

**ORDER ONLINE AT: WWW.UNITEDTAXI.COM**

CAB#_____ DATE:_____ ACCT#_____

METER:_____ OTHER:_____ TOTAL: $10.00

FROM:_____

TO:_____

PASSENGER:_____ DRIVER:_____

CUSTOMER SIGNATURE:_____

---

UNITED TAXI
(800)892-8294
UNITEDTAXI.COM

PASSENGER COPY
CARD RECEIPT
MID: 2042528620
TID: C281954275
CAB#:      0156
DATE: 08/21/2017
ST. TIME: 17:13
END TIME: 17:51
PASS#:        1
TRIP#:    11178
DIST.: 18.03 mi
RATE 1
FARE:   $ 54.15
EXTRA:  $ 4.00
TIP:    $ 0.00
TOTAL:  $ 58.15
CARD#: ****7001
AUTH#:   863332
ENTRY METHOD:
CONTACT CHIP
AID:A0000000250?
APPL. NAME:
AMERICAN EXPRESS
ATC:       0057
AC:
C82A8C6B4E39F172

RETAIN THIS COPY
FOR STATEMENT
VERIFICATION

THANK YOU
BOOK ONLINE
UNITEDTAXI1.COM

---

Yellow Cab
1-800-711-TAXI

DRIVER COPY
CARD RECEIPT
MID: 6043683267
TID: C261052047
DR. ID: 00019124
CAB#:      6407
DATE: 08/22/2017
ST. TIME: 15:40
END TIME: 16:20
PASS#:        1
TRIP#:    14750
DIST.: 20.00 mi
RATE 1
FARE:   $ 60.45
EXTRA:  $ 0.00
TIP:    $ 12.09
TOTAL:  $ 72.54
CARD#: ****7001
AUTH#:   826300
ENTRY METHOD:
CONTACT CHIP
AID:A0000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:       0059
AC:
86B6C87BBBEB67D5

---

AREAS USA LAX, LLC.
Ford's Filling Station
LOS ANGELES INT'L AIRPORT

Merchant Copy

Table #    : 106/1
Server     : 12103Cristina P
Merchant ID : 007542000803117835
Terminal ID : 077BAR1
Card No.   : XXXXXXXXXXX7001
   Check No.   : 3508
   EntryMode   : ICC
   Card Type   : AMEX
   Trans Type  : SALE
Trans Time : 08/22/2017 17:25
   Trace No.   : 033421
Reference # : 407234128536
Auth Code   : 809756

Application Label: AMERICAN EXPR
   TC: 58FA2DFD15B6034F
   TVR: 0000008000
   AID: A000000025010801

Subtotal   : USD 25.62

Tip        : USD   5.00

Total      : USD  30.62

PLEASE SIGN BELOW

I agree to the terms of my
credit agreement.

*** MERCHANT COPY ***

EXHIBIT B-6


Q453979

# Snell & Wilmer
——— L.L.P. ———

## TRAVEL & EXPENSE REPORT

Mark "X"
| | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other | ☐ |
| | Describe |

Date: **September 19, 2017**

Name: **David E. Rogers**   Timekeeper #: **1437**   Office: **Phoenix**

Client Name: **Mitel Networks**   Matter Name: **Colocation Litigation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**   To (City): **Los Angeles, CA**

Start Date: **September 6, 2017**   End Date: **September 6, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE .......................................... @ .535   MILE | $0.00 |
| PARKING ................................................................................................. | $98.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) | $163.20 |
| HOTEL (Original entire hotel bill must be attached) ................................................ | $363.97 |
| MEALS (All meals including hotel meals) ........................................................... | $115.70 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ........................................................ | $97.17 |
| OTHER | |
| OTHER | |
| **TOTAL EXPENSES INCURRED** | **$838.04** |

*Accounting Received*

*SEP 2 0 2017*

*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

**Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.**

I certify my expenses are valid and reimbursable   Signature (no facsimiles)

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

# OMNI HOTELS & RESORTS
## los angeles
251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

ROGERS, DAVID

400 E Van Buren
Phoenix, AZ 85004 US

**Room Number:** 1527
**Daily Rate:** 314.10
**Room Type:** KNPV
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 9/6/2017 | 9/7/2017 | XXXXXXXXXXXX7001 | CRP1F1 | PROMOC | 16901204359 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/6/2017 | 1527 | NOE BAR | 1527/2232/22:30/NOE BAR | $85.20 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | ROOM CHARGE | #1527 ROGERS, DAVID | $314.10 |
| 9/6/2017 | 1527 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $43.97 |
| 9/6/2017 | 1527 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $4.71 |
| 9/6/2017 | 1527 | STATE TOURISM ASSESSMENT 0.38% | STATE TOURISM ASSESSMENT 0.38% | $1.19 |
| 9/7/2017 | 1527 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($547.17) |

**TOTAL DUE:**       $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

**Left receipt:**

```
LA CHECKER CAB
  BOOK ONLINE
 INEEDTAXI.COM
 (800)300-5007
CREDIT CARD SALE
*PASSENGER COPY*
Merchant ID: 173
ENTRY METHOD:
CONTACT CHIP
AID:A00000002501
Application ID:
AMERICAN EXPRESS
ATC:       0060
AC:
358964611BE109BB

TERMINAL    348
DRIVER     5263
CAB        3514
PASSENGERS    1
RATE    9/7/17
START   16:15:23
END     16:54:06
TRIP    1823
STANDARD RATE 1
DIST:   12.29mi
FARE R1  $41.85
EXTRA    $0.00
TOLLS    $0.00
SUB TOTAL $41.85
TIP       $8.37
TOTAL    $50.22
AMEX       7001
AUTH     862528
*****************
  THANK YOU
  BOOK ONLINE
 INEEDTAXI.COM
 (800)300-5007
```

**Center receipt:**

```
      *** IN ROOM DINING ***
 VISIT OUR RESTAURANTS & LOUNGE
 3RD FLOOR NOE LOUNGE OPEN AT 3PM
 770 Sonia
 ------------------------------
  1527/1      2094      GST
 1
         SEP07'17 10:07AM
 ------------------------------
  1 One egg              6.00
  1 Bacon                9.00
  1 Toast                6.00
    Subtotal            21.00
    15.5% Srvc Chrg      3.26
    Tax                  2.24
    Total Due      $26.50

 Gratuity _____ 4.00

 Total _____ 30.50

 Room No. _____

 Print Name _____

 Signature _____
  15.5% Service Charge Included
     www.omniroomservice.com

              Breakfast
```

**Right receipt:**

```
    Yellow Cab
 1-800-711-TAXI

  DRIVER COPY
  CARD RECEIPT
 MID: 0043003260
 TID: C261049124
 DR. ID: 00022134
 CAB#:       6621
 DATE: 09/08/2017
 ST. TIME:  15:26
 END TIME:  16:03
 PASS#:        1
 TRIP#:    25622
 DIST:  11.80 mi
 RATE 1
 FARE:    $ 40.55
 EXTRA:   $  0.00
 TIP:     $  6.50
 TOTAL    $ 46.05
 CARD#:   ****7001
 AUTH#:    845147
 ENTRY METHOD:
 CONTACT CHIP
 AID:A00000002501
 APPL. NAME:
 AMERICAN EXPRESS
 ATC:       0061
 AC:
 1DD0A6C4337649BB

   Thank You
   Call Again
 L.A DEPT. TRANSP
 1-213-928-9600
```

EXHIBIT B-7

# — Snell & Wilmer —
### L.L.P.

| Mark "X" | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other ___ Describe | ☐ |

## TRAVEL & EXPENSE REPORT

Q462281

Date: **10/25/2017**

Name: **David G. Barker**   Timekeeper #: **1694**   Office: **Phoenix**

Client Name: **Colocation**   Matter Name: **Mitel Networks**

Client and Matter #: **55928.00004**

From (City): **Phoenix**   To (City): **Los Angeles, CA**

Start Date: **10/24/2017**   End Date: **10/24/2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | | |
|---|---|---|
| AUTO MILEAGE ............................ @ .535   MILE   **21** | | **$11.24** |
| PARKING ................................................................... | | **$25.00** |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ........ | | **$493.96** |
| HOTEL (Original entire hotel bill must be attached) ........................ | | |
| MEALS (All meals including hotel meals) ............................ | | **$33.16** |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ............................ | | |
| OTHER   **Uber from airport to S&W Los Angeles office** | | **$54.56** |
| OTHER   **Uber from S&W Los Angeles office to airport** | | **$40.83** |
| **TOTAL EXPENSES INCURRED** | | **$658.75** |

Accounting Received

OCT 2 5 2017

Snell & Wilmer

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

> **Attend deposition of Albert Adhoot.**

I certify my expenses are valid and reimbursable   Signature (no facsimiles) _____

**PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:**
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

Sky Harbor Intl.
Terminal 4

from:     10/24/17 06:36:00
to:       10/24/17 21:52
Amount to pay:       25.00   $
Visa
xxxx xxxx xxxx 5115



Visit us at skyharbor.com/parking

PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545

AREAS USA LAX, LLC.
CALIFORNIA PIZZA KITCHEN
LOS ANGELES INT'L AIRPORT
12181 Karen A                    2
----------------------------------
TBL 70/1                   GST 1
            **4100**
        24OCT'17  7:06PM
----------------------------------
            BAR
   1CALI COBB          13.99
   1FOUNTAIN SODA        3.49
   FOOD                 13.99
   BEVERAGE              3.49
   TAX                   1.57
   TOTAL DUE          **$19.05**
*******************************
Tell us how we did and enter to
win 2 round trip airline tickets

   Complete a brief survey at
     www.areasask.com/31126

     Enter code below:
   41000-12181-19241-01174
*******************************

   For Guest Service, email:
    guestservice@areas.com
     Or Call 866.820.1178
    # XXXXXXXXXXXX2743
       VISA  04143D
     Auth      19.05

AREAS USA LAX, LLC.
CALIFORNIA PIZZA KITCHEN
LOS ANGELES INT'L AIRPORT

      Customer Copy

   Table #      : 70/1
   Server       : 12181Karen A
 Merchant ID : 007542000803113831
   Terminal ID : 215BAR1
 Card No.      : XXXXXXXXXXXX2743
   Check No.    : 4100
   EntryMode    : ICC
   Card Type    : VISA
   Trans Type   : SALE
 Trans Time   : 10/24/2017 19:30
   Trace No.    : 181283
 Reference # : 407297640927
   Auth Code    : 04143D

 Application Label: CHASE VISA
   TC: 1DB512A2961D140A
   TVR: 0080008000
   AID: A0000000031010

   Subtotal   : USD 19.05

 Tip        : USD  *3.50*

 Total      : USD  *22.55*

   *SIGNATURE VERIFIED*

 I agree to the terms of my
    credit agreement.

   *** CUSTOMER COPY ***

**Hayes, Kimberly**

| | |
|---|---|
| **From:** | David Barker <barkd6@gmail.com> |
| **Sent:** | Tuesday, October 24, 2017 6:50 PM |
| **To:** | Hayes, Kimberly |
| **Subject:** | Fwd: Receipt from Dan's Deli |

Lunch receipt

---------- Forwarded message ---------
From: Dan's Deli via Square <receipts@messaging.squareup.com>
Date: Tue, Oct 24, 2017 at 12:42 PM
Subject: Receipt from Dan's Deli
To: <barkd6@gmail.com>

Square automatically sends receipts to the email address you used at any Square seller. Learn more



$10.61

| | |
|---|---|
| Turkey (Ovengold) | $8.15 |
| + NO Cheese | |
| + Sprouts ($0.30) | |
| Fountain Drink (Large Cup) | $2.25 |
| | |
| Subtotal | $10.40 |

| | |
|---|---|
| Sales Tax (9.5%) | $0.21 |
| Total | $10.61 |



Dan's Deli
300 S Grand Ave, LP-370
LOS ANGELES, CA 90071
213-620-1515



Visa 9788 (Swipe)

DAVID G. BARKER

Oct 24
2017
at
12:41
PM
#EFGL
Auth
code:
280598

© 2017 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts

EXHIBIT B-8

Expense Details

Report ID: 0100-2383-8480

## Expense Report

Mitel - 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 2 | 03/20/2018 | | 9190 | Taxi | 74.82 USD | 74.82 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 - Mitel N | Colocation Domain Na | 74.82 USD |
|---|---|---|---|---|

Merchant

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 4 | 03/20/2018 | | 9013 | Dinner | 42.52 USD | 42.52 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 - Mitel N | Colocation Domain Na | 42.52 USD |
|---|---|---|---|---|

| Internal Guests | David | Rogers | Snell Wilmer | Partner | 42.52 |
|---|---|---|---|---|---|

IsActivity          0
MealType
Merchant
NumPeople          1

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 6 | 03/20/2018 | | 9190 | Taxi | 8.95 USD | 8.95 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 - Mitel N | Colocation Domain Na | 8.95 USD |
|---|---|---|---|---|

Merchant

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 7 | 03/20/2018 | | | Hotel | 311.72 USD | 311.72 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 - Mitel N | Colocation Domain Na | 311.72 USD |
|---|---|---|---|---|

CheckIn          03/20/2018
CheckOut        03/21/2018

EXHIBIT B-9

# Snell & Wilmer
L.L.P.

Q452051

## EQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | August 28, 2017 | | |
| **Check Payable To:** | Alliance Reporting Solutions | **Timekeeper Initial:** | DER |
| **Amount:** | $578.20 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation Lit |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

See attached for description. Invoice 1711139.

**Special Instructions:**
**3 lines maximum**

**Return To:**             **Office:**

**Mail To:**
**5 lines maximum**

Alliance Reporting Solutions
2700 North Central Ave., Suite 350
Phoenix, AZ 85004

Accounting Received

AUG 28 2017

Snell & Wilmer

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | **Timekeeper** | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Initials:** | 1427 | **Office:** | PHX |
| **Prepared By:** | Denise Dolan | | | | |
| **Approved By:** | | | | | |

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

4824-3007-9556 1

2700 North Central Avenue, Suite 350
Phoenix, AZ  85004
Phone: 602-230-8448
Fax: 602-230-0892
Web: www.alliancereportingsolutions.com



**Alliance**
REPORTING SOLUTIONS

# INVOICE

**Snell & Wilmer**
One Arizona Center
400 East Van Buren Street

Phoenix, Az 85004-2202

*Attn: David E.  Rogers*

| | |
|---|---|
| INVOICE # | 1711139 |
| INVOICE DATE | 8/28/2017 |
| REPORTER | Kate Roundy |
| JOB NUMBER | 20174697 |
| VENDOR # | |

**Deposition of  Michelle Whittington**
Colocation America, Inc. v. Mitel Networks Corporation
8/18/2017 - 2:17-cv-00421-NVW

| DESCRIPTION | COST | PGS\HRS | EXT PRICE |
|---|---|---|---|
| Transcript Copy – Lay Witness *(PDF)* | 2.75 | 119 | 327.25 |
| Exhibits Scanned | 0.35 | 157 | 54.95 |
| Rough Draft *(Delivered 8\|18\|17)* | 1.50 | 114 | 171.00 |
| Pre & Post Production Services | 25.00 | 1 | 25.00 |

*Delivered 8\|28\|17 via email to:*
*drogers@swlaw.com*

| | |
|---|---|
| Sub Total | **578.20** |
| Paid | **0.00** |
| **Balance Due** | **$578.20** |

PLEASE RETURN WHITE COPY WITH PAYMENT
*Terms: Net 30, 1.5% finance charge after 30 days*
*We accept Visa, MasterCard, American Express and Paypal.*
*Pay online at www.alliancereportingsolutions.com*
Freelance Captions Inc., dba Alliance Reporting Solutions
Federal Tax ID 04-3645409

EXHIBIT B-10



# Snell & Wilmer
## L.L.P.

Q452514

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | September 5, 2017 | | |
| **Check Payable To:** | Gillespie's Reporting Services | | |
| **Amount:** | 39.02 | **Check Needed By:** | September 6, 2017 |
| **Client Name:** | Colocation America | **Matter Name:** | Mitel |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4575 |

**Charge Firm** ☐ **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Deposition transcript of Greg Hiscock taken on August 25, 2017

**Special Instructions:**
**3 lines maximum**

**Return To:** Jan Snyder     **Office:** Phoenix

**Mail To:**
**5 lines maximum**

Accounting Received

SEP 0 5 2017

Snell & Wilmer

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Zachow | **Timekeeper #:** | 4575 | **Office:** | Phoenix |
| **Prepared By:** | Jan Snyder | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships | Director of Client Services |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Practice Group Expenses | Director of Practice Group Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

# GILLESPIE'S

# Invoice

### Reporting Services & Arbitration / Mediation Facilities

130 Slater Street, 2nd Floor
Ottawa, Ontario, K1P 6E2

| | |
|---|---|
| **Invoice No.** | 2171094 |
| **Date** | 2017-09-05 |
| **GRS File No.** | 17-0769 |
| **Terms** | Due on receipt |
| **HST No.** | 106590243 |

**Snell & Wilmer LLP**
**One Arizona Center**
**400 E. Van Buren, Suite 1900**
**Phoenix, Arizona**
**85004-2202**

**ATTENTION: D. ROGERS**

| Court File No.   2:17-cv-00421-NVW | | | |
|---|---|---|---|
| **SERVICES** | **QUANTITY** | **RATE** | **AMOUNT** |
| Deposition held August 25th, 2017 | | | 0.00 |
| COLOCATION AMERICA INC. & MITEL NETWORKS | | | |
| | | | |
| Witness: HISCOCK, GREG | 1 | 0.00 | 0.00 |
| Transcript - 2nd Copy | 24 | 1.25 | 30.00 |
| Handling Charge | 1 | 4.53 | 4.53 |
| | | | |
| HST (ON) on sales | | 13.00% | 4.49 |

| | |
|---|---|
| **Sales Tax** | USD 4.49 |
| **Payments/Credits** | USD 0.00 |
| **TOTAL** | **USD 39.02** |

EXHIBIT B-11



**Snell & Wilmer**
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | September 19, 2017 |
| **Check Payable To:** | DepoTech |
| **Amount:** | 2183.40 |

**Check Needed By:** _____

| | |
|---|---|
| **Client Name:** | Mitel |

**Matter Name:** Colocation

| | |
|---|---|
| **C/M # or GL Code** | 55928.00004 |

**Timekeeper #:** 1427

**Charge Firm** ☐  **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Original transcript deposition with video of Albert Ahdoot
Invoice No. 2635

**Special Instructions:**
**3 lines maximum**

**Return To:** _____  **Office:** Select....

**Mail To:**
**5 lines maximum**

40 N. Central Avenue, Suite 1400
Phoenix, AZ 85004

**Accounting Received**

SEP 19 2017

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

81-5442717

**Snell & Wilmer**

| | | | |
|---|---|---|---|
| **Timekeeper:** | Dave Rogers | **Timekeeper #:** 1427 | **Office:** Phoenix |
| **Prepared By:** | Kathy Sprinkle | | |
| **Approved By:** | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Recruiting & Diversity |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships | Director of Client Services |
| Contributions | Executive Director |
| Legal publications and research | Director of Administration - Denver |
| Office expenses | Director of Administration |
| Practice Group Expenses | Director of Practice Group Administration |
| Technology | Director of Information Technology Executive |
| All other expenses | Director |

**DepoTech**
40 N. Central Ave Suite 1400
Phoenix, AZ 85004
Phone: 602-358-0225



David E. Rogers
Snell & Wilmer
One Arizona Center
400 East Van Buren St., Suite 1900
Phoenix, AZ 85004

*Invoice #2635*

| Date | Terms |
|------|-------|
| 09/19/2017 | Net 30 |

Assignment #2627 on 08/22/2017

**Case:** Colocation America, Inc.  v. Mitel Networks
Corporation

**Shipped On:**
**Shipped Via:** Federal Express

| Description | | | | |
|---|---|---|---|---|

**Original Transcript Deposition with Video of Albert Ahdoot**

Amount Due:  $ 2,183.40
Paid:  $ 0.00

| Balance Due: | $ 2,183.40 |
|---|---|
| Payment Due: | 10/20/2017 |

*We appreciate your business.*

*Thank you!*

Interest after 30 days at 1.50%:  $ 2,216.15

TAX ID: 81-5442717
Registered Reporting Firm No. R1162

EXHIBIT B-12



Q438050

## Snell & Wilmer
L.L.P.

### REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | September 26, 2017 | | |
| **Check Payable To:** | DepoTech | **Timekeeper Initial:** | DER |
| **Amount:** | $1,510.12 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation Litigation |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

See description.

**Special Instructions:**
**3 lines maximum**

Accounting Received
**Office:**

**Return To:**

SEP 26 2017

**Mail To:**
**5 lines maximum**

40 N. Central Ave
Suite 1400
Phoenix, AZ 85004

**Snell & Wilmer**

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | **Timekeeper** | | |
|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Initials:** 1427 | **Office:** | PHX |
| **Prepared By:** | Denise Dolan | | | |
| **Approved By:** | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

**DepoTech**
40 N. Central Ave Suite 1400
Phoenix, AZ 85004
Phone: 602-358-0225



David E. Rogers
Snell & Wilmer
One Arizona Center
400 East Van Buren St., Suite 1900
Phoenix, AZ 85004

*Invoice #2649*

| Date | Terms |
|------|-------|
| 09/21/2017 | Net 30 |

**Assignment #2629 on 09/07/2017**

**Case:** Colocation America, Inc. v. Mitel Networks
Corporation

**Shipped On:**
**Shipped Via:** Federal Express

| Description | | | |
|-------------|--|--|--|
| **Original Transcript Deposition with Video of Corey Kotler** | | | |

| | |
|--|--|
| Amount Due: | $ 1,487.80 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 1,487.80** |
| **Payment Due:** | **10/21/2017** |

**Interest after 30 days at 1.50%:** **$ 1,510.12**

TAX ID: 81-5442717
**Registered Reporting Firm No. R1162**

EXHIBIT B-13



Q446201

# Snell & Wilmer
### L.L.P.

## UEST FOR CHECK DISBURSEMENT

**Date:** January 19, 2018

**Check Payable To:** DepoTech **Timekeeper Initial:** MSS

**Amount:** ~~$1,949.20~~ $1,920.45 **Check Needed By:**

**Client Name:** Mitel Networks **Matter Name:** Colocation

**Client and Matter #:** 55928.0000 14

**Charge Firm** ☐ **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**
Invoice Number 2684.
Deposition transcript of Albert Ahdoot.

**Special Instructions: 3 lines maximum**

**Return To:** **Office:**

**Mail To: 5 lines maximum**
DepoTech
40 N. Central Ave.
Suite 1400
Phoenix, AZ 85004

Accounting Received

JAN 22 2018

Snell & Wilmer

**New Vendor – Federal ID or SSN: 2 lines maximum**

**Timekeeper:** Marissa Smith **Timekeeper Number:** 4091 **Office:** 15-I-17

**Prepared By:** Denise Dolan

**Approved By:**

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

**DepoTech**
40 N. Central Ave Suite 1400
Phoenix, AZ 85004
Phone: 602-358-0225



David E. Rogers
Snell & Wilmer
One Arizona Center
400 East Van Buren St., Suite 1900
Phoenix, AZ 85004

## *Invoice #2684*

| Date | Terms |
|------|-------|
| 11/06/2017 | Net 30 |

---

Assignment #2654 on 10/24/2017

**Case:** Colocation America, Inc.  v. Mitel Networks
Corporation

**Shipped On:**
**Shipped Via:** E-Mail

| Description | | | |
|---|---|---|---|
| **Original Transcript Deposition with Video of Albert Ahdoot** | | | |

Amount Due:  $ 1,920.45
Paid:  $ 0.00

| Balance Due: | $ 1,920.45 |
|---|---|
| Payment Due: | 12/06/2017 |

Interest after 30 days at 1.50%:  $ 1,949.26

**TAX ID: 81-5442717**
**Registered Reporting Firm No. R1162**

EXHIBIT B-14



| Run & Run Date Carrier Name Account Number/Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|
| 55928.00004 | | | | | | |
| 201708    02/20/2017 FEDERAL EXPRESS CORP 111617392 / 571325077 778440040484 | SNELL & WILMER LYNDSEY TORP 600 ANTON BLVD  SUITE 1400 COSTA MESA, CA 92826 US | PERLMAN LAW DEBORAH PERLMAN  ESQ 26040 ACERO MISSION VIEJO, CA 92691 US | AM - OVERNIGHT / 02 02/15/17 - 02/16/17 09:57 D.PEARLMAN N/A | 1.0   (A) 1.0  1 | 55928.00004 PrePaid/ 55928.00004 | $10.03 $0.35 $0.00 $10.38 |
| 201708    02/20/2017 FEDERAL EXPRESS CORP 111617392 / 571325077 778440048018 | SNELL & WILMER LYNDSEY TORP 600 ANTON BLVD.  SUITE 1400 COSTA MESA, CA 92826 US | INFORMATION NOT SUPPLIED PAUL SIGELMAN 433 N  CAMDEN DRIVE BEVERLY HILLS, CA 90210 US | AM - OVERNIGHT / 02 02/15/17 - 02/16/17 10:18 R.RICK N/A | 1.0   (A) 1.0  1 | 55928.00004 PrePaid/ 55928.00004 | $10.03 $0.35 $0.00 $10.38 |
| 55928.00004 Totals | | | | | Freight Charge Misc Charge(s) Savings Amt Amount Due Carrier | $20.06 $0.70 $0.00 $20.76 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Debra Langi
Phone

SNELL AND WILMER LLP
Page 23 of 31

Run: 201708
Printed  2/21/2017  8:48:08AM
Report  rtmpdetail-noclaim.rpt

| Run & Run Date Carrier Name Account Number/ Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|

**55928.00004**

| 201725   06/19/2017 FEDERAL EXPRESS CORP 085006711 / 583793298 67867172652B | SNELL & WILMER MAILROOMPHX*EDWARD W. BEYER ONE ARIZONA CENTER PHOENIX, AZ 85004 US | TRANSWEST INVESTIGATIONS  INC EDWARD W  BEYER 3255 WILSHIRE BOULEVARD LOS ANGELES, CA 90010 US | AM - OVERNIGHT / 04 06/14/17 - 06/15/17 09:39 A MADRID N/A | 1.0   (A) 1.0 1 | 55928 00004 PrePaid/ 55928.00004/J JONES EDWARD W  BEYER | $15.24 $0.42 $0.00 $15.66 |

**55928.00004 Totals**

|  |  |  |  |  |  Freight Charge Misc Charge(s) Savings Amt Amount Due Carrier | $15.24 $0.42 $0.00 $15.66 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Debra Langi
Phone:

SNELL AND WILMER LLP
Page 15 of 22

Run: 201725
Printed: 6/20/2017  10:19:35AM
Report: rlmpdetail-noclaim rpt

| Run & Run Date Carrier Name Account Number/ Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|

**55928.00004**

| | | | | | | |
|---|---|---|---|---|---|---|
| 201730   07/24/2017 FEDERAL EXPRESS CORP 085006711 / 587447330 678671731490 | SNELL & WILMER MAILROOMPHX*ED BEYER ONE ARIZONA CENTER PHOENIX, AZ 85004 US | TRANSWEST INVESTIGATIONS INC ED BEYER 3255 WILSHIRE BOULEVARD LOS ANGELES  CA 90010 US | AM - OVERNIGHT / 04 07/17/17 - 07/18/17 09:11 G GREEN N/A | 1 0  (A) 1 0 1 | 55928.00004 PrePaid 55928.00004/ J  JONES ED BEYER | $15.24 $0.38 $0.00 $15.62 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Debra Langi
Phone

SNELL AND WILMER LLP
Page 24 of 35

Run: 201730
Printed  7/25/2017  3:56.43PM
Report  rtmpdetail-noclaim.rpt

| Run & Run Date Carrier Name Account Number/ Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|
| **55928.00004** | | | | | | |
| 201733    08/14/2017 FEDERAL EXPRESS CORP 085006711 / 569544954 678671735030 | SNELL & WILMER MAILROOMPHX*TERESA H. FOSTER ONE ARIZONA CENTER PHOENIX, AZ 85004 US | BRIER  IRISH  HUBBARD & ERHART TERESA H  FOSTER 2400 EAST ARIZONA BILTMORE CIR PHOENIX, AZ 85016 US | AM - OVERNIGHT / 02 08/09/17 - 08/10/17 09:41 A.SKINNER N/A | 1 0   (A) 1.0 1 | 55928.00004 PrePaid/ 55928.00004/M. ZACHOW TERESA H. FOSTER | $10.03 $0.33 $0.00 $10.36 |

55928.00004 Totals

|  | Freight Charge | $10.03 |
|---|---|---|
|  | Misc Charge(s) | $0.33 |
|  | Savings Amt | $0.00 |
|  | Amount Due Carrier | $10.36 |



data logistics

6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Debra Langi
Phone

SNELL AND WILMER LLP
Page 12 of 17

Run: 201733
Printed  8/15/2017  10:31:00AM
Report  rlmpdetail-noclaim.rpt

| Run & Run Date | | | Service Type/Zone | | Allocation Code | |
|---|---|---|---|---|---|---|
| Carrier Name | | | Ship/Delivery Date | Billed Weight | Bill Type / Bill of Lading | Freight Charge |
| Account Number/ Invoice Number | Shipper | Consignee | POD Name | Orig Weight | Reference (PO) | Misc Charge(s) |
| Shipment Number | Address | Address | Batch Number | Pieces | | Savings Desc/ Amt |
| | | | | | | Amount Due |

**55928.00004**

| 201735    08/28/2017 | SNELL & WILMER | BRIER  IRISH  HUBBARD & ERHART | AM - OVERNIGHT / 02 | | 55928 00004 | $10.03 |
|---|---|---|---|---|---|---|
| FEDERAL EXPRESS CORP | MAILROOMPHX*HARRY STANFORD | HARRY STANFORD  LEGAL ASSISTAN | 08/17/17 - 08/18/17 10:14 | 1.0  [A] | PrePaid/ | $0.38 |
| 085006711 / 590322638 | ONE ARIZONA CENTER | 2400 E  ARIZONA BILTMORE CIRCL | A SKINNER | 1.0 | 55928 00004/M, ZACHOW HARRY | $0.00 |
| 678671736220 | PHOENIX, AZ 85004 US | PHOENIX, AZ 85016 US | N/A | 1 | STANFORD | $10.41 |

**55928.00004 Totals**

| | | Freight Charge | $10.03 |
|---|---|---|---|
| | | Misc Charge(s) | $0.38 |
| | | Savings Amt | $0.00 |
| | | Amount Due Carrier | $10.41 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Senga Campbell
Phone

SNELL AND WILMER LLP
Page 17 of 25

Run: 201735
Printed  8/29/2017   4:32:49PM
Report   rtmpdetail-noclaim.rpt

| Run & Run Date<br>Carrier Name<br>Account Number/ Invoice Number<br>Shipment Number | Shipper<br>Address | Consignee<br>Address | Service Type/Zone<br>Ship/Delivery Date<br>POD Name<br>Batch Number | Billed Weight<br>Orig Weight<br>Pieces | Allocation Code<br>Bill Type / Bill of Lading<br>Reference (PO) | Freight Charge<br>Misc Charge(s)<br>Savings Desc/ Amt<br>Amount Due |
|---|---|---|---|---|---|---|

**55928.00004**

| 201738   09/15/2017<br>FEDERAL EXPRESS CORP<br>085006711 / 160686397<br>678671739510 | SNELL & WILMER<br>MAILROOMPHX<br>ONE ARIZONA CENTER<br>PHOENIX, AZ 85004 US | INFORMATION NOT SUPPLIED<br>GILLESPIE S REPORTING SERVICES<br>130 SLATER STREET<br>OTTAWA, ON K1P6E2 CA | INTERNATIONAL PRIORITY / A<br>09/08/17 - 09/11/17 10:55<br>K FOX<br>N/A | 0.5   (A)<br>0.2<br>1 | 55928.00004<br>PrePaid/<br>55928.00004/M. ZACHOW | $21.70<br>$0.76<br>$0.00<br>$22.46 |

**55928.00004 Totals**

| | | | | | Freight Charge<br>Misc Charge(s)<br>Savings Amt<br>Amount Due Carrier | $21.70<br>$0.76<br>$0.00<br>$22.46 |

| Run & Run Date<br>Carrier Name<br>Account Number/ Invoice Number<br>Shipment Number | Shipper<br>Address | Consignee<br>Address | Service Type/Zone<br>Ship/Delivery Date<br>POD Name<br>Batch Number | Billed Weight<br>Orig Weight<br>Pieces | Allocation Code<br>Bill Type / Bill of Lading<br>Reference (PO) | Freight Charge<br>Misc Charge(s)<br>Savings Desc/ Amt<br>Amount Due |
|---|---|---|---|---|---|---|
| 201739    09/25/2017<br>FEDERAL EXPRESS CORP<br>085006711 / 161127177<br>811206217026 | GILLESPIES<br><br>#200 - 130 SLATER ST<br>OTTAWA, ON K1P6E2 CA | SNELL & WILMER<br>D. ROGERS<br># 1900- 400 E. VAN BUREN<br>PHOENIX, AZ 850042202 US | INTERNATIONAL ECONOMY / A<br>09/15/17 - 09/18/17 09:06<br>M.MIRZETA<br>N/A | 1 0   (A)<br>1 0<br>1 | UNALLOCATED<br>Collect/<br>55928.00004 | $53.75<br>$2.69<br>$0.00<br>$56.44 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Senga Campbell
Phone:

SNELL AND WILMER LLP
Page 2 of 18

Run: 201739
Printed: 9/26/2017  10:07:49AM
Report: rfmpdetail-noclaim.rpl

| Run & Run Date Carrier Name Account Number/ Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|
| **55928.00004** | | | | | | |
| 201751    12/18/2017 FEDERAL EXPRESS CORP 085006711 / 602813803 410705797027 | SNELL & WILMER MAILROOMPHX*COREY ALLEN KOTL ONE ARIZONA CENTER PHOENIX, AZ 85004 US | MOJGAN TABIBNIA COREY ALLEN KOTLER 2385 ROSCOMARE ROAD LOS ANGELES, CA 90077 US | PM - OVERNIGHT / 04 12/12/17 - 12/14/17 02:53 K.KOTLER N/A | 1 0   (A) 1 0 1 | 55928.00004 PrePaid/ 55928.00004/J. JONES COREY ALLEN KOTLER | $14.64 $9.27 $0.00 $23.91 |
| **55928.00004 Totals** | | | | | Freight Charge Misc Charge(s) Savings Amt Amount Due Carrier | $14.64 $9.27 $0.00 $23.91 |


data logistics

6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Senga Campbell
Phone:

SNELL AND WILMER LLP
Page 15 of 21

Run: 201751
Printed: 12/20/2017  4:25:18PM
Report: rlmpdetail-noclaim.rpt

EXHIBIT B-15



**IntelliQuick** Delivery
Faster. Better. Smarter.©

| Customer Number |
|---|
| 22233 |
| Invoice Number |
| 639940 |
| Invoice Date |
| 2/18/2017 |

**Client Billing #/Name**          55928.00004
**On Demand**

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 2/15/2017 8:00 AM Better | 13762979 | Snell & Wilmer, Llp 400 E Van Buren St Fl 1 | United States District Court 401 W Washington St | Jacob Jones |
| 2/15/2017 9:48 AM | Kathy Sprinkle 602-382-6129 | Phoenix AZ 85004-2223 | Phoenix AZ 85003-2117 | 55928.00004 |

|  |  |  | Better | $15.00 |  |
|---|---|---|---|---|---|
|  |  |  | Fuel Surcharge   1 | $3.53 |  |

**POD:**   Clerk                                    **Order Total:**        **$18.53**

                                                **On Demand Totals:**            **$18.53**

              **Client Billing #/Name - 55928.00004 Total:**            **$18.53**

**Client Billing #/Name**          59052.00045
**On Demand**

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

EXHIBIT B-16

**IntelliQuick** Delivery
Faster. Better. Smarter.©

| Customer Number |
| 22330 |
| Invoice Number |
| 641585 |
| Invoice Date |
| 3/11/2017 |

**Client Billing #/Name**        **55928.00004**

**On Demand**

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | | References Billing Group |
|---|---|---|---|---|---|
| 3/8/2017 8:00 AM | 13823843 | Snell & Wilmer, Llp | United States District Court | | Jacob Jones |
| Better | | 400 E Van Buren St Fl 1 | 401 W Washington St | | |
| 3/8/2017 9:53 AM | Kathy Sprinkle 602-382-6129 | Phoenix AZ 85004-2223 | Phoenix AZ 85003-2117 | | 55928.00004 |
| | | | Better | $15.00 | |
| | | | Fuel Surcharge | 1 | $3.53 | |
| **POD:** Clerk | | | **Order Total:** | **$18.53** | |

**On Demand Totals:**        **$18.53**

**Client Billing #/Name - 55928.00004 Total:**        **$18.53**

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

EXHIBIT B-17



| Customer Number |
|---|
| 22233 |
| Invoice Number |
| 649769 |
| Invoice Date |
| 6/30/2017 |

**IntelliQuick** Delivery
Faster. Better. Smarter.®

Client Billing #/Name          48305.00017

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 6/26/2017 3:29 PM Faster 6/26/2017 4:29 PM | 14125051 Denise Dolan 602-382-6318 | Snell & Wilmer, Llp 400 E Van Buren St Fl 1 Phoenix AZ 85004-2223 | Brier Irish Hubbard & Erhart P.L. 2400 E Arizona Biltmore Cir Ste Phoenix AZ 85016 | Dave Rogers 55928.00004 |

|  |  |  |
|---|---|---|
| Faster |  | $27.00 |
| Fuel Surcharge | 1 | $6.35 |

**POD:**   Andrea skinner

| Order Total: | $33.35 |
|---|---|
| On Demand Totals: | $33.35 |

| Client Billing #/Name - 55928.00004 Total: | $33.35 |
|---|---|

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

EXHIBIT B-18

**STATE OF NEVADA**
**SECRETARY OF STATE**
**BARBARA K. CEGAVSKE**
**101 N. Carson Street, Suite 3**
**Carson City, Nevada 89701-4786**
Phone: (775) 684-5780
Fax:   (775) 684-5630



| INVOICE NO. | INV000253613 |
|---|---|

| DATE | 9/25/2017 |
|---|---|

| ACCOUNT NUMBER | 750805 |
|---|---|

BILL TO:
  SNELL & WILMER
  BEKI PAMIAS-SELLERS
  3833 HOWARDS HUGES PKWY
  LAS VEGAS NV 89169


Q438046

| DESCRIPTION | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| C20170918-0813.01 | » COLOCATION AMERICA CORPORATION » COLOCATION AMERICA C | | | |
| Entity Copies | 55928. 00004 | 20.00 | $2.00 | $40.00 |
| | **TOTAL WEEKLY DEDUCTIONS** | | | **$148.00** |

**Check Request Approval**
Date _____ 9/26/17
Amount to be Paid  $ 148.00
GL Acct Code  See above
Mail to Vendor  ☒
Return to Requestor  ☑
Approved by

Accounting Received

SEP 27 2017

Snell & Wilmer

**- - - END OF INVOICE - - -**

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary
for Commercial Recordings



*Commercial Recordings Division*
202 N. Carson Street
Carson City, NV 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

**OFFICE OF THE**
**SECRETARY OF STATE**

SNELL & WILMER

NV

**Job:C20170918-0813**
September 18, 2017

**Special Handling Instructions:**
COLOCATION AMERICA CORPORATION
EMAIL JWEBER@SWLAW.COM
9-18-17 JCW
0918-0813

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Entity Copies | 00010750456-18 | | 20 | $2.00 | $40.00 |
| Total | | | | | $40.00 |

**Payments**

| Type | Description | Amount |
|---|---|---|
| Billed | 750805 | $40.00 |
| Total | | $40.00 |

Credit Balance:  $0.00

**Job Contents:**
NV Corp Copy Request Cover Letter(s):   1

55928.00004

SNELL & WILMER

NV

EXHIBIT B-19

# Snell & Wilmer
L.L.P.

## EQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | 10/27/2017 | | |
| **Check Payable To:** | Capitol Services, Inc. | | |
| **Amount:** | $26.50 | **Check Needed By:** | 10/30/2017 |
| **Client Name:** | Mitel Networks Corporation | **Matter Name:** | Colocation Domain Name Litigation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4428 |

**Charge Firm** ☐   **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Colocation America Corporation - Clark County NV Fictitious Firm Name Certificate

**Special Instructions:**
**3 lines maximum**

**Return To:**    Office:  Select...   **Accounting Received**

**Mail To:**
**5 lines maximum**

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767

OCT 2 0 2017

**Snell & Wilmer**

**New Vendor –
Federal ID or SSN:
2 lines maximum**

| | | | | |
|---|---|---|---|---|
| **Timekeeper:** | Jason Weber | **Timekeeper #:** | 4428 | **Office:** Phoenix |
| **Prepared By:** | Jason Weber | | | |
| **Approved By:** | | | | |

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses......................................... | Director of Attorney Development & Resources |
| Bar Exams................................................................................... | Director of Attorney Recruiting & Diversity |
| Client development and business memberships ............................... | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events ..................................................... | Per the CLE form |
| Contributions............................................................................... | Executive Director |
| Legal publications and research.................................................... | Director of Attorney Development & Resources |
| Office expenses........................................................................... | Director of Administration |
| Technology.................................................................................. | Director of Information Technology |
| All other expenses....................................................................... | Executive Director |



Remit To:   Capitol Services, Inc.
PO Box 1831
Austin, TX 78767

**SNELL & WILMER LLP**
**Attn:   JASON WEBER**

1 ARIZONA CTR
400 E VAN BUREN
PHOENIX, AZ 85004-2202

**Invoice #:**   6047874
**Client #:**   21038
**Contact:**   Michelle Ellis
**Phone #:**   800-899-0490

Capitol Corporate Services/Carson City

| INVOICE DATE | YOUR REFERENCE # | OUR TRANSACTION # | ORDER DATE | TERMS |
|---|---|---|---|---|
| 10/19/2017 | 55928.00004 | 937770 | 10/19/2017 | Due Upon Receipt |

| QTY | DESCRIPTION | TAX? | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | COLOCATION AMERICA | | | |
| | Clark County, Recorder, NV | | | |
| 1 | Copy Service : For Specific Document(s) | | $15.00 | $15.00 |
| 1 | Copies | | $1.50 | $1.50 |
| | Correspondent / Access Fee | | $10.00 | $10.00 |

| | |
|---|---|
| **Non-Taxable Total:** | $26.50 |
| **Taxable Total:** | $0.00 |
| **Tax:** | $0.00 |
| **Prepayment:** | $0.00 |
| **Total Due Upon Receipt:** | $26.50 |

Payments must be made in U.S. dollars ($).

**Online Bill Pay** available at  www.capitolservices.com .
Click **Bill Pay** and enter your invoice code  **60478741818** .

*Capitol Services, Inc. and its affiliates make no express or implied representation or warranty regarding any services provided. All liability shall be limited to the amount of the fee paid for services.*

Page: 1 of 1

EXHIBIT B-20



**STATE OF NEVADA**
**SECRETARY OF STATE**
**BARBARA K. CEGAVSKE**
**101 N. Carson Street, Suite 3**
**Carson City, Nevada 89701-4786**
**Phone: (775) 684-5780**
**Fax:    (775) 684-5630**

Q462350



| NVOICE NO. | INV000253999 |
|---|---|

| DATE | 10/23/2017 |
|---|---|

| ACCOUNT NUMBER | 750805 |
|---|---|

BILL TO:
  SNELL & WILMER
  BEKI PAMIAS-SELLERS
  3833 HOWARDS HUGES PKWY
  LAS VEGAS NV 89169

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| C20171019-1837.01 » COLOCATION AMERICA CORPORATION » COLOCATION AMERICA | | | |
| Entity Copies          55928.00004 | 1.00 | $2.00 | $2.00 |
| | | | |
| **TOTAL WEEKLY DEDUCTIONS** | | | **$256.00** |
| | | | |

Accounting Received

OCT 2 6 2017

Snell & Wilmer

**Check Request Approval**
Date                    10/24/17
Amount to be Paid   $  256.00
GL Acct Code            See above
Mail to Vendor          ☑
Return to Requestor     ☐
Approved by

**- - - END OF INVOICE - - -**

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary
for Commercial Recordings

*Commercial Recordings Division*
202 N. Carson Street
Carson City, NV 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

**OFFICE OF THE**
**SECRETARY OF STATE**

SNELL & WILMER

NV

**Job:C20171019-1837**
October 20, 2017

**Special Handling Instructions:**
JWEBER@SWLAW.COM
DHS 10/20/17
MLO
1019-1837

*55928.00004*

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Entity Copies | 00010781795-68 | | 1 | $2.00 | $2.00 |
| Total | | | | | $2.00 |

**Payments**

| Type | Description | Amount |
|---|---|---|
| Billed | 750805 | $2.00 |
| Total | | $2.00 |

**Credit Balance:** $0.00

**Job Contents:**
NV Corp Copy Request Cover Letter(s):   1

SNELL & WILMER

NV

EXHIBIT B-21

# Snell & Wilmer
L.L.P.

## QUEST FOR CHECK DISBURSEMENT

**Date:** June 22, 2017

**Check Payable To:** TransWest Investigations, Inc.    **Timekeeper Initial:** DER

**Amount:** $825.95    **Check Needed By:**

**Client Name:** Mitel Corporation    **Matter Name:** Colocation Litigation

**Client and Matter #:** 55928.00004

**Charge Firm** ☐    **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**
Service of subpoenas on Corey Allen and Dividend Advisors.

*Accounting Received*

*JUN 23 2017*

*Snell & Wilmer*

**Special Instructions: 3 lines maximum**

**Return To:** Denise Dolan    **Office:** 15S20

**Mail To: 5 lines maximum**

**New Vendor – Federal ID or SSN: 2 lines maximum**

**Timekeeper:** David E. Rogers    **Timekeeper Initials:** 1427    **Office:** PHX

**Prepared By:** Denise Dolan

**Approved By:**

---

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

4824-3007-9556.1



## TransWest INVESTIGATIONS, INC.

SNELL & WILMER LLP

| Invoice No.: | 71125 |
|---|---|
| Invoice Date: | 6/21/2017 |
| Tax ID.: | 95-3848942 |

ONE ARIZONA CENTER
400 E VAN BUREN ST STE 1900
PHOENIX, AZ 85004-2202
Attention: JACOB JONES

| Our File No.: 061417-21-018 | | Your File No. N/A | | |
|---|---|---|---|---|
| **Subject** | **Service Code** | **Quantity** | **Rate** | **Charge** |
| ALLEN, COREY | RR | 1 | $0.00 | $0.00 |
| DIVIDENT ADVISORS, LLC | HRS | 1 | $155.00 | $155.00 |
| | HRS | 4 | $155.00 | $620.00 |
| | MLG | 41 | $0.95 | $38.95 |
| | EXP | 1 | $12.00 | $12.00 |

| TERMS: Due and payable upon presentation. A delinquent charge of 1 1/2% per month, will be charged on all past due accounts. | Invoice Total | $825.95 |
|---|---|---|
| | Total Paid | |
| | Total Due | $825.95 |

PLEASE USE INVOICE NUMBER TO IDENTIFY REMITANCE.

Service Codes:

| | | | | | |
|---|---|---|---|---|---|
| LF | - LISTING FEES | SPC | - SPECIAL | N/C | - NO CHARGE |
| LOC | - LOCATE | AST | - DETECT ASSET | VEH | - VEHICLES |
| VER | - VERIFY PROVIDED I | CC | - COPY COST | FRD | - FINANCIAL DETECT |
| RP | - REAL PROPERTY | EXP | - EXPENSES | SRV | - SURVEILLANCE |
| FI | - FIELD INV | EMP | - EMPLOYMENT | FLO | - FINANCIAL LOCATE |
| RR | - RECORD RESEARC | ID | - IDENTIFICATION | INT | - INTEREST |
| LD | - LONG DISTANCE C | WF | - WITNESS FEE | W/O | - WRITEOFF |
| SP | - SERVICE OF PROC | BGID | - DETECT BGI | STO | - STORAGE |
| RSH | - RUSH | DSC | - DISCOUNT | | |
| MLG | - MILEAGE | STA | - STOCK ACCOUNT | FR | - FINANCIAL REPORT |
| HRS | - HOURS | MLN | - MULTI-NAME | RTC | - RETURNED CHECK |
| AFF | - AFFIDAVIT | BGI | - BACKGROUND INVE | AP | - ADVANCE PAYMEN |

Page 1 of 1

EXHIBIT B-22



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451


Q436271

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|-------------|--------------|
| 10099662 | 81342 |
| Invoice Date | Total Due |
| 7/15/17 | 962.47 |

SNELL & WILMER, LLP
350 S. GRAND AVE
SUITE 3100
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|--------------|-------------|---------------|------------|-----|
| 81342 | 10099662 | 7/15/17 | 962.47 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|------|----------|-----|----------------|--|---------|-------|

| 7/13/17 | 3383094 | B1M | | | | |

PROCESS-BRANCH IMMEDIATE

SNELL & WILMER, LLP
350 S GRAND AVE
LOS ANGELES    CA 90071
Caller: Jacob Jones
CV-17-00421
COLOCATION AMERICA VS MITEL NETWORK
SUBPOENA TO PRODUCE DOCS
SERVE IMMEDIATELY
Signed: BECKY DEGEORGE

ESCROW.COM INC
2710 GATEWAY OAKS
SACRAMENTO    CA 95833

Ref: 55928.00004

Base Chg :    215.75
PDF/Ship :      6.95
Fuel Chg :     21.17          243.87

Invoice Amount:    507.47
Fees Advanced:     455.00
Total   Amount Due:    962.47

**Accounting Received**

JUL 2 5 2017

**Snell & Wilmer**

**Check Request Approval**

Date
Amount to be Paid         $ 962.47
GL Acct Code              see highlight
Mail to Vendor            ☑
Return to Requestor       ☐
Approved by

Total          962.47

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT B-23



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451



Q436271

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10099662 | 81342 |
| Invoice Date | Total Due |
| 7/13/17 | 962.47 |

TAX ID# 27-3093840

SNELL & WILMER, LLP
350 S. GRAND AVE
SUITE 3100
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81342 | 10099662 | 7/15/17 | 962.47 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/13/17 PROCESS-IMMEDIATE | 3383058 | IMP | SNELL & WILMER, LLP 350 S GRAND LOS ANGELES    CA 90071 Caller: Jacob Jones 17-00421-PHX COLOCATION AMERCA VS MAITEL NETWORK SUBPOTNE TO PRODUCE DOCS SERVE IMMEDIATELY Signed: Patrice Harding   BARRISTER EXECUTIVE SUITES INC 11500 OLYMPIC BLVD LOS ANGELES    CA 90064  Ref: 55928.00004 | Base Chg : 149.25 PDF/Ship : 54.21 Fuel Chg : 14.64 | 218.10 |

**Accounting Received**

JUL 25 2017

**Snell & Wilmer**

Check Request Approval
Date
Amount to be Paid   $ 962.47
GL Acct Code
Mail to Vendor
Return to Requestor
Approved by

| | Total | 962.47 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT B-24

Q448221

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | August 17, 2017 | | |
| **Check Payable To:** | First Records Retrieval | | |
| **Amount:** | 67.50 | **Check Needed By:** | |
| **Client Name:** | Mitel | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 5215 |

**Charge Firm** ☐  **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**
Service of subpoena on Escrow.com
Invoice no. 71723-01-01

**Special Instructions:**
**3 lines maximum**

Accounting Received

AUG 18 2017

Snell & Wilmer

**Return To:**  **Office:** Select....

**Mail To:**
**5 lines maximum**
P. O. Box 749469
Los Angeles, CA 9007-9469

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**
27-1441384

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Jacob C. Jones | **Timekeeper #:** | 5215 | **Office:** | Phoenix |
| **Prepared By:** | Kathy Sprinkle | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................................ | Director of Attorney Development & Resources |
| Bar Exams............................................................................................. | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other | |
|    professional development events ...................................................... | Per the CLE form |
| Client development and business memberships ..................................... | Director of Client Services |
| Contributions........................................................................................ | Executive Director |
| Legal publications and research ........................................................... | Director of Attorney Development & Resources |
| Office expenses..................................................................................... | Director of Administration |
| Practice Group Expenses...................................................................... | Director of Practice Group Administration |
| Technology ........................................................................................... | Director of Information Technology |
| All other expenses ............................................................................... | Executive Director |

# INVOICE



FIRST**LEGAL**
RECORDS

P.O. Box 749469
LOS ANGELES, CA 90074-9469
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 45215 | August 03, 2017 | 71723-01-01 |

Professional Photocopier Registration #2013191915
County of Registration: Los Angeles

**RECEIVED**

**AUG 17 2017**

**SNELL & WILMER**

Bill To:
**JACOB C. JONES**
**SNELL & WILMER LLP**
**One Arizona Center, 400 East Van Buren**
**Phoenix, AZ 85004**

Ordered by:
**JACOB C. JONES**
**SNELL & WILMER LLP**
**One Arizona Center, 400 East Van**
**Buren**
**Phoenix, AZ 85004**

| Claim No: 55928.00004 | File Ref: 55928.00004 |
|---|---|
| Case No: CV-17-00421-PHX-NVW | Patient: Dividend Advisors, LLC, et al. |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: Colocation America, Inc. | |
| Defendant: Mitel Networks Corporation | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Deposition Officer Fee** | | | 28.00 |
| **Basic Fee** | | | 39.50 |
| | | | |

| Regarding: Dividend Advisors, LLC, et al. at Escrow.com, Inc. c/o Corporation Services Company dba CSC Lawyers Incorporating Service Sacramento | SUB-TOTAL | 67.50 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 67.50 |

Thank you for choosing First Records Retrieval  For billing inquiries, please call (877) 591-9979.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

FIRST**LEGAL**
RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 45215 | August 03, 2017 | 71723-01-01 |

Mail Payment to:

**First Records Retrieval**
**P.O. Box 749469**
**LOS ANGELES, CA 90074-9469**

TOTAL DUE:   $ 67.50

Bill To:
**JACOB C. JONES**
**SNELL & WILMER LLP**
**One Arizona Center, 400 East Van Buren**
**Phoenix, AZ 85004**

Order#:71723-01/CINV

# EXHIBIT B-25

## Expense Details

Report ID:  0100–2383–8480

### Expense Report

Mitel – 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 2 | 03/20/2018 | | 9190 | Taxi | 74.82 USD | 74.82 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004    55928 – Mitel N    Colocation Domain Na    74.82 USD |
| | Merchant |

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 4 | 03/20/2018 | | 9013 | Dinner | 42.52 USD | 42.52 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004    55928 – Mitel N    Colocation Domain Na    42.52 USD |
| Internal Guests | David    Rogers    Snell Wilmer    Partner    42.52 |
| | IsActivity          0 |
| | MealType |
| | Merchant |
| | NumPeople          1 |

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 6 | 03/20/2018 | | 9190 | Taxi | 8.95 USD | 8.95 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004    55928 – Mitel N    Colocation Domain Na    8.95 USD |
| | Merchant |

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 7 | 03/20/2018 | | | Hotel | 311.72 USD | 311.72 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004    55928 – Mitel N    Colocation Domain Na    311.72 USD |
| | CheckIn          03/20/2018 |
| | CheckOut          03/21/2018 |

# EXHIBIT B-26

Expense Details

Report ID:  0100−2383−8480

Expense Report

Mitel − 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 2 | 03/20/2018 | | 9190 | Taxi | 74.82 USD | 74.82 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |

| Allocations | 00004 | 55928 − Mitel N | Colocation Domain Na | 74.82 USD |
|---|---|---|---|---|

| | Merchant |
|---|---|

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 4 | 03/20/2018 | | 9013 | Dinner | 42.52 USD | 42.52 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |

| Allocations | 00004 | 55928 − Mitel N | Colocation Domain Na | 42.52 USD |
|---|---|---|---|---|

| Internal Guests | David | Rogers | Snell Wilmer | Partner | 42.52 |
|---|---|---|---|---|---|
| | IsActivity | | 0 | | |
| | MealType | | | | |
| | Merchant | | | | |
| | NumPeople | | 1 | | |

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 6 | 03/20/2018 | | 9190 | Taxi | 8.95 USD | 8.95 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |

| Allocations | 00004 | 55928 − Mitel N | Colocation Domain Na | 8.95 USD |
|---|---|---|---|---|

| | Merchant |
|---|---|

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 7 | 03/20/2018 | | | Hotel | 311.72 USD | 311.72 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |

| Allocations | 00004 | 55928 − Mitel N | Colocation Domain Na | 311.72 USD |
|---|---|---|---|---|

| | CheckIn | 03/20/2018 |
|---|---|---|
| | CheckOut | 03/21/2018 |

# EXHIBIT B-27

Expense Details

Report ID:  0100–2383–8480

## Expense Report

Mitel – 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| | | | Merchant | | | |
| 7.1 | 03/20/2018 | | 9232 | Hotel – Lodging | 311.72 USD | 311.72 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004         55928 – Mitel N     Colocation Domain Na          311.72 USD |
| | CheckOut                                        03/21/2018 |
| | Merchant |
| | CheckIn                                          03/20/2018 |

| Item | Date | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-----------|------|----------|------------|
| 1 | 03/21/2018 | 9013 | Lunch | 23.03 USD | 23.03 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004         55928 – Mitel N          Colocation Domain Na          23.03 USD |
| Internal Guests | David       Rogers          Snell Wilmer          Partner          23.03 |
| | IsActivity                          0 |
| | MealType |
| | Merchant |
| | NumPeople                        1 |

| 3 | 03/21/2018 | 9190 | Taxi | 12.01 USD | 12.01 USD |
|---|---|---|---|---|---|

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004         55928 – Mitel N          Colocation Domain Na          12.01 USD |
| | Merchant |

| 5 | 03/21/2018 | 9190 | Taxi | 55.65 USD | 55.65 USD |
|---|---|---|---|---|---|

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|
| | Firm Paid: No |
| Allocations | 00004         55928 – Mitel N          Colocation Domain Na          55.65 USD |

# EXHIBIT B-28

Expense Details

Report ID:  0100–2383–8480

Expense Report

Mitel – 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| | | | Merchant | | | |
| 7.1 | 03/20/2018 | | 9232 | Hotel – Lodging | 311.72 USD | 311.72 USD |

| | |
|---|---|
| Business Purpose Description | Deposition of A. Ahdoot |
| | Firm Paid: No |
| Allocations | 00004      55928 – Mitel N    Colocation Domain Na     311.72 USD |
| | CheckOut                        03/21/2018 |
| | Merchant |
| | CheckIn                          03/20/2018 |

| 1 | 03/21/2018 | | 9013 | Lunch | 23.03 USD | 23.03 USD |
|---|------------|---|------|-------|-----------|-----------|

| | |
|---|---|
| Business Purpose Description | Deposition of A. Ahdoot |
| | Firm Paid: No |
| Allocations | 00004      55928 – Mitel N    Colocation Domain Na     23.03 USD |
| Internal Guests | David     Rogers     Snell Wilmer     Partner     23.03 |
| | IsActivity             0 |
| | MealType |
| | Merchant |
| | NumPeople       1 |

| 3 | 03/21/2018 | | 9190 | Taxi | 12.01 USD | 12.01 USD |
|---|------------|---|------|------|-----------|-----------|

| | |
|---|---|
| Business Purpose Description | Deposition of A. Ahdoot |
| | Firm Paid: No |
| Allocations | 00004      55928 – Mitel N    Colocation Domain Na     12.01 USD |
| | Merchant |

| 5 | 03/21/2018 | | 9190 | Taxi | 55.65 USD | 55.65 USD |
|---|------------|---|------|------|-----------|-----------|

| | |
|---|---|
| Business Purpose Description | Deposition of A. Ahdoot |
| | Firm Paid: No |
| Allocations | 00004      55928 – Mitel N    Colocation Domain Na     55.65 USD |

# EXHIBIT B-29

**Sandoval, Eunice**

06141A

| | |
|---|---|
| **From:** | Forms, Info & Reports <SharePointAdmin@swlaw.com> |
| **Sent:** | Wednesday, June 14, 2017 12:59 PM |
| **To:** | Falkena, Christian; lnelson@swlaw.com; magonzalez@swlaw.com; Watson, Carla; Sandoval, Eunice; kperry@swlaw.com |
| **Subject:** | New Filing Fee/Petty Cash Request from Kathy Sprinkle |

Timekeeper #: **5215**

Amount or NTE: **66.00**

Payable To: **Dividend Advisors, LLC**

New Vendor Address:

Reason for Expenditure: **Witness and Mileage Fee**

Existing Client-Matter No.: **55928.00004**

When Needed: **6/14/2017 3:00:00 PM**

**SLC Only - Additional Fields**
Please Cut Check at:

Deliver on Rounds?:

-or- Call for Pickup:



Q433228

**Snell & Wilmer L.L.P.**
One Arizona Center
Phoenix, AZ 85004-0001

JPMorgan Chase Bank N.A.
201 N. Central
Phoenix, AZ 85073

91-2-1221

408667

Date:     June 14, 2017

Pay:  Sixty-six and 00/100**************************************************************************************************************     $   ***66.00***

PAY
TO THE      Dividend Advisors, LLC
ORDER OF:

*Jane Lolling*

Void after 90 days

| Payee: | Dividend Advisors, LLC | | | Check #: | 408667 |
|--------|------------------------|--|--|----------|--------|
| Vendor ID: | 38599 | 55928.00004 - K. Sprinkle | | Check Date: | Jun 14/17 |

| Invoice Num | Invoice Date | Reference | Invoice Amount | Discount Taken | Payment Amt |
|-------------|--------------|-----------|----------------|----------------|-------------|
| 061417A | Jun 14/17 | | $66.00 | $0.00 | $66.00 |
| | | Totals: | $66.00 | $0.00 | $66.00 |

# EXHIBIT B-30

**Sandoval, Eunice**

061417B

| | |
|---|---|
| **From:** | Forms, Info & Reports <SharePointAdmin@swlaw.com> |
| **Sent:** | Wednesday, June 14, 2017 1:00 PM |
| **To:** | Falkena, Christian; lnelson@swlaw.com; magonzalez@swlaw.com; Watson, Carla; Sandoval, Eunice; kperry@swlaw.com |
| **Subject:** | New Filing Fee/Petty Cash Request from Kathy Sprinkle |

Timekeeper #: **5215**

Amount or NTE: **66.00**

Payable To: **Corey Allen**

New Vendor Address:

Reason for Expenditure: **Witness and Mileage Fee**

Existing Client-Matter No.: **55928.00004**

When Needed: **6/14/2017 3:00:00 PM**

**SLC Only – Additional Fields**
Please Cut Check at:

Deliver on Rounds?:

-or- Call for Pickup:

Q433229

**Snell & Wilmer L.L.P.**
One Arizona Center
Phoenix, AZ 85004-0001

JPMorgan Chase Bank N.A.
201 N. Central
Phoenix, AZ 85073

91-2-1221

408668

Date:  June 14, 2017

Pay:  Sixty-six and 00/100***********************************************************************************************************************************  $  ***66.00***

PAY
TO THE
ORDER OF:  Corey Allen

Jane Lalling

Void after 90 days

0 1 2 3 0 3 7 1 1 �"

| Payee: | Corey Allen | | Check #: | 408668 |
| Vendor ID: | 38600 | 55928.00004 - K. Sprinkle | Check Date: | Jun 14/17 |

| Invoice Num | Invoice Date | Reference | | Invoice Amount | Discount Taken | Payment Amt |
|---|---|---|---|---|---|---|
| 061417B | Jun 14/17 | | | $66.00 | $0.00 | $66.00 |
| | | | Totals: | $66.00 | $0.00 | $66.00 |



# EXHIBIT B-31

**Sandoval, Eunice**

*71717*

| | |
|---|---|
| **From:** | Forms, Info & Reports <SharePointAdmin@swlaw.com> |
| **Sent:** | Monday, July 17, 2017 10:28 AM |
| **To:** | Falkena, Christian; Sandoval, Eunice; Law, Eileen |
| **Subject:** | New Filing Fee/Petty Cash Request from Kathy Sprinkle |

Timekeeper #: **5215**

Amount or NTE: **68.00**

Payable To: **Corey A. Kotler** *-38723*

New Vendor Address:

Reason for Expenditure: **Witness and Mileage Fee**

Existing Client-Matter No.: **55928.00004**

When Needed: **7/17/2017 11:00:00 AM**

**SLC Only - Additional Fields**
Please Cut Check at:

Deliver on Rounds?:

-or- Call for Pickup:


Q438390

**408700**

**Snell & Wilmer L.L.P.**
One Arizona Center
Phoenix, AZ 85004-0001

JPMorgan Chase Bank N.A.
201 N. Central
Phoenix, AZ 85073

Date: July 17, 2017

91-2-1221

Pay: Sixty-eight and 00/100******************************************************************************************************************   $   ***68.00***

PAY
TO THE   Corey A. Kotler
ORDER OF:

Void after 90 days

⑈"000408700"⑈ ⑆122100024⑆   012303711"⑈

---

| Payee: | Corey A. Kotler | | Check #: | 408700 |
|--------|-----------------|--|----------|--------|
| Vendor ID: | 38723 | 55928.00004 - K. Sprinkle | Check Date: | Jul 17/17 |

| Invoice Num | Invoice Date | Reference | Invoice Amount | Discount Taken | Payment Amt |
|-------------|--------------|-----------|----------------|----------------|-------------|
| 071717 | Jul 17/17 | | $68.00 | $0.00 | $68.00 |
| | | Totals: | $68.00 | $0.00 | $68.00 |

# EXHIBIT B-32



# Snell & Wilmer
#### —— L.L.P. ——

## TRAVEL & EXPENSE REPORT

Q383842

Accounting Rec...

OCT 17 20...

Snell & Wilmer

| | Mark "X" | |
|---|---|---|
| | Partner | ☐ |
| | Of Counsel | ☐ |
| | Counsel | ☐ |
| | Associate | ☐ |
| | Paralegal | ☐ |
| | Other _____ | ☐ |
| | Describe | |

Date:     October 14, 2016

Name:     David E. Rogers     Timekeeper Initials: DER    Office: PHX

Client Name:     Mitel Corporation     Matter Name: Colocation

Client and Matter #:     55928.00004

From (City):     San Jose, CA     To (City): Los Angeles, CA

Start Date:     October 13, 2016     End Date: October 14, 2016

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

AUTO MILEAGE ........................................ @ $.51 MILE        0.00

PARKING ......................................................................................... 0.00

AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... 75.10

HOTEL (Including hotel meals) (Original entire hotel bill must be attached) ............................. 467.38

MEALS (Other than hotel meals) ....................................................... 0.00

GROUND TRANSPORTATION (car rental, cab, train, tolls, gas)
(Original car rental bill must be attached) ..................................................................

OTHER    _____        0.00

OTHER    _____        0.00

#### TOTAL EXPENSES INCURRED        548.10

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

> AMOUNT IS IN SINGAPORE DOLLARS.
> Attend hearing on MMotion to Quash for Lack of Personal Jurisdiction

I certify my expenses are valid and reimbursable     Signature (no facsimiles) _____

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

# OMNI ⚜ HOTELS & RESORTS®

## los angeles

251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

ROGERS, DAVID

121 SUMMIT LANE
Santa Barbara, CA  93108 US

**Room Number:** 1617
**Daily Rate:** 349.00
**Room Type:** KNOC
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 10/13/2016 | 10/14/2016 | XXXXXXXXXXX6003 | BAR4 | RETAIL | 16901125589 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 10/13/2016 | 1617 | PRIVATE DINING | 1617/2304/17:39/PRIVATE DINING | $62.95 |
| 10/13/2016 | 1617 | ROOM CHARGE | #1617 ROGERS, DAVID | $349.00 |
| 10/13/2016 | 1617 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $48.86 |
| 10/13/2016 | 1617 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $5.24 |
| 10/13/2016 | 1617 | STATE TOURISM ASSESSMENT 0.38% | STATE TOURISM ASSESSMENT 0.38% | $1.33 |
| 10/14/2016 | 1617 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($467.38) |

**TOTAL DUE:**         $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# EXHIBIT B-33

# Snell & Wilmer
——— L.L.P. ———

## TRAVEL & EXPENSE REPORT

Q451866

"Mark X"
Partner ☐
Of Counsel ☐
Counsel ☐
Associate ☐
Paralegal ☐
Other _____ ☐
Describe

Date: _____ August 24, 2017 _____

Name: _____ David E. Rogers _____  Timekeeper Initials: _DER_  Office: _PHX_

Client Name: _____ Mitel Networks _____  Matter Name: _Colocation Litigation_

Client and Matter #: _55928.00004_

From (City): _Phoenix, AZ_  To (City): _Los Angeles, CA_

Start Date: _August 21, 2017_  End Date: _August 22, 2017_

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---:|
| AUTO MILEAGE ........................................... @ $.51 MILE _____ | 0.00 |
| PARKING ........................................................................................ | 0.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | 383.05 |
| HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .......... | 419.11 |
| MEALS (Other than hotel meals) ................................................................. | 30.62 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ................................................................ | 140.69 |
| OTHER _____ | 0.00 |
| OTHER _____ | 0.00 |
| **TOTAL EXPENSES INCURRED** | 973.47 |

*Accounting Received*
*AUG. 2 5 2017*
*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

Attend 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable   Signature (no facsimiles)

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

4813-4722-8228 2

front desk or click here to receive an updated statement.

## Ready to Check-out?

If all charges are accurate, simply click the Express Check-out button above, Then drop your keys in the convenient Express Check-out Box located in the lobby.

## Questions?

If you have any questions about your bill. please come to the front desk. If you have any comments regarding your stay, please direct them to our Rooms Manager, Terry Lee Chong at tlee@omnihotels.com.

**We hope you have enjoyed your stay with us and look forward to having you as our guest again soon!**

Omni Hotel & Resorts

reservations@omnihotels.com

## Receipt for David Rogers

CONFIRMATION #

**40029409162**

**Omni Los Angeles at California Plaza**
251 South Olive Street
Los Angeles CA US 90012
Phone: 213-617-3300

Room No: 1730
Nights: 1 night
Arrival: 08/21/2017
Departure: 08/22/2017



| Date | Item | Amount |
|------|------|--------|
| 08-21-2017 | PRIVATE DINING | 37.86 USD |
| 08-21-2017 | ROOM CHARGE | 329.00 USD |
| 08-21-2017 | OCCUPANCY TAX 14% | 46.06 USD |
| 08-21-2017 | CITY TOURISM ASSESSMENT 1.50% | 4.94 USD |
| 08-21-2017 | STATE TOURISM ASSESSMENT 0.38% | 1 25 USD |

| 08-22-2017 | AMERICAN EXPRESS | -419.11 USD |
|---|---|---|
| | **Total Due** | **0.00 USD** |

**PRIVACY POLICY**

Please add reservations@omnihotels.com to your address book to ensure our emails reach your inbox.
This email was sent to DROGERS@SWLAW.COM

©2017 Omni Hotels & Resorts
4001 Maple Avenue, St. 500 Dallas, TX 75219

Member of:

global hotel alliance

# EXHIBIT B-34



Q453979

# Snell & Wilmer
——— L.L.P. ———

## TRAVEL & EXPENSE REPORT

Mark "X"
| | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| | Describe |

Date: **September 19, 2017**

Name: **David E. Rogers**  Timekeeper #: **1437**  Office: **Phoenix**

Client Name: **Mitel Networks**  Matter Name: **Colocation Litigation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**  To (City): **Los Angeles, CA**

Start Date: **September 6, 2017**  End Date: **September 6, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ......................................... @ .535   MILE _____ | $0.00 |
| PARKING ............................................................................................................ | $98.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) *Accounting Received* | $163.20 |
| HOTEL (Original entire hotel bill must be attached) ........................................... | $363.97 |
| MEALS (All meals including hotel meals) ............................................ SEP 2 0 2017 | $115.70 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ........................................... *Snell & Wilmer* | $97.17 |
| OTHER _____ | _____ |
| OTHER _____ | _____ |
| **TOTAL EXPENSES INCURRED** | **$838.04** |

1.  If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2.  Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location.  If the information is not provided, the reimbursement request will be returned to you.

> **Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.**

I certify my expenses are valid and reimbursable   Signature (no facsimiles)

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:
1.  All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2.  If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3.  If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4.  If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5.  A detailed explanation of any unusual expenditures must accompany this form.
6.  Care must be exercised to avoid any unnecessary expense.  If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7.  If billable to a client, use only one client number per report.
8.  All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9.  Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

# OMNI ❧ HOTELS & RESORTS®

## los angeles

251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

ROGERS, DAVID

**Room Number:** 1527
**Daily Rate:** 314.10
**Room Type:** KNPV
**No. of Guests:** 2 / 0

400 E Van Buren
Phoenix, AZ  85004 US

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 9/6/2017 | 9/7/2017 | XXXXXXXXXXXX7001 | CRP1F1 | PROMOC | 16901204359 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/6/2017 | 1527 | NOE BAR | 1527/2232/22:30/NOE BAR | $85.20 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | ROOM CHARGE | #1527 ROGERS, DAVID | $314.10 |
| 9/6/2017 | 1527 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $43.97 |
| 9/6/2017 | 1527 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $4.71 |
| 9/6/2017 | 1527 | STATE TOURISM ASSESSMENT 0.38% | STATE TOURISM ASSESSMENT 0.38% | $1.19 |
| 9/7/2017 | 1527 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($547.17) |

**TOTAL DUE:**          $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# EXHIBIT B-35

Expense Details

**Report ID:  0100–2383–8480**

Expense Report

Mitel – 3/21/18 Deposition of A. Adhoot

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 2 | 03/20/2018 | | 9190 | Taxi | 74.82 USD | 74.82 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 74.82 USD |
|---|---|---|---|---|

Merchant

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 4 | 03/20/2018 | | 9013 | Dinner | 42.52 USD | 42.52 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 42.52 USD |
|---|---|---|---|---|

| Internal Guests | David | Rogers | Snell Wilmer | Partner | 42.52 |
|---|---|---|---|---|---|

IsActivity          0
MealType
Merchant
NumPeople          1

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 6 | 03/20/2018 | | 9190 | Taxi | 8.95 USD | 8.95 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 8.95 USD |
|---|---|---|---|---|

Merchant

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 7 | 03/20/2018 | | | Hotel | 311.72 USD | 311.72 USD |

| Business Purpose Description | Deposition of A. Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 311.72 USD |
|---|---|---|---|---|

CheckIn          03/20/2018
CheckOut          03/21/2018

# EXHIBIT B-37



# Snell & Wilmer
###### L.L.P.

Q474951

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | March 8, 2018 | | |
| **Check Payable To:** | CompuMark | **Timekeeper Initial:** | DER |
| **Amount:** | $239.00 | **Check Needed By:** | |
| **Client Name:** | **Mitel Network** | **Matter Name:** | Colocation |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

> **Invoice number 2017057211.**
> See attached invoice for description

**Special Instructions:**
**3 lines maximum**

**Return To:**    **Office:**

**Mail To:**
**5 lines maximum**

> CompuMark
> P.O. Box 71892
> Chicago, IL 60694-1892

Accounting Received

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

MAR 0 9 2018

Snell & Wilmer

| | | **Timekeeper** | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Initials:** | DER | **Office:** | 1523 |
| **Prepared By:** | Denise Dolan | | | | |
| **Approved By:** | | | | | |

---

<u>Notes:</u>
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships.................................... | Director of Attorney Recruiting |
| Client development and business memberships.................................... | Director of Marketing |
| CLE.................................................................................................... | Per the CLE form |
| Contributions....................................................................................... | Executive Director |
| Legal publications and research.......................................................... | Director of Library Services |
| Office expenses.................................................................................... | Director of Administration |
| PG Expenses........................................................................................ | Director of PG Administration |
| Technology .......................................................................................... | Director of Information Technology |
| All other expenses............................................................................... | Executive Director |

55928
4

**CompuMark**
*Trademark Research and Protection*


**Clarivate**
**Analytics**

SNELL & WILMER
Attn. Ms SHARON NANCE
ONE ARIZONA CTR
400 E VAN BUREN ST
PHOENIX, AZ 85004-0908
UNITED STATES OF AMERICA

**REMIT PAYMENT TO:**
CompuMark
P.O. Box 71892
Chicago, IL  60694-1892

**Fed. ID # 03-0492946**

# Invoice

| Invoice number | | Invoice date | Due date | Client number |
|---|---|---|---|---|
| 2017057211  *please quote when making payment* | | 11/28/2017 | 12/28/2017 | 77222 |

| Order reference | Order date | Trademarks/names | | | |
|---|---|---|---|---|---|
| 315747311 | 11/27/2017 | PERIOD: OCTOBER 2017<br>*MarkMonitor - Reverse WHOIS -*<br>*October 2017*<br>*User: Sharon Nance* | Current Charges | | $ 239.00 |
| | | | Total Discount | | (0.00) |
| | | | Subtotal | | 239.00 |
| | | | Nontaxable | 239.00 | 0.00 |
| | | | **Total invoice** | | **$ 239.00** |

---

**Remittance copy - please return with a payment**

**Clarivate**
Analytics

**CompuMark Accounts Receivable**
**For Credit Card Payments by Phone**
**(888) 649-1741**

**Online Credit Card Payments**
**Via your SERION Account**

Wire Transfer:

**Email:**

Harris N.A., ABA No. 071000288
Account No. 426-265-5
Swift Code HATRUS44
**clarivate.arcreditcard@clarivate.com**

| Date of Invoice | Amount due | Amount Paid |
|---|---|---|
| 11/28/2017 | 239.00 USD | |

SNELL & WILMER
**Attn. Ms SHARON NANCE**
ONE ARIZONA CTR
400 E VAN BUREN ST
PHOENIX, AZ 85004-0908
UNITED STATES OF AMERICA

REMIT PAYMENT TO:
CompuMark
P.O. Box 71892
Chicago, IL  60694-1892

Invoice number:2017057211

| From: | USL | | Annex to invoice: 2017057211 |
|---|---|---|---|
| Office: | SNELL & WILMER  (77222) | | Invoice date: 11/28/2017 |
| | ONE ARIZONA CTR 400 E VAN BUREN ST , 85004-0908 PHOENIX | | |

| Your reference | Attention | Order date | Order reference | Trademarks/names | Classes/categories/ activities | Product description | Registers / Service(s) | List Price | Additional Class Charge | Qty | Total | Tax ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NANCE SHARON | 11/27/2017 | 315747311 | PERIOD: OCTOBER 2017 | | Reverse WHOIS | 10/06/2017 - (RegistrantName AllTheWords Colocation America) | 239.00 | | 1 | 239.00 | AZ |
| | | | | | | | | | | | $ 239.00 | |
| | | | | | | | SubTotal (before tax) | | | | $ 239.00 | |

2/3

**CompuMark**
*Trademark Research and Protection*



------- **NOTICE** -------
# WE HAVE CHANGED OUR NAME.

Please be aware that we have changed our trading name to **CompuMark**, one of the six flagship brands of Clarivate Analytics. We want to inform you that our legal name has also been changed to Clarivate Analytics (Compumark) Inc. Other than this name change our legal entity remains the same and your contract with us is unaffected, please update your records using the information below.

**Please make the following changes in your accounts payable systems:**
- Clarivate Analytics (Compumark) Inc.

**Please note:**
- Invoices are now payable to CompuMark
- There are no changes to our bank account details
- There are no changes to our contract terms and conditions

If you have questions, please call Service Team on 800-692-8833 or email us at compumark.us@clarivate.com.

# EXHIBIT B-38

# Expense Report

**Report ID:  0100–2392–6143**

| | |
|---|---|
| Report Name | 3/30/18 Books |
| Expense Owner | David Rogers |
| Expense Owner ID | Rogersd / 1427 |
| Created By | Denise Dolan |
| Submit Date | Mar 30, 2018 |
| To Be Paid In | USD |



Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:
Email:  expense@chromefile.com          Fax:  (214) 540–1162

## Financial Summary

| | Amount (USD) |
|---|---|
| Total Expenses Reported | 66.32 |
| Less Company Paid Expenses | 0.00 |
| Amount Due Expense Owner | 66.32 |

## Expense Summary

| Expense Type | Amount (USD) |
|---|---|
| Research | 66.32 |
| Total | 66.32 |

## Allocation Summary

| Allocations Charged | | | Amount (USD) |
|---|---|---|---|
| 00004 | 55928 – Mitel Networks Corporation | Colocation Domain Name Litigation | 66.32 |
| Total | | | 66.32 |

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.



Expense Details

Report ID:  0100−2392−6143

Expense Report

3/30/18 Books

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 1 | 03/30/2018 | | 9265 | Research | 66.32 USD | 66.32 USD |

| Business Purpose Description | Materials for preparation of Motioni | | | |
|---|---|---|---|---|
| | Firm Paid: No | | | |
| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 66.32 USD |
| | Merchant | | | |



## Details for Order #114-0807599-5703402

**Order Placed:** March 30, 2018
**Amazon.com order number:** 114-0807599-5703402
**Order Total: $66.32**
**Supporting:** ASPCA

| Not Yet Shipped |
| --- |

| Items Ordered | Price |
| --- | --- |
| 1 of: *McGraw-Hill Handbook of English Grammar and Usage, 2nd Edition*, Lester, Mark<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $15.64 |
| 1 of: *Oxford Modern English Grammar*, Aarts, Bas<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $22.07 |
| 1 of: *The Blue Book of Grammar and Punctuation: An Easy-to-Use Guide with Clear Rules, Real-World Examples, and Reproducible Quizzes*, Straus, Jane<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $6.38 |

**Shipping Address:**

- David E Rogers
- SNELL & WILMER 400 E VAN BUREN ST
- ONE ARIZONA CENTER
- PHOENIX, AZ 85004-2223
- United States


**Shipping Speed:**
Two-Day Shipping

## Payment information

**Payment Method:**
American Express | Last
digits: 8009

**Billing address**

- David E Rogers
- SNELL & WILMER 400 E
  VAN BUREN ST
- ONE ARIZONA CENTER
- PHOENIX, AZ 85004-2223
- United States

| | |
|---|---|
| Item(s) Subtotal: | $44.09 |
| Shipping & Handling: | $16.96 |
| | ----- |
| Total before tax: | $61.05 |
| Estimated tax to be collected: | $5.27 |
| | ----- |
| **Grand Total:** | **$66.32** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT B-39



Q475953

# Snell & Wilmer
### —— L.L.P. ——

## REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | March 15, 2018 |
| **Check Payable To:** | Linda Schroeder, RDR, CRR |

**Amount:** 278.30     **Check Needed By:** _____

**Client Name:** Mitel     **Matter Name:** Colocation

**C/M # or GL Code** 55928.00004     **Timekeeper #:** 5215

**Charge Firm** ☐     **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**
Transcript of motion hearing held on February 28, 2018
Invoice No. 00002442

**Special Instructions:**
**3 lines maximum**

**Return To:**     **Office:** Select...

**Mail To:**
**5 lines maximum**
Linda Schroeder, RDR, CRR
Certified Realtime Reporter
401 West Washington Street, Spc 32
Phoenix, AZ 85003-2150

*Accounting Received*

MAR 1 5 2018

*Snell & Wilmer*

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

**Timekeeper:** Jacob C. Jones     **Timekeeper #:** 5215     **Office:** Phoenix

**Prepared By:** Kathy Sprinkle

**Approved By:** _____

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Recruiting & Diversity |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships | Director of Client Services |
| Contributions | Executive Director |
| Legal publications and research | Director of Administration - Denver |
| Office expenses | Director of Administration |
| Practice Group Expenses | Director of Practice Group Administration |
| Technology | Director of Information Technology Executive |
| All other expenses | Director |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

INVOICE NO:   00002442

MAKE CHECKS PAYABLE TO:

Jacob C. Jones
Snell & Wilmer - Phoenix
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004
Phone:

Linda Schroeder, RDR, CRR
Certified Realtime Reporter
401 West Washington St., Spc 32
Phoenix, AZ 85003-2150

Phone:      (602) 322-7249

lschroeder.azdfcr@gmail.com

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:   03-14-2018 | DATE DELIVERED:   03-15-2018 |

**Case Style:** CV 17-0421-PHX-NVW, COLOCATION AMERICA v MITEL NETWORKS
REPORTER'S TRANSCRIPT OF PROCEEDINGS

2/28/18 MOTION HEARING – 46PGS/O&1

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 46 | 6.05 | 278.30 | | | | | | | 278.30 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 278.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $278.30 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE   03-15-2018 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT B-40

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | January 16, 2018 | | |
| **Check Payable To:** | L and D Reporting, Inc. | **Timekeeper Initial:** | DER |
| **Amount:** | $194.00 | **Check Needed By:** | |
| **Client Name:** | Mitel | **Matter Name:** | Colocation |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Invoice number 20170090.
See attached invoice for description.

**RECEIVED**

**JAN 17 2018**

**ACCOUNTING**

**Special Instructions:**
**3 lines maximum**

**Return To:**      Office:

**Mail To:**
**5 lines maximum**

**DO NOT RETURN TO DENISE DOLAN – MAIL TO:**
L and D Reporting, Inc.
23845 N. 59th Ave
Glendale, AZ 85310

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | Timekeeper | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Number:** | 1427 | **Office:** | PHX |
| **Prepared By:** | Denise Dolan | | | | |
| **Approved By:** | | | | | |

<u>Notes:</u>
1. **If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.**
2. **Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.**
3. **Firm expenses must be pre-approved as follows:**

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

Q473495

**United States District Court**
Arizona

Date: 11/08/2017
Invoice Number: 20170090

To:

**Jacob C. Jones, Esq.**
**SNELL & WILMER**
400 E. Van Buren Street
Phoenix, AZ, 85004

Make Checks Payable To:

**L and D Reporting, Inc.**
**Official US Court Reporter**
EIN / Tax ID: 86-0808117
23845 N. 59th Avenue
Glendale, AZ, 85310
**Phone:** (623) 221-1243
**Fax:** (602) 322-7289
**Email:** ladamscrr@gmail.com

Case Details:

**Case Number:** CV 17-421
**Case Title:** Colocation vs. Mitel
**Case Description:** Transcript of Proceedings dated 11/1/2017, 40 pgs. expedited
**Criminal or Civil:** Civil

**Proceeding Date:** Nov 01, 2017

Transcripts:

**Date Ordered:** Nov 01, 2017
**Date Delivered:** Nov 08, 2017

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 40 | $4.85 | $194.00 |

**Total:** $194.00
**Amount Due:** $194.00

Notes

Due Upon Receipt. Accepts Credit Card Transactions

/s/ L and D Reporting

# EXHIBIT B-41



# Snell & Wilmer
### L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

**Date:** April 17, 2018

**Check Payable To:** L and D Reporting, Inc.

**Amount:** 145.50  **Check Needed By:**

**Client Name:** Mitel  **Matter Name:** Colocation

**C/M # or GL Code** 55928.00004  **Timekeeper #:** 5215

**Charge Firm** ☐  **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

April 4, 2018 hearing transcript
Invoice No. 20180147

**Special Instructions: 3 lines maximum**

**Return To:**  **Office:** Select...

**Mail To: 5 lines maximum**

L and D Reporting, Inc.
23845 N. 59th Avenue
Glendale, AZ 85310

*Accounting Received*
*APR 17 2018*
*Snell & Wilmer*

**New Vendor – Federal ID or SSN: 2 lines maximum**

86-0808117

**Timekeeper:** Jacob Jones  **Timekeeper #:** 5215  **Office:** Phoenix

**Prepared By:** Kathy Sprinkle

**Approved By:**

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................... | Director of Attorney Recruiting & Diversity |
| Bar Exams............................................................................... | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships........................ | Director of Client Services |
| Contributions.......................................................................... | Executive Director |
| Legal publications and research............................................. | Director of Administration - Denver |
| Office expenses...................................................................... | Director of Administration |
| Practice Group Expenses....................................................... | Director of Practice Group Administration |
| Technology............................................................................. | Director of Information Technology Executive |
| All other expenses.................................................................. | Director |

**United States District Court**                              Date: 04/11/2018
**Arizona**                                        Invoice Number: 20180147

To:                                  Make Checks Payable To:

**Jacob C. Jones, Esq.**             **L and D Reporting, Inc.**
**SNELL & WILMER**                   **Official US Court Reporter**
400 E. Van Buren Street              EIN / Tax ID: 86-0808117
Phoenix, AZ, 85004                   23845 N. 59th Avenue
                                     Glendale, AZ, 85310
                                     **Phone:** (623) 221-1243
                                     **Fax:** (602) 322-7289
                                     **Email:** ladamscrr@gmail.com

Case Details:

**Case Number:** CV 17-421                          **Proceeding Date:** Apr 04, 2018
**Case Title:** Colocation vs. Mitel                **Judge Hearing Case:** NVW
**Case Description:** Transcript of Proceedings dated 4/4/18-7-
day Expedited
**Criminal or Civil:** Civil

Transcripts:

**Date Ordered:** Apr 04, 2018
**Date Delivered:** Apr 11, 2018

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 30 | $4.85 | $145.50 |

**Total:** $145.50

**Amount Due:** $145.50

Notes
Due Upon Receipt. Accepts Credit Card Transactions

*/s/ L and D Reporting*

# EXHIBIT B-42



Q447471

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | August 10, 2017 | | |
| **Check Payable To:** | First Records Retrieval | | |
| **Amount:** | 67.50 | **Check Needed By:** | |
| **Client Name:** | Mitel | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 5215 |

**Charge Firm** ☐  **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Deposition Officer Fee and Basic Fee for subpoena to MGM Management

Accounting Received

AUG 1 1 2017

Snell & Wilmer

**Special Instructions: 3 lines maximum**

**Return To:** Office: Select...

**Mail To: 5 lines maximum**

P. O. Box 749469
Los Angeles, CA 90074-9469

**New Vendor – Federal ID or SSN: 2 lines maximum**

27-1441384

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Jacob C. Jones | **Timekeeper #:** | 5215 | **Office:** | Phoenix |
| **Prepared By:** | Kathy Sprinkle | | | | |
| **Approved By:** | | | | | |

### Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses................................................ | Director of Attorney Development & Resources |
| Bar Exams ................................................................................................. | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events ...................................................... | Per the CLE form |
| Client development and business memberships........................................... | Director of Client Services |
| Contributions............................................................................................. | Executive Director |
| Legal publications and research ................................................................ | Director of Attorney Development & Resources |
| Office expenses........................................................................................... | Director of Administration |
| Practice Group Expenses............................................................................. | Director of Practice Group Administration |
| Technology ................................................................................................. | Director of Information Technology |
| All other expenses ...................................................................................... | Executive Director |

# INVOICE



**FIRST LEGAL** RECORDS

P.O. Box 749469
LOS ANGELES, CA 90074-9469
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 45215 | July 31, 2017 | 71814-01-01 |

Professional Photocopier Registration #2013191915
County of Registration: Los Angeles

**RECEIVED**
**AUG 1 0 2017**
**SNELL & WILMER**

Bill To:
**JACOB C. JONES**
**SNELL & WILMER LLP**
**One Arizona Center, 400 East Van Buren**
**Phoenix, AZ 85004**

Ordered by:
CRAIG A. LOGSDON
SNELL & WILMER LLP
One Arizona Center, 400 East Van
Buren
Phoenix, AZ 85004

| | |
|---|---|
| Claim No: 55928.00004 | File Ref: 55928.00004 |
| Case No: CV-17-00421-PHX-NVW | Patient: DIVIDEND ADVISORS, LLC, et al. |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: COLOCATION AMERICA, INC. | |
| Defendant: MITEL NETWORKS CORPORATION | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Deposition Officer Fee** | | | **28.00** |
| **Basic Fee** | | | **39.50** |

| | | |
|---|---|---|
| Regarding: DIVIDEND ADVISORS, LLC, et al. at MGM MANAGEMENT COMPANY, LP c/o GUILLERMO FERNANDEZ Bonita | SUB-TOTAL | 67.50 |
| | SALES TAX | .00 |
| | TOTAL DUE | $ 67.50 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 591-9979.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



**FIRST LEGAL** RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 45215 | July 31, 2017 | 71814-01-01 |

| TOTAL DUE: | $ 67.50 |
|---|---|

Mail Payment to:
**First Records Retrieval**
**P.O. Box 749469**
**LOS ANGELES, CA 90074-9469**



Bill To:
**JACOB C. JONES**
**SNELL & WILMER LLP**
**One Arizona Center, 400 East Van Buren**
**Phoenix, AZ 85004**

Order#:71814-01/CINV

# EXHIBIT B-43

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | September 22, 2017 | | |
| **Check Payable To:** | Brandon Abbey | **Timekeeper Initial:** | DER |
| **Amount:** | $400.00 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation Litigation |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

See description.

**Special Instructions: 3 lines maximum**

Accounting Received

SEP 25 2017

**Return To:**     **Office:**    Snell & Wilmer

**Mail To: 5 lines maximum**

Brandon Abbey
24 Orion Way
Coto de Caza, CA 92679

**New Vendor – Federal ID or SSN: 2 lines maximum**

| | | | | | |
|---|---|---|---|---|---|
| | | **Timekeeper** | | | |
| **Timekeeper:** | David E. Rogers | **Initials:** | 1427 | **Office:** | PHX |
| **Prepared By:** | Denise Dolan | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

Q454303

**Dolan, Denise**

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Thursday, September 21, 2017 11:25 AM |
| **To:** | Brandon Abbey; Barker, David |
| **Cc:** | Dolan, Denise |
| **Subject:** | RE: Mitel-Colocation |

Thanks Brandon

**From:** Brandon Abbey [mailto:brandonabbey@stanfordalumni.org]
**Sent:** Thursday, September 21, 2017 11:24 AM
**To:** Barker, David
**Cc:** Rogers, David
**Subject:** Re: Mitel-Colocation

Please consider this my invoice for 2 hours work on the Mitel case.

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 2 | Consulting on Mitel Case 2 hours | $200.00 | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Subtotal | | $400.00 |
| | Sales Tax | | |
| | Shipping & Handling | | |
| | **Total Due** | | **$400.00** |

Remit payment to Brandon Abbey  24 Orion Way, Coto de Caza, CA 92679  Let me know if you need a W-9

Thanks,

1

# EXHIBIT B-44

Q440320

# Snell & Wilmer
### L.L.P.

## QUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | July 31, 2017 | | |
| **Check Payable To:** | TransWest Investigations, Inc. | **Timekeeper Initial:** | DER |
| **Amount:** | $4,023.00 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation Litigation |
| **Client and Matter #:** | 59928.00004 | | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Invoice number 71174.
See description of services on invoice.

*Accounting Received*

**Special Instructions:**
**3 lines maximum**

JUL 31 2017

*Snell & Wilmer*

**Return To:**        **Office:**

**Mail To:**
**5 lines maximum**

3255 Wilshire Blvd., Suite 800
Los Angeles, CA 90010

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | **Timekeeper** | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Initials:** DER | **Office:** | 1523 |
| **Prepared By:** | Denise Dolan | | | |
| **Approved By:** | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |



## TRANSWEST
### INVESTIGATIONS, INC.

|  |  |
|---|---|
| Invoice No.: | 71174 |
| Invoice Date: | 7/27/2017 |
| Tax ID.: | 95-3848942 |

SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN ST  STE 1900
PHOENIX, AZ 85004-2202
Attention:  JACOB JONES

| Our File No.:  071717-21-025 | | Your File No.   N/A | | |
|---|---|---|---|---|
| Subject | Service Code | Quantity | Rate | Charge |
| KOTLER, COREY | SP | 1 | $0.00 | $0.00 |
| | HRS | 23.5 | $155.00 | $3,642.50 |
| | MLG | 178 | $0.95 | $169.10 |
| | EXP | 1 | $211.40 | $211.40 |

| TERMS: Due and payable upon presentation. A delinquent charge of 1 1/2% per month, will be charged on all past due accounts. | Invoice Total | $4,023.00 |
|---|---|---|
| | Total Paid | |
| | Total Due | $4,023.00 |

### PLEASE USE INVOICE NUMBER TO IDENTIFY REMITANCE

Service Codes:

| | | | | | |
|---|---|---|---|---|---|
| LF | · LISTING FEES | SPC · SPECIAL | N/C · NO CHARGE |
| LOC | · LOCATE | AST · DETECT ASSET | VEH · VEHICLES |
| VER | VERIFY PROVIDED I | CC · COPY COST | FRD FINANCIAL DETECT |
| RP | · REAL PROPERTY | EXP · EXPENSES | SRV · SURVEILLANCE |
| FI | · FIELD INV | EMP · EMPLOYMENT | FLO · FINANCIAL LOCATE |
| RR | · RECORD RESEARC | ID · IDENTIFICATION | INT · INTEREST |
| LD | LONG DISTANCE C | WF WITNESS FEE | W/O · WRITEOFF |
| SP | · SERVICE OF PROC | BGID · DETECT BGI | STO · STORAGE |
| RSH | RUSH | DSC · DISCOUNT | |
| MLG | · MILEAGE | STA STOCK ACCOUNT | FR FINANCIAL REPORT |
| HRS | · HOURS | MLN · MULTI-NAME | RTC · RETURNED CHECK |
| AFF | AFFIDAVIT | BGI · BACKGROUND INVE | AP ADVANCE PAYMEN |

# EXHIBIT B-45

# Snell & Wilmer
L.L.P.



Q464454

## QUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | November 10, 2017 | | |
| **Check Payable To:** | TransWest Investigations, Inc. | **Timekeeper Initial:** | DER |
| **Amount:** | $1,952.25 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation Litigation |
| **Client and Matter #:** | 55928.00004 | | |

**Charge Firm** ☐     **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Invoice 71329 - ~~Process Server~~ for Service on Corey Allen *and his wife.*

*Private Investigator*

Accounting Received

NOV 1 3 2017

**Special Instructions:**
**3 lines maximum**

**Return To:**     **Office:** Snell & Wilmer

**Mail To:**
**5 lines maximum**

TransWest Investigations, Inc.
3255 Wilshire Blvd.
Suite 800
Los Angeles, CA 90010

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | **Timekeeper** | | |
|---|---|---|---|---|
| **Timekeeper:** | David E. Rogers | **Number:** | 1427 | **Office:** PHX |
| **Prepared By:** | Denise Dolan | | | |
| **Approved By:** | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |



**TransWest**
INVESTIGATIONS, INC.

SNELL & WILMER LLP

| | |
|---|---|
| Invoice No.: | 71329 |
| Invoice Date: | 11/6/2017 |
| Tax ID.: | 95-3848942 |

ONE ARIZONA CENTER
400 E VAN BUREN ST  STE 1900
PHOENIX, AZ 85004-2202
Attention:  JACOB JONES

Our File No.:   110317-21-004                     Your File No.  N/A

| Subject | Service Code | Quantity | Rate | Charge |
|---|---|---|---|---|
| ALLEN, COREY | RSH | 1 | $0.00 | $0.00 |
| | VER | 1 | $0.00 | $0.00 |
| | HRS | 10.25 | $175.00 | $1,793.75 |
| | MLG | 96 | $0.95 | $91.20 |
| | EXP | 1 | $67.30 | $67.30 |

| | | |
|---|---|---|
| TERMS: Due and payable upon presentation. A delinquent charge of 1 1/2% per month, will be charged on all past due accounts. | Invoice Total | $1,952.25 |
| | Total Paid | |
| | Total Due | $1,952.25 |

PLEASE USE INVOICE NUMBER TO IDENTIFY REMITTANCE.

Service Codes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AFF | - AFFIDAVIT | FRI | - FINANCIAL REPORT | RSH | - RUSH | | |
| BGI | - BACKGROUND INVE | HRS | - HOURS | RTC | - RETURNED CHECK | | |
| BGID | - DETECT BGI | ID | - IDENTIFICATION | SP | - SERVICE OF PROC | | |
| CC | - COPY COST | INT | - INTEREST | SPC | - SPECIAL | | |
| DSC | - DISCOUNT | LD | - LONG DISTANCE C | SRV | - SURVEILLANCE | | |
| EMP | - EMPLOYMENT | LF | - LISTING FEES | STA | - STOCK ACCOUNT | | |
| EXP | - EXPENSES | LOC | - LOCATE | STO | - STORAGE | | |
| FI | - FIELD INV | MLG | - MILEAGE | VEH | - VEHICLES | | |
| FLO | - FINANCIAL LOCATE | MLN | - MULTI-NAME | VER | - VERIFY PROVIDED I | | |
| FR | - FINANCIAL REPORT | N/C | - NO CHARGE | W/O | - WRITEOFF | | |
| FRB | - FINANCIAL REPORT | RP | - REAL PROPERTY | WF | - WITNESS FEE | | |
| FRD | - FINANCIAL DETECT | RR | - RECORD RESEARC | | | | |

TransWest Investigations  Inc  | (213) 381-1500 | 3255 Wilshire Blvd  Suite 800, Los Angeles  CA 90010 | TransWestOnline.com

# EXHIBIT B-46

## Snell & Wilmer
L.L.P.

### REQUEST FOR CHECK DISBURSEMENT

**Date:** April 5, 2018

**Check Payable To:** DepoTech                    **Timekeeper Initial:** DER

**Amount:** $520.05                               **Check Needed By:**

**Client Name:** Mitel Networks                   **Matter Name:** Colocation Lit

**Client and Matter #:** 55928.00004

**Charge Firm** ☐    **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**
> **Invoice number 2813.**
> Transcript of Albert Ahdoot Deposition on 3/21/18

**Special Instructions:**
**3 lines maximum**

**Return To:**                                    **Office:**

**Mail To:**
**5 lines maximum**
> DepoTech
> 7650 S. McClintock Dr., #103-312
> Tempe, AZ  85284

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

**Timekeeper:** David E. Rogers      **Timekeeper Initials:** 1427    **Office:** PHX

**Prepared By:** Denise Dolan

**Approved By:**

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location.  If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

**DepoTech**
7650 S. McClintock Dr. #103-312
Tempe, AZ 85284
Phone: 602-358-0225



David E. Rogers
Snell & Wilmer
One Arizona Center
400 East Van Buren St., Suite 1900
Phoenix, AZ 85004

*Invoice #2813*

| Date | Terms |
|------|-------|
| 04/03/2018 | Net 30 |

**Assignment #2726 on 03/21/2018**

Case: Colocation America, Inc.  v. Mitel Networks
Corporation

**Shipped On:**
**Shipped Via:** Federal Express

| Description | Price | | Amount |
|-------------|-------|--|--------|
| **Original Transcript Deposition with Video of Albert Ahdoot** | | | |
| Original Transcript Page Rate with Video | $ 5.75 | | $ 373.75 |
| Scanned Exhibits | $ 0.35 | | $ 23.80 |
| eTranscript | $ 25.00 | | $ 25.00 |
| Rough Draft | $ 1.50 | | $ 85.50 |
| Shipping | $ 12.00 | | $ 12.00 |
| | | | $ 520.05 |

| | | |
|--|--|--|
| Amount Due: | $ 520.05 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 520.05** |
| **Payment Due:** | 05/03/2018 |

*We appreciate your business.*

*Thank you!*

Interest after 30 days at 1.50%:     $ 527.85

TAX ID: 81-5442717
Registered Reporting Firm No. R1162

Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | April 5, 2018 |
| **Check Payable To:** | DepoTech |
| **Timekeeper Initial:** | DER |
| **Amount:** | $368.25 |
| **Check Needed By:** | |
| **Client Name:** | Mitel Networks |
| **Matter Name:** | Colocation Lit |
| **Client and Matter #:** | 55928.00004 |

**Charge Firm** ☐   **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

**Invoice number 2825.**
Videography of Albert Ahdoot Deposition on 3/21/18

**Special Instructions:**
**3 lines maximum**

**Return To:**   **Office:**

**Mail To:**
**5 lines maximum**

DepoTech
7650 S. McClintock Dr., #103-312
Tempe, AZ  85284

**New Vendor –
Federal ID or SSN:
2 lines maximum**

| | |
|---|---|
| **Timekeeper:** | David E. Rogers |
| **Timekeeper Initials:** | 1427 |
| **Office:** | PHX |
| **Prepared By:** | Denise Dolan |
| **Approved By:** | |

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships | Director of Attorney Recruiting |
| Client development and business memberships | Director of Marketing |
| CLE | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Library Services |
| Office expenses | Director of Administration |
| PG Expenses | Director of PG Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

**DepoTech**
7650 S. McClintock Dr. #103-312
Tempe, AZ 85284
Phone: 602-358-0225



David E. Rogers
Snell & Wilmer
One Arizona Center
400 East Van Buren St., Suite 1900
Phoenix, AZ 85004

*Invoice #2825*

| Date | Terms |
|------|-------|
| 04/04/2018 | Net 30 |

Assignment #2726 on 03/21/2018

**Case:** Colocation America, Inc. v. Mitel Networks
Corporation

**Shipped On:**
**Shipped Via:** Federal Express

| Description | Price | | Amount |
|-------------|-------|--|--------|
| **Deposition with Video of Albert Ahdoot** | | | |
| Videography 2 Hour Minimum | $ 275.00 | | $ 275.00 |
| Hourly Synching Rate | $ 65.00 | | $ 81.25 |
| Complimentary DVD Media | | | $ 0.00 |
| Shipping | $ 12.00 | | $ 12.00 |
| | | | $ 368.25 |

|  | Amount Due: | $ 368.25 |
|--|-------------|----------|
|  | Paid: | $ 0.00 |

| Balance Due: | $ 368.25 |
|--------------|----------|
| Payment Due: | 05/04/2018 |

*We appreciate your business.*

*Thank you!*

| Interest after 30 days at 1.50%: | $ 373.77 |
|----------------------------------|----------|

TAX ID: 81-5442717
Registered Reporting Firm No. R1162

# EXHIBIT B-47



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10102034 | 81342 |
| Invoice Date | Total Due |
| 7/31/17 | 487.11 |

TAX ID# 27-3093840

SNELL & WILMER, LLP
350 S. GRAND AVE
SUITE 3100
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81342 | 10102034 | 7/31/17 | 487.11 | 1 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/17/17 | 3385352 | BIM | SNELL & WILMER, LLP<br>350 S GRAND AVE<br>LOS ANGELES     CA 90071<br>Caller: Jacob Jones<br>cv-17-00421<br>COLOCATION AMERICA VS MITEL NETW<br>SUBPOENA TO PRODUCE DOCS<br>SERVE IMMEIDATELY<br>Signed: Guillermo Fernandez | MGM MANAGEMENT COMPANY LP<br>4045 BONITA RD<br>BONITA      CA 91902<br><br><br><br><br><br>Ref: 55928.000004 | Base Chg : 228.75<br>PDF/Ship : 8.34<br>Fuel Chg : 22.44 | 259.53 |
| PROCESS-BRANCH IMMEDIATE | | | | | | |
| 7/18/17 | 3386767 | BIM | SNELL & WILMER, LLP<br>350 S GRAND AVE<br>LOS ANGELES     CA 90071<br>Caller: Jacob Jones<br>CV-17-00421-PHX<br>COOCATION AMERICA VS MITEL NETWORKS<br>SUBPOENA TO PRODUCE DOCS<br>SERVE TODAY<br>Signed: LINDA BOYCE | MGM MANAGEMENT COMPANY<br>30300 AGOURA ROAD<br>AGOURA      CA 91301<br><br><br><br><br>Ref: 55928.00004 | Base Chg : 207.25<br>Fuel Chg : 20.33 | 227.58 |
| PROCESS-BRANCH IMMEDIATE | | | | | | |

Accounting Received

AUG 1 4 2017

Snell & Wilmer

Q447658

**Check Request Approval**
Date
Amount to be Paid        $   487.11
GL Acct Code
Mail to Vendor           ☑
Return to Requestor      ☐
Approved by

| Total | 487.11 |
|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT B-48



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10102034 | 81342 |
| Invoice Date | Total Due |
| 7/31/17 | 487.11 |

TAX ID# 27-3093840

SNELL & WILMER, LLP
350 S. GRAND AVE
SUITE 3100
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81342 | 10102034 | 7/31/17 | 487.11 | 1 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 7/17/17<br>PROCESS-BRANCH IMMEDIATE | 3385352 | BIM | SNELL & WILMER, LLP<br>350 S GRAND AVE<br>LOS ANGELES    CA 90071<br>Caller: Jacob Jones<br>cv-17-00421<br>COLOCATION AMERICA VS MITEL NETW<br>SUBPOENA TO PRODUCE DOCS<br>SERVE IMMEIDATELY<br>Signed: Guillermo Fernandez | MGM MANAGEMENT COMPANY LP<br>4045 BONITA RD<br>BONITA        CA 91902<br><br><br><br><br>Ref: 55928.000004 | Base Chg : 228.75<br>PDF/Ship : 8.34<br>Fuel Chg : 22.44 | | 259.53 |
| 7/18/17<br>PROCESS-BRANCH IMMEDIATE | 3386767 | BIM | SNELL & WILMER, LLP<br>350 S GRAND AVE<br>LOS ANGELES    CA 90071<br>Caller: Jacob Jones<br>CV-17-00421-PHX<br>COOCATION AMERICA VS MITEL NETWORKS<br>SUBPOENA TO PRODUCE DOCS<br>SERVE TODAY<br>Signed: LINDA BOYCE | MGM MANAGEMENT COMPANY<br>30300 AGOURA ROAD<br>AGOURA        CA 91301<br><br><br><br>Ref: 55928.00004 | Base Chg : 207.25<br>Fuel Chg : 20.33 | | 227.58 |

Accounting Received

AUG 1 4 2017

Snell & Wilmer

Q447658

Check Request Approval

Date
Amount to be Paid        $        487.11
GL Acct Code
Mail to Vendor            ☑
Return to Requestor       ☐
Approved by

Total        487.11

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT B-49



| Customer Number |
| --- |
| 22233 |
| Invoice Number |
| 654601 |
| Invoice Date |
| 9/23/2017 |

**IntelliQuick** *Delivery*

*Faster, Better, Smarter.®*

**Client Billing #/Name**     **51241.00009**

On Demand

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 9/22/2017 10:11 AM Smarter | 14350314 | Snell & Wilmer, Llp 400 E Van Buren St Fl 1 | United States District Court 401 W Washington St | David Barker |
| 9/22/2017 12:22 PM | Kim Hayes 602-382-6629 | Phoenix AZ 85004-2223 | Phoenix AZ 85003-2117 | 55928.00004 |

|  |  |  | Smarter | | $10.00 |  |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | Fuel Surcharge | 1 | $2.35 |  |
| **POD:** | Clerk |  | **Order Total:** | | **$12.35** |  |

| | **On Demand Totals:** | **$12.35** |
| --- | --- | --- |
| | **Client Billing #/Name - 55928.00004 Total:** | **$12.35** |

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

# EXHIBIT B-50



**IntelliQuick** *Delivery*
*Faster. Better. Smarter.*

| Customer Number | 22233 |
|---|---|
| Invoice Number | 656348 |
| Invoice Date | 10/21/2017 |

**Client Billing #/Name**          55928.00004
**On Demand**

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 10/18/2017 9:23 AM Better | 14415857 | Snell & Wilmer, Llp 400 E Van Buren St Fl 1 | United States District Court 401 W Washington St | Jacob Jones |
| 10/18/2017 10:12 AM | Kathy Sprinkle 602-382-6129 | Phoenix AZ 85004-2223 | Phoenix AZ 85003-2117 | 55928.00004 |

|  |  |  | Better | $15.00 |  |
|---|---|---|---|---|---|
|  |  |  | Fuel Surcharge | 1 | $3.53 |
| **POD:** Received |  |  | **Order Total:** | **$18.53** |  |

**On Demand Totals:**          **$18.53**

**Client Billing #/Name - 55928.00004 Total:**          **$18.53**

**Client Billing #/Name**          60117.00106
**On Demand**

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

# EXHIBIT B-51



**IntelliQuick** *Delivery*
*Faster. Better. Smarter.*®

| Customer Number | 208 |
|---|---|
| Invoice Number | 666923 |
| Invoice Date | 3/17/2018 |

**Client Billing #/Name          52326.00032**
**On Demand**

| Date Ready<br>Order Type<br>Deliver Date | Order ID<br>Caller | Origin | Destination | References<br>Billing Group |
|---|---|---|---|---|
| 3/16/2018 9:37 AM<br>Better<br>3/16/2018 10:24 AM | 14811966<br><br>Kathy Sprinkle<br>602-382-6129 | Snell & Wilmer, Llp<br>400 E Van Buren St Fl 1<br>Phoenix AZ 85004-2223 | United States District Court<br>401 W Washington St<br>Phoenix AZ 85003-2117 | Jacob Jones<br><br>55928.00004 |

|  |  |  |  |
|---|---|---|---|
|  | Better |  | $15.00 |
|  | Fuel Surcharge | 1 | $3.53 |

**POD:** Received

**Order Total:**          $18.53

**On Demand Totals:**          $18.53

**Client Billing #/Name - 55928.00004 Total:**          $18.53

*Unpaid balance after 30 days pay a monthly one*
*one-half % late charge.*

# EXHIBIT B-52

# Snell & Wilmer
—— L.L.P. ——

## TRAVEL & EXPENSE REPORT

Q451866

Partner ☐
Of Counsel ☐
Counsel ☐
Associate ☐
Paralegal ☐
Other ☐
_____
Describe

| | |
|---|---|
| Date: | August 24, 2017 |
| Name: | David E. Rogers | Timekeeper Initials: DER | Office: PHX |
| Client Name: | Mitel Networks | Matter Name: Colocation Litigation |
| Client and Matter #: | 55928.00004 |
| From (City): | Phoenix, AZ | To (City): Los Angeles, CA |
| Start Date: | August 21, 2017 | End Date: August 22, 2017 |

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ........................................ @ $.51 MILE | 0.00 |
| PARKING ........................................................................................ | 0.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) .................. | 383.05 |
| HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .......... | 419.11 |
| MEALS (Other than hotel meals) ................................................................ | 30.62 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ...................................................... | 140.69 |
| OTHER | 0.00 |
| OTHER | 0.00 |
| **TOTAL EXPENSES INCURRED** | 973.47 |

*Accounting Received*
*AUG 2 5 2017*
*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

Attend 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable        Signature (no facsimiles)

## PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

4813-4722-8228 2

 **American Airlines**      Plan Travel   Travel Information   AAdvantage

# Your trip

⚠ Day-of-travel information is needed

Please add / edit your day-of-travel information

- Day-of-travel information

ⓘ Thanks for your payment

We'll email your receipt shortly.

ⓘ Success!

Your email request has been submitted.

Record locator: **XAWQWV**                     Issued: **Tuesday, August 15, 2017**
Trip name: **PHX/LAX**                          Status: **Ticketed**

Change trip        Change seats        Email trip        Send to calendar        Print trip and receipt

# Depart Phoenix, AZ to Los Angeles, CA
Monday, August 21, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
|  |  |  |  | CR7 | Economy | 14D |

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
| ✈ **2997** American Airlines 📶 Operated by Skywest Airlines As American Eagle | 3:30 PM PHX | 5:09 PM LAX | 1h 39m | | | |

Create notification

# Return Los Angeles, CA to Phoenix, AZ
Tuesday, August 22, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
| ✈ **561** American Airlines 📶 | 7:40 PM LAX | 9:08 PM PHX | 1h 28m | 319 | Economy | 16F |

Create notification

# Cost summary

Your total

## $383.05

| | | |
|---|---|---|
| Passenger x 1 | $307.90 | Bag and optional fees 🗗 |
| Taxes | $51.50 | Reservation and tickets FAQs 🗗 |
| Carrier-imposed fees | $0.00 | |
| Subtotal | $359.40 | Price and Tax Information 🗗 |

Case 2:17-cv-00495-JAW   Document 11-2   Filed 07/26/18   Page 159 of 288

| | | |
|---|---|---|
| Includes all taxes and carrier-imposed fees | Preferred Seats | $23.65 |
| | **Total** (all passengers) | **$383.05** |

# Passengers

## David Eric Rogers

Join the AAdvantage program ⤤

Add / edit passenger information

## Day-of-travel information

Add / edit information

# Helpful links

Email trip

Send to calendar

Reservation and tickets FAQs ⤤

Bag and optional fees ⤤

Print trip and receipt ⤤

# Snell & Wilmer
##### ———— L.L.P. ————

## TRAVEL & EXPENSE REPORT



Mark "X"
Partner
Of Counsel ☐
Counsel ☐
Associate ☐
Paralegal ☐
Other _____ ☐
  Describe

| | | | | |
|---|---|---|---|---|
| Date: | August 24, 2017 | | | |
| Name: | David E. Rogers | Timekeeper Initials: | DER | Office: PHX |
| Client Name: | Mitel Networks | Matter Name: | Colocation Litigation | |
| Client and Matter #: | 55928.00004 | | | |
| From (City): | Phoenix, AZ | To (City): | Los Angeles, CA | |
| Start Date: | August 21, 2017 | End Date: | August 22, 2017 | |

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE .......................................... @ $.51 MILE | 0.00 |
| PARKING ................................................................ | 0.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | 75.00 |
| HOTEL (Including hotel meals) (Original entire hotel bill must be attached) Accounting Received | 0.00 |
| MEALS (Other than hotel meals) .................................... AUG 28 2017 | 0.00 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) .................................... Snell & Wilmer | 0.00 |
| OTHER _____ | 0.00 |
| OTHER _____ | 0.00 |
| **TOTAL EXPENSES INCURRED** | 75.00 |

1.  If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2.  Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location.  If the information is not provided, the reimbursement request will be returned to you.

> Attend 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable      Signature (no facsimiles)   *David Rogers*

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1.  All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2.  If expenditures are for client development or recruiting, they must be pre-approved.
3.  A detailed explanation of any unusual expenditures must accompany this form.
4.  Care must be exercised to avoid any unnecessary expense.  If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5.  If billable to a client, use only one client number per report.
6.  All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7.  Please use ink or computer when filling out this form.

Q452052

MEMBER NAME
ROGERS/DAVID ERIC

'Y Standby

MISCELLANEOUS
SALES RECEIPT

75.00 USD

SOME MISCELLANEOUS
CHARGES ARE
NON-REFUNDABLE

PASSENGER
COPY

h application
AX XXXXXXXXXXXXX          USD

Fare    75.00
TAC
TS

75.00 USD

IGHT
J94
MON LY
UGU

DATE
AUGUST

TAXES & CHARGES
OT VALID FOR TRAVEL

# EXHIBIT B-53



Q453979

# Snell & Wilmer
—— L.L.P. ——

## TRAVEL & EXPENSE REPORT

Mark "X"

| | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| | Describe |

Date: **September 19, 2017**

Name: **David E. Rogers**   Timekeeper #: **1437**   Office: **Phoenix**

Client Name: **Mitel Networks**   Matter Name: **Colocation Litigation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**   To (City): **Los Angeles, CA**

Start Date: **September 6, 2017**   End Date: **September 6, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE .......................................... @ .535   MILE _____ | $0.00 |
| PARKING ............................................................................................................ | $98.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) | $163.20 |
| HOTEL (Original entire hotel bill must be attached) ............................................ | $363.97 |
| MEALS (All meals including hotel meals) ............................................................ | $115.70 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ....................................................... | $97.17 |
| OTHER _____ _____ | _____ |
| OTHER _____ _____ | _____ |
| **TOTAL EXPENSES INCURRED** | **$838.04** |

*Accounting Received*

*SEP 2 0 2017*

*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

> **Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.**

I certify my expenses are valid and reimbursable    Signature (no facsimiles) _____

**PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:**
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

**Dolan, Denise**

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Monday, September 18, 2017 7:57 PM |
| **To:** | Dolan, Denise |
| **Subject:** | Ticket to LA for the Mitel trip |

Please process the entire expense report.  Tks

Begin forwarded message:

### Receipt for confirmation B9KY61

**U N I T E D**  | A STAR ALLIANCE MEMBER ✦   <u>United logo link to home page</u>

**Confirmation: B9KY61**
Issue Date: August 30, 2017

#### TRAVELER INFORMATION

| **Traveler** | **eTicket Number** | **Frequent FlyerNumber** | **Seats** |
|---|---|---|---|
| ROGERS/DAVID | 0162363165991 | UA-XXXXX332 | 17D |

#### FLIGHT INFORMATION

| **Day, Date** | **Flight** | **Class** | **Departure City and Time** | **Arrival City and Time** | **Aircraft** | Me |
|---|---|---|---|---|---|---|
| Wed, 06SEP17 | UA5436 | V | PHOENIX, AZ (PHX) **6:15 PM** | LOS ANGELES, CA (LAX) **7:47 PM** | ERJ 175 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

#### FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 138.60 | **Form of Payment:** AMERICAN EXPRESS Last Four Digits 6003 |
| USD | | |
| U.S. Transportation Tax: | 10.40 | |
| U.S. Flight Segment Tax: | 4.10 | |
| September 11th Security Fee: | 5.60 | |
| U.S. Passenger Facility Charge: | 4.50 | |
| Per Person Total: | 163.20 | |
| USD | | |
| **eTicket Total:** | **163.20** | |
| **USD** | | |

# EXHIBIT B-54

# Snell & Wilmer
L.L.P.

## TRAVEL & EXPENSE REPORT

Q462281

| Mark "X" | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other ___ | ☐ |
| Describe | |

Date: **10/25/2017**

Name: **David G. Barker**    Timekeeper #: **1694**    Office: **Phoenix**

Client Name: **Colocation**    Matter Name: **Mitel Networks**

Client and Matter #: **55928.00004**

From (City): **Phoenix**    To (City): **Los Angeles, CA**

Start Date: **10/24/2017**    End Date: **10/24/2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | | |
|---|---|---|
| AUTO MILEAGE ............................... @ .535  MILE  **21** | | $11.24 |
| PARKING ....................................................................................................... | | $25.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | | $493.96 |
| HOTEL (Original entire hotel bill must be attached) ............................................... | | |
| MEALS (All meals including hotel meals) ................................... Accounting Received | | $33.16 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ..................................... OCT 25 2017 | | |
| OTHER    **Uber from airport to S&W Los Angeles office** | | $54.56 |
| OTHER    **Uber from S&W Los Angeles office to airport**    Snell & Wilmer | | $40.83 |
| **TOTAL EXPENSES INCURRED** | | $658.75 |

1.  If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2.  Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location.  If the information is not provided, the reimbursement request will be returned to you.

**Attend deposition of Albert Adhoot.**

I certify my expenses are valid and reimbursable    Signature (no facsimiles) _____

**PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:**
1.  All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2.  If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3.  If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4.  If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5.  A detailed explanation of any unusual expenditures must accompany this form.
6.  Care must be exercised to avoid any unnecessary expense.  If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7.  If billable to a client, use only one client number per report.
8.  All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9.  Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

Español 🌐



FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS    🔍

# Thank you for your purchase!

**Southwest❤**

Phoenix, AZ - PHX to Los Angeles, CA - LAX



**✈ Air**

**Confirmation #OS4SBR**

**Phoenix, AZ – PHX to Los Angeles, CA - LAX**
Tuesday, October 24, 2017

Air Total: $493.96

**Amount Paid**
**$493.96**

**Trip Total**
**$493.96**



**OCT 24**
**TUE**   **10/24/17 - Los Angeles**

**✈ AIR**
**Phoenix, AZ – PHX to Los Angeles, CA - LAX**
10/24/2017
**Confirmation #**
## OS4SBR

**Adult Passenger(s)**                **Rapid Rewards #**
DAVID BARKER                  93652775

Subscribe to Flight Status Messaging

| Travel Date | Flight Segments | | Flight Summary |
|---|---|---|---|
| **DEPART**<br>OCT 24<br>**TUE** | 08:10 AM | Depart **Phoenix, AZ (PHX)** on Southwest Airlines | Flight #767 Southwest❤ | **Tuesday, October 24, 2017** |
| | 09:40 AM | Arrive in **Los Angeles, CA (LAX)** | 📶 WiFi available | Travel Time 1 h 30 m (Nonstop)<br>Anytime |
| **RETURN**<br>OCT 24<br>**TUE** | 08:25 PM | Depart **Los Angeles, CA (LAX)** on Southwest Airlines | Flight #1403 Southwest❤ | **Tuesday, October 24, 2017** |
| | 09:45 PM | Arrive in **Phoenix, AZ (PHX)** | 📶 WiFi available | Travel Time 1 h 20 m (Nonstop)<br>Anytime |

**What you need to know to travel:**
➢ **Check-in:** Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

Case 2:17-cv-00421-NVW Document 111-2 Filed 07/26/18 Page 168 of 288

> **No Show Policy:** If you are not planning to travel on a flight or on this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure of your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds for the originally ticketed Passenger only. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

> **Applying Travel Funds:** In the event your travel plans change and you need to apply travel funds to future trips, please make note of your confirmation number. Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).

> **Prohibition of Multiple/Conflicting Reservations:** To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Booking with Rapid Reward Points:**

> When booking with Rapid Rewards points, your point balance may not immediately update in your account.

PRICE: ADULT

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | Quantity |
|---|---|---|---|---|
| **Depart** | PHX-LAX | **Anytime**<br>Great Flexibility | • Refundable<br>  (certain restrictions may apply)<br>• Same-Day Change<br>• No Change Fees | 1 |
| **Return** | LAX-PHX | **Anytime**<br>Great Flexibility | • Refundable<br>  (certain restrictions may apply)<br>• Same-Day Changes<br>• No Change Fees | 1 |

|  |  |
|---|---|
| **Subtotal** | **$493.96**<br>Fare Breakdown |

Carry-on Items: 1 bag + 1 small personal item are free, see full details,
Checked Items: First and second bags are free, size and weight limits apply.

|  |  |
|---|---|
| Bag Charge | $0.00 |

**Air Total:
$493.96**

**Gov't taxes & fees now included**

| Purchaser Name | David Barker | Billing Address | 827 E Sierra Vista Dr<br>Phoenix, AZ US 85014 |
|---|---|---|---|

| Form of Payment | Amount Applied |
|---|---|
| Visa - XXXXXXXXXXXX-2743 | **$493.96** |

**Amount Paid
$493.96**

**Trip Total
$493.96**

☑ Indicates external site which may or may not meet accessibility guidelines.

**EXHIBIT B-55**

# Expense Report

**Report ID:  0100-2362-9859**

| | |
|---|---|
| Report Name | 3/21/18 LA trip |
| Expense Owner | David Rogers |
| Expense Owner ID | Rogersd / 1427 |
| Created By | Denise Dolan |
| Submit Date | Mar 16, 2018 |
| To Be Paid In | USD |



**Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:**
Email:  expense@chromefile.com          Fax:  (214) 540-1162

## Financial Summary

| | Amount (USD) |
|---|---|
| Total Expenses Reported | 308.60 |
| Less Company Paid Expenses | 0.00 |
| Amount Due Expense Owner | 308.60 |

## Expense Summary

| Expense Type | Amount (USD) |
|---|---|
| Airfare | 308.60 |
| Total | 308.60 |

## Allocation Summary

| Allocations Charged | | | Amount (USD) |
|---|---|---|---|
| 00004 | 55928 – Mitel Networks Corporation | Colocation Domain Name Litigation | 308.60 |
| Total | | | 308.60 |

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.



Expense Details

## Expense Report

3/21/18 LA trip

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 1 | 03/16/2018 | | 9345 | Airfare | 308.60 USD | 308.60 USD |

| Business Purpose Description | Deposition of Albert Ahdoot |
|---|---|

Firm Paid: No

| Allocations | 00004 | 55928 – Mitel N | Colocation Domain Na | 308.60 USD |
|---|---|---|---|---|

| AirClass | Coach/Economy |
|---|---|
| Merchant | |



**+blue**

Hello, David □    My Lists    My Trips    Support □    Español    □□□□

Home    Bundle and Save    Hotels    Cars    Flights    Cruises    Things to Do    More□

My Trips                                          Print □    Email □    Receipt    Options □

# Los Angeles

Tue, Mar 20 - Wed, Mar 21        □**Booked.** No need to reconfirm.        Total: $308.60

Before you go    Flight overview    Manage reservation    Travelers    Price summary    Rewards    Additional information    More help

## Before you go

- **E-ticket:** This page can be used as an E-ticket. Before travelling, print a copy of your itinerary and take it with you!
- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

☐ **Fare restrictions apply to this trip.**
Please review the rules and restrictions for each fare in the Additional Information section below.

- Delta Basic Economy

## Flight Overview



Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Travel dates**
Mar 20, 2018 - Mar 21, 2018

| Itinerary # | Confirmation | Ticket # |
|---|---|---|
| 7337641578493 | HVWFIQ (Delta) | 0067085976229 (David Eric Rogers) |

**Booking ID**
LIFLQP

---

Need a ride between your home and **PHX**?
Get a local personal driver☐

---

Need a ride between your hotel and **LAX**?
Get ground transportation

---

You still have time to protect your trip.

**Protect My Trip**

☐ Expires

---

## Manage reservation

Change flight

Cancel flight
Free until Mon, Mar 19, 11:59p PDT

## ⊗ Departure Tue, Mar 20

Delta 5726 operated by COMPASS DBA DELTA CONNECTION

**Phoenix (PHX)**                          →          **Los Angeles (LAX)**
1:35pm                                                 3:01pm
**Terminal:** 3                                        **Terminal:** 2
**Fare type:** Basic Economy
**Cabin:** Economy / Coach (E)
Show more ☐
1h 26m duration

## Total Duration

1h 26m

 **Return** Wed, Mar 21

Delta 5800 operated by COMPASS DBA DELTA CONNECTION

**Los Angeles (LAX)**                              **Phoenix (PHX)**
2:45pm                          ➡            4:11pm
**Terminal:** 2                                   **Terminal:** 3
**Fare type:** Basic Economy
**Cabin:** Economy / Coach (E)
Show more☐
1h 26m duration

## Total Duration

1h 26m

## Traveler(s)                                         Back to top

David Eric Rogers

Frequent flyer and special assistance requests should be confirmed directly with the airline.

## Price Summary

Back to top

Traveler 1: Adult☐                    $308.60

**Total**                            **$308.60**

View receipt

All prices are quoted in **USD**.

Back to top



**On this trip you will collect 62 Expedia Rewards points**

- 62 base points for this trip

For Expedia Rewards members

See all your rewards☐

## Additional Information

Back to top

**Delta Basic Economy includes carry-on bag and personal item and comes with the following restrictions:**

- No seat assignment until after check-in
- No guarantee of seats together for families or groups
- No refunds or ticket changes, including same day changes
- No paid or complimentary upgrades

**Additional Fees**

The airline may charge additional fees ☐ for checked baggage or other optional services.

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

**Tickets are nonrefundable, nontransferable and name changes are not allowed.**

Please read the complete penalty rules for changes and cancellations☐ applicable to this fare.

Please read important information regarding airline liability limitations☐.

## More help

Back to top

Visit our Customer Support page.
Call Expedia Rewards blue Customer Care at 1-877-787-3117.
For faster service, mention **itinerary #7337641578493**

## Complete your trip

Avoid the stress of traffic!

Itinerary: Los Angeles

Let someone else do the driving.

Book an airport transfer

### Make it fun!!

Explore activities in Los Angeles

Get Activities

### Rooms are filling up quick!

Check out popular hotels in Los Angeles before they sell out!

Find a hotel

### How will you get around Los Angeles?

Explore Los Angeles with your own set of wheels.

Rent a car

**Explore More**

**Expedia**

About Expedia   Jobs   Investor Relations   Advertising   Newsroom   About Our Ads
Privacy Policy   Terms of Use   Site Map   Accessibility

**Expedia Rewards**

Expedia Rewards   Redeem Your Points   Use Partner Points   +VIP Access Hotels
Expedia Rewards Credit Cards

**Expedia Links**

Low Cost Flights   Rental Car Finder   Expedia Rewards   Travel Blog   New Hotels

**Expedia Sitemaps**

Hotels Sitemap   Flights Sitemap   Vacations Sitemap   Rental Cars Sitemap   Cruises Sitemap
Things to Do Sitemap

**Partner Services**

Expedia Partner Central   Add a Hotel   Add an Activity   Expedia Affiliate Network API
Become an Affiliate   Travel Agents Affiliate Program   Expedia Mastercard   Expedia Franchise
Expedia CruiseShipCenters Agent

**Global Sites**

Argentina  Austria  Australia  Belgium  Brazil  Canada  Switzerland  Denmark  Finland  France  Germany  Hong Kong  India  Indonesia  Iceland  Italy  Japan

**Expedia Partners**

Egencia Business Travel    Hotels.com    Hotwire    CitySearch    Online Shopping    HomeAdvisor
Expedia CruiseShipCenters    HomeAway    Travelocity    Trip    Trivago

Expedia, Inc. is not responsible for content on external Web sites. ©2017 Expedia, Inc. All rights reserved.

# EXHIBIT B-56



**IntelliQuick** *Delivery*
*Faster. Better. Smarter.©*

| Customer Number | 2923 |
| Invoice Number | 670749 |
| Invoice Date | 5/5/2018 |

**Client Billing #/Name**          **48305.00003**

| Date Ready Order Type Deliver Date | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 5/4/2018 12:19 PM Smarter 5/4/2018 3:24 PM | 14946477 Kathy Sprinkle 602-382-6129 | Snell & Wilmer, Llp 400 E Van Buren St Fl 1 Phoenix AZ 85004-2223 | Brier Irish Hubbard & Erhart, Plc 2400 E Arizona Biltmore Cir Ste Phoenix AZ 85016-2107 | Jacob Jones 55928.00004 |

|  |  |  |  |
|---|---|---|---|
|  |  | Smarter | $11.25 |
|  |  | Fuel Surcharge    1 | $2.64 |
| **POD:**   Harry |  | **Order Total:** | **$13.89** |

**On Demand Totals:**          $13.89

**Client Billing #/Name - 55928.00004 Total:**          $13.89

*Unpaid balance after 30 days pay a monthly one one-half % late charge.*

# EXHIBIT B-57



# Snell & Wilmer
L.L.P.

Q406159

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | January 17, 2017 | | |
| **Check Payable To:** | PACER | **Timekeeper Initial:** | |
| **Amount:** | ▇▇▇▇ | **Check Needed By:** | 01/20/17 |
| **Client Name:** | Snell & Wilmer L.L.P. | **Matter Name:** | |

**Client and Matter #:**

**Charge Firm** ☐  **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

> Pacer Billing Detail October 2016 through November 2016
> Account 4398876

**Special Instructions:**
**3 lines maximum**

**Accounting Received**

**Return To:** Vendor     **Office:** Vendor   JAN 1 8 2017

**Mail To:**
**5 lines maximum**

**Snell & Wilmer**

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | **Timekeeper** | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Beki Ramins-Sellers | **Initials:** | 5878 | **Office:** | Las Vegas |
| **Prepared By:** | Azra Kopcic | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships........................................... | Director of Attorney Recruiting |
| Client development and business memberships............................................ | Director of Marketing |
| CLE................................................................................................................ | Per the CLE form |
| Contributions ............................................................................................... | Executive Director |
| Legal publications and research.................................................................... | Director of Library Services |
| Office expenses............................................................................................. | Director of Administration |
| PG Expenses.................................................................................................. | Director of PG Administration |
| Technology .................................................................................................... | Director of Information Technology |
| All other expenses......................................................................................... | Executive Director |



# INVOICE

**Public Access to Court Electronic Records**

Invoice Date: 01/09/2017

Usage From:  10/01/2016      to: 12/31/2016

## Account Summary

| | |
|---|---|
| **Account #:** | 4398876 |
| **Invoice #:** | 4398876-Q42016 |
| **Due Date:** | 02/10/2017 |
| **Amount Due:** | |

*Pages:*
Rate:
Subtotal:

*Audio Files:*
Rate:
Subtotal:

*Current Billed Usage:*

*Previous Balance:*

Current Balance:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

**Total Amount Due:** ➡

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

## Preparing for NextGen CM/ECF

In recent months, as more courts throughout the country have implemented the next generation (NextGen) CM/ECF system, some users have encountered issues that can affect account access and registration. The resources listed below can help you avoid many of these issues, creating a smooth transition when your court converts. Check your court's website for updates on when it will implement NextGen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Shows which courts have converted

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4398876 | 02/10/2017 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Snell & Wilmer
Beki Pamias-Sellers
3883 Howard Hughes Pkwy
1100
Las Vegas, NV 89169

BillingHistorybeki1961.txt


55928.00004          2        0     $0.20


Q428353

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | April 11, 2017 |
| **Check Payable To:** | PACER |
| **Amount:** | ▓▓▓▓ **Check Needed By:** 4/18/17 |
| **Client Name:** | Snell & Wilmer L.L.P. **Matter Name:** |
| **C/M # or GL Code** | **Timekeeper #:** 5878 |
| **Charge Firm** | ☒ **Explain:** |
| **Charge Personal** | ☐ |

**Description of Payment/Invoice:**
5 Lines maximum

Pacer Billing Detail January 2017 through March 2017
Account #4398876

**Special Instructions:**
3 lines maximum

Accounting Received

**Return To:**

Vendor   Office: Select...  APR 1 3 2017

**Mail To:**
5 lines maximum

Vendor   **Snell & Wilmer**

**New Vendor –**
**Federal ID or SSN:**
2 lines maximum

| | |
|---|---|
| **Timekeeper:** | Beki Pamias-Sellers **Timekeeper #:** 5878 **Office:** Las Vegas |
| **Prepared By:** | Ayelen Milan |
| **Approved By:** | |

### Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses................................................. | Director of Attorney Development & Resources |
| Bar Exams............................................................................................... | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events ................................................... | Per the CLE form |
| Client development and business memberships........................................ | Director of Client Services |
| Contributions.......................................................................................... | Executive Director |
| Legal publications and research.............................................................. | Director of Attorney Development & Resources |
| Office expenses....................................................................................... | Director of Administration |
| Practice Group Expenses........................................................................ | Director of Practice Group Administration |
| Technology ............................................................................................. | Director of Information Technology |
| All other expenses.................................................................................. | Executive Director |



**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 04/05/2017

Usage From:  01/01/2017      to: 03/31/2017

**Account Summary**

| | |
|---|---|
| **Account #:** | 4398876 |
| **Invoice #:** | 4398876-Q12017 |
| **Due Date:** | 05/10/2017 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:**  ➪

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs, and more.

It's quick and easy to pay your
bill online with a credit card. Visit
the **Manage My Account** section
of the PACER Service Center
website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

### Eighth Circuit Converts to NextGen

In January, the Eighth Circuit Court of Appeals implemented the next generation (NextGen)
CM/ECF system. To date, a total of 10 courts have converted, and more courts will follow in
the coming months. See the following websites for what to do when your court announces it
will make the transition.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen
  conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training
  for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related
  questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Shows which courts have converted

*Please detach the coupon below and return with your payment.* **Thank you!**



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4398876 | 05/10/2017 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars
payable to: PACER Service Center. Include your account ID on the check or money
order.

*Visit pacer.gov for address changes.*

Snell & Wilmer
Beki Pamias-Sellers
3883 Howard Hughes Pkwy
1100
Las Vegas, NV 89169

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364







CSO Billing History



| jacobjones Jacob Jones (4381384) | AZDC | 08/17/2017 | 55928.00004 | 25 | 0 | $2 50 |



Q467753

## Snell & Wilmer
L.L.P.

### REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | January 16, 2018 |
| **Check Payable To:** | PACER |
| **Amount:** | ▮▮▮▮ **Check Needed By:** January 22, 2018 |
| **Client Name:** | Snell & Wilmer L.L.P. **Matter Name:** |
| **C/M # or GL Code** | **Timekeeper #:** |
| **Charge Firm** | ☐ Explain: |
| **Charge Personal** | ☐ |

**Description of Payment/Invoice:**
5 Lines maximum

Pacer Billing Detail October 2017 through December 2017
Account 4398876

**Special Instructions:**
3 lines maximum

**Return To:** Vendor        **Office:** Las Vegas

**Mail To:**
5 lines maximum

Accounting Received

JAN 19 2018

**New Vendor –**
**Federal ID or SSN:**
2 lines maximum

Snell & Wilmer

**Timekeeper:** Beki Pamias-Sellers        **Timekeeper #:** 5878   **Office:** Las Vegas

**Prepared By:** Claudia Olivari

**Approved By:**

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Recruiting & Diversity |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Client development and business memberships | Director of Client Services |
| Contributions | Executive Director |
| Legal publications and research | Director of Administration - Denver |
| Office expenses | Director of Administration |
| Practice Group Expenses | Director of Practice Group Administration |
| Technology | Director of Information Technology Executive |
| All other expenses | Director |



## PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 01/08/2018

Usage From:  10/01/2017      to: 12/31/2017

### Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

| **Account #:** | 4398876 |
| **Invoice #:** | 4398876-Q42017 |
| **Due Date:** | 02/09/2018 |
| **Amount Due:** | |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

## Total Amount Due:  ➡

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

### PACER Case Locator: New Look, Features & Functions

On December 9, the Administrtive Office of the U.S. Courts launched a new PACER Case Locator (PCL), with several new features and functions to help users narrow search results and simplify the case search process. The PCL (pcl.uscourts.gov) is a tool that allows users to conduct case searches in appellate, bankruptcy, and district courts to determine whether or not a party is involved in federal litigation.

The updated PCL:
· Allows users to save preferred cases.
· Maintains a list of the user's most frequent searches.
· Provides the option of simplified or advanced case search screens.
· Allows the user to set a preferred landing page.
· Includes responsive design so that the page adjusts to fit the user's device based on window or sceen size.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

*Please detach the coupon below and return with your payment.* **Thank you!**



## PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4398876 | 02/09/2018 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Snell & Wilmer
Beki Pamias-Sellers
3883 Howard Hughes Pkwy
1100
Las Vegas, NV 89169

BillingHistorybekil961.txt



55928.00004                    6        0      $0.60

*process as will to replace*



**Snell & Wilmer**
— L.L.P. —

Q434618

REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | January 12, 2018 | | |
| **Check Payable To:** | PACER 35126 | **Timekeeper Initial:** | |
| **Amount:** | ▮▮▮ | **Check Needed By:** | January 19, 2018 |
| **Client Name:** | | **Matter Name:** | |
| **Client and Matter #:** | | | |

**Charge Firm** ☒    **Explain:** PACER Quarterly Billing

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**
PACER usage October 1, 2017 to December 31, 2017
Invoice Account #4413927-Q42017
G/L 60702

**Special Instructions:**
**3 lines maximum**

RECEIVED

**Return To:**
Office:
JAN 16 2018

**Mail To:**
**5 lines maximum**
PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

ACCOUNTING

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

| | | Timekeeper Initials: | Office: |
|---|---|---|---|
| **Timekeeper:** | | | |
| **Prepared By:** | Silvia Isenhour | | |
| **Approved By:** | Laura Wickliff | | |

POSTED
01/22/18
CM

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar conferences, dues, exams and memberships............................................. | Director of Attorney Recruiting |
| Client development and business memberships............................................. | Director of Business Development & Marketing |
| CLE..................................................................................................................... | Per the CLE form |
| Contributions.................................................................................................... | Executive Director |
| Legal publications and research...................................................................... | Director of Library Services |
| Office expenses................................................................................................. | Director of Administration |
| PG Expenses...................................................................................................... | Director of PG Administration |
| Technology ........................................................................................................ | Director of Information Technology |
| All other expenses............................................................................................ | Executive Director |



# INVOICE

Public Access to Court Electronic Records

Invoice Date: 01/08/2018

Usage From: 10/01/2017    to: 12/31/2017

**Account Summary**

| | |
|---|---|
| **Account #:** | 4413927 |
| **Invoice #:** | 4413927-Q42017 |
| **Due Date:** | 02/09/2018 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:**

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs, and more.

It's quick and easy to pay your
bill online with a credit card. Visit
the **Manage My Account** section
of the PACER Service Center
website at pacer.gov.

#### PACER Case Locator: New Look, Features & Functions
On December 9, the Administrative Office of the U.S. Courts launched a new PACER Case Locator (PCL), with several new features and functions to help users narrow search results and simplify the case search process. The PCL (pcl.uscourts.gov) is a tool that allows users to conduct case searches in appellate, bankruptcy, and district courts to determine whether or not a party is involved in federal litigation.

The updated PCL:
· Allows users to save preferred cases.
· Maintains a list of the user's most frequent searches.
· Provides the option of simplified or advanced case search screens.
· Allows the user to set a preferred landing page.
· Includes responsive design so that the page adjusts to fit the user's device based on window or sceen size.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| 4413927 | 02/09/2018 | |

Public Access to Court Electronic Records

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Snell & Wilmer
Bobbi Case
One Arizona Center
400 E Van Buren Ave
Suite 1900 Floor 1   .
Phoenix, AZ 85004

2018_0108 PACER by client code.txt

| | | | | |
|---|---|---|---|---|
| jacobjones Jacob Jones (4381384) | | | AZDC | 11/03/2017 |
| 55928.00004 | 10 | 0 | $1.00 | |
| jacobjones Jacob Jones (4381384) | | | AZDC | 12/11/2017 |
| 55928.00004 | 40 | 0 | $4.00 | |
| jacobjones Jacob Jones (4381384) | | | AZDC | 12/12/2017 |
| 55928.00004 | 6 | 0 | $0.60 | |
| jacobjones Jacob Jones (4381384) | | | TXEDC | 10/02/2017 |
| 55928.00004 | 36 | 0 | $3.60 | |

Subtotal                          92 pages                                    $9.20
                                   0 audio files ($ 2.40 ea)                   $0.00



Q488943

## Snell & Wilmer
— — -- L.L.P. ————

### REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | 5/25/2018 |
| **Check Payable To:** | PACER |

**Amount:** ▮▮▮▮▮▮    **Check Needed By:** ASAP

**Client Name:** Snell & Wilmer    **Matter Name:**

**C/M # or GL Code**    **Timekeeper #:**

**Charge Firm** ☐    **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**
Pacer Billing Detail January 2018 through March 2018
Account 4398876

**Special Instructions:**
**3 lines maximum**
Please submit payment as soon as possible.

**Return To:** Vendor    **Office:** Las Vegas

**Mail To:**
**5 lines maximum**

### Accounting Received

### MAY 2 9 2018

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

### Snell & Wilmer

**Timekeeper:** Beki Pamias-Sellers    **Timekeeper #:** 5878    **Office:** Las Vegas

**Prepared By:** Claudia Olivari

**Approved By:** /s/ Beki Pamias-Sellers

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses................................................ | Director of Attorney Recruiting & Diversity |
| Bar Exams ............................................................................................. | Director of Attorney Recruiting & Diversity |
| CLE, conferences, professional memberships, seminars and other professional development events ........................................................... | Per the CLE form |
| Client development and business memberships .......................................... | Director of Client Services |
| Contributions ........................................................................................ | Executive Director |
| Legal publications and research............................................................... | Director of Administration - Denver |
| Office expenses...................................................................................... | Director of Administration |
| Practice Group Expenses......................................................................... | Director of Practice Group Administration |
| Technology ............................................................................................ | Director of Information Technology Executive |
| All other expenses ................................................................................. | Director |



# INVOICE

**PACER**
Public Access to Court Electronic Records

Invoice Date: 04/05/2018
Usage From: 01/01/2018    to: 03/31/2018

**Account Summary**

| | |
|---|---|
| **Account #:** | 4398876 |
| **Invoice #:** | 4398876-Q12018 |
| **Due Date:** | 05/10/2018 |
| **Amount Due:** | |

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:**  ➡️

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs, and more.

It's quick and easy to pay your
bill online with a credit card. Visit
the **Manage My Account** section
of the PACER Service Center
website at pacer.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

### New PACER Case Locator: Updates & Improvements

In December, the Administrative Office of the U.S. Courts launched a new PACER Case
Locator (PCL), with several new features and functions to help users narrow search results
and simplify the case search process. Since the launch, the new PCL has undergone further
improvements to help users more easily perform a search and navigate the site. The updated
PCL:

· Allows users to save preferred cases.
· Maintains a list of the user's most frequent searches.
· Provides the option of simplified or advanced case search screens.
· Allows the user to set a preferred landing page.
· Includes responsive design so that the page adjusts to fit the user's device based on
  window or sceen size.
· Allows users to hide system messages.
· Provides the option to set default columns for results.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**PACER**
Public Access to Court Electronic Records

| **Account #** | **Due Date** | **Amount Due** |
|---|---|---|
| 4398876 | 05/10/2018 | |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars
payable to: PACER Service Center. Include your account ID on the check or money
order.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Snell & Wilmer
Beki Pamias-Sellers
3883 Howard Hughes Pkwy
1100
Las Vegas, NV 89169

BillingHistorybaki1961.txt



55928.00004                    21        0    $2.10

Page 2

# EXHIBIT B-58

**CourtCall Debit Ledger for 01/25/2017 through 03/22/2017**          **Debit Account Number CCDA-02-798**

| TRANS DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/17 | 2/23/17 | David Rogers | 8157918 | Los Angeles Superior Court-Central(M-Z) | Judge Rafael Ongkeko (V) | Colocation America, Inc. vs. Mitel Networks Corporation/BC619569 | | $86.00 $0.00 | $86.00 | ($6,989.20) |

Cust Ref # 55928.00004

# EXHIBIT B-59

**CourtCall Debit Ledger for 08/24/2016 through 09/30/2016**

**Debit Account Number CCDA-02-798**

| TRANS DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | FEE / LATE FEE | VIDEO / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ ██ | ██ ██ | ██ ██ | | ██ | ██ |
| | ██ | | | | | | | | | |
| ██ | | ██ | | | ██ | | | | | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ ██ ██ | ██ ██ | | ██ | ██ |
| | ██ | | | | | | | | | |
| ██ | | ██ | ██ | ██ | ██ | ██ | ██ ██ | | ██ | ██ |

**Cust Ref # 37970.00018**

| 9/7/16 | 10/14/16 | David Rogers | 7829932 | Los Angeles Superior Court-Central(M-Z) | Judge Rafael Ongkeko (V) | Colocation America, Inc. vs. Mitel Network Corporation/BC619569 | $86.00 $30.00 | | $116.00 | ($7,033.20) |

**Cust Ref # 55928.00004**

| ██ | ██ | ██ | ██ | ██ | ██ ██ | ██ ██ | ██ ██ | | ██ | ██ |
| | ██ | | | | | | | | | |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ ██ | ██ ██ | | ██ | ██ |
| | ██ | | | | | | | | | |
| ██ | ██ | ██ | ██ | ██ | ██ ██ | ██ ██ | ██ ██ | | ██ | ██ |
| | ██ | | | | | | | | | |
| ██ | ██ | ██ | ██ | ██ | ██ ██ | ██ ██ | | ██ ██ | ██ | ██ |

# EXHIBIT B-60

**CourtCall Debit Ledger for 12/28/2016 through 01/25/2017**

**Debit Account Number CCDA-02-798**

| TRANS DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/10/17 | 2/23/17 | Lyndsey Torp | 8073590 | Los Angeles Superior Court-Central(M-Z) | Judge Rafael Ongkeko (V) | Colocation America, Inc. vs. Mitel Networks Corporation/BC619569 | | $86.00 $0.00 | $86.00 | ($5,801.20) |

Cust Ref # 55928.00004

# EXHIBIT B-61

**CourtCall Debit Ledger for 07/22/2016 through 08/23/2016**     **Debit Account Number CCDA-02-798**

**Attn: Diane Miltimore**
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Tel: (714) 427-7000
Fax: (714) 427-7799

# To make a payment on this account

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

## Payment of any balance is due in full upon receipt of this statement



Cust Ref # 55928.00004

| 8/8/16 | 9/19/16 | David Evans | 7773314 | Orange County Superior Court-Santa Ana | Judge Jamoa A. Moberly | Estate of Loretta H. Beecher/30-2013-00648720 | $86.00 $0.00 | $86.00 | ($6,194.20) |

# EXHIBIT B-62

Invoice No. 916

Invoice for Los Angeles Superior Court documents
either downloaded from the Courthouse News
website or ordered from our L. A. office
(Please make checks payable to Milt Policzer)



Q374901

**Client:**          Snell & Wilmer



**Document ordered McAnelly v. Yamaha BC397174**
**Ordered by:**       Karen Kowing
**Billing reference:**  55928.00004/Jacob Jones
**Date:**             9/28/2016
**Cost:**                                                   $9.50

**Total amount due:**                               **$156.00**

Please remit to:

Milt Policzer
3203 Iroquois Avenue
Long Beach, CA 90808

Accounting Received

OCT 0 4 2016

Snell & Wilmer

| Check Request Approval | |
|---|---|
| Date | 10·04·16 |
| Amount to be Paid | $ 156.00 |
| GL Acct Code | See above |
| Mail to Vendor | ☒ |
| Return to Requestor | ☐ |
| Approved by | |

# EXHIBIT B-63



# Snell & Wilmer
### L.L.P.

Accounting Control
OCT 2 4 2016

## TRAVEL & EXPENSE REPORT

Q384600

| Mark "X" | |
|---|---|
| Partner | ☐ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☒ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| Describe | |

Date: **10-21-16**

Name: **Lyndsey Torp**          Timekeeper #: **4226**      Office: **Orange County**

Client Name: **Mitel Corporation**     Matter Name: **Colocation**

Client and Matter #: **55928.00004**

From (City): **Costa Mesa, CA**        To (City): **Los Angeles, CA**

Start Date: **10-15-16**            End Date: **10-15-16**

## NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | | |
|---|---|---:|
| AUTO MILEAGE ..................................... @ .54   MILE   **78** | | **$42.12** |
| PARKING ........................................................................................... | | **$25.00** |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ..................... | | |
| HOTEL (Original entire hotel bill must be attached) ................................. | | |
| MEALS (All meals including hotel meals) ............................................. | | |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ................................................ | | |
| OTHER _____ | | |
| OTHER _____ | | |
| **TOTAL EXPENSES INCURRED** | | **$67.12** |

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

**Court Appearance**

I certify my expenses are valid and reimbursable     Signature (no facsimiles) _____

## PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM

1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development (Sarlo) or recruiting (Raddatz), they must be pre-approved.
3. If expenditures are for professional development (Varela), they must be preapproved (attach itemized approval form).
4. A detailed explanation of any unusual expenditures must accompany this form.
5. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director (Marrie) before you incur the expense.
6. If billable to a client, use only one client number per report.
7. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
8. Please use ink or computer when filling out this form.
9. All non-billable to a client must be approved by the Executive Director (Marrie).

PLACE ON DASH FACE UP          PLACE ON DASH FACE UP          PLACE ON DASH FACE UP

## Welcome to LA Law Library   RECEIPT

## Display On Dashboard

### Valid Until:

# SATURDAY

# OCT15  2016

# 12:00 AM

AMOUNT: $25.00C

ARRIVAL TIME:10/14/2016  6:43 AM

RECEIPT NR:32194   METER ID :PCI-1

**ENTRY:**
OCT14
6:43 AM
**PAID:**
$25.00

**EXPIRES:**
OCT15
12:00 AM
PCI-1

PLACE ON DASH FACE UP          PLACE ON DASH FACE UP          PLACE ON DASH FACE UP

# EXHIBIT B-64


Q453979

# Snell & Wilmer
—— L.L.P. ——

## TRAVEL & EXPENSE REPORT

Mark "X"

| | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| Describe | |

Date: **September 19, 2017**

Name: **David E. Rogers**     Timekeeper #: **1437**     Office: **Phoenix**

Client Name: **Mitel Networks**     Matter Name: **Colocation Litigation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**     To (City): **Los Angeles, CA**

Start Date: **September 6, 2017**     End Date: **September 6, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ............................................ @ .535    MILE _____ | $0.00 |
| PARKING ......................................................................................................... | $98.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) | $163.20 |
| HOTEL (Original entire hotel bill must be attached) ............................................... | $363.97 |
| MEALS (All meals including hotel meals) ............................................................. | $115.70 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ............................................................ | $97.17 |
| OTHER _____ _____ | |
| OTHER _____ _____ | |

*Accounting Received*

*SEP 2 0 2017*

*Snell & Wilmer*

### TOTAL EXPENSES INCURRED     $838.04

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

**Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.**

I certify my expenses are valid and reimbursable     Signature (no facsimiles) _____

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

# OMNI HOTELS & RESORTS

## los angeles

251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

ROGERS, DAVID

400 E Van Buren
Phoenix, AZ  85004 US

**Room Number:** 1527
**Daily Rate:** 314.10
**Room Type:** KNPV
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 9/6/2017 | 9/7/2017 | XXXXXXXXXXXX7001 | CRP1F1 | PROMOC | 16901204359 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/6/2017 | 1527 | NOE BAR | 1527/2232/22:30/NOE BAR | $85.20 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | PARKING | 229-961 | $49.00 |
| 9/6/2017 | 1527 | ROOM CHARGE | #1527 ROGERS, DAVID | $314.10 |
| 9/6/2017 | 1527 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $43.97 |
| 9/6/2017 | 1527 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $4.71 |
| 9/6/2017 | 1527 | STATE TOURISM ASSESSMENT 0.38% | STATE TOURISM ASSESSMENT 0.38% | $1.19 |
| 9/7/2017 | 1527 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($547.17) |

**TOTAL DUE:**                    $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# EXHIBIT B-65

# Snell & Wilmer
L.L.P.

## TRAVEL & EXPENSE REPORT

Q462281

| Mark "X": | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other | ☐ |
| | Describe |

Date: **10/25/2017**

Name: **David G. Barker**   Timekeeper #: **1694**   Office: **Phoenix**

Client Name: **Colocation**   Matter Name: **Mitel Networks**

Client and Matter #: **55928.00004**

From (City): **Phoenix**   To (City): **Los Angeles, CA**

Start Date: **10/24/2017**   End Date: **10/24/2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | | |
|---|---|---|
| AUTO MILEAGE .................................... @ .535   MILE   **21** | | **$11.24** |
| PARKING ............................................................................ | | **$25.00** |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) .............. | | **$493.96** |
| HOTEL (Original entire hotel bill must be attached) ............................... | | |
| MEALS (All meals including hotel meals) ........................................ | | **$33.16** |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ............................................ | | |
| OTHER   **Uber from airport to S&W Los Angeles office** | | **$54.56** |
| OTHER   **Uber from S&W Los Angeles office to airport** | | **$40.83** |
| TOTAL EXPENSES INCURRED | | **$658.75** |

*Accounting Received*
*OCT 2 5 2017*
*Snell & Wilmer*

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

**Attend deposition of Albert Adhoot.**

I certify my expenses are valid and reimbursable   Signature (no facsimiles) _____

**PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:**
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

Sky Harbor Intl.
Terminal 4

from:    10/24/17 06:36:00
to:      10/24/17 21:52
Amount to pay:      25.00   $
Visa
xxxx xxxx xxxx 5115



Visit us at skyharbor.com/parking

PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545

AREAS USA LAX, LLC.
CALIFORNIA PIZZA KITCHEN
LOS ANGELES INT'L AIRPORT
12181 Karen A                    2
--------------------------------
TBL 70/1                    GST 1
         4100
     24OCT'17  7:06PM
--------------------------------
            BAR
  1CALI COBB          13.99
  1FOUNTAIN SODA        3.49
   FOOD               13.99
   BEVERAGE            3.49
   TAX                1.57
   TOTAL DUE        $19.05
********************************
Tell us how we did and enter to
win 2 round trip airline tickets

   Complete a brief survey at
     www.areasask.com/31126

     Enter code below:
   41000-12181-19241-01174
********************************

  For Guest Service, email:
    guestservice@areas.com
    Or Call 866.820.1178
    # XXXXXXXXXXXX2743
       VISA  04143D
    Auth      19.05

AREAS USA LAX, LLC.
CALIFORNIA PIZZA KITCHEN
LOS ANGELES INT'L AIRPORT

       Customer Copy

   Table #     : 70/1
   Server      : 12181Karen A
Merchant ID : 007542000803113831
   Terminal ID : 215BAR1
Card No.    : XXXXXXXXXXXX2743
   Check No.   : 4100
   EntryMode   : ICC
   Card Type   : VISA
   Trans Type  : SALE
Trans Time  : 10/24/2017 19:30
   Trace No.   : 181283
Reference # : 407297640927
   Auth Code   : 04143D

Application Label: CHASE VISA
   TC: 1DB512A2961D140A
   TVR: 0080008000
   AID: A0000000031010

   Subtotal    : USD 19.05

Tip        : USD  3.50

Total      : USD  22.55

    *SIGNATURE VERIFIED*

  I agree to the terms of my
      credit agreement.

   *** CUSTOMER COPY ***

# EXHIBIT B-66



Q385642

# Snell & Wilmer
————— L.L.P. —————

H ۰V 1 ۶ 20 ۱۶

Mark "X"
Partner ☐
Of Counsel ☐
Counsel ☐
Associate ☐
Paralegal ☐
Other _____ ☐
Describe

## TRAVEL & EXPENSE REPORT

| | | | |
|---|---|---|---|
| Date: | November 11, 2016 | | |
| Name: | David E. Rogers | Timekeeper Initials: DER | Office: PHX |
| Client Name: | Mitel Corporation | Matter Name: Colocation | |
| Client and Matter #: | 55928.00004 | | |
| From (City): | San Jose, CA | To (City): Los Angeles, CA | |
| Start Date: | October 13, 2016 | End Date: October 14, 2016 | |

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

AUTO MILEAGE ........................................ @ $.51 MILE _____     0.00

PARKING ................................................................................................     0.00

AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) .....................     8.00

HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .............................

MEALS (Other than hotel meals) ...............................................................................     0.00

GROUND TRANSPORTATION (car rental, cab, train, tolls, gas)
(Original car rental bill must be attached) ...................................................................     65.00

OTHER _____     0.00

OTHER _____     0.00

#### TOTAL EXPENSES INCURRED     73.00

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

Attend hearing on MMotion to Quash for Lack of Personal Jurisdiction

I certify my expenses are valid and reimbursable          Signature (no facsimiles) _____

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.



OCT 16   TOPA MOUNTAIN WINERY 650000008647177 - OJAI, CA      David E Rogers      $93 38

**AMERICAN EXPRESS**

OCT 13   BELL CAB MANAGEMENT 299358311880 - HAWTHORNE, CA      David E Rogers      $65 00

# EXHIBIT B-67

# Snell & Wilmer
—— L.L.P. ——

**TRAVEL & EXPENSE REPORT**

Q451866

Mark "X"

| | |
|---|---|
| Partner | ☐ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Paralegal | ☐ |
| Other _____ | ☐ |
| Describe | |

Date: August 24, 2017

Name: David E. Rogers    Timekeeper Initials: DER   Office: PHX

Client Name: Mitel Networks    Matter Name: Colocation Litigation

Client and Matter #: 55928.00004

From (City): Phoenix, AZ    To (City): Los Angeles, CA

Start Date: August 21, 2017    End Date: August 22, 2017

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---:|
| AUTO MILEAGE ............................................ @ $.51 MILE | 0.00 |
| PARKING ................................................................................................... | 0.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | 383.05 |
| HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .......... | 419.11 |
| MEALS (Other than hotel meals) ................................................................ | 30.62 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ....................................................................... | 140.69 |
| OTHER _____ | 0.00 |
| OTHER _____ | 0.00 |
| **TOTAL EXPENSES INCURRED** | 973.47 |

Accounting Received
AUG 2 5 2017
Snell & Wilmer

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

Attend 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable    Signature (no facsimiles)

### PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

4813-4722-8228 2

**ORDER ONLINE AT: WWW.UNITEDTAXI.COM**

CAB# _____ DATE: _____ ACCT# _____

METER: _____ OTHER: _____ TOTAL: 70.00

FROM: _____

TO: _____

PASSENGER: _____ DRIVER: _____

CUSTOMER SIGNATURE: _____

---

UNITED TAXI
(800)892-8294
UNITEDTAXI.COM

PASSENGER COPY
CARD RECEIPT
MID: 2042528620
TID: C281954275
CAB#:    0156
DATE: 08/21/2017
ST. TIME:  17:13
END TIME:  17:51
PASS#:       1
TRIP#:   11178
DIST.:  18.03 mi
RATE 1
FARE:   $ 54.15
EXTRA:  $ 4.00
TIP:    $ 0.00
TOTAL:  $ 58.15
CARD#: ****7001
AUTH#:   863332
ENTRY METHOD:
CONTACT CHIP
AID:A0000000250¹
APPL. NAME:
AMERICAN EXPRESS
ATC:      0057
AC:
C82A8C6B4E39F172

RETAIN THIS COPY
FOR STATEMENT
VERIFICATION

THANK YOU
BOOK ONLINE
UNITEDTAXI.COM

---

Yellow Cab
1-800-711-TAXI

DRIVER COPY
CARD RECEIPT
MID: 6043683267
TID: C261052047
DR. ID: 00019124
CAB#:    6407
DATE: 08/22/2017
ST. TIME:  15:40
END TIME:  16:20
PASS#:       1
TRIP#:   14750
DIST.:  20.00 mi
RATE 1
FARE:   $ 60.45
EXTRA:  $ 0.00
TIP:    $ 12.09
TOTAL:  $ 72.54
CARD#: ****7001
AUTH#:   826300
ENTRY METHOD:
CONTACT CHIP
AID:A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:      0059
AC:
86B6C87BBBEB67D5

---

AREAS USA LAX, LLC.
Ford's Filling Station
LOS ANGELES INT'L AIRPORT

Merchant Copy

Table #      : 106/1
Server       : 12103Cristina P
Merchant ID : 007542000803117835
Terminal ID : 077BAR1
Card No.     : XXXXXXXXXXX7001
  Check No.    : 3508
  EntryMode    : ICC
  Card Type    : AMEX
  Trans Type   : SALE
Trans Time : 08/22/2017 17:25
  Trace No.    : 033421
Reference # : 407234128536
Auth Code    : 809756

Application Label: AMERICAN EXPR
  TC: 58FA2DFD15B6034F
  TVR: 0000008000
  AID: A000000025010801

Subtotal    : USD 25.62

Tip         : USD  5.00

Total       : USD 30.62

PLEASE SIGN BELOW

I agree to the terms of my
credit agreement.

*** MERCHANT COPY ***

# EXHIBIT B-68


Q453410

# Snell & Wilmer
L.L.P.   —

## TRAVEL & EXPENSE REPORT

Mark "X"
Partner
Of Counsel   ☐
Counsel   ☐
Associate   ☐
Paralegal   ☐
Other   ☐

Date: _September 13, 2017_

Name: _David E. Rogers_     Timekeeper Initials: _DER_   Office: PHX

Client Name: _Mitel Networks_     Matter Name: _Colocation Litigation_

Client and Matter #: _55928.00004_

From (City): _Phoenix, AZ_     To (City): _Los Angeles, CA_

Start Date: _September 6 2017_     End Date: _September 6, 2017_

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

AUTO MILEAGE .......................................... @ $.51 MILE     0.00

PARKING ....................................................................................................... 0.00

AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... 0.00

HOTEL (Including hotel meals) (Original entire hotel bill must be attached) .............................. 0.00

MEALS (Other than hotel meals) ...................................................................... 0.00

GROUND TRANSPORTATION (car rental, cab, train, tolls, gas)     **Accounting Received**
(Original car rental bill must be attached) ......................................     SEP 13 2017     12.75

OTHER _____     0.00

OTHER _____     **Snell & Wilmer**     0.00

### TOTAL EXPENSES INCURRED     12.75

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

: Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable     Signature (no facsimiles) _David E. Rogers_

## PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM

1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development or recruiting, they must be pre-approved.
3. A detailed explanation of any unusual expenditures must accompany this form.
4. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or executive director before you incur the expense.
5. If billable to a client, use only one client number per report.
6. All reports should be filed within 30 days after completion of trip or date of non-trip expenditure.
7. Please use ink or computer when filling out this form.

**Dolan, Denise**

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Wednesday, September 06, 2017 5:20 PM |
| **To:** | Dolan, Denise |
| **Subject:** | Fwd: Your Wednesday afternoon trip with Uber |
| **Attachments:** | map_10c09dc5-d8cd-4fdf-bbd1-f82ab6858042.png |

Uber For Mitel


Tks

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 6, 2017 at 5:02:45 PM MST
> **To:** <drogers@swlaw.com>
> **Subject: Your Wednesday afternoon trip with Uber**

UBER

# $12.75

⬤ 04:39pm | 608 N. 2nd St. Phoenix, AZ

⬤ 05:02pm | 610 F Sky Harbor Blvd, Phoenix, AZ

# EXHIBIT B-69


Q453979

# Snell & Wilmer
L.L.P.

## TRAVEL & EXPENSE REPORT

Mark "X"
| | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other | ☐ |

Describe

Date: **September 19, 2017**

Name: **David E. Rogers**   Timekeeper #: **1437**   Office: **Phoenix**

Client Name: **Mitel Networks**   Matter Name: **Colocation Litigation**

Client and Matter #: **55928.00004**

From (City): **Phoenix, AZ**   To (City): **Los Angeles, CA**

Start Date: **September 6, 2017**   End Date: **September 6, 2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | |
|---|---|
| AUTO MILEAGE ................................ @ .535   MILE | $0.00 |
| PARKING ................................................................................ | $98.00 |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) | $163.20 |
| HOTEL (Original entire hotel bill must be attached) ................................ | $363.97 |
| MEALS (All meals including hotel meals) ................................ | $115.70 |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ................................ | $97.17 |
| OTHER | |
| OTHER | |
| **TOTAL EXPENSES INCURRED** | **$838.04** |

Accounting Received
SEP 20 2017
Snell & Wilmer

1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

Attend deposition of Corey Kotler and continued 30(b)(6) deposition of Colocation.

I certify my expenses are valid and reimbursable   Signature (no facsimiles)

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:
1. All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2. If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3. If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4. If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5. A detailed explanation of any unusual expenditures must accompany this form.
6. Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7. If billable to a client, use only one client number per report.
8. All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9. Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

```
LA CHECKER CAB
 BOOK ONLINE
 INEEDTAXI.COM
 (800)300-5007
CREDIT CARD SALE
*PASSENGER COPY*
Merchant ID: 173
ENTRY METHOD:
CONTACT CHIP
AID:A00000002501
Application ID:
AMERICAN EXPRESS
ATC:        0060
AC:
358964611BE109BB


TERMINAL    348
DRIVER     5263
CAB        3514
PASSENGERS    1
RATE     9/7/17
START    16:15:23
END      16:54:06
TRIP       1823
STANDARD RATE 1
DIST:    12.29mi
FARE R1   $41.85
EXTRA      $0.00
TOLLS      $0.00
SUB TOTAL $41.85
TIP        $8.37
TOTAL    $50.22
AMEX       7001
AUTH     862528
****************
  THANK YOU
  BOOK ONLINE
 INEEDTAXI.COM
 (800)300-5007
```

```
*** IN ROOM DINING ***
VISIT OUR RESTAURANTS & LOUNGE
3RD FLOOR NOE LOUNGE OPEN AT 3PM
770 Sonia
---------------------------------
1527/1      2094      GST
1
      SEP07'17 10:07AM
---------------------------------
1 One egg              6.00
1 Bacon                9.00
1 Toast                6.00
  Subtotal            21.00
  15.5% Srvc Chrg      3.26
  Tax                  2.24
  Total Due      $26.50

Gratuity _____ 4.00

Total    _____ 30.50

Room No. _____

Print Name _____

Signature _____
15.5% Service Charge Included
   www.omniroomservice.com
```
Breakfast

```
Yellow Cab
1-800-711-TAXI

DRIVER COPY
CARD RECEIPT
MID: 004368326F
TID: C261049124
DR. ID: 00022134
CAB#:       6621
DATE: 09/08/2017
ST. TIME:  15:26
END TIME:  16:03
PASS#:        1
TRIP#:     25622
DIST:  11.80 mi
RATE 1
FARE:   $ 40.55
EXTRA:  $  0.00
TIP:    $  6.50
TOTAL   $ 46.05
CARD#:  ****7001
AUTH#:    845147
ENTRY METHOD:
CONTACT CHIP
AID:A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:        0061
AC:
1DD0A6C4337649BB

 Thank You
 Call Again
L.A DEPT. TRANSP
1-213-928-9600
```

# EXHIBIT B-70

# Snell & Wilmer

L.L.P.

## TRAVEL & EXPENSE REPORT

Q462281

| Mark "X" | |
|---|---|
| Partner | ☒ |
| Of Counsel | ☐ |
| Counsel | ☐ |
| Associate | ☐ |
| Staff Attorney | ☐ |
| Paralegal | ☐ |
| Other ____ | ☐ |
| | Describe |

Date: **10/25/2017**

Name: **David G. Barker**   Timekeeper #: **1694**   Office: **Phoenix**

Client Name: **Colocation**   Matter Name: **Mitel Networks**

Client and Matter #: **55928.00004**

From (City): **Phoenix**   To (City): **Los Angeles, CA**

Start Date: **10/24/2017**   End Date: **10/24/2017**

### NO EXPENSE REIMBURSEMENT WITHOUT BILLS, INVOICES OR RECEIPTS ATTACHED!

| | | |
|---|---|---|
| AUTO MILEAGE ........................................... @ .535   MILE **21** | | **$11.24** |
| PARKING ................................................................................................................................ | | **$25.00** |
| AIRLINE FARE (Including any agent fees) (Itinerary/invoice must be attached) ...................... | | **$493.96** |
| HOTEL (Original entire hotel bill must be attached) ................................................................ | | |
| MEALS (All meals including hotel meals) .................................................. | | **$33.16** |
| GROUND TRANSPORTATION (car rental, cab, train, tolls, gas) (Original car rental bill must be attached) ................................................................ | | |
| OTHER   **Uber from airport to S&W Los Angeles office** | | **$54.56** |
| OTHER   **Uber from S&W Los Angeles office to airport** | | **$40.83** |
| **TOTAL EXPENSES INCURRED** | | **$658.75** |

*Accounting Received*
*OCT 2 5 2017*
*Snell & Wilmer*

1.  If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2.  Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.

**Attend deposition of Albert Adhoot.**

I certify my expenses are valid and reimbursable   Signature (no facsimiles) _____

**PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE PREPARING THIS FORM:**
1.  All expenditures over $25 must be substantiated by original bills, invoices or receipts.
2.  If expenditures are for client development, they must be pre-approved by the Director of Client Relations.
3.  If expenditures are for recruiting, they must be pre-approved by the Director of Attorney Recruiting & Diversity.
4.  If expenditures are for professional development, they must be pre-approved by the Director of Attorney Development & Resources (attach itemized approval form).
5.  A detailed explanation of any unusual expenditures must accompany this form.
6.  Care must be exercised to avoid any unnecessary expense. If you have any questions about the propriety of the type or amount of expense, please confer with a partner or the Executive Director before you incur the expense.
7.  If billable to a client, use only one client number per report.
8.  All reports should be submitted within 30 days after completion of trip or date of non-trip expenditure.
9.  Please use computer or ink when filling out this form.
10. All non-billable to a client must be approved by the Executive Director.

**Hayes, Kimberly**

| | |
|---|---|
| **From:** | David Barker <dgbarker@gmail.com> |
| **Sent:** | Tuesday, October 24, 2017 11:04 AM |
| **To:** | Hayes, Kimberly |
| **Subject:** | Fwd: Your Tuesday morning trip with Uber |

Uber receipt for LA trip

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** October 24, 2017 at 10:37:05 AM PDT
**To:** barkd6@gmail.com
**Subject: Your Tuesday morning trip with Uber**



# $54.56

Thanks for choosing Uber, David

October 24, 2017 | uberX

09:46am | 116-154 World Way, Los Angeles, CA

10:36am | 385-481 S Grand Ave, Los Angeles, CA



**You rode with David (Bennie)**

| 18.99 | 00:49:39 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

Add a tip

## Your Fare

Trip fare                                                54.56

Subtotal                                                $54.56

CHARGED

$54.56

Personal •••• 2005

Transportation Network Company: Rasier-CA, LLC.



Invite your friends and family. Get a free ride worth up to $15 when you refer a friend to try Uber.

Share code: davidb8040

# UBER

f     🐦     ✉

## Need help?

Tap Help in your app to **contact us** with questions about your trip.

Leave something behind? **Track it down.**

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting

**Hayes, Kimberly**

| | |
|---|---|
| **From:** | David Barker <dgbarker@gmail.com> |
| **Sent:** | Tuesday, October 24, 2017 7:13 PM |
| **To:** | Hayes, Kimberly |
| **Subject:** | Fwd: Your Tuesday evening trip with Uber |

Evening Uber receipt

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** October 24, 2017 at 6:51:34 PM PDT
**To:** barkd6@gmail.com
**Subject: Your Tuesday evening trip with Uber**



# $40.83

Thanks for choosing Uber, David

October 24, 2017 | uberX

06:12pm | 348 S Grand Ave, Los Angeles, CA

06:51pm | 100 World Way, Los Angeles, CA

You rode with Vernell

| 17.85 | 00:38:29 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

Add a tip

## Your Fare

Trip fare                                                     40.83

**Subtotal**                                                  **$40.83**

CHARGED

$40.83

Personal •••• 2005

Transportation Network Company: Rasier-CA, LLC.

2



Invite your friends and family. Get a free ride worth up to $15 when you refer a friend to try Uber.

Share code: davidb8040

# UBER

f  🐦  ✉

**Need help?**

Tap Help in your app to **contact us** with questions about your trip.

Leave something behind? **Track it down.**

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting

# EXHIBIT B-71



# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | 7-6-2016 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 605.85 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation America |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐  **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

Filing of Motion to Quash - First Appearance Fee and courtesy copy delivery

*Accounting Received*

*JUL 0 7 2016*

*Snell & Wilmer*

**Special Instructions: 3 lines maximum**

**Return To:**  **Office:** Select....

**Mail To: 5 lines maximum**

One Legal
504 Redwood Blvd.,
Suite 223
Novato, CA 94947

**New Vendor – Federal ID or SSN: 2 lines maximum**

| | | | | |
|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** Orange County |
| **Prepared By:** | Sandi M | | | |
| **Approved By:** | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| Client development and business memberships | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

# ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| | |
|---|---|
| **Date** | 7/1/2016 |
| **Acct. No.** | 0001218 |
| **Invoice #** | 10632972 |
| **Due Date** | 8/15/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:      10392435

Firm Contact:    Lyndsey Torp

Filer Name:       Sandi Martinez

Billing Code:      55928.00004

Case Number:   BC619569

Plaintiff:            COLOCATION AMERICA, INC.

Defendant:       MITEL NETWORKS CORPORATION, et al,

Documents:      Mitel Network Corporation's Notice of Motion and Motion to Quash
Service of Process for Lack of Personal Jurisdiction
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Court Filing Fee** | **435.00** |
| **Court Filing Copy Charge** | **7.00** |
| **Court Filing Service Fee, 26 - 50 Pages** | **97.95** |
| **Urgent Service - Court Filing** | **50.95** |
| **Courtesy Copy with Filing Service** | **14.95** |
| **Convenience Fee** | **11.31** |
| **Convenience Fee Waived** | **(11.31)** |

|  |  |
|---|---|
| **Total** | **$605.85** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| | |
|---|---|
| **Balance Due** | **$605.85** |

# EXHIBIT B-72

Help | My Profile | Contact Us | Log

Home   My Profile   Account Activity

〉 **Transaction Summary**

## TRANSACTION SUMMARY

ANDREA BRYANT • XXXX-XXXX-0302-2414 (Active) • Active Cards • 600 ANTON BLVD SUITE 1400 - SUITE 1400 • COSTA MESA, CA 926267689

SEARCH CRITERIA                    Advanced Search

○ Reporting Cycle:

● Date Range:   From:   06/07/2016

                To:     07/07/2016

Date Type:            Posting Date

Data available starting: 07/07/2013        Search

| | |
|---|---|
| Transaction Amount: | to |
| Tax Amount: | to |
| Transaction Category: | -Transaction Category- |
| Transaction Reference Number: | |
| Status: | Not Reviewed And Not Approved |
| Acquirer Reference Number: | |
| Merchant Name: | |
| Disputed Transactions Only: | ☐ |
| Addendum Type: | All |
| Transaction Type: | All |

Merchant Category: -Merchant Category-

## SEARCH RESULTS

Expand All | Collapse All

Search Total: 695.53

Page 1 of 1     Page     Go

| Detail | Reviewed | Approved | Posting Date | Transaction Date | Description | Transaction Amount | Tax Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | 06/29/2016 | 06/27/2016 | L A SUPERIOR COURT 213-8930364, CA -00012 | 60.00 | | |

Page 1 of 1     Page     Go

Expand All | Collapse All                                    Search Total: 695.53

Currently logged in as: ANDREA BRYANT (wilmers, Cardholder)
Last Visit: 07/07/2016

© 1994-2015. MasterCard. All rights reserved. Privacy Policy and Disclosures

# EXHIBIT B-73

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

**Date:** 7-11-2016

**Check Payable To:** One Legal

**Amount:** 49.95      **Check Needed By:**

**Client Name:** Mitel Networks      **Matter Name:** Colocation America

**C/M # or GL Code** 55928.00004      **Timekeeper #:** 4226

**Charge Firm** ☐      **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**
Notice of Continuance  Invoice # 10638548

**Special Instructions: 3 lines maximum**

*Accounting Received*
*JUL 1 2 2016*
*Snell & Wilmer*

**Return To:**      **Office:** Select....

**Mail To: 5 lines maximum**
One Legal
504 Redwood Blvd.,
Suite 223
Novato, CA 94947

**New Vendor – Federal ID or SSN: 2 lines maximum**

**Timekeeper:** Lyndsey Torp      **Timekeeper #:** 4226      **Office:** Orange County

**Prepared By:** Sandi M

**Approved By:**

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| Client development and business memberships | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

Q360949

# ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 7/10/2016 |
|------|-----------|
| Acct. No. | 0001218 |
| Invoice # | 10638548 |
| Due Date | 8/24/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:    10402553

Firm Contact:   Lyndsey Torp

Filer Name:     Sandi Martinez

Billing Code:   55928.00004

Case Number: BC619569

Plaintiff:      COLOCATION AMERICA, INC.

Defendant:      MITEL NETWORKS CORPORATION, et al,

Documents:    Notice of Continuance and Department Change for Hearing on Motion
to Quash Service of Process for Lack of Personal Jurisdiction
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|------|--------|
| **Court Filing Service Fees** | 49.95 |
| **Total** | **$49.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| **Balance Due** | **$49.95** |

# EXHIBIT B-74



Q319603

# Snell & Wilmer
### L.L.P.



## REQUEST FOR CHECK DISBURSEMENT

| | |
|---|---|
| **Date:** | 8-2-16 |
| **Check Payable To:** | State Bar of California |
| **Amount:** | 50.00 |
| **Client Name:** | Mitel Networks |
| **C/M # or GL Code** | 55928.00004 |

| | |
|---|---|
| **Check Needed By:** | 8-2-16 |
| **Matter Name:** | Colocation |
| **Timekeeper #:** | |

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Fee for State Bar of California for Pro Hac Vice Motion

**Special Instructions:**
**3 lines maximum**

**Return To:** Sandi M          **Office:** Orange County

**Mail To:**
**5 lines maximum**

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

**Timekeeper:** Lyndsey Torp          **Timekeeper #:** 4226     **Office:** Orange County

**Prepared By:** Sandi Martinez

**Approved By:** _____

<u>Notes:</u>
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses........................................... | Director of Attorney Development & Resources |
| Bar Exams.................................................................................... | Director of Attorney Recruiting & Diversity |
| Client development and business memberships................................. | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events ................................................ | Per the CLE form |
| Contributions .............................................................................. | Executive Director |
| Legal publications and research ..................................................... | Director of Attorney Development & Resources |
| Office expenses............................................................................. | Director of Administration |
| Technology .................................................................................. | Director of Information Technology |
| All other expenses........................................................................ | Executive Director |

| Payee: | State of California | | | | | | Check #: | 83806 |
| Vendor ID: | 00639 | | 55928.00004_S. Martinez | | | | Check Date: | Aug 02/16 |

| Invoice Num | Invoice Date | Reference | | Invoice Amount | Discount Taken | Payment Amt |
|---|---|---|---|---|---|---|
| 080216 | Aug 02/16 | | | $50.00 | $0.00 | $50.00 |
| | | | Totals: | $50.00 | $0.00 | $50.00 |

# EXHIBIT B-75



| ACCT. NUMBER:  5567 0879 0005 3167 | SNELL & WILMER |
| --- | --- |

## INDIVIDUAL CARDHOLDER ACTIVITY

### Purchasing Activity

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
| --- | --- | --- | --- | --- |
| 08-04 | 08-02 | 85450786216118000173393 | L A SUPERIOR COURT 213-8930364 CA | 500.00 |

Continued on next page

# EXHIBIT B-76



Q368318



L.L.P.

## :EQUEST FOR CHECK DISBURSEMENT

**Date:** 8-19-16

**Check Payable To:** One Legal

**Amount:** 64.70   **Check Needed By:**

**Client Name:** Mitel Networks   **Matter Name:** Colocation

**C/M # or GL Code** 55928.00004   **Timekeeper #:**

**Charge Firm** ☐   **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**
Filing of Pro Hac Vice

**Accounting Received**

**AUG 2 3 2016**

**Special Instructions: 3 lines maximum**

**Snell & Wilmer**

**Return To:**   **Office:** Select....

**Mail To: 5 lines maximum**
One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor – Federal ID or SSN: 2 lines maximum**
26-0259046

**Timekeeper:** Lyndsey Torp   **Timekeeper #:** 4226   **Office:** Orange County

**Prepared By:** Sandi M

**Approved By:**

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| Client development and business memberships | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 8/4/2016 |
|------|----------|
| Acct. No. | 0001218 |
| Invoice # | 10663247 |
| Due Date | 9/18/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:   10456723

Firm Contact:   Lyndsey Torp

Filer Name:   Sandi Martinez

Billing Code:   55928.00004

Case Number:  BC619569

Plaintiff:   COLOCATION AMERICA, INC.

Defendant:   MITEL NETWORKS CORPORATION, et al,

Documents:   Notice of Motion and Motion for Order Granting Pro Hac Vice
Application of David Rogers to Act as Counsel in this Action for Defendant Mitel
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|------|--------|
| **Court Filing Service Fee, 16 - 25 Pages** | 63.95 |
| **Court Filing Copy Charge** | 0.75 |
| | |
| **Total** | **$64.70** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**   **$64.70**

# EXHIBIT B-77

# Snell & Wilmer
### —— L.L.P. ——

## REQUEST FOR CHECK DISBURSEMENT


Q368162

**Date:** 9-1-16

**Check Payable To:** One Legal

**Amount:** 49.95

**Check Needed By:**

**Client Name:** Mitel Networks

**Matter Name:** Colocation

**C/M # or GL Code** 55928.00004

**Timekeeper #:** 4226

**Charge Firm** ☐    **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

Filing of Notice of Ruling

**Special Instructions: 3 lines maximum**

**Return To:**    **Office:** Select....

**Mail To: 5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**Accounting Received**

**SEP 0 2 2016**

**Snell & Wilmer**

**New Vendor – Federal ID or SSN: 2 lines maximum**

26-0259046

**Timekeeper:** Lyndsey Torp    **Timekeeper #:** 4226    **Office:** Orange County

**Prepared By:** Sandi M

**Approved By:**

<u>Notes:</u>
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| Client development and business memberships | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |


ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 8/31/2016 |
|---|---|
| Acct. No. | 0001218 |
| Invoice # | 10687622 |
| Due Date | 10/15/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:     10514283

Firm Contact:   Lyndsey Torp

Filer Name:     Sandi Martinez

Billing Code:   55928.00004

Case Number: BC619569

Plaintiff:         COLOCATION AMERICA, INC.

Defendant:      MITEL NETWORKS CORPORATION, et al,

Documents:     Notice of Ruling on Application of David Rogers for Admission as
Counsel Pro Hac Vice

Court Branch:  Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Court Filing Service Fees** | **49.95** |

|  | **Total** | **$49.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.5% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| **Balance Due** | **$49.95** |
|---|---|

**EXHIBIT B-78**

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEMENT

Q368159

| | | | |
|---|---|---|---|
| **Date:** | 9-1-16 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 49.95 | **Check Needed By:** | |
| **Client Name:** | Mitel Networks | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐   Explain: _____

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

Filing of Notice of Ruling

**Special Instructions: 3 lines maximum**

**Return To:**   **Office:** Select....

**Mail To: 5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**Accounting Received**

~~SEP 0 2 2016~~

**Snell & Wilmer**

**New Vendor – Federal ID or SSN: 2 lines maximum**

26-0259046

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi M | | | | |
| **Approved By:** | | | | | |

## Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................................. | Director of Attorney Development & Resources |
| Bar Exams............................................................................................. | Director of Attorney Recruiting & Diversity |
| Client development and business memberships....................................... | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events .................................................. | Per the CLE form |
| Contributions ........................................................................................ | Executive Director |
| Legal publications and research............................................................. | Director of Attorney Development & Resources |
| Office expenses...................................................................................... | Director of Administration |
| Technology ............................................................................................ | Director of Information Technology |
| All other expenses ................................................................................. | Executive Director |



ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 8/31/2016 |
|---|---|
| Acct. No. | 0001218 |
| Invoice # | 10687621 |
| Due Date | 10/15/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:     10514270

Firm Contact:   Lyndsey Torp

Filer Name:     Sandi Martinez

Billing Code:    55928.00004

Case Number:  BC619569

Plaintiff:          COLOCATION AMERICA, INC.

Defendant:      MITEL NETWORKS CORPORATION, et al,

Documents:     Case Management Statement

Court Branch:  Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Court Filing Service Fees** | **49.95** |

| | Total | **$49.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

|  | **Balance Due** | **$49.95** |
|---|---|---|

# EXHIBIT B-79



Q372440

ell & Wilmer

L.L.P.

**· FOR CHECK DISBURSEMENT**

| | |
|---|---|
| **Date:** | 9-9-16 |
| **Check Payable To:** | One Legal |
| **Amount:** | 137.35 |
| **Client Name:** | Mitel Network |
| **C/M # or GL Code** | 55928.00004 |

**Check Needed By:** _____

**Matter Name:** Colocation

**Timekeeper #:** 4226

**Charge Firm** ☐  **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice: 5 Lines maximum**

Filing of Stipulation to Continue Motion

**Special Instructions: 3 lines maximum**

**Return To:** **Office:** Select....

**Mail To: 5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor – Federal ID or SSN: 2 lines maximum**

26-0259046

**Timekeeper:** Lyndsey Torp  **Timekeeper #:** 4226  **Office:** Orange County

**Prepared By:** Sandi M

**Approved By:** _____

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses.......................................... | Director of Attorney Development & Resources |
| Bar Exams.......................................................................................... | Director of Attorney Recruiting & Diversity |
| Client development and business memberships................................... | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events ................................................. | Per the CLE form |
| Contributions..................................................................................... | Executive Director |
| Legal publications and research......................................................... | Director of Attorney Development & Resources |
| Office expenses.................................................................................. | Director of Administration |
| Technology ........................................................................................ | Director of Information Technology |
| All other expenses ............................................................................. | Executive Director |

 ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 9/5/2016 |
|---|---|
| Acct. No. | 0001218 |
| Invoice # | 10691665 |
| Due Date | 10/20/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:   10519692

Firm Contact:   Lyndsey Torp

Filer Name:   Sandi Martinez

Billing Code:   55928.00004

Case Number: BC619569

Plaintiff:   COLOCATION AMERICA, INC.

Defendant:   MITEL NETWORKS CORPORATION, et al,

Documents:   Stipulation to Continue Hearing on Defendant Mitel Networks
Corporation's Motion to Quash
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Courtesy Copy with Filing Service** | **14.95** |
| **Urgent Service - Court Filing** | **50.95** |
| **Court Filing Fee** | **20.00** |
| **Court Filing Copy Charge** | **1.50** |
| **Court Filing Service Fees** | **49.95** |
| **Convenience Fee** | **0.52** |
| **Convenience Fee Waived** | **(0.52)** |

|  | **Total** | **$137.35** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**   **$137.35**

# EXHIBIT B-80



**ell & Wilmer**
L.L.P.

**ST FOR CHECK DISBURSEMENT**

Q372418

| | | | |
|---|---|---|---|
| **Date:** | 9-9-16 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 49.95 | **Check Needed By:** | |
| **Client Name:** | Mitel Network | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐    **Explain:**

**Charge Personal** ☐

**Description of
Payment/Invoice:
5 Lines maximum**

Filing of Notice of Entry of Order

**Special Instructions:
3 lines maximum**

**Return To:**     **Office:** Select....

**Mail To:
5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor –
Federal ID or SSN:
2 lines maximum**

26-0259046

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi M | | | | |
| **Approved By:** | | | | | |

Notes:
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................................... | **Director of Attorney Development & Resources** |
| Bar Exams ......................................................................................... | **Director of Attorney Recruiting & Diversity** |
| Client development and business memberships......................................... | **Director of Client Services** |
| CLE, conferences, professional memberships, seminars and other | |
| professional development events ..................................................... | **Per the CLE form** |
| Contributions.................................................................................... | **Executive Director** |
| Legal publications and research ........................................................... | **Director of Attorney Development & Resources** |
| Office expenses.................................................................................. | **Director of Administration** |
| Technology ....................................................................................... | **Director of Information Technology** |
| All other expenses............................................................................. | **Executive Director** |



ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 9/5/2016 |
| --- | --- |
| Acct. No. | 0001218 |
| Invoice # | 10691667 |
| Due Date | 10/20/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:     10521347

Firm Contact:   Lyndsey Torp

Filer Name:      Sandi Martinez

Billing Code:    55928.00004

Case Number:  BC619569

Plaintiff:          COLOCATION AMERICA, INC.

Defendant:      MITEL NETWORKS CORPORATION, et al,

Documents:      Notice of Entry of Order Granting Pro Hac Vice

Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
| --- | --- |
| **Court Filing Service Fees** | **49.95** |

| | Total | **$49.95** |
| --- | --- | --- |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| **Balance Due** | **$49.95** |
| --- | --- |

# EXHIBIT B-81



**Q372412**

## ell & Wilmer
L.L.P.

### REQUEST FOR CHECK DISBURSEMENT

| | | | |
|---|---|---|---|
| **Date:** | 9-9-16 | | |
| **Check Payable To:** | One Legal | | |
| **Amount:** | 100.90 | **Check Needed By:** | |
| **Client Name:** | Mitel Network | **Matter Name:** | Colocation |
| **C/M # or GL Code** | 55928.00004 | **Timekeeper #:** | 4226 |

**Charge Firm** ☐   **Explain:**

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Filing of Reply to Motion to Quash

**Special Instructions:**
**3 lines maximum**

**Return To:**   **Office:** Select....

**Mail To:**
**5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

26-0259046

| | | | | | |
|---|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** | 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi M | | | | |
| **Approved By:** | | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses | Director of Attorney Development & Resources |
| Bar Exams | Director of Attorney Recruiting & Diversity |
| Client development and business memberships | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events | Per the CLE form |
| Contributions | Executive Director |
| Legal publications and research | Director of Attorney Development & Resources |
| Office expenses | Director of Administration |
| Technology | Director of Information Technology |
| All other expenses | Executive Director |

ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 9/7/2016 |
|---|---|
| Acct. No. | 0001218 |
| Invoice # | 10693040 |
| Due Date | 10/22/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:     10517044

Firm Contact:   Lyndsey Torp

Filer Name:     Sandi Martinez

Billing Code:   ~~99999.00000~~ 69918.0000

Case Number:  CV2015-013591

Plaintiff:        Braap, LLC, et al.

Defendant:      Powerstick, Inc., et al.

Documents:     Subpoena for Production of Business Records in Action Pending
outside of Caliornia
Court Branch:  Superior Court of California, San Diego County

Target:

**Served:          Non-Service**

**Serve Info:**
Ray Miller, Pacific CAD Design
2202 River Run Drive, Suite 10
San Diego CA 92108

| Item | Amount |
|---|---|
| **Process Serving Attempts - Same-Day** | **115.95** |

| | Total | **$115.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

| | Balance Due | **$115.95** |
|---|---|---|

# EXHIBIT B-82

# Snell & Wilmer
L.L.P.

## REQUEST FOR CHECK DISBURSEME[...]

Q374297

| | |
|---|---|
| **Date:** | 9-28-16 |
| **Check Payable To:** | One Legal |
| **Amount:** | 49.95 |

**Check Needed By:** _____

| | |
|---|---|
| **Client Name:** | Mitel Networks |

**Matter Name:** Colocation

| | |
|---|---|
| **C/M # or GL Code** | 55928.00004 |

**Timekeeper #:** 4226

**Charge Firm** ☐    **Explain:** _____

**Charge Personal** ☐

**Description of Payment/Invoice:**
**5 Lines maximum**

Filing of Response to Sur-Reply

**Special Instructions:**
**3 lines maximum**

**Return To:**    **Office:** Select....

**Mail To:**
**5 lines maximum**

One Legal
504 Redwood Blvd., Suite 223
Novato, CA 94947

**New Vendor –**
**Federal ID or SSN:**
**2 lines maximum**

26-0259046

Accounting Received
SEP 29 2016
Snell & Wilmer

| | | | | |
|---|---|---|---|---|
| **Timekeeper:** | Lyndsey Torp | **Timekeeper #:** 4226 | **Office:** | Orange County |
| **Prepared By:** | Sandi M | | | |
| **Approved By:** | | | | |

**Notes:**
1. If not chargeable to a client (and would otherwise be charged), provide an explanation as to why the firm is paying the expense.
2. Any meal expenditures (other than if it is for you alone), whether charged to the client or to the firm, must include the names of the guests and business affiliation, and the restaurant location. If the information is not provided, the reimbursement request will be returned to you.
3. Firm expenses must be pre-approved as follows:

| Category | Approval By |
|---|---|
| Bar dues and non-billable court expenses............................................... | Director of Attorney Development & Resources |
| Bar Exams............................................................................................... | Director of Attorney Recruiting & Diversity |
| Client development and business memberships...................................... | Director of Client Services |
| CLE, conferences, professional memberships, seminars and other professional development events ......................................................... | Per the CLE form |
| Contributions.......................................................................................... | Executive Director |
| Legal publications and research............................................................. | Director of Attorney Development & Resources |
| Office expenses....................................................................................... | Director of Administration |
| Technology .............................................................................................. | Director of Information Technology |
| All other expenses.................................................................................. | Executive Director |


ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 9/19/2016 |
|---|---|
| Acct. No. | 0001218 |
| Invoice # | 10703762 |
| Due Date | 11/3/2016 |

Snell & Wilmer
Accounting
600 Anton Blvd.
Suite 1400
Costa Mesa CA 92626-7689

Sales Order:   10550958

Firm Contact:   Lyndsey Torp

Filer Name:   Sandi Martinez

Billing Code:   55928.00004

Case Number: BC619569

Plaintiff:   COLOCATION AMERICA, INC.

Defendant:   MITEL NETWORKS CORPORATION, et al,

Documents:   Mitel Network Corporation's Response to Colocation's Sur-Reply
Based on Defendant's Discovery
Court Branch:   Superior Court of California, Los Angeles County

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Court Filing Service Fees** | **49.95** |

| | Total | **$49.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**      **$49.95**

# EXHIBIT B-83

| Run & Run Date | | | Service Type/Zone | | Allocation Code | Freight Charge |
| Carrier Name | | | Ship/Delivery Date | Billed Weight | Bill Type / Bill of Lading | Misc Charge(s) |
| Account Number/ Invoice Number | Shipper | Consignee | POD Name | Orig Weight | Reference (PO) | Savings Descl Amt |
| | | | Batch Number | Pieces | | |

**55928.00004**

| 201636   09/07/2016 | SNELL & WILMER | INFORMATION NOT SUPPLIED | AM - OVERNIGHT / 04 | | 55928.00004 | $34.64 |
| FEDERAL EXPRESS CORP | MAILROOMPHX*DAVID ROGERS | DAVID ROGERS | 08/30/16 - 08/31/16 11:48   7.0  (A) | | PrePaid/ | $4.61 |
| 085006711 / 553502463 | ONE ARIZONA CENTER | 121 SUMMIT LANE | SIGNATURE NOT REQUIRED 0.0 | | 55928.00004/S. PALMER | $0.00 |
| 678671676390 | PHOENIX, AZ 85004 US | SANTA BARBARA, CA 93108 US | N/A   1 | | | $39.25 |

| 201636   09/07/2016 | SNELL & WILMER | INFORMATION NOT SUPPLIED | AM - OVERNIGHT / 02 | | 55928.00004 | $9.79 |
| FEDERAL EXPRESS CORP | LYNDSEY TORP | DEBORAH PERLMAN | 08/26/16 - 08/29/16 10:15   1.0  (A) | | PrePaid/ | $0.24 |
| 111617392 / 553507343 | 600 ANTON BLVD.  SUITE 1400 | 26040 ACERO | D.PERLMAN   1.0 | | 55928.00004 | $0.00 |
| 777092795309 | COSTA MESA, CA 92626 US | MISSION VIEJO, CA 92691 US | N/A   1 | | | $10.03 |

**55928.00004 Totals**

|  |  |  | Freight Charge | $44.43 |
|  |  |  | Misc Charge(s) | $4.85 |
|  |  |  | Savings Amt | $0.00 |
|  |  |  | Amount Due Carrier | $49.28 |


data ε logistics

6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name: Tony Kelly
Phone:

SNELL AND WILMER LLP
Page 15 of 21

Run: 201636
Printed: 9/8/2016  2:37 41PM
Report: rfmpdetail-noclaim.rpt

# EXHIBIT B-84

| Run & Run Date Carrier Name Account Number/ Invoice Number Shipment Number | Shipper Address | Consignee Address | Service Type/Zone Ship/Delivery Date POD Name Batch Number | Billed Weight Orig Weight Pieces | Allocation Code Bill Type / Bill of Lading Reference (PO) | Freight Charge Misc Charge(s) Savings Desc/ Amt Amount Due |
|---|---|---|---|---|---|---|

**55928.00004**

| 201640   10/03/2016 FEDERAL EXPRESS CORP 111617392 / 556386180 777333601595 | SNELL & WILMER LYNDSEY TORP 600 ANTON BLVD.  SUITE 1400 COSTA MESA, CA 92626 US | PERLMAN LAW DEBORAH PERLMAN  ESQ. 26040 ACERO MISSION VIEJO, CA 92691 US | AM - OVERNIGHT / 02 09/27/16 - 09/28/16 02:21 D.PEARLMAN N/A | 1.0  (A) 1.0 1 | 55928.00004 PrePaid/ 55928.00004 | $9.79 $0.20 $0.00 $9.99 |

**55928.00004 Totals**

|  |  |  |  |  |  Freight Charge Misc Charge(s) Savings Amt Amount Due Carrier | $9.79 $0.20 $0.00 $9.99 |



6056 South Fashion Square Dr
Salt Lake City UT, 84107

Contact Name Tony Kelly
Phone

SNELL AND WILMER LLP
Page 11 of 16

Run: 201640
Printed: 10/4/2016  6:13:19PM
Report: rtmpdetail-noclaim rpt

# EXHIBIT B-85

**ACCOUNTING CHARGEBACK REPORT for 55928.00004**



Project: **M062917**              Requestor: **Crolev, Danielle**              Client: **Mitel Networks**

Date: **6/29/2017**              Extension: **6478**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion      TIFF → PDF | 0.05/Pg | 182 | $9.10 |
| Native File Conversion/PDF/TIFF | 0.05/Pg | | |
| File Conversion Per Gig | 425/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | 182 | $4.55 |
| OCR Text Files | 0.025/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 0.23 | $11.50 |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

Notes:                                                                 Total:      **$25.15**

**ACCOUNTING CHARGEBACK REPORT for  55928.00004**



Project: **MN071717**          Requestor: **DeGarmo, Justin**          Client: **Mitel Networks**

Date: **7/17/2017**          Extension: **6083**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion          TIFF → PDF | 0.05/Pg | 671 | $33.55 |
| Native File Conversion/PDF/TIFF | 0.05/Pg | | |
| File Conversion Per Gig | 425/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | 671 | $16.78 |
| OCR Text Files | 0.025/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | | |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

Notes:                                                      Total:    **$50.33**

## ACCOUNTING CHARGEBACK REPORT for  55928.00004


**Novitex**
ENTERPRISE SOLUTIONS

Project: **MN090517**     Requestor: **Crolev, Danielle**     Client: **Mitel Networks**

Date: **9/5/2017**     Extension: **6478**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | | Unit Price: | Quantity: | Cost: |
|---|---|---|---|---|
| Image File Conversion | PDF → TIFF | 0.05/Pg | 1033 | $51.65 |
| Native File Conversion/PDF/TIFF | | 0.05/Pg | | |
| File Conversion Per Gig | | 425/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | | |
| OCR Text Files | 0.025/Pg | 1033 | $25.83 |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 0.47 | $23.50 |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

Notes:     Total: **$100.98**

ACCOUNTING CHARGEBACK REPORT for  55928.00004


Novitex
ENTERPRISE SOLUTIONS

Project: **MNC060917**          Requestor: **Zachow, Maureen**          Client: **Mitel Networks**

Date: **6/19/2017**          Extension: **6829**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion | 0.05/Pg | | |
| Native File Conversion/PDF/TIFF | 0.05/Pg | | |
| File Conversion Per Gig | 425/GB | 3.67 | $1,559.75 |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | | |
| OCR Text Files | 0.025/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 17.76 | $888.00 |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

Notes:                                                        Total:    **$2,447.75**

## ACCOUNTING CHARGEBACK REPORT for 55928.00004



| | | |
|---|---|---|
| Project: **MNC062117** | Requestor: **Zachow, Maureen** | Client: **Mitel Networks** |
| Date: **6/21/2017** | Extension: **6829** | |

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion | 0.05/Pg | | |
| Native File Conversion/PDF/TIFFNative Links Provided | 0.05/Pg | 1860 | $93.00 |
| File Conversion Per Gig | 425/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | | |
| OCR Text Files | 0.025/Pg | 1860 | $46.50 |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | 1.36 | $68.00 |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

| | | |
|---|---|---|
| Notes: | Total: | **$207.50** |

## ACCOUNTING CHARGEBACK REPORT for  55928.00004


**Novitex**
ENTERPRISE SOLUTIONS

Project: **MNC062917**          Requestor: **Croley, Danielle**          Client: **Mitel Networks**

Date: **6/29/2017**          Extension: **6478**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion        TIFF → PDF | 0.05/Pg | 448 | $22.40 |
| Native File Conversion/PDF/TIFF | 0.05/Pg | | |
| File Conversion Per Gig | 425/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | 448 | $11.20 |
| OCR Text Files | 0.025/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |
| Data Extract Per Gig | 200/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | | |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | | |
| Labor Credit | -21.54/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

| | | Total: | **$33.60** |
|---|---|---|---|

Notes:

# EXHIBIT B-86

**ACCOUNTING CHARGEBACK REPORT for  55928.00004**



Project: **MITEL042018**    Requestor: **Crolev, Danielle**    Client: **Mitel Networks**

Date: **4/20/2018**    Extension: **6478**

| Scanning | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Straight Feed | 0.06/Pg | | |
| B&W Light Litigation | 0.09/Pg | | |
| B&W Medium Litigation | 0.11/Pg | | |
| B&W Heavy Litigation | 0.13/Pg | | |
| B&W Glass Work | 0.16/Pg | | |
| Color Standard | 0.105/Pg | | |
| Color Glass Work | 0.39/Pg | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Image File Conversion | 0.05/Pg | | |
| Native File Conversion/PDF/TIFF | 0.05/Pg | | |
| File Conversion Per Gig | 325/GB | | |

| OCR | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Searchable PDF | 0.025/Pg | | |
| OCR Text Files | 0.025/Pg | | |

| Document / Page Modifications | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Document Unitization (Breaks/Bookmarks) | 0.1/Doc | | |
| Document Naming | 0.25/Doc | | |
| Bates / Annotations | 0.005/Pg | | |

| Data Extraction | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Data Extract Per Hour | 37/Hr | | |

| File Conversion | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Search Term Processing | 55/GB | | |

| Media Creation / Duplication | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| CD Burn | 10/Ea | | |
| DVD Burn | 15/Ea | | |
| Data Copy (Hard Drive) | | | |

| Printing | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| B&W Standard Print | 0.05/Pg | 2743 | $137.15 |
| B&W 11x17 Print | 0.06/Pg | | |
| Color Standard Print | 0.39/Pg | | |
| Color 11x17 Print | 0.5/Pg | | |

| Labor | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| General Labor - SPLT | 50/Hr | | |
| Labor Credit | -22.18/Hr | | |
| Overtime - SPLT | 75/Hr | | |
| Overtime - CSA | 31.67/Hr | | |
| Overtime - TL | 34.21/Hr | | |

| Misc. | Unit Price: | Quantity: | Cost: |
|---|---|---|---|
| Flat Fee | | | |

**ACCOUNTING CHARGEBACK REPORT for  55928.00004**



Notes:                                                                      Total:        **$137.15**