# EXHIBIT RF2

## Legend to Following Spread Sheet of MNC's Costs

**Description of Colocation's Objection**

1 =   violation of LRCiv Rule 54.1(a) for failure to file Bill of Costs with supporting documentation
2 =   violation of LRCiv Rule 54.2( e) (2) for failure to include description or explanation
3 =   violation of LRCiv Rule 54.2( e)(3) for failure to attach supporting invoices and receipts
4 =   no legal authority for such non-taxable costs
5 =   related to claims against the individuals

**Description of MNC's Reply**

N =   Incorrect and unsupported allegation of being related to the individual defendants or failure to comply with LRCiv Rule 54, or no legal authority
NI =  Incorrect except for the amount noted and withdrawn from consideration

# EXHIBIT RF2

## Defendant's Costs

| Description | Amount | Objection | MNC's Reply |
|---|---|---|---|
| Filing fees | $572.75 | 1 | N |
| Meals | $182.00 | 1 | N |
| Transcripts | $6,231.19 | 1 | N |
| Fedex/UPS | $175.62 | 3,4 | N |
| Postage | $24.45 | 3,4 | N |
| Messenger - Outside Service | $70.41 | 3,4 | N |
| Outside Copies | $68.50 | 3,4 | N |
| Service of Process | $1,355.42 | 1 | N |
| Misc Travel | $151.43 | | N |
| Witness Fee | $200.00 | 1 | N |
| Hotels | $1,562.20 | 1 | N |
| Business Meals | $31.24 | 1 | N |
| Research | $305.32 | 2,3 | N |
| Transcripts of Proceedings | $617.80 | 1 | N |
| Deposition Fees | $67.50 | 1 | N |
| Litigation Support | $400.00 | 3,4 | N |
| Investigations | $5,975.25 | 2,3,4,5 | NI[1] |
| Video Transcript | $888.30 | 1 | N |
| Courier Services | $536.52 | 2,3,4 | N |
| Airfare | $1,423.81 | 1 | N |
| Delivery Charges | $13.89 | 2,3,4 | N |
| Pacer Service | $28.40 | 1,5 | N |
| WestLaw Research | $11,645.00 | 2 | N |
| Color Copies | $491.90 | 4 | N |
| Courtcalls | $374.00 | 2,3,4 | N |
| Faxes | $43.50 | 4 | N |
| Online Research | $9.50 | 2 | N |
| Parking | $148.00 | 1 | N |
| Ground Transportation | $411.00 | 2 | N |
| Imaging | $3,002.46 | 1 | N |
| **TOTAL** | **$37,007.36** | | |

---

[1] $1,952.25 was for serving Kotler and his wife with the First Amended Complaint.  *See* Docs. 51 and 52.

4833-0200-6638.1

2