# EXHIBIT D

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. | No. CV-17-00421-PHX-NVW <br><br> **Declaration of David E. Rogers in Support of Defendants' Motion for Fees and Costs (Doc. 100)** |
| Mitel Networks Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife, <br><br> Counterdefendants. | |

I, David E. Rogers, declare as follows:

1. I am the lead counsel for Defendants Mitel Networks Corporation ("MNC") in this action. I make this declaration based on my personal knowledge.

2. <u>Fee Agreement</u>. There is no written fee agreement between MNC and Snell & Wilmer for this lawsuit, but attached as Exhibit 2A to Doc. 100 is a redacted copy of the 2008 engagement letter. Under the fee arrangement between MNC and Snell & Wilmer, MNC must pay all billed fees and costs. The fee arrangement is neither fixed nor contingent. Snell & Wilmer's attorneys'/paraprofessionals' fees are billed to MNC on an hourly-rate basis, with each hourly rate dependent upon the particular attorney/paraprofessional performing the work.

3. <u>Reasonableness of Rates</u>. The billing rates for each attorney and paraprofessional who rendered services in this lawsuit are set forth in Exhibit 2B to Doc. 100. Their respective hourly rates range from $110 to $630. The billing rates for each individual attorney and paraprofessional were established by Snell & Wilmer by taking into account each individual's education, skill, experience, and training.

4. The attorney/paraprofessional selected to perform a particular task is based on the nature of the task, and the experience/knowledge of the attorney/paraprofessional.

5. <u>Reasonableness of Time Spent and Expenses Incurred</u>. I review the fees and costs charged to MNC before each bill is sent to MNC. Exhibit A, hereto includes the fees/costs for preparing Doc. 100 and exhibits thereto. Exhibit A identifies: (a) the lawyers and paraprofessionals who rendered services in connection with Doc. 100; (b) the amount of time expended (measured in tenths of an hour); (c), a description of the tasks performed; and (d) and the total charge for each time entry. Exhibit A also identifies the non-taxable costs related to Doc. 100. I believe that the work performed, the time spent on, and fees/costs charged for, each task in Exhibit A are reasonable.

6. The information in Exhibit A was compiled from actual bills that were prepared by Snell & Wilmer and sent to MNC. Copies of the bills are maintained by Snell & Wilmer in the regular course of business.

7. MNC has not yet paid Snell & Wilmer the fees and costs in Exhibit A. The bill was only recently sent.

8. The attorneys involved in this case have solid reputations in the community and are members of, respectively, the American Bar Association, State Bar of Arizona, and other professional organizations. I am generally familiar with rates charged by other lawyers and paraprofessionals with similar experience, education, and training in the Phoenix area. The counsel of record in this lawsuit are David Rogers (partner) who has 26 years of experience, David Barker (partner), who has 14 years of experience, and Jacob Jones (associate), who has 6 years of experience. Each is an intellectual property lawyer and licensed patent attorney. Each is experienced in litigating contract disputes, and each is in good standing with the Arizona Bar. The rates charged by Snell & Wilmer for the time expended on this matter by the partners, associates, paralegals, and records assistants are customary and consistent with those rates. The billing rates and overall fees in Exhibit A are reasonable and customary for matters of this degree of complexity involving counts for breach of contract and discovery issues.

9. As shown in Exhibit A, MNC's total fees for Doc. 100 were $27,502.50. The total non-taxable costs were $718.25.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2018.

David E. Rogers

4831-8779-3515

EXHIBIT A

| Fees and Costs for Fee Motion (Doc. 100) | | | | | |
|---|---|---|---|---|---|
| Attorney | Description of Legal Services | Date | Hours | Rate | Total |
| Jones, Jacob | Review summary judgment order, analyze and develop strategies relating to same (i.e. fee motion) with D. Rogers, and confirm deadlines triggered by the final judgment entry in connection with | 6/15/2018 | 0.3 | $405 | $121.50 |
| Jones, Jacob | Legal research in support of fee motion, including various grounds supporting fees requested in this case, current applicable standards for fees under A.R.S. 12-341.01 and recent decisional law applying same, and availability of fess for previously-dismissed litigation in respect to identical claims in other jurisdictions, per request from D. | 6/15/2018 | 3.8 | $405 | $1,539.00 |
| Rogers, David E. | Communications regarding settlement; revise and send settlement proposal to Colocation. | 6/19/2018 | 0.5 | $630 | $315.00 |
| Rogers, David E. | Prepare fee motion and review cases by Judge Wake in which fees were granted in Contract cases. | 6/20/2018 | 1.5 | $630 | $945.00 |
| Jones, Jacob | Legal research for D. Rogers on various issues in connection with recovering attorney fees and preparing fee motion, including potential for punitive damages if further lawsuit is filed for fraud against A. Ahdoot and Colocation, analyzing cases in relating to this case, | 6/21/2018 | 2.3 | $405 | $931.50 |
| Jones, Jacob | Additional legal research and analysis in support of fee motion, including A.R.S. 12-341.01, inherent authority, and Section 1927 sanctions, and conferences with D. Rogers concerning same. | 6/22/2018 | 3.4 | $405 | $1,377.00 |
| Rogers, David E. | Continue preparation of fee motion, declaration in support, and review fee and expenses summary related to same (3.0); review prior motions in the case to obtain facts about Colocation's actions warranting sanctions and that required extra work (1.0). | 6/22/2018 | 4.0 | $630 | $2,520.00 |
| Jones, Jacob | Further develop strategies for fee motion per request from D. Rogers. | 6/24/2018 | 0.4 | $405 | $162.00 |
| Jones, Jacob | Further legal research, as requested by D. Rogers, to support various factors for fee reasonableness, under the facts of this case. | 6/25/2018 | 1.3 | $405 | $526.50 |
| Rogers, David E. | Continue review of litigation briefs, case law regarding attorneys' fees, and summary of fees and expenses; prepare Motion for Fees and expenses (5.3); communications with opposing counsel regarding settlement (0.2). | 6/25/2018 | 5.5 | $630 | $3,465.00 |
| Barker, David G. | Work on motion for attorneys' fees, including legal support for the same. | 6/25/2018 | 0.3 | $470 | $141.00 |
| Jones, Jacob | Review and comment on draft fee motion. | 6/26/2018 | 1.5 | $405 | $607.50 |

| Rogers, David E. | Continue review of litigation briefs, case law regarding attorneys' fees, and summary of fees and expenses; prepare Motion for Fees and expenses (5.8); prepare declaration and exhibits in support of Motion (0.7). | 6/26/2018 | 6.5 | $630 | $4,095.00 |
|---|---|---|---|---|---|
| Torp, Lyndsey Ann | Research regarding fees awarded in California state court action and email D. Rogers regarding same. | 6/26/2018 | 1.0 | $515 | $515.00 |
| Rogers, David E. | Continue review of litigation briefs, case law regarding attorneys' fees, and summary of fees and expenses; prepare Motion for Fees and expenses (6.1); prepare declaration and exhibits in support of Motion (1.1). | 6/27/2018 | 7.2 | $630 | $4,536.00 |
| Jones, Jacob | Provide further suggestions and edits to fee motion draft, per request by D. Rogers. | 6/27/2018 | 1.2 | $405 | $486.00 |
| Barker, David G. | Work on issues regarding taxable costs. | 6/27/2018 | 0.2 | $470 | $94.00 |
| Rogers, David E. | Review case materials and prepare Declaration and Exhibits thereto (2.3); continue preparation of Motion for Attorney's fees and add factual citations and citations to record (4.5); legal research regarding obtaining fees and costs for individuals and for California | 6/28/2018 | 7.3 | $630 | $4,599.00 |
| Jones, Jacob | Review and redline revised draft fee motion, per request from D. Rogers. | 6/28/2018 | 1.3 | $405 | $526.50 |
| | **Total Attorney Hours and Fees** | | 49.5 | | $ 27,502.50 |

## COST

| Cost Code | | | Date | Qty | Amt |
|---|---|---|---|---|---|
| 9110 | **Transcripts** | | | | |
| | | VENDOR: Laurie Adams DBA L and D Reporting Inc.; INVOICE#: 20180174; DATE: 6/21/2018 | 6/21/2018 | | $123.25 |
| | | Transcripts | | | $123.25 |
| 9400 | **WestLaw Research** | | | | |
| | | JONES,JACOB Westlaw Legal Research | 6/15/2018 | 47 | $235.00 |
| | | JONES,JACOB Westlaw Legal Research | 6/21/2018 | 37 | $185.00 |
| | | JONES,JACOB Westlaw Legal Research | 6/22/2018 | 35 | $175.00 |
| | | | WestLaw Research | 119 | $595.00 |
| | | | COST TOTAL | | $718.25 |

**United States District Court**  
**Arizona**

Date: 06/21/2018  
Invoice Number: 20180174

To:

Jacob C. Jones, Esq.  
SNELL & WILMER  
400 E. Van Buren Street  
Phoenix, AZ, 85004

Make Checks Payable To:

L and D Reporting, Inc.  
Official US Court Reporter  
EIN / Tax ID: 86-0808117  
23845 N. 59th Avenue  
Glendale, AZ, 85310  
Phone: (623) 221-1243  
Fax: (602) 322-7289  
Email: ladamscrr@gmail.com

Case Details:

Case Number: CV 17-421  
Case Title: Colocation vs. Mitel  
Case Description: Transcript of Proceedings dated 6/13/18-expedited  
Criminal or Civil: Civil

Proceeding Date: Jun 13, 2018  
Judge Hearing Case: NVW

Transcripts:

Date Ordered: Jun 13, 2018  
Date Delivered: Jun 21, 2018

Charges:

| Page Type | Page Count | Rate | Sub-Total |
| --- | --- | --- | --- |
| 14-Day Original | 29 | $4.25 | $123.25 |

Total: $123.25

**Amount Due: $123.25**

Notes

Due Upon Receipt. Accepts Credit Card Transactions

*/s/ L and D Reporting*