# EXHIBIT E

Case 2:17-cv-00421-NVW   Document 111-7   Filed 07/26/18   Page 2 of 6

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
         dbarker@swlaw.com
         jcjones@swlaw.com

*Attorneys for Defendant*
*Mitel Networks Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>    Defendant. | No. CV-17-00421-PHX-NVW<br><br>**Mitel Networks Corporation's Responses to Colocation's First Set of Interrogatories and Objections to Colocation's First Requests for Production of Documents** |

      Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendant responds to Plaintiff's First Set of Interrogatories as follows:

### Definitions

    1.    Unless indicated otherwise, "Colocation," "Plaintiff," "You," or "Your," refers to the Plaintiff Colocation America, Inc., any predecessors or successors, and Plaintiff's agents, representatives, and attorneys.

    2.    "Contract" means the Domain Name Assignment Agreement effective as of March 7, 2016 between Mitel Networks Corporation and You.

### RESPONSES TO INTERROGATORIES

    1.    Please state what assets, rights, and/or intellectual property Defendant acquired in reference to the "Gandalf rights," including but not limited to,

4822-0337-8505.5

|   |   |   |
|---|---|---|
| a. | Domain name |
| b. | Goodwill |
| c. | IPv4 Internet Protocol Addresses |
| d. | Intellectual property rights |

**ANSWER:**

    a.    **The domain name &lt;gandalf.ca&gt;.**
    b.    **Unknown.**
    c.    **Unknown at present.**
    d.    **The domain name &lt;gandalf.ca&gt; and the associated goodwill, if any.**

2. Does Defendant have control over the IPv4 addresses associated with the Gandalf rights?

**ANSWER:**

**Unknown at present, and Defendant believes there is no association between the IPv4 addresses and the domain name &lt;gandalf.ca&gt;. The addresses were owned by a Canadian company called "Gandalf Technologies, Inc." In 1997, a company called "Mitel Corporation" purchased assets from Gandalf through Deloitte & Touche, Inc., appointed receiver for Gandalf's business and assets pursuant to creditor relief in the Ontario Court. Mitel Corporation and Defendant Mitel Networks Corporation are not the same company. In 2001, Mitel Corporation split into two entities by sale of the rights to the name Mitel, and certain of its intellectual property rights. The original Mitel Corporation retained its semiconductor business and was renamed Zarlink Semiconductor Inc. and was later acquired byMicrosemi Semiconductor Corp. The entity that purchased the Mitel name and intellectual property rights from Mitel Corporation would become Defendant, Mitel Networks Corporation. Microsemi and Defendant are unrelated entities. Defendant has not located any agreements that reference IPv4 addresses. Defendant has located a copy of the 2001 agreement between Mitel Corporation and the entity that would become Defendant, Mitel Networks Corporation. The intellectual property transferred to Defendant includes the rights to the Gandalf tradenames which would include the**

&lt;gandalf.ca&gt; domain name, but the 2001 agreement does not reference IPv4 addresses. Defendant is not the listed owner of the IPv4 addresses at issue in ARIN, which is the registry that governs IPv4 addresses. Defendant is not the original party to whom the IPv4 addresses at issue were assigned and under current ARIN rules, the Defendant would be required to execute an ARIN agreement eliminating legacy holders rights, and would not be able to transfer the IPv4 addresses at issue without ARIN review and approval. Defendant would not, and did not, agree to assign rights to IPv4 addresses under the Contract.

1. With regards to defenses raised in ¶¶ 24 through 28 of Defendant's Answer, please state:

    a. The factual basis for each defense;
    b. Any witnesses that have personal knowledge concerning each defense; and
    c. Identify all documents that support each defense.

**ANSWER:**

With respect to paragraph 24, the Contract plainly does not assign any IPv4 addresses to Plaintiff. For example, the Contract states in paragraph A:

A. **Quit Claim**. For good and valuable consideration, payable as more particularly described herein, Mitel hereby agrees to quit claim to INTELLECTUAL PROPERTY PURCHASER any of Mitel's right, title and interest in and to the Domain Name &lt;gandalf.ca&gt; and the registration thereof, together with the goodwill of the business connected with and symbolized by such Domain Name and the associated IPv4 134.22.0.0/16 and any associated trade dress, or other intellectual property intellectual property rights relating thereto, to the extent any such rights exist. The quit claim transfer and assignment shall take effect as set forth herein upon INTELLECTUAL PROPERTY PURCHASER'S making the payment as provided for herein.

With respect to paragraph 25, Plaintiff is equitably estopped from asserting IPv4 addresses were assigned to it because of Plaintiff's unclean hands and

- 3 -

4822-0337-8505.5

1    **publicly available.**

2    5. Produce copies of all documents relied upon to support the allegation in paragraph 19 of the Counterclaim that: "A review of the American Registry for Internet Numbers reveals that the IPv4 addresses at issue are not in MNC's name."

**Response:**

**All extant documents in Defendant's possession or control located after a reasonable search shall be produced. Furthermore, the information is publicly available.**

DATED this 26th day of June, 2017.

                                                               SNELL & WILMER L.L.P.

                                                           By: *s/ David E. Rogers/*
                                                                 David E. Rogers
                                                                 David G. Barker
                                                                 Jacob C. Jones
                                                                 One Arizona Center
                                                                 400 E. Van Buren, Suite 1900
                                                                Phoenix, Arizona  85004-2202

                                                                Attorneys for Mitel Networks Corporation

**Certificate of Service**

I hereby certify that on June 26, 2017, I caused a true and correct copy of the foregoing document to be mailed via United States Express Mail, postage prepaid, to the last known address of Plaintiff's counsel, as follows:

Teresa H. Foster  
Brier, Irish, Hubbard & Erhart, P.L.C.  
2400 East Arizona Biltmore Circle  
Suite 1300  
Phoenix, AZ 85016  
ctfiling@thfosterlaw.com  
Attorney for Plaintiff

*/s/ Jennie A. Nolan*

- 8 -

4822-0337-8505