# EXHIBIT F

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ARIZONA

 3

 4

 5   COLOCATION AMERICA, INC.,        )
                                      )
 6                                    )
                 Plaintiff,           )
 7                                    )
     v.                               )   Case No.
 8                                    )   2:17-cv-00421-NVW
     MITEL NETWORKS CORPORATION,      )
 9                                    )
                                      )
10               Defendant.           )
     _____)
11

12

13            DEPOSITION OF MICHELLE WHITTINGTON

14            30(b)(6) Mitel Networks Corporation

15

16                      Phoenix, Arizona
                     Friday, August 18, 2017
17                          10:10 a.m.

18

19                    CERTIFIED TRANSCRIPT

20

21

22

23                    KATE E. ROUNDY, RPR
                       Certified Reporter
24                  Certificate Number 50582

25
```

1  up in the clouds"?
2      Q.   Oh, like these people's photographs that get
3  stolen out of the cloud?
4      A.   That's exactly what we are talking.
5           So telecommunications that is downloaded to
6  cloud.  In other words, people don't want to have huge
7  rooms full of telephone communication equipment.  They
8  don't want to pay for the switches to be in their offices.
9  So the switch is up in the cloud.  And the desktop works
10 to the cloud.
11     Q.   What's the mobile division?
12     A.   Handsets, mobile telephones.
13     Q.   And do mobile telephones, they also need IPv4
14 addresses?
15     A.   To my understanding, yes, it's a device.
16     Q.   Following the litigation involving Colocation,
17 you or your office had a chance to investigate the
18 ownership of those IPv4 addresses; correct?
19     A.   Yes.
20     Q.   And what did you learn in your investigation?
21          MR. ROGERS:  Asked and answered.
22          Go ahead.
23          THE WITNESS:  The ownership is -- currently ARIN
24 shows the ownership in Gandalf Technologies, Incorporated.
25

```
 1   BY MS. FOSTER:
 2       Q.   And then the agreement between Mitel Corp. and
 3   Mitel Networks contains no mention of the IPv4 addresses;
 4   correct?
 5       A.   That is correct.
 6       Q.   Did you have a chance to look at the -- any of
 7   the Gandalf bankruptcy documents to see if those IPv4
 8   addresses were transferred from Gandalf to Mitel Corp.?
 9            MR. ROGERS:  Asked and answered.
10            Go ahead.
11            THE WITNESS:  The bankruptcy documents, if you
12   are referring to the agreement between -- it's not a
13   bankruptcy document.  But there is a business asset
14   purchase agreement between Gandalf Technologies and Mitel
15   Corp.
16            If that's what you are referring to, there is no
17   mention of IPv4 addresses.
18   BY MS. FOSTER:
19       Q.   And that's what I'm referring to.
20            Is that the document that you guys sent over
21   yesterday?
22       A.   Yes.
23            MR. ROGERS:  Yes.  Yes.
24            MS. FOSTER:  Okay.  Thanks.
25            MR. ROGERS:  Can we take five minutes?  You are
```

1        DECLARATION UNDER PENALTY OF PERJURY

2           I, the undersigned, declare under penalty of

3   perjury, that I have read the foregoing transcript of the

4   testimony taken on August 18, 2017, in the

5   above-referenced matter, and that the foregoing is a true

6   and correct transcript of my testimony contained therein,

7   except for the changes, if any, noted on the attached

8   errata sheet.  Executed this _____ day of

9   _____, 20_____.

12                      _____

13                      MICHELLE WHITTINGTON

