# EXHIBIT G

```
 1                    UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ARIZONA

 3                    _____

 4
     Colocation America              )
 5   Incorporated,                   )
                                     )     No. CV 17-0421-PHX-NVW
 6             Plaintiff,            )
                                     )
 7         vs.                       )     Phoenix, Arizona
                                     )     November 1, 2017
 8   Mitel Networks Corporation,     )     10:40 a.m.
                                     )
 9             Defendant.            )
     _____)
10
               BEFORE:  THE HONORABLE NEIL V. WAKE, JUDGE
11
                REPORTER'S TRANSCRIPT OF PROCEEDINGS
12
                          (Motion Hearing)
13
     APPEARANCES:
14   For the Plaintiff:
             TERESA H. FOSTER PLLC
15           By:  Teresa H. Foster, Esq.
             2400 East Arizona Biltmore Circle
16           Suite 1300
             Phoenix, Arizona 85016
17
     For the Defendant:
18           SNELL & WILMER LLP
             By:  David G. Barker, Esq.
19           By:  Jacob C. Jones, Esq.
             One Arizona Center
20           400 East Van Buren Street, Suite 1900
             Phoenix, Arizona 85004
21
     Official Court Reporter:
22   Laurie A. Adams, RMR, CRR
     Sandra Day O'Connor U.S. Courthouse, Suite 312
23   401 West Washington Street, Spc 43
     Phoenix, Arizona 85003-2151
24   (602) 322-7256
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription
```

```
 1                    P R O C E E D I N G S
 2           THE COURTROOM DEPUTY:  This is matter Number CV      10:40AM
 3   17-421, Colocation America, Incorporated, versus Mitel Networks
 4   Corporation, before the Court for oral argument.
 5           Will the parties please announce for the record.
 6           MS. FOSTER:  Yes.  Teresa Foster here on behalf of the
 7   plaintiff, Colocation.
 8           MR. BARKER:  Good morning, Your Honor.  David Barker
 9   and Jacob Jones of Snell & Wilmer for the defendant and
10   counterclaimant Mitel Networks Corporation.                  10:41AM
11           THE COURT:  All right.  Good morning, counsel.
12           I want us to deal quickly with this motion to extend
13   the schedule.  As I indicated in the deposition discussion we
14   had last week, I don't just extend discovery schedules because
15   somebody doesn't comply with the schedule.  I sanction people 10:41AM
16   for that.  So that's not a universal statement, but it's a
17   beginning point of analysis.  So that's why I thought I should
18   get you in here to discuss this.
19           First, there's three pending motions.  I'm wondering
20   if we can resolve one easily, and that is the plaintiff's     10:41AM
21   motion to substitute parties, Document 42.  Is this going to be
22   opposed?
23           MR. BARKER:  Your Honor, I believe our deadline to
24   oppose it is November 9th.  And, frankly, I have not looked at
25   the law yet on that motion.  I can't say that I have permission 10:42AM
```

```
 1                THE COURT:  Yes.
 2                MR. BARKER:  On the harm for the discovery, we would
 3   like permission to file a motion for fees.
 4                THE COURT:  I thought about that, and I could do that.
 5   What I would prefer to do is I will hold that in abeyance.  I                11:18AM
 6   don't need to decide it yet.  But I will decide it at the end
 7   of the case regardless of who is adjudicated to be the
 8   prevailing party.
 9                MR. BARKER:  So we should submit that at the end?
10                THE COURT:  Correct.  So it turns a whole lot of time           11:18AM
11   and effort to do it right now, but at the back end I often have
12   attorney's fees issues anyway so it's much more efficient to do
13   it that way.  And your client will not be at a hardship in
14   failing to collect that money right now.
15                MR. BARKER:  Thank you, Your Honor.                             11:19AM
16                THE COURT:  So let's think about the practicalities.
17   Well, first, the defendant's motion to amend and to amend to
18   add new counter defendant, Document Number 35, is granted.  The
19   defendant's motion to extend discovery and extend dispositive
20   motion deadline, Document Number 40, is denied without                       11:20AM
21   prejudice as now moot because extensions will be granted as
22   necessary in light of the granting of Document Number 35.
23         I would like you to follow up to see if you can
24   propose, first of all, this -- I'd like the defendants to draft
25   their proposed additional pleading as against Mr. Ahdoot to see             11:21AM
```

```
 1
 2
 3                        C E R T I F I C A T E
 4
 5           I, LAURIE A. ADAMS, do hereby certify that I am duly
 6   appointed and qualified to act as Official Court Reporter for
 7   the United States District Court for the District of Arizona.
 8           I FURTHER CERTIFY that the foregoing pages constitute
 9   a full, true, and accurate transcript of all of that portion of
10   the proceedings contained herein, had in the above-entitled
11   cause on the date specified therein, and that said transcript
12   was prepared under my direction and control.
13           DATED at Phoenix, Arizona, this 8th day of November,
14   2017.
15
16                                 s/Laurie A. Adams
                                   _____
17                                 Laurie A. Adams, RMR, CRR
18
19
20
21
22
23
24
25
```