# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3                   _____

 4
     Colocation America          )
 5   Incorporated,                )
                                  )   No. CV 17-0421-PHX-NVW
 6           Plaintiff,           )
                                  )
 7        vs.                     )   Phoenix, Arizona
                                  )   April 4, 2018
 8   Mitel Networks Corporation,  )   1:48 p.m.
                                  )
 9           Defendant.           )
     _____)
10
           BEFORE:  THE HONORABLE NEIL V. WAKE, JUDGE
11
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
12
              (Hearing for Preliminary Discussion
13       Re: Motion and Cross-Motion for Summary Judgment)

14   APPEARANCES:
     For the Plaintiff:
15       TERESA H. FOSTER PLLC
         By:  Teresa H. Foster, Esq.
16       2400 East Arizona Biltmore Circle
         Suite 1300
17       Phoenix, Arizona 85016

18   For the Defendant:
         SNELL & WILMER LLP
19       By:  David E. Rogers, Esq.
         One Arizona Center
20       400 East Van Buren Street, Suite 1900
         Phoenix, Arizona 85004
21
     Official Court Reporter:
22   Laurie A. Adams, RMR, CRR
     Sandra Day O'Connor U.S. Courthouse, Suite 312
23   401 West Washington Street, Spc 43
     Phoenix, Arizona 85003-2151
24   (602) 322-7256
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription
```

```
 1   file a motion, we would just have the exhibits attached to the
 2   motion?
 3           THE COURT:  Correct.
 4           MR. ROGERS:  Okay.
 5           THE COURT:  Correct.  So I will get that out shortly.    02:35PM
 6           I don't believe in simultaneous cross motions.  I want
 7   to have them sequenced.  So let's talk about -- and everybody
 8   gets two briefs.  So who should go first?  I'm thinking in
 9   terms of what sets this up better for the plaintiff or the
10   defendant to move forward.  I don't know.  I just -- I just    02:36PM
11   want to have an orderly presentation that's sensible for you
12   and easier for me.
13           MS. FOSTER:  Your Honor, I don't think it makes a
14   difference who goes first.  I just want to go back on the
15   Statement of Facts.  ==I like the idea of not doing a separate==    02:36PM
16   ==Statement of Facts== but how are you going to know if there's
17   ones we dispute or don't dispute?
18           THE COURT:  You have to say it in your brief.
19           MS. FOSTER:  Okay.
20           THE COURT:  And you have to point to the evidence.    02:36PM
21   That might be an affidavit or, you know, if it's deposition
22   excerpts you need to give those to us as well.
23           MR. ROGERS:  If we're --
24           THE COURT:  Yes.  Go ahead.
25           MR. ROGERS:  I was going to say we can go first.    02:36PM
```

**C E R T I F I C A T E**

I, LAURIE A. ADAMS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 11th day of April, 2018.

s/Laurie A. Adams
_____
Laurie A. Adams, RMR, CRR