1   David E. Rogers (#019274)
    David G. Barker (#024657)
2   Jacob C. Jones (#029971)
    SNELL & WILMER L.L.P.
3   One Arizona Center
    400 E. Van Buren, Suite 1900
4   Phoenix, Arizona  85004-2202
    Telephone:  602.382.6000
5   Facsimile:  602.382.6070
    E-Mail: drogers@swlaw.com
6           dbarker@swlaw.com
            jcjones@swlaw.com
7
    Attorneys for Defendant
8   Mitel Networks Corporation

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF ARIZONA

11

12   Colocation America, Inc.,
                                             No. CV-17-00421-PHX-NVW
13                 Plaintiff,
                                             **Notice of Filing Supplemental**
14          v.                               **Declaration of David E. Rogers in**
                                             **Support of Defendant's Fees and**
15   Mitel Networks Corporation,             **Costs for Reply (Doc. 111)**

16                 Defendant.

17
     Mitel Networks Corporation,
18
                   Counterclaimant,
19
            v.
20   Colocation America Corporation; and
     Corey Allen Kotler and Mojgan Tabibnia,
21   husband and wife,

22                 Counterdefendants.

23

24          Mitel Networks Corporation ("MNC") hereby provides notice of filing the

25   Supplemental Declaration of David E. Rogers in Support of Defendant's Fees and Costs

26   for Reply (Doc. 111).  The Supplemental Declaration is attached hereto as Exhibit 1.  The

27   total fees MNC seeks for Doc. 111 are $24,273.00.  The total non-taxable costs MNC

28   seeks for Doc. 111 are $285.00.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

When the amounts for Doc. 111 are included, the total requested by MNC is:  **(1)** Fees for this Arizona Action of:  $354,605.00 (Doc. 111 at 2:15-17), plus $27,502.50 for Doc. 100 (*id.* at 3:7-9), plus $24,273.00 for Doc. 111 (Ex. 1 ¶ 9), or $416,055.50 in total fees for this Arizona Action.  **(2)** Non-taxable costs for this Arizona Action of: $35,055.13 (Doc. 111 at 4:10-12), plus $718.00 for Doc. 100 (*id.* at 5:7-9), plus $285.00 for Doc. 111 (Ex. 1 ¶ 9), or $35,058.13.  The grand total for the Arizona Action is $451,113.63.

MNC also requests $75,016.50 in fees and non-taxable costs for the California Action.  Doc. 111 at 5:11-12.

DATED this 3rd day of August, 2018.

SNELL & WILMER L.L.P.

By: *s/David E. Rogers*
David E. Rogers
David G. Barker
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Attorneys for Mitel Networks Corporation

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfilings@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com

Attorneys for Colocation

s/Denise H. Dolan

4813-5203-4415

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000