# EXHIBIT 1

David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., | No. CV-17-00421-PHX-NVW |
| Plaintiff, | **Supplemental Declaration of David E. Rogers in Support of Defendants' Fees and Costs for Reply (Doc. 111)** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |
| Mitel Networks Corporation, | |
| Counterclaimant, | |
| v. | |
| Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife, | |
| Counterdefendants. | |

1    I, David E. Rogers, declare as follows:

2       1.      I am the lead counsel for Defendants Mitel Networks Corporation ("MNC")

3    in this action.  I make this declaration based on my personal knowledge.

4       2.      Fee Agreement.  There is no written fee agreement between MNC and Snell

5    & Wilmer for this lawsuit, but attached as Exhibit 2A to Doc. 100 is a redacted copy of

6    the 2008 engagement letter.  Under the fee arrangement between MNC and Snell &

7    Wilmer, MNC must pay all billed fees and costs.  The fee arrangement is neither fixed nor

8    contingent.  Snell & Wilmer's attorneys'/paraprofessionals' fees are billed to MNC on an

9    hourly-rate basis, with each hourly rate dependent upon the particular

10   attorney/paraprofessional performing the work.

11      3.      Reasonableness of Rates.  The billing rates for each attorney and

12   paraprofessional who rendered services in this lawsuit are set forth in Exhibit 2B to Doc.

13   100.  Their respective hourly rates range from $110 to $630.  The billing rates for each

14   individual attorney and paraprofessional were established by Snell & Wilmer by taking

15   into account each individual's education, skill, experience, and training.

16      4.      The attorney/paraprofessional selected to perform a particular task is based

17   on the nature of the task, and the experience/knowledge of the attorney/paraprofessional.

18      5.      Reasonableness of Time Spent and Expenses Incurred.  I review the fees

19   and costs charged to MNC before each bill is sent to MNC.  Exhibit A, hereto includes the

20   fees/costs for preparing Doc. 111 and exhibits thereto.  Exhibit A identifies: (a) the

21   lawyers and paraprofessionals who rendered services in connection with Doc. 111; (b) the

22   amount of time expended (measured in tenths of an hour); (c), a description of the tasks

23   performed; and (d) and the total charge for each time entry.  Exhibit A also identifies the

24   non-taxable costs related to Doc. 111.  I believe that the work performed, the time spent

25   on, and fees/costs charged for, each task in Exhibit A are reasonable.

26      6.      The information in Exhibit A was compiled from time and cost entries that

27   were entered by Snell & Wilmer in the regular course of business.

28      7.      MNC has not yet paid Snell & Wilmer the fees and costs in Exhibit A.  The

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1    bill has not yet been sent.

2         8.     The attorneys involved in this case have solid reputations in the community

3    and are members of, respectively, the American Bar Association, State Bar of Arizona,

4    and other professional organizations.  I am generally familiar with rates charged by other

5    lawyers and paraprofessionals with similar experience, education, and training in the

6    Phoenix area.  The counsel of record in this lawsuit are David Rogers (partner) who has

7    26 years of experience, David Barker (partner), who has 14 years of experience, and Jacob

8    Jones (associate), who has 6 years of experience.  Each is an intellectual property lawyer

9    and licensed patent attorney.  Each is experienced in litigating contract disputes, and each

10   is in good standing with the Arizona Bar.  The rates charged by Snell & Wilmer for the

11   time expended on this matter by the partners, associates, paralegals, and records assistants

12   are customary and consistent with those rates.  The billing rates and overall fees in Exhibit

13   A are reasonable and customary for matters of this degree of complexity involving counts

14   for breach of contract and discovery issues.

15        9.     As shown in Exhibit A, MNC's total fees for Doc. 111 were $24,273.00.

16   The total non-taxable costs were $285.00.

17        I declare under penalty of perjury that the foregoing is true and correct.

18        Executed on August 2, 2018.

19

20                                              David E. Rogers

21

22   4851-4951-7423

23

24

25

26

27

28

# EXHIBIT A

| | Attorney | Description of Legal Services | Date | Hrs | Rate | Total |
|---|---|---|---|---|---|---|
| 5215 | Jones, Jacob | Legal research concerning district court retention of jurisdiction to decide fee motion after notice of appeal, and related issues - in connection with planning reply brief on fee motion - and provide summary of same to D. Rogers. | 7/16/2018 | 0.40 | 405.00 | 162.00 |
| 1427 | Rogers, David E. | Review Colocation opposition brief to Fee Motion and Notice of Appeal and communications with M. Whittington regarding same. | 7/16/2018 | 0.50 | 630.00 | 315.00 |
| 5215 | Jones, Jacob | Analyze and confirm taxable/non-taxable status of certain cost items, and related legal research, considering Colocation's opposition brief to fee motion, in connection with both the local rule and the Arizona cost statute, which contain different cost definitions, and it appears Colocation is improperly relying on the superior court taxable cost definitions though this case is in district court and thus subject to the local rule. | 7/17/2018 | 0.60 | 405.00 | 243.00 |
| 5215 | Jones, Jacob | Review and analyze Court order concerning extension of deadline, including potential issue regarding the Court's interpretation of the 3-day mailing rule that was abolished in December 2016 under the Federal Rules. | 7/18/2018 | 0.20 | 405.00 | 81.00 |
| 1427 | Rogers, David E. | Review Colocation Response and exhibits (2.8); prepare Reply Brief (2.0). | 7/18/2018 | 4.80 | 630.00 | 3,024.00 |
| 5215 | Jones, Jacob | Draft certain arguments in response to points raised in Colocation's opposition to MNC's fee motion, in connection with contributing to MNC's reply brief in support of same. | 7/20/2018 | 0.70 | 405.00 | 283.50 |
| 5215 | Jones, Jacob | Supplemental legal research in furtherance of showing reasonableness of MNC's fees under the circumstances of this case where Colocation has repeatedly acted in bad faith, misled MNC and courts, concealed important facts regarding a key witness, withheld the smoking gun document, lied to a process server, failed to disclose that is multiple "officers" who had been noticed for deposition were fictitious, failure to disclose damages, vague assertion of damages which could have been in the millions of dollars, and numerous other facts that supported the reasonableness of MNC's costs and fees incurred in prevailing against Colocation. | 7/23/2018 | 0.80 | 405.00 | 324.00 |
| 5215 | Jones, Jacob | Review and analyze hundreds of pages of cost-supporting documentation in order to double-check the accuracy of such documents to be submitted with reply brief, in response to Colocation's apparent challenge of those costs (which total in excess of $30,000). | 7/23/2018 | 2.30 | 405.00 | 931.50 |
| 1427 | Rogers, David E. | Further review of Colocation Opposition to Fee Motion and exhibits prepared by Colocation (2.0) and prepare Reply Brief (2.0). | 7/23/2018 | 4.00 | 630.00 | 2,520.00 |
| 5215 | Jones, Jacob | Confirm what filings are required by MNC in appeal, in connection with notification from Ninth Circuit regarding mediation instructions. | 7/24/2018 | 0.20 | 405.00 | 81.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5215 | Jones, Jacob | Additional legal research in support of reply brief re fee motion, regarding statutory and non-statutory support for costs, eligibility for fees and costs in California Action, reasonableness of having more than one lawyer working collaboratively together on a task when necessary, attaching cost invoices to reply brief, eligibility of pre-complaint investigatory work, and related issues in connection with reply brief, and provide summary of same for D. Rogers. | 7/24/2018 | 4.90 | 405.00 | 1,984.50 |
| 1427 | Rogers, David E. | Continue preparation of Reply Brief responding to Colocation's opposition positions, and add factual citations. | 7/24/2018 | 5.00 | 630.00 | 3,150.00 |
| 5215 | Jones, Jacob | Continue developing strategy for certain arguments on reply brief in support of MNC's fee motion, per instructions from D. Rogers. | 7/25/2018 | 0.50 | 405.00 | 202.50 |
| 5215 | Jones, Jacob | Prepare my declaration in support of attorney fee reply brief, and review and finalize exhibits B-1 through B-86 thereto (hundreds of pages supporting tens of thousands of dollars in costs sought against Colocation). | 7/25/2018 | 1.20 | 405.00 | 486.00 |
| 1427 | Rogers, David E. | Continue review of Colocation opposition brief and exhibits, and review exhibits in MNC Fee Motion (2.0); prepare Reply Brief and charts in reply to Colocation's exhibits (3.5). | 7/25/2018 | 5.50 | 630.00 | 3,465.00 |
| 5215 | Jones, Jacob | Additional legal research in support of fee reply brief, including fees assessed against Colocation, its principal, and counsel, use of multiple lawyers on a case, and provide summary of same to D. Rogers. | 7/26/2018 | 1.20 | 405.00 | 486.00 |
| 5215 | Jones, Jacob | Review Exhibits RL1 and RL2 to declaration, as cross-referenced with Exhibits B-1 through B-86, to verify consistency. | 7/26/2018 | 0.40 | 405.00 | 162.00 |
| 1427 | Rogers, David E. | Continue review of Colocation Response and exhibits (1.8); continue preparation of Reply Brief and charts in reply to Colocation's exhibits (3.7); prepare declaration and Exhibit for fees and costs related to preparation of Doc. 100 (0.5). | 7/26/2018 | 6.00 | 630.00 | 3,780.00 |
| 5215 | Jones, Jacob | Revise, finalize, cite-check, and proof reply brief in support of fee motion, in preparation for filing same, per instructions from D. Rogers. | 7/26/2018 | 6.20 | 405.00 | 2,511.00 |
| 5215 | Jones, Jacob | Review hard copy of attorney reply brief and exhibits for Court (several hundred pages) to ensure that it complies with local rules and the Court's specific rules for the Court's copy. | 7/27/2018 | 0.20 | 405.00 | 81.00 |
| **Total** | | | | **45.60** | | **$ 24,273.00** |

| Cost Code | | | | | Amount |
|---|---|---|---|---|---|
| 9354 | Pacer Service | | | | |
| | VENDOR: Pacer Service | | 7/6/2018 | | 16.80 |
| | VENDOR: Pacer Service | | 7/6/2018 | | 4.90 |
| | | | **Pacer Service** | | **21.70** |
| 9400 | WestLaw Research | | | | |
| | JONES,JACOB Westlaw | | 7/17/2018 | | 285.00 |
| | | | **WestLaw Research** | | **285.00** |