David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
   dbarker@swlaw.com
   jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>    Defendant.<br><br>Mitel Networks Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>    Counterdefendants. | No. CV-17-00421-PHX-NVW<br><br>**Notice of Errata for Notice of Filing Supplemental Declaration of David E. Rogers in Support of Defendant's Fees and Costs for Reply (Doc. 111)** |

Mitel Networks Corporation ("MNC") hereby provides a Notice of Errata for Doc. 112, filed earlier today. The total fees and non-taxable costs for the Arizona Action were incorrect. MNC apologizes for any inconvenience to the Court or opposing counsel.

The total fees MNC seeks for Doc. 111 are $24,273.00. The total non-taxable costs MNC seeks for Doc. 111 are $285.00. These figures are unchanged from Doc. 112.

1   When the amounts for Doc. 111, above, are included, the total requested by MNC
2   is: **(1)** Fees for this Arizona Action of: $354,605.00 (Doc. 111 at 2:15-17), plus
3   $27,502.50 for Doc. 100 (*id.* at 5:7-9), plus $24,273.00 for Doc. 111 (Ex. 1 to Doc. 112, ¶
4   9), or $406,380.50 in total fees for this Arizona Action.  **(2)** Non-taxable costs for this
5   Arizona Action of: $35,055.13 (Doc. 111 at 4:10-12), plus $718.00 for Doc. 100 (*id.* at
6   5:7-9), plus $285.00 for Doc. 111 (Ex. 1 to Doc. 112, ¶ 9), or $36,058.13 in total non-
7   taxable costs for this Arizona Action.  The grand total for the Arizona Action is
8   $442,438.63.

   MNC also requests $75,016.50 in fees and non-taxable costs for the California
Action.  Doc. 111 at 5:11-12.  This figure is unchanged from Doc. 112.

   DATED this 3rd day of August, 2018.

                                    SNELL & WILMER L.L.P.


                                    By: *s/David E. Rogers*
                                        David E. Rogers
                                        David G. Barker
                                        Jacob C. Jones
                                        One Arizona Center
                                        400 E. Van Buren, Suite 1900
                                        Phoenix, Arizona  85004-2202

                                    Attorneys for Mitel Networks Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Teresa H. Foster, Esq.
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 East Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016
ctfilings@thfosterlaw.com

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com

Attorneys for Colocation

s/Denise H. Dolan

4829-9988-2607