David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: drogers@swlaw.com
    dbarker@swlaw.com
    jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. | Case No. CV-17-00421-PHX-NVW <br><br> **NOTICE OF LODGING PROPOSED FORM OF JUDGMENT** <br><br> **Honorable Neil V. Wake** |
| Mitel Networks Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife, <br><br> Counterdefendants. | |

Defendant / Counterclaimant Mitel Networks Corporation ("Mitel"), pursuant to Fed. R. Civ. P. 54(b) and 58, and that certain "Order" dated November 1, 2018 in which the Court awarded Mitel its attorneys' fees in the amount of $331,805.00 and non-taxable costs in the amount of $11,645.00 against Plaintiff / Counterdefendant Colocation America Corporation ("Colocation"), hereby gives notice of lodging its "Proposed Form of Judgement" attached hereto as **Exhibit A**.

4830-2795-0970

DATED this 9th day of November, 2018.

          SNELL & WILMER L.L.P.

By: *s/David E. Rogers*
David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendant
Mitel Networks Corporation

**Certificate of Service**

I hereby certify that on November 9, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record to:

Teresa H. Foster
Brier Irish Hubbard & Erhart, P.L.C.
6245 North 24th Parkway, Suite 100
Phoenix, Arizona 85016
tfoster@bihlaw.com
Attorney for Plaintiff

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com
Attorneys for Plaintiff

*s/Denise H. Dolan*