# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>Mitel Networks Corporation,<br><br>         Defendant. | No. CV-17-00421-PHX-NVW<br><br>**[PROPOSED] FORM OF JUDGMENT** |
| Mitel Networks Corporation,<br><br>         Counterclaimant,<br><br>v.<br><br>Colocation America Corporation; and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>         Counterdefendants. | |

Upon consideration of "Mitel Network Corporation's Motion for Fees and Costs" filed on June 29, 2018, "Plaintiff Colocation's Response to Mitel's Motion for Fees and Costs and Motion for Sanctions" filed on July 16, 2018, and the "Reply in Support of Mitel Network Corporation's Motion for Fees and Costs", and pursuant to Fed. R. Civ. P. 54(b) and 58, and that certain "Order" dated November 1, 2018 awarding Defendant / Counterclaimant Mitel Networks Corporation ("Mitel") its attorneys' fees in the amount of $331,805.00 and non-taxable costs in the amount of $11,645.00 against Plaintiff / Counterdefendant Colocation America Corporation ("Colocation"), and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

A. Judgment is hereby entered in favor of Mitel and against Colocation in the total principal amount of $343,450.00, consisting of $331,805.00 in attorneys' fees and $11,645.00 in non-taxable costs.

B. Interest shall continue to accrue on the Judgment at _____%, until paid in full.

C. In accordance with applicable law, Mitel may apply for a further award of its attorneys' fees and costs incurred in connection with collection and enforcement of this Judgment.

D. Finding that there is no just reason for delay, this Judgment is a final and enforceable judgment entered pursuant to Fed. R. Civ. P. 54(b).

DATED this ____ day of _____, 201__.

_____
Neil V. Wake
Senior United States District Judge