BRIER, IRISH, HUBBARD & ERHART, P.L.C.
6245 North 24th Parkway, Suite 100
Phoenix, Arizona 85016-2029
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
For Court Filings/Pleadings:
ctfilings@thfosterlaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Colocation America Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>         Defendant.<br>_____<br>Mitel Networks Corporation,<br><br>         Counterclaimant,<br><br>v.<br><br>Colocation America Corporation, and Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>         Counter-defendants. | Case No. 2:17-cv-00421-NVW<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADDITIONAL ATTORNEY FEES** |

  Defendant's request for $51,775.50 in additional attorney fees (Doc. #111-113) incurred in connection with its Motion for Fees and Reply should be denied. Defendant failed to set forth any legal authority (in either its Motion or its Reply) for this Court to award fees incurred in connection with its Fee Application. Plaintiff is submitting its

objection at this time, however, in light of this Court's Order entered on November 1, 2018 (Doc. #115).

Defendant's Motion for Fees filed June 29, 2018 (Doc. #100) did not include a request for attorney fees incurred in preparation for drafting the Fee Application. Furthermore, it did not cite any authority to support its claim for the recovery of such fees. This request should be denied for the same reasons that this Court denied Defendant's request for non-taxable costs, attorney expenses, and fees and costs incurred in the California action.

After Plaintiff filed its Response to the Fee Application, Defendant submitted a Declaration with its Reply on July 26, 2018 (Doc. #111) indicating that it was a declaration in support of the fee motion and simply stated: "As shown on Exhibit A, MNC's total fees for Doc. 100 were $27,502.50." The Reply simply stated that this Court has authority to award all fees requested, including in the fee Motion and Reply. Neither the Reply nor the Declaration set forth any legal authority to award such fees. Likewise, on August 3, 2018 (Doc. #112), Defendant filed a Supplemental Declaration indicating that "MNC's total fees for Doc. 111 [the Reply] were $24,273.00." Again, this Declaration was submitted without any legal authority or legal argument.

Other Courts have denied requests for attorney fees incurred in connection with fee applications. In *Locklin v. Day-Glo Color Corp.,* 378 F.Supp. 423, 429 (N.D.Ill. 1974) the district court held that "time devoted to compiling and presenting the bill is beyond the scope of effort for which fees are to be allowed."; see also *Computer*

*Statistics, Inc. v. Blair,* 418 F.Supp. 1339 (S.D.Tex. 1976) (declining to award fees incurred in connection with a fee application because "[s]uch services were not rendered in connection with the recovery of any damages and should be deducted.").

Defendant did not request attorney fees incurred in connection with its Fee Application at the time of filing the original Motion. Furthermore, Defendant has failed to disclose any legal authority to support such an award. Defendant should not now be allowed to set forth any legal basis for an award in its Reply. Defendant's request for supplemental fees should be denied.

DATED: November 16, 2018.

                                                    BRIER, IRISH, HUBBARD & ERHART, P.L.C.

                                                    /s/ Teresa H. Foster
                                                  Teresa H. Foster, Of Counsel
                                                  6245 North 24th Parkway, Suite 100
                                                  Phoenix, AZ 85016-2029
                                                  Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David E. Rogers
David G. Barker
Jacob C. Jones
SNELL & WILMER, LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202


 /s/ Harry Stanford