# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America Incorporated, et al., | NO. CV-17-00421-PHX-NVW |
| Plaintiffs, | **JUDGMENT ON ATTORNEY FEES** |
| v. | |
| Mitel Networks Corporation, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 19, 2018, judgment is entered in favor of defendant and against plaintiff in the amount of $ 383,580.50, plus interest thereon at the rate of 2.73% per annum from the date of judgment until paid.

Brian D. Karth
District Court Executive/Clerk of Court

November 19, 2018

s/ Rebecca Kobza
By   Deputy Clerk