Steven D. Jerome (#018420)
David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: sjerome@swlaw.com
        drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Corp., | Case No. CV-17-00421-PHX-NVW |
| Plaintiff, | |
| v. | **APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS) (A.R.S. §§ 12-1572 through -1597)** |
| Mitel Networks Corporation, | |
| Defendant. | **Honorable Neil V. Wake** |
| Mitel Networks Corporation, | |
| Counterclaimant, | |
| v. | |
| Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife, | |
| Counterdefendants. | |
| Wells Fargo Bank, N.A.
c/o Corporation Service Company
8825 N. 23rd Ave., Ste. 100
Phoenix, Arizona 85021 | |
| Garnishee. | |

4822-7457-0369

1. I am the judgment creditor. I was awarded a money judgment or order against the judgment debtor.

2. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs, is $383,580.50 as of November 19, 2018. Interest accrues at the rate of 2.73% per annum. The cost of serving the Writ of Garnishment will be as shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

3. I believe the statements checked below are true:

   (Check all that apply)

   [ ] Garnishee owes judgment debtor money which was not earned by judgment debtor for personal services.

   [X] Garnishee is holding money for judgment debtor which is not exempt from collection.

   [X] Garnishee has personal property which belongs to judgment debtor and is not exempt from collection.

   [ ] Garnishee is a corporation and judgment debtor owns shares or other interest in the corporation.

4. I have provided garnishee's name and address in the caption above.

5. I have attached a completed Writ of Garnishment and Summons form and ask that the Writ be issued.

| 12/04/2018 | /s/ Steven D. Jerome |
|---|---|
| Date | Signature of Judgment Creditor or Authorized Agent |