Steven D. Jerome (#018420)
David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: sjerome@swlaw.com
        drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Corp., <br><br> Plaintiff, <br><br> v. <br><br> Mitel Networks Corporation, <br><br> Defendant. | Case No. CV-17-00421-PHX-NVW <br><br> **WRIT OF GARNISHMENT AND SUMMONS (NON-EARNINGS) (A.R.S. §§ 12-1572 through -1597)** <br><br> **Honorable Neil V. Wake** |
| Mitel Networks Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife, <br><br> Counterdefendants. | |
| Wells Fargo Bank, N.A. <br> c/o Corporation Service Company <br> 8825 N. 23rd Ave., Ste. 100 <br> Phoenix, Arizona 85021 <br><br> Garnishee. | |

4834-2033-7793

TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN MARICOPA COUNTY: You are commanded to summon garnishee named above, who is believed to be in your county, to answer the following claims:

**STATEMENTS OF JUDGMENT CREDITOR**

1. Judgment creditor was awarded a judgment or order judgment debtor.
2. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs, is $383,580.50 as of November 19, 2018. Interest continues to accrue at the rate of 2.73% per annum. The cost of serving this Writ of Garnishment will be as shown on the Affidavit of Service and may be added to the judgment.
3. Judgment creditor believes that garnishee holds nonexempt property or money other than wages owed or belonging to judgment debtor.
4. The names and address of the Garnishee or Garnishee's authorized agent is:

    **Wells Fargo Bank, N.A.**
    **c/o Corporation Service Company**
    **8825 N. 23rd Ave., Ste. 100**
    **Phoenix, AZ 85021**

5. The names and address of the Judgment Debtor is:

    **Colocation America, Corp.**
    **c/o Akoi, LLC**
    **5532 S Ft Apache Rd., Ste. 100**
    **Las Vegas, NV 89148**

    And

    **c/o Teresa Hughes Foster**
    **Brier Irish Hubbard & Erhart PLC**
    **6245 N. 24th Parkway, Ste. 100**
    **Phoenix, AZ 85016**

6. The name and address of Judgment Creditor's attorneys are:

    **Steven D. Jerome**
    **David E. Rogers**
    **David G. Barker**
    **Jacob C. Jones**
    **Snell & Wilmer L.L.P.**

4834-2033-7793

- 2 -

**One Arizona Center**
**400 E. Van Buren, Suite 1900**
**Phoenix, Arizona  85004-2202**

**TO THE GARNISHEE (A.R.S. § 12-1579)**

YOU SHALL answer all the following questions in writing, under oath, on a separate document.  Your answer must be filed with the Court within 10 business days after you are served with this Writ of Garnishment.

A.  Were you holding personal property or money other than wages belonging to the judgment debtor at the time this Writ was served on you?

B.  How much money do you owe the judgment debtor and how much of that money did you withhold pursuant to the Writ? Did you release any of that money after you were served with the Writ, and, if so, how much did you release and why?

C.  Did you possess any personal property belonging to the judgment debtor at the time the Writ was served on you? If so, please describe each item or group of items you held and describe the specific items of personal property you withheld pursuant to the Writ, if any.

D.  If the garnishee is a corporation, what shares or interest does the judgment debtor own?

### SUMMONS

A WRIT OF GARNISHMENT has been issued, naming you as garnishee.  You are required to answer this Writ in writing, under oath, and file the answer with the Court within 10 days (excluding weekends and holidays) after service on you.  If you fail to file an answer, you may be ordered to appear in person to answer this Writ, and a default judgment may be entered against you.  If a default judgment is entered against you, you may be ordered to pay the full amount shown on this Writ, plus attorney fees and costs.

**THIS SUMMONS IS NOT A REQUEST TO SEND ANY MONEY OR PERSONAL PROPERTY TO THE COURT.**

_____  _____
Date                                               Judicial Officer/Clerk of the Court

| NOTICE TO GARNISHEE |
|---|
| You should have been served with a blank Garnishee's Answer form. You may complete and file this form to make your required answer. |