Steven D. Jerome (#018420)
David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: sjerome@swlaw.com
          drogers@swlaw.com
          dbarker@swlaw.com
          jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Corp.,<br><br>    Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>    Defendant. | Case No. CV-17-00421-PHX-NVW<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS) (A.R.S. §§ 12-1572 through -1597)**<br><br>**Honorable Neil V. Wake** |
| Mitel Networks Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>Colocation America, Inc.; Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>    Counterdefendants. | |
| Wells Fargo Bank, N.A.<br>c/o Corporation Service Company<br>8825 N. 23rd Ave., Ste. 100<br>Phoenix, Arizona 85021<br><br>    Garnishee. | |

4828-2208-4482

Defendant / Counterclaimant Mitel Networks Corporation ("Mitel") gives notice that it hereby withdraws its "Application for Writ of Garnishment (Non-Earnings) (A.R.S. §§ 12-1572 through -1597)" filed with this Court on December 4, 2018.

DATED this 10th day of December, 2018.

SNELL & WILMER L.L.P.


By: *s/ Steven D. Jerome*
Steven D. Jerome (#018420)
David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendant
Mitel Networks Corporation

4828-2208-4482

- 2 -

## Certificate of Service

I hereby certify that on December 10, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record to:

Teresa H. Foster
Brier Irish Hubbard & Erhart, P.L.C.
6245 North 24th Parkway, Suite 100
Phoenix, Arizona 85016
tfoster@bihlaw.com
Attorney for Plaintiff

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com
Attorneys for Plaintiff

*s/ Tamara Apodaca*

4828-2208-4482

- 3 -