Steven D. Jerome (#018420)
David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: sjerome@swlaw.com
        drogers@swlaw.com
        dbarker@swlaw.com
        jcjones@swlaw.com

Attorneys for Defendant
Mitel Networks Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colocation America, Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation,<br><br>    Defendant.<br><br>─────────────────────────<br><br>Mitel Networks Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>Colocation America, Corporation; Corey Allen Kotler and Mojgan Tabibnia, husband and wife,<br><br>    Counterdefendants. | Case No. CV-17-00421-PHX-NVW<br><br>**SATISFACTION OF JUDGMENT IN FAVOR OF MITEL NETWORKS CORPORATION AND AGAINST COLOCATION AMERICA, CORPORATION**<br><br>**Honorable Neil V. Wake** |

Defendant / Counterclaimant Mitel Networks Corporation ("Mitel"), by and through undersigned counsel, hereby acknowledges that pursuant to payment made, that certain

4824-8787-1106

*Judgment on Attorney Fees* dated November 19, 2018 and entered at Docket No. 119 (the "Judgment") is hereby deemed fully satisfied.

**IN WITNESS WHEREOF,** the undersigned has executed this *Satisfaction of Judgment in Favor of Mitel Networks Corporation and Against Colocation America, Corporation* on 13th day of December, 2018.

DATED this 13th day of December, 2018.

SNELL & WILMER L.L.P.

By: *s/ Steven D. Jerome*
Steven D. Jerome (#018420)
David E. Rogers (#19274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendant
Mitel Networks Corporation

**<u>Certificate of Service</u>**

I hereby certify that on December 13, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record to:

Teresa H. Foster
Brier Irish Hubbard & Erhart, P.L.C.
6245 North 24th Parkway, Suite 100
Phoenix, Arizona 85016
tfoster@bihlaw.com
Attorney for Plaintiff

Paul Stephen Sigelman
Sigelman Law Corporation
433 N Camden Dr., Suite 970
Beverly Hills, CA 90210
paul@sigelmanlaw.com
Attorneys for Plaintiff

*s/ Tamara Apodaca*

4824-8787-1106

- 3 -