

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLOCATION AMERICA CORPORATION, Plaintiff-counter-defendant-Appellant, v. MITEL NETWORKS CORPORATION, Defendant-counter-claimant-Appellee. | No.  18-16320 D.C. No. 2:17-cv-00421-NVW District of Arizona, Phoenix ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 24) is granted. Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation